**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Gerald Shockley
   AL Attorney General's Office
   11 S. Union Street
   Montgomery AL 36130
   2:06cv526-DRB

2. Article Number
   (Transfer from service label)   7005 1820 0003 8697 4337

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ Gerald Shockley                ☐ Agent
                                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Gerald G Shockley               6/20/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540