| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: X [Garrett]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): B. Garrett     C. Date of Delivery: 6-23-06<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>The Hon. Troy King<br>Alabama Attorney General<br>11 South Union Street<br>Montgomery AL 36130<br><br>2:06cv526-DRB | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label): 7005 1820 0002 8697 4283 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540