AO 440 (Rev. 8/01) Summons in a Civil Action          ALIAS

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

HORTON

V.

WILLIAMS, et al

SUMMONS IN A CIVIL ACTION

*Alias*

CASE NUMBER: 2:06-cv-526

TO: (Name and address of Defendant)

DON WILLIAMS I
646 Olice Road
Montgomery, AL 36117

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DEBORAH M. NICKSON
2820 FAIRLANE DRIVE STE A-10
MONTGOMERY, AL. 36116

RETURNED AND FILED

JUL 13 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    6/30/06

CLERK                                                  DATE

(By) DEPUTY CLERK

◦AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/10/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kenneth Peoples | Private Inestigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
Parking Lot of or located at Vaughn Rd at Taylor Rd.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/10/06
            Date          Signature of Server

207 Montgomery St. Suite 202 Montgomery, AL 36104
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.