# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **DON WILLIAMS**, individually and in his capacity as the Manager of National Seating and Mobility, Inc., **NATIONAL SEATING AND MOBILITY, INC., GERALD SHOCKLEY**, individually and in his capacity of a special agent of the Alabama Attorney General's Office, and The **ALABAMA MEDICAID AGENCY**, | ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NUMBER:** **2:06cv526-DRB** |
| Defendant. | ) |

## MOTION TO WITHDRAW

Laura D. Taaffe hereby moves the court to allow her to withdraw as counsel for Defendant National Seating & Mobility, Inc. in this matter because she is leaving the firm of Bradley Arant Rose & White LLP. Charles A. Stewart, III will continue to represent the Defendant National Seating & Mobility, Inc.

1

       s/Laura D. Taaffe
Laura D. Taaffe (TAA001)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
**One of the Attorneys for Defendant**
**National Seating & Mobility, Inc.**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Deborah M. Nickson
>Attorney for Petitioner
>2820 Fairlane Drive, Suite A-10
>Montgomery, Alabama 36116

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None.

>s/Laura D. Taaffe
>Charles A. Stewart III
>Laura D. Taaffe
>Attorneys for Defendant
>National Seating & Mobility, Inc.
>Bradley Arant Rose & White LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>Bradley Arant Rose & White LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203-2104