IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 02:06-CV-00526-MHT-DRB |
| | ) |
| **DON WILLIAMS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE FOR DON WILLIAMS

Comes now the undersigned and gives notice of his appearance as counsel for defendant Don Williams:

>Dorman Walker (WAL086)
>Balch & Bingham LLP
>Post Office Box 78
>Montgomery, AL  36101-0078
>334-269-3138
>866-736-3854 (fax)
>dwalker@balch.com

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on him at the address shown.

Respectfully submitted this 26th day of July, 2006.

>s/Dorman Walker
>Attorney for Defendant Don Williams

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101
334/269-3138
866/736-3854 (fax)
dwalker@balch.com

170252.1

## **CERTIFICATE OF SERVICE**

      I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Deborah Moore Nickson
2820 Fairlane Drive
Suite A-10
Montgomery, AL  36116

Charles Andrew Stewart, III
Bradley, Arant, Rose & White, LLP
Post Office Box 1469
Montgomery, AL 36102-1469

Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL  36130

William O. Butler, III
Alabama Medicaid Agency
Post Office Box 5624
Montgomery, AL  36103-5624

This the 26th day of July, 2006.

                                                                         s/Dorman Walker
                                                                          Of Counsel