IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ELIZABETH HORTON,            )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )        2:06cv526-MHT
                             )
DON WILLIAMS, etc., et al.,  )
                             )
    Defendants.              )

ORDER

It is ORDERED that the motion to withdraw (doc. no.
13) is granted.

DONE, this the 26th day of July, 2006.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE