IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON,** )<br>)<br>  Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv526-MHT |
| ) | |
| **DON WILLIAMS, etc., et al.,** )<br>) | |
|   **Defendants.** ) | |

### ORDER

It is ORDERED that the motions to dismiss (doc. nos. 8, 9, 12 & 16) and the motion for more definite statement (doc. no. 8) are set for submission, without oral argument, on August 21, 2006, with all briefs due by said date.

DONE, this the 1st day of August, 2006.

　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　  **UNITED STATES DISTRICT JUDGE**