IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **DON WILLIAMS**, individually | ) |
| and in his capacity as the | ) |
| Manager of National Seating and | ) **CIVIL ACTION NUMBER:** |
| Mobility, Inc., **NATIONAL** | ) **2:06-cv-526-MHT-DRB** |
| **SEATING AND MOBILITY,** | ) |
| **INC., GERALD SHOCKLEY,** | ) |
| individually and in his capacity of | ) |
| a special agent of the Alabama | ) |
| Attorney General's Office, and | ) |
| The **ALABAMA MEDICAID** | ) |
| **AGENCY,** | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR LEAVE OF COURT TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS OF DEFENDANT NATIONAL SEATING AND MOBILITY, INC.

In order to fully address the matters now before the Court, Defendant National Seating and Mobility, Inc. ("NSM") respectfully seeks permission to file a reply to Plaintiff's August 9, 2006, Response to NSM's Motion to Dismiss.

Respectfully submitted,

      s/Charles A. Stewart, III
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701


**Attorney for Defendant**
**National Seating & Mobility, Inc.**

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Deborah M. Nickson
  Attorney for Petitioner
  2820 Fairlane Drive, Suite A-10
  Montgomery, Alabama 36116

  William O. Butler
  Alabama Medicaid Agency
  P.O. Box 5624
  Montgomery, AL 36103

  Dorman Walker
  Balch & Bingham
  P.O. Box 78
  Montgomery, AL 36101

  Jack W. Wallace, Jr.
  Office of the Attorney General
  11 South Union Street
  Montgomery, AL 36130

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  None.

            s/Charles A. Stewart III
            Charles A. Stewart III
            Attorney for Defendant
            National Seating & Mobility, Inc.
            Bradley Arant Rose & White LLP
            The Alabama Center for Commerce
            401 Adams Avenue, Suite 780
            Montgomery, AL 36104