IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ELIZABETH HORTON,              )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )       2:06cv526-MHT
                               )
DON WILLIAMS, etc., et al.,    )
                               )
    Defendants.                )
```

## ORDER

It is ORDERED that the motion leave to file a reply (doc. no. 24) is granted.

DONE, this the 23rd day of August, 2006.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE