IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **DON WILLIAMS, individually and in his capacity as the Manager of National Seating and Mobility, Inc., NATIONAL SEATING AND MOBILITY, INC., GERALD SHOCKLEY, individually and in his capacity of a special agent of the Alabama Attorney General's Office, and The ALABAMA MEDICAID AGENCY,** | ) **CIVIL ACTION NUMBER:** <br> ) **2:06-cv-526-MHT-DRB** |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Elizabeth B. Mitchell files this Notice of Appearance as additional counsel for Defendant National Seating & Mobility, Inc. in the above-styled action.

        s/Elizabeth B. Mitchell
Elizabeth B. Mitchell (BRI050)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

**Attorneys for Defendant
National Seating & Mobility, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah M. Nickson
Attorney for Petitioner
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116

William O. Butler
Alabama Medicaid Agency
P.O. Box 5624
Montgomery, AL 36103

Dorman Walker
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101

Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None.

                                            s/Elizabeth B. Mitchell
Charles A. Stewart III
Elizabeth B. Mitchell
Attorneys for Defendant
National Seating & Mobility, Inc.
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104