IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON,** )<br>)<br>    Plaintiff, )<br>) | |
| v. ) | CIVIL ACTION NO.<br>2:06cv526-MHT |
| )<br>**DON WILLIAMS, etc., et al.,** )<br>)<br>    Defendants. ) | |

### ORDER

It is ORDERED that defendant Alabama Medicaid Agency's motion to dismiss (doc. no. 12) is granted and said defendant is dismissed as immune from suit in federal court by the Eleventh Amendment to the United States Constitution.

DONE, this the 29th day of March, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**