IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv526-MHT |
| ) | |
| **DON WILLIAMS, etc., et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that defendant Don Williams's motion to dismiss (doc. no. 16) is granted to the extent that, within 14 days, plaintiff shall file an amended complaint against all defendants but setting forth in more detail her claim or claims against defendant Williams.

DONE, this the 29th day of March, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**