IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv526-MHT |
| ) | |
| **DON WILLIAMS, etc., et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that defendant National Seating and Mobility, Inc.'s motion to dismiss and alternative motion for more definite statement (doc. no. 8) are granted to the extent that, within 14 days from the date of this order, plaintiff is to file an amended complaint against all defendants but setting forth in more detail her claim or claims against defendant National Seating and Mobility, Inc.

DONE, this the 29th day of March, 2007.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE