IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CV 2:06-CV526-MHT |
| | ) |
| DON WILLIAMS individually and in his | ) |
| capacity of the Manager of National | ) |
| Seating and Mobility, Inc., NATIONAL | ) DEMAND FOR JURY TRIAL |
| SEATING AND MOBILITY, INC., and | ) |
| GERALD SHOCKLEY, individually and | ) |
| in his capacity of a special agent of | ) |
| the)Alabama Attorney General's Office, | ) |
| | ) |
| DEFENDANTS. | ) |

*RECEIVED 2007 APR 13 P 4:03 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

## NOTICE OF CORRECTED CERTIFICATE OF SERVICE

Now comes Elizabeth Horton, by and through her attorney and notify the Court that she has served Elizabeth Mitchell; Charles Andrew Stewart, III; Laura Domm Taaffe, Dorman Walker, and Jack W. Wallace, Jr., the attorneys for the Defendant in the above- referenced case with a copy of the Notice of Amendment to Complaint and Amended Complaint with attachments and a corrected certificate of service to reflect such service.

Dated:  4/13/07

Respectfully Submitted

Deborah M. Nickson (NICO25)
Attorney for Plaintiff
2820 Fairlane Drive, Ste, A-10
Montgomery, Alabama 36116
334-213-1233 Fax: 334-213-1234
Email: debnicks@bellsouth.net

## CERTIFICATE OF SERVICE

     I hereby certify that On April 13, 2007, I have served a true copy of the foregoing to Charles A. Stewart, III, Laura Taaffe, Dorman Walker, William O. Butler, and Jack W. Walker by placing the same in the U.S. mail, postage prepaid and properly addressed.

Hon. Charles A. Stewart, III
Bradley, Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue
Montgomery, Alabama 36104

Hon. Laura Taaffe
Bradley, Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104

Hon. Dorman Walker
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101

Hon. Elizabeth Mitchell
Bradley, Arant, Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue
Montgomery, Alabama 36104

Hon. Jack W. Wallace, Jr.
Attorney for Defendant Gerald Shockley
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130

_____
Deborah M. Nickson