IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON,** )<br>)<br>   Plaintiff, )<br>) <br>   v. )<br>)<br>**DON WILLIAMS, etc., et al.,** )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv526-MHT |

### ORDER

It is ORDERED that the motion to dismiss (doc. no. 33) is set for submission, without oral argument, on May 14, 2007, with all briefs due by said date.

DONE, this the 23rd day of April, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**