IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **DON WILLIAMS, individually and in his capacity as the Manager of National Seating and Mobility, Inc., NATIONAL SEATING AND MOBILITY, INC., GERALD SHOCKLEY, individually and in his capacity of a special agent of the Alabama Attorney General's Office,** | ) **CIVIL ACTION NUMBER:** ) **2:06-cv-526-MHT-TFM** |
| | ) |
| **Defendants.** | ) |
| | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:  There are no entities to be reported.

Date: April 23, 2007

    s/Charles A. Stewart, III
_____
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701


    s/Elizabeth B. Mitchell
_____
Elizabeth B. Mitchell (BRI050)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800


**Attorneys for Defendant**
**National Seating & Mobility, Inc.**

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     Deborah M. Nickson
     Attorney for Petitioner
     2820 Fairlane Drive, Suite A-10
     Montgomery, Alabama 36116

     Dorman Walker
     Balch & Bingham
     P.O. Box 78
     Montgomery, AL 36101

     Jack W. Wallace, Jr.
     Office of the Attorney General
     11 South Union Street
     Montgomery, AL 36130

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

     None.

                                         s/Elizabeth B. Mitchell
                                         Elizabeth B. Mitchell
                                         Bradley Arant Rose & White LLP
                                         One Federal Place
                                         1819 Fifth Avenue North
                                         Birmingham, AL 35203-2104
                                         Telephone: (205) 521-8000
                                         Facsimile: (205) 521-8800