IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ELIZABETH HORTON,             )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:06cv526-MHT
                              )
DON WILLIAMS, etc., et al.,   )
                              )
    Defendants.               )
```

### ORDER

Plaintiff Elizabeth Horton having filed an amended complaint and defendant Gerald Shockley having subsequently filed a motion to dismiss said amended complaint, it is ORDERED that defendant Shockley's initial motion to dismiss the first complaint (doc. no. 9) is denied as moot.

DONE, this the 30th day of May, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE