# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DON WILLIAMS, individually and in his capacity as the Manager of National Seating and Mobility, Inc., NATIONAL SEATING AND MOBILITY, INC., GERALD SHOCKLEY, individually and in his capacity of a special agent of the Alabama Attorney General's Office, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) ) ) |

CIVIL ACTION NUMBER: 2:06-cv-526-MHT-TFM

## NOTICE OF SERVICE OF SUPBOENA

Defendant National Seating and Mobility, Inc., ("NSM"), pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby gives notice that it has issued the attached subpoenas to:

Alabama Medicaid Agency
Attention: Tammy Hudson; Legal Department
501 Dexter Avenue
Mongtomery, Alabama 36103

1

    s/Charles A. Stewart, III
_____
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701


    s/Elizabeth B. Mitchell
_____
Elizabeth B. Mitchell (BRI050)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800


**Attorneys for Defendant**
**National Seating & Mobility, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Deborah M. Nickson
>Attorney for Petitioner
>2820 Fairlane Drive, Suite A-10
>Montgomery, Alabama 36116
>
>Dorman Walker
>Balch & Bingham
>P.O. Box 78
>Montgomery, AL 36101
>
>Jack W. Wallace, Jr.
>Office of the Attorney General
>11 South Union Street
>Montgomery, AL 36130

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None.

s/Elizabeth B. Mitchell<br>
Elizabeth B. Mitchell<br>
Bradley Arant Rose & White LLP<br>
One Federal Place<br>
1819 Fifth Avenue North<br>
Birmingham, AL 35203-2104<br>
Telephone: (205) 521-8000<br>
Facsimile: (205) 521-8800