IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ELIZABETH HORTON,

Plaintiff,

v.                                          CASE NO. 2:06-cv-526-MHT

DON WILLIAMS, et al.,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Don Williams, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|   |   |
|   |   |
|   |   |

6/28/2007
Date

s/Dorman Walker
(Signature)

Dorman Walker
(Counsel's Name)

Don Williams
Counsel for (print names of all parties)

Balch & Bingham, LLP, Post Office Box 78
Montgomery, AL 36101-0078
Address, City, State Zip Code

334-269-3138
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Dorman Walker, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 28th day of June 2007, to:

Deborah M. Nickson

Charles A. Stewart, III, Elizabeth Mitchell

Jack Wallace, Jr.

6/28/2007
Date

s/Dorman Walker
Signature