IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Elizabeth Horton,
  Plaintiff,

v.                                        CASE NO. 2:06-cv-526-MHT

Don Williams, et al.,
  Defendants,

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Gerald Shockley, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| n/a | n/a |

6/28/2007
Date

/s/ Jack Wallace, Jr.
(Signature)

Jack Wallace, Jr., Assistant Attorney General
(Counsel's Name)

Gerald Shockley
Counsel for (print names of all parties)

11 South Union Street
Montgomery, AL 36130
Address, City, State Zip Code

(334) 353-8671
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jack Wallace, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail via CM/ECF system__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __28th____ day of __June_____ 20_07_, to:

William O. Butler , III

Elizabeth Brislin Mitchell

Deborah Moore Nickson

Kelly Fitzgerald Pate

Charles Andrew Stewart

Dorman Walker

| 6/28/2007 | /s/ Jack Wallace, Jr. |
|---|---|
| Date | Signature |