IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **DON WILLIAMS, individually and in his capacity as the Manager of National Seating and Mobility, Inc., NATIONAL SEATING AND MOBILITY, INC., GERALD SHOCKLEY, individually and in his capacity of a special agent of the Alabama Attorney General's Office,** | ) ) ) ) ) ) ) ) ) **CIVIL ACTION NUMBER: 2:06-cv-526-MHT-TFM** |
| | ) |
| Defendants. | ) |
| | ) |

**AMENDED ANSWER OF DEFENDANT NATIONAL SEATING AND MOBILITY, INC. TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant National Seating and Mobility, Inc., ("NSM") adopts and incorporates its Answer filed on April 23, 2007 and further asserts the following additional defense in answer to Plaintiff's Amended Complaint:

**TWENTIETH DEFENSE**

Plaintiff's claims may be barred or limited by the doctrine of after-acquired evidence.

      s/Charles A. Stewart, III
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701


      s/Elizabeth B. Mitchell
Elizabeth B. Mitchell (BRI050)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

**Attorneys for Defendant National Seating & Mobility, Inc.**

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Deborah M. Nickson
>Attorney for Petitioner
>2820 Fairlane Drive, Suite A-10
>Montgomery, Alabama 36116
>
>Dorman Walker
>Balch & Bingham
>P.O. Box 78
>Montgomery, AL 36101
>
>Jack W. Wallace, Jr.
>Office of the Attorney General
>11 South Union Street
>Montgomery, AL 36130

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None.

s/Elizabeth B. Mitchell
Elizabeth B. Mitchell
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
