# Exhibit B


# Bradley Arant
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

June 15, 2007

Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116

    RE:    *Elizabeth Horton v. Don Williams, et al.*
           2:06-cv-MHT-TFM

Dear Deborah:

    We would like to go ahead and get a date set down for deposing your client. Of the following dates, could you let me know what is convenient for you and Ms. Horton? Currently, I have August 7, 9, 10, 13, 14, and 16 available. I look forward to hearing from you.

                             Yours very truly,

                             Charles A. Stewart III

CAS/arm

cc:    Dorman Walker, Esq.
       Jack Wallace, Esq.
       Kelly Pate, Esq.
       Elizabeth Mitchell, Esq.