# Exhibit C

 

## *Deborah M. Nickson*
### Attorney at Law
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama  36116
(334) 213-1233  • (334) 213-1234 fax

*" But let judgment run down as waters, and righteousness as a mighty stream"*
*Amos 5:24*

June 20, 2007

Bradley Arant Rose & White LLP
Attn: Charles A. Stewart III, Esq.
401 Adams Avenue, Suite 780
Montgomery, AL 36104

     RE:   *Horton v. Williams, et al.*
               *2:06-cv-MHT-TFM*

Dear Charles:

I am in receipt of your June 15th letter. August 16th is good for me for your deposition of Ms. Horton. I have reserved this date on my calendar.

Sincerely,

Deborah M. Nickson

Cc: Counsels of Record/email:
    Dorman Walker, Esq.
    Jack Wallace, Esq.
    Kelly Pate, Esq.
    Elizabeth Mitchell, Esq.