# Exhibit D

**Stewart, Charles**

| | |
|---|---|
| **From:** | Stewart, Charles |
| **Sent:** | Tuesday, August 14, 2007 4:04 PM |
| **To:** | 'Walker, Dorman'; debnicks@bellsouth.net |
| **Cc:** | Pate, Kelly; Wallace, Jack; Mitchell, Elizabeth |
| **Subject:** | Horton v. Williams |

Depo is off for this Thursday. Debra will get us new dates after speaking with her client or client's counselor.

Chuck

Charles A. Stewart III
BRADLEY ARANT ROSE & WHITE LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

Direct line: 334-956-7608
Direct fax: 334-956-7808
E-mail: cstewart@bradleyarant.com
Web Site: www.bradleyarant.com

1