# Exhibit E



**BALCH & BINGHAM LLP**

Alabama • Georgia • Mississippi • Washington, DC

Dorman Walker
(334) 269-3138

Attorneys and Counselors
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104-3515
(334) 834-6500
(334) 269-3115 Fax
www.balch.com

(866) 736-3854 (direct fax)
dwalker@balch.com

August 15, 2007

Ms. Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, AL 36116

    Re:    *Elizabeth Horton v. Don Williams, et al.*

Dear Ms. Nickson:

    Thank you for notifying me that we will not be able to go forward with the deposition of your client, Ms. Horton, which was scheduled for Thursday, August 16, 2007, because Ms. Horton has not been released by her treating psychiatrist. Please let me know when Ms. Horton will be released to be deposed.

    With kindest regards, I am

                              Very truly yours,

                              Dorman Walker

DW:dh

cc:    Charles A. Stewart, III
        Angela Rogers
        Jack W. Wallace, Jr.

183785.1