# Exhibit F

## Stewart, Charles

**From:** Deborah M. Nickson [debnicks@bellsouth.net]
**Sent:** Wednesday, August 15, 2007 9:22 AM
**To:** Stewart, Charles
**Subject:** Horton v. Williams

**Attachments:** Doctor note.pdf



Doctor
note.pdf (502 K

This is correspondence from Elizabeth Horton's Doctor. Thanks.

Shon
Secretary to Attorney Deborah Nickson

1

# Hadi R. Tajani, M.D.

Diplomate, American Board of Psychiatry & Neurology

Adolescent & Adult Psychiatry

2194-T



Prescription pad note:

NAME: Elizabeth Horton    DATE: 8-14-07

Ms. Horton is under our care & is not medically appropriate to be deposed at this time —

Hadi Tajani MD / SB

1604 Hospital Parkway, Suite 507 • Bedford, Texas 76022 • (817) 354-7266