# Exhibit G



**Bradley Arant**

BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

August 27, 2007

Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116

    RE:    *Elizabeth Horton v. Don Williams, et al.*
           2:06-cv-MHT-TFM

Dear Deborah:

    Can you please provide us with dates to take your client's deposition? I look forward to hearing from you soon.

                              Yours very truly,

                              Charles A. Stewart III

CAS/arm

cc:    Elizabeth Mitchell, Esq.