# Exhibit H



**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

August 29, 2007

Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116

RE:   *Elizabeth Horton v. Don Williams, et al.*
      2:06-cv-MHT-TFM

Dear Deborah:

I previously asked for new deposition dates for Plaintiff. I believe that Dorman Walker has also asked for these dates. As you can tell, the Defendants are eager to depose your client. We need to take her deposition in order to meet the current deadlines in this case and to fulfill our obligations to the Court.

So, can you please let us know when she will be available for deposition so it will not be necessary to file a motion with the Court.

I look forward to hearing from you.

Yours very truly,

Charles A. Stewart III

CAS/arm

cc:   Dorman Walker, Esq.
      Jack Wallace, Jr.
      Elizabeth Mitchell, Esq.