# Exhibit I




# Deborah M. Nickson
Attorney at Law
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116
(334) 213-1233 • (334) 213-1234 fax

*"But let judgment run down as waters, and righteousness as a mighty stream"*
*Amos 5:24*

---

September 3, 2007

Attorney Charles A. Stewart III
Bradley, Arant, Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Attorney Dorman Walker
Attorney Kelly Pate
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL 36101

RE: Horton v. Williams, et al.
2:06-CV-MHT-TFM

Dear Counsels:

This letter acknowledges receipt of your request for deposition dates for Ms. Elizabeth Horton. As we have previously discussed, Ms. Horton is currently being treated for psychological issues which as I understand relates to the injury caused by her wrongful arrest. The little information I have received thus far indicates that she has been and is still being treated in-house at a facility in Texas. It is my understanding that Ms. Horton may be released by her treating doctor soon.

I hesitate to just set random dates without a release from her doctor for fear that we will be in the same position we were before. Ms. Horton's doctor would not allow her to attend the deposition. If you would be so kind as to give me at least ten (10) more days to see if the doctor will release her, I will calendar the same and hopefully forward you some dates within that time frame.

Sincerely,

Deborah M. Nickson
Attorney At Law

Cc: Jack Wallace, Jr., Esq.
Elizabeth Mitchell, Esq.