# Exhibit J

**BSB**

## BALCH & BINGHAM LLP

Alabama • Georgia • Mississippi • Washington, DC

Dorman Walker
(334) 269-3138

Attorneys and Counselors
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104-3515
(334) 834-6500
(334) 269-3115 Fax
www.balch.com

(866) 736-3854 (direct fax)
dwalker@balch.com

September 7, 2007

Ms. Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, AL 36116

Re:    *Elizabeth Horton v. Don Williams, et al.*

Dear Ms. Nickson:

Regarding your letter of September 3, 2007, I have no objection to you taking an additional 10 days to determine Ms. Horton's status and her availability to be deposed.

With kindest regards, I am

Very truly yours,

Dorman Walker

DW:dh
cc:    Charles A. Stewart, III
       Angela Rogers
       Jack W. Wallace, Jr.

185496.1