# Exhibit K



# Bradley Arant
BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700  FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

September 13, 2007

Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116

RE: *Elizabeth Horton v. Don Williams, et al.*
2:06-cv-MHT-TFM

Dear Deborah:

I received your letter of September 3, 2007. You have the requested ten days to see whether the doctor will release her. In ten days, however, if we do not have a definite understanding on a deposition date in the near future, then we will be compelled to file a motion with the Court. We simply cannot allow our client to suffer the consequences of your client's unavailability. I hope you understand.

By the way, I notice that the scales of justice on your stationary. That is very interesting.

I hope this letter finds you well.

Yours very truly,

Charles A. Stewart III

CAS/arm

cc: Elizabeth Mitchell, Esq.

BIRMINGHAM    CHARLOTTE    HUNTSVILLE    JACKSON    MONTGOMERY    WASHINGTON, DC