# Exhibit M

 

## Deborah M. Nickson
Attorney at Law
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116
(334) 213-1233 • (334) 213-1234 fax

*"But let judgment run down as waters, and righteousness as a mighty stream"*
Amos 5:24

September 19, 2007

Attorney Charles A. Stewart III
Bradley, Arant, Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Attorney Dorman Walker
Attorney Kelly Pate
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL 36101

        RE:    Horton v. Williams, et al.
                  2:06-cv-MHT-TFM

Dear Counsels:

Please be advised that I will make my client available for depositions on the following dates: October 16th, 18th, and 24th. Please advise if these dates will work for each of you. Thanks.

Sincerely,

Deborah M. Nickson
Attorney At Law

Cc:    Jack Wallace, Jr., Esq.
         Elizabeth Mitchell, Esq.