# Exhibit O

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| PLAINTIFF, | ) ) ) |
| vs. | ) CV 2:06-CV526-MHT ) |
| DON WILLIAMS individually and in his capacity of the Manager of National Seating and Mobility, Inc., NATIONAL SEATING AND MOBILITY, INC., and GERALD SHOCKLEY, individually and in his capacity of a special agent of the Alabama Attorney General's Office, | ) ) ) ) DEMAND FOR JURY TRIAL ) ) ) ) ) |
| DEFENDANTS. | ) |

## PLAINTIFF'S EXPERT DISCLOSURES

Comes now the Plaintiff, Elizabeth Horton, by and through her attorney, Deborah M. Nickson, and discloses the expert witnesses whom she may use at trial as follows:

1. Dr. Hadi Tijuana-Psychiatrist
   1604 Hospital Parkway
   Bedford, TX. 76022
   1-817-354-73268

   • Provided psychiatric care and counseling to Plaintiff as a result of the injury she sustained from the factual allegations contained in this complaint.

2. Cheryl L. Bowie LcSW; LMFT
   2700 Tibbets Drive Ste. 408
   Bedford, TX. 76022
   1-817-545-4828

   • Provided professional counseling to Plaintiff as a result of the injury she sustained from the factual allegations contained in this complaint.

3. Dr. Ronald Looney
   1701 Forestridge Street
   Bedford, TX. 76022
   1-817-545-7700

   - Provided medical treatment to Plaintiff as a result of the injury she sustained from the factual allegations contained in this complaint.

4. Doctor Vernal Wool- Clinical Psychologist
   1620 Carterhill Road
   Montgomery, AL. 36106
   334-265-4828

   - Provided psychological care and counseling to Plaintiff as a result of the injury she sustained from the factual allegations contained in this complaint.

5. Dr. Kynard Adams, MD
   1323 Mulberry Street
   Montgomery, AL. 36106
   334-264-3434

   - Provided medical treatment to Plaintiff as a result of the injury she sustained from the factual allegations contained in this complaint.

*At the present time, no reports have been compiled by the experts listed above; however, when the reports are compiled, a copy of the reports will be provided to you.

RESPECTFULLY submitted on this the 31st day of August, 2007.

/s/ Deborah M. Nickson
Deborah M. Nickson

OF COUNSEL:
DEBORAH M. NICKSON
Attorney at Law
2820 Fairlane Drive Ste. A-10
Montgomery, AL. 36116
(334) 213-1233/(334) 213-1234 FAX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2007, a true and correct copy of the Plaintiff's Expert Witness Disclosure has been furnished via EMAIL/FAXSIMILE and/or the United States Mail, postage prepaid and properly addressed to:

Hon. Charles A. Stewart, III
Bradley, Arant, Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Ste. 780
Montgomery, AL. 36104

Hon. Kelly Pate,
Hon. Dorman Walker
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL. 36101

Hon. Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL. 36130

Hon Laura Taaffe
Brandley, Arant, Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL. 35203-2104

Hon. Elizabeth Mitchell
Bradley, Arant, Rose & White LLP
401 Adams Avenue
Montgomery, AL. 36104

/s/ Deborah M. Nickson
Deborah M. Nickson