# Exhibit Q



**Bradley Arant**

BRADLEY ARANT ROSE & WHITE LLP

ALABAMA CENTER FOR COMMERCE
401 ADAMS AVENUE, SUITE 780
MONTGOMERY, AL 36104
334.956.7700   FAX 334.956.7701
WWW.BRADLEYARANT.COM

Charles A. Stewart III

Direct Dial: 334-956-7608
Direct Fax: 334-956-7808
cstewart@bradleyarant.com

September 19, 2007

Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116

RE: *Elizabeth Horton v. Don Williams, et al.*
2:06-cv-MHT-TFM

Dear Ms. Nickson:

It has been approximately ten business days since your letter of September 3, 2007. Can you please let us know what you have heard? As you know, your expert disclosures fall short of complying with the Federal Rules of Civil Procedure. Specifically, Rule 26(b)(4)(A)(i) requires much more information than your disclosures provided. We would appreciate it if you would give a full disclosure of these experts, the subject matter on which they are expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds for each opinion.

Additionally, as you can appreciate, we are unable to retain experts to rebut any testimony that your experts may proffer, or even to get an expert witness, until we know what your experts will testify to. As a result, we would appreciate your permission to file an uncontested request for extension of our deadlines.

I look forward to hearing from you.

Yours very truly,

Charles A. Stewart III

CAS/arm

cc: Dorman Walker, Esq.
    Jack Wallace, Esq.
    Elizabeth Mitchell, Esq.

BIRMINGHAM   CHARLOTTE   HUNTSVILLE   JACKSON   MONTGOMERY   WASHINGTON, DC