# Exhibit S

## Stewart, Charles

| | |
|---|---|
| **From:** | Mitchell, Elizabeth |
| **Sent:** | Tuesday, September 25, 2007 8:59 AM |
| **To:** | Walker, Dorman; 'Pate, Kelly'; jwallace@ago.state.al.us; debnicks@bellsouth.net |
| **Cc:** | Stewart, Charles |
| **Subject:** | Horton v. Williams, et al. - Draft Motion for Extension |
| **Attachments:** | 1621628-1-HortonNSM Motion for Extension of Time to Disclose Experts.DOC |

Good morning.

Attached please find a draft motion for extension of defendants' expert disclosures deadline. We would like to file this today, if possible. Please review and let me know if you have any comments and whether you will agree to this motion.

Thanks,
Elizabeth


Elizabeth Brislin Mitchell
Bradley Arant Rose & White LLP
1819 5th Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8360
Facsimile: (205) 488-6360
emitchell@bradleyarant.com
www.bradleyarant.com

---

**Confidentiality Notice and Disclaimer:** This e-mail is from a law firm, and it may be protected by the attorney-client privilege or as attorney work-product. If you received the message by error, please notify the sender that you received it by replying to this e-mail, and then delete it from your computer. Unless specifically stated otherwise in the body of the message, the content of the message is not to be construed as establishing an attorney-client relationship if one does not otherwise exist, or as a consent to conduct business by any electronic medium.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| DON WILLIAMS, individually and in his capacity as the Manager of National Seating and Mobility, Inc., NATIONAL SEATING AND MOBILITY, INC., GERALD SHOCKLEY, individually and in his capacity of a special agent of the Alabama Attorney General's Office, | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NUMBER: 2:06-cv-526-MHT-TFM |
| Defendants. | ) ) ) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE

The Defendants, National Seating and Mobility, Inc. ("NSM"), Don Williams, and Gerald Shockley (collectively, the "Defendants") jointly move this Court pursuant to Federal Rule of Civil Procedure 6(b) for an extension of the Court's expert disclosure deadline, allowing Defendants thirty days after their receipt of Plaintiff's Rule 26 compliant expert disclosures or thirty days after Plaintiff's deposition, whichever is longer, within which to make their expert disclosures. This motion is based upon the following grounds:

1

1. Under the Court's June 19, 2007 Scheduling Order, the Defendants' expert disclosures are due September 28, 2007.

2. Plaintiff's expert disclosures were due on August 31, 2007. The expert disclosures Plaintiff served on Defendants on August 31, 2007 were deficient, however, in that they failed to comply with Federal Rule of Civil Procedure 26(2)(B). Specifically, Plaintiff's expert disclosures failed to include expert reports for any of her experts.

3. Defendants have not yet been able to take Plaintiff's deposition. The parties originally scheduled Plaintiff's deposition for August 16, 2007, but on August 14, 2007 Plaintiff requested to reschedule based on her current psychological condition and the advice of her physician. Since then Defendants have continued to follow up with Plaintiff's counsel in an effort to set and take Plaintiff's deposition, but Plaintiff has remained unavailable throughout September and will remain unavailable until at least mid-October. The Defendants are currently working with Plaintiff's counsel to set Plaintiff's deposition at the end of October or beginning of November.

4. For these reasons, Defendants need additional time to take Plaintiff's deposition, obtain and review Plaintiff's experts' reports, and gather any other information necessary to make an informed decision on the type of expert testimony they will need to adequately defend themselves against Plaintiff's

claims. Without knowing Plaintiff's experts' opinions or even the particulars of Plaintiff's claims, Defendants cannot be expected to identify rebuttal testimony to be offered by their experts.

5. This case is not set for trial until June 23, 2008 and thus this extension will not result in any prejudice to the parties.

6. This motion is being filed by NSM on behalf of all of the Defendants.

7. Plaintiff's counsel has no objection to the requested extension.

WHEREFORE, Defendants respectfully move the Court to grant this request for extension of time to allow Defendants thirty days after their receipt of Plaintiff's Rule 26 compliant expert disclosures or thirty days after plaintiff's deposition, whichever is longer, to serve their expert disclosures.

Respectfully submitted,

_____
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Elizabeth B. Mitchell (BRI050)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

**Attorneys for Defendant
National Seating & Mobility, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on September __, 2007, I served the foregoing on the following:

Deborah M. Nickson
Attorney for Petitioner
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116

Dorman Walker
Balch & Bingham

4

P.O. Box 78
Montgomery, AL 36101

Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses.

Elizabeth B. Mitchell
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
