# Exhibit U

**Stewart, Charles**

---

| | |
|---|---|
| From: | Deborah M. Nickson [debnicks@bellsouth.net] |
| Sent: | Tuesday, September 25, 2007 5:58 PM |
| To: | Mitchell, Elizabeth |
| Cc: | jwallace@ago.state.al.us; Stewart, Charles; Walker, Dorman; Pate, Kelly |
| Subject: | Re: Horton v. Williams, et all - Revised Draft Motion for Extension |

Elizabeth, please send a copy of the Motion for Extension again. There was no attachment to my email. Thanks.
-------------- Original message from "Mitchell, Elizabeth" <emitchell@bradleyarant.com>:
---------------


Deborah and Jack,

Attached is a revised draft of Defendants' Motion for Extension. Please let me know if you are agreeable to this motion or if you have any suggested changes.

Thanks,
Elizabeth Mitchell



Elizabeth Brislin Mitchell
Bradley Arant Rose & White LLP
1819 5th Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8360
Facsimile: (205) 488-6360
emitchell@bradleyarant.com
www.bradleyarant.com




Confidentiality Notice and Disclaimer: This e-mail is from a law firm, and it may be protected by the attorney-client privilege or as attorney work-product. If you received the message by error, please notify the sender that you received it by replying to this e-mail, and then delete it from your computer. Unless specifically stated otherwise in the body of the message, the content of the message is not to be construed as establishing an attorney-client relationship if

1

one does not otherwise exist, or as a consent to conduct business by any electronic medium.

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

\>