# Exhibit V

**Stewart, Charles**

| | |
|---|---|
| From: | Deborah M. Nickson [debnicks@bellsouth.net] |
| Sent: | Tuesday, September 25, 2007 6:07 PM |
| To: | Mitchell, Elizabeth |
| Cc: | Walker, Dorman; Pate, Kelly; jwallace@ago.state.al.us; Stewart, Charles |
| Subject: | Re: Horton v. Williams, et al. - Draft Motion for Extension |

Counsels, I spoke with Ms. Horton today. She has indicated that her doctor did not release on last Thursday as she expected. As I understand it, the doctor has extended her treatment for one more week. Thanks. Attorney Nickson.
-------------- Original message from "Mitchell, Elizabeth" <emitchell@bradleyarant.com>:
--------------


Good morning.

Attached please find a draft motion for extension of defendants' expert disclosures deadline. We would like to file this today, if possible. Please review and let me know if you have any comments and whether you will agree to this motion.

Thanks,
Elizabeth



Elizabeth Brislin Mitchell
Bradley Arant Rose & White LLP
1819 5th Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8360
Facsimile: (205) 488-6360
emitchell@bradleyarant.com
www.bradleyarant.com



Confidentiality Notice and Disclaimer: This e-mail is from a law firm, and it may be protected by the attorney-client privilege or as attorney work-product. If you received the message by error, please notify the sender that you received it by replying to this e-mail, and then delete it

1

from your computer. Unless specifically stated otherwise in the body of the message, the content of the message is not to be construed as establishing an attorney-client relationship if one does not otherwise exist, or as a consent to conduct business by any electronic medium.


Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.


>