IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv526-MHT |
| ) | |
| **DON WILLIAMS, etc., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

It is ORDERED that the motion to reconsider (doc. no. 57) is granted as requested.

DONE, this the 2nd day of October, 2007.

                         /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**