IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DON WILLIAMS, individually and in his ) | CIVIL ACTION NUMBER: |
| capacity as the Manager of National ) | 2:06-cv-526-MHT-TFM |
| Seating and Mobility, Inc., NATIONAL ) | |
| SEATING AND MOBILITY, INC., ) | |
| GERALD SHOCKLEY, individually and ) | |
| in his capacity of a special agent of the ) | |
| Alabama Attorney General's Office, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a *Motion for Protective Order* (Doc. 59, filed January 23, 2008) filed by nonparty Alabama Department of Mental Health and Mental Retardation. For good cause, it is **ORDERED** that the parties file their responses to the motion **on or before 11:00 a.m. on January 28, 2008**.[1]

DONE this 23rd day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] If there are no objections to the motion, counsel may simply notify chambers by telephone.