IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 02:06-CV-00526-MHT-TFM |
| DON WILLIAMS, et al., | ) ) ) |
| Defendants. | ) |

### PLAINTIFF HORTON'S RESPONSE TO MOTION FOR A PROTECTIVE ORDER

**COMES NOW,** Plaintiff Horton, by and through her Attorney, and submit the foregoing response and offers the following:

1. That this Plaintiff has no objection to the Court granting the Alabama Department of Mental Health and Mental Retardation's Motion for a Protective Order with the conditions cited in the Department's motion.

WHEREUPON, this movant request the following relief:

a) That the Court enter an Order granting the foresaid Motion;

b) That the Court allow an "in camera" review of said documents;

c) That the Court Order contains the conditions cited in the movant's motion.

1

**Respectfully submitted** the 23<u>rd</u> day of January, 2008.

/s/ Deborah M. Nickson
Deborah M. Nickson
Attorney for Plaintiff Horton
2820 Fairlane Drive
Montgomery, Alabama 36116
(334) 213.1233

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CERTIFICATE OF SERVICE

I, Deborah M. Nickson, do hereby certify that a true and correct copy of the foregoing has been served on all counsel and parties of record, by electronically filing this document through the Middle District's electronic filing system which will send notification of such filing to the following on this 23th day of January, 2008.

/s/ Deborah M. Nickson
Deborah M. Nickson
OF COUNSEL

Hon. Charles A. Stewart, III
Bradley, Arant , Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Ste. 780
Montgomery, AL. 36104
Cstewart@bradleyarant.com

Hon. Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL. 36130
JWallace@ago.state.al.us

Hon. Kelly Pate,
Hon. Dorman Walker
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL. 36101
DWALKER@balch.com
kpate@balch.com