IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-526-MHT |
| | ) |
| DON WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

  COMES NOW Alabama Department of Mental Health and Mental Retardation, a non-party and/or Movant, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or
☒ This party is a governmental entity, or
☐ There are no entities to be reported, or
☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity         Relationship to Party
_____    _____
_____    _____
_____    _____
_____    _____

January 24, 2008         TROY KING (KIN047)

                ATTORNEY GENERAL

                /s/ Tamara R. Pharrams
                TAMARA R. PHARRAMS (PHAR1739)
                Assistant Attorney General

                COURTNEY W. TARVER (TAR009)
                Deputy Attorney General &
                General Counsel, DMH/MR

Alabama Department of Mental Health
   And Mental Retardation
100 N. Union St.
P.O. Box 301410
Montgomery, AL 36130-1410
334-242-3038 (phone)
334-242-0924 (fax)
courtney.tarver@mh.alabama.gov
tamara.pharrams@mh.alabama.gov

CERTIFICATE OF SERVICE

I hereby certify that on 24th of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah Moore Nickson, Esq.
2820 Fairlane Drive
Suite A-10
Montgomery, Alabama  36116

Charles A. Stewart, III, Esq.
Bradley, Arant, Rose & White LLP
The Center for Commerce
Suite 780, 401 Adams Avenue
Montgomery, Alabama  36104

Dorman Walker, Esq.
Kelly Fitzgerald Pate, Esq.
Balch & Bingham
P. O. Box 78
Montgomery, Alabama  36101-0078

Elizabeth Brislin Mitchell, Esq.
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL  35203

Jack W. Wallace, Jr., Esq.
Office of the Attorney General
General Civil
11 South Union Street
Montgomery, Alabama  36130

William O. Butler, III, Esq.
Alabama Medicaid Agency
P. O. Box 5624
501 Dexter Avenue
Montgomery, AL  36103-5624

/s/ Tamara R. Pharrams
TAMARA R. PHARRAMS