IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DON WILLIAMS, individually and in his | )   CIVIL ACTION NUMBER: |
| capacity as the Manager of National | )   2:06-cv-526-MHT-TFM |
| Seating and Mobility, Inc., NATIONAL | ) |
| SEATING AND MOBILITY, INC., | ) |
| GERALD SHOCKLEY, individually and | ) |
| in his capacity of a special agent of the | ) |
| Alabama Attorney General's Office, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Pending before the Court is a *Motion for Protective Order* (Doc. 59, filed January 23, 2008) and the *Motion to Withdraw the Motion for a Protective Order* (Doc. 64, filed January 24, 2008) filed by nonparty Alabama Department of Mental Health and Mental Retardation.  For good cause, it is **ORDERED** that the *Motion to Withdraw the Motion for a Protective Order* (Doc. 64) is hereby **GRANTED** and the request for a protective order is rendered moot.

DONE this 25th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE