**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ELIZABETH HORTON**   )<br>  )<br>   **Plaintiff,**   )<br>  )<br>**v.**   )<br>  )<br>**DON WILLIAMS, individually and in his**   )<br>**capacity as the Manager of National**   )<br>**Seating and Mobility, Inc., NATIONAL**   )<br>**SEATING AND MOBILITY, INC.,**   )<br>**GERALD SHOCKLEY, individually,**   )<br>  )<br>   **Defendants.**   )<br>  )<br>  ) | **CIVIL ACTION NUMBER:**<br>**2:06-cv-526-MHT-TFM** |

Comes now the undersigned, Quindal C. Evans, and gives notice of her appearance as counsel for National Seating and Mobility, Inc.

Respectfully submitted this the 19th day of February, 2008.

/s/ Quindal C. Evans
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Deborah M. Nickson
       Attorney for Petitioner
       2820 Fairlane Drive, Suite A-10
       Montgomery, Alabama 36116

       Jack W. Wallace, Jr.
       Office of the Attorney General
       11 South Union Street
       Montgomery, AL 36130

       Dorman Walker
       Kelly F. Pate
       Balch & Bingham
       P.O. Box 78
       Montgomery, AL 36101

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

                                                              s/ Quindal C. Evans
                                                             Quindal C. Evans (EVA040)
                                                             Bradley Arant Rose & White LLP
                                                             The Alabama Center for Commerce
                                                              401 Adams Avenue, Suite 780
                                                             Montgomery, AL 36104
                                                              Telephone: (334) 956-7700
                                                             Facsimile: (334) 956-7701
                                                             E-mail: qevans@bradleyarant.com