IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELIZABETH HORTON<br><br>    **Plaintiff,**<br><br>v.<br><br>DON WILLIAMS, individually and in his capacity as the Manager of National Seating and Mobility, Inc., NATIONAL SEATING AND MOBILITY, INC., GERALD SHOCKLEY, individually,<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NUMBER:<br>2:06-cv-526-MHT-TFM |

**DEFENDANTS NATIONAL SEATING AND MOBILITY AND
DON WILLIAMS' JOINT MOTION FOR SUMMARY JUDGMENT**

    Defendants National Seating and Mobility and Don Williams move the Court to enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, summary judgment in their favor dismissing this action as to them, on the ground that there is no genuine issue as to any material fact and that these Defendants are entitled to a judgment as a matter of law. This motion is based upon the pleadings, and the evidentiary submission and brief filed in support of and contemporaneously with this motion.

    Respectfully submitted this 19th day of February, 2008.

189862.1

s/Dorman Walker
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
**Attorneys for Defendant Don Williams**

s/Charles A. Stewart, III
Charles A. Stewart, III (STE067)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
**Attorneys for Defendant National Seating & Mobility, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah M. Nickson
Attorney for Petitioner
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116

Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

s/Dorman Walker
Of Counsel