IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON<br><br>Plaintiff,<br><br>v.<br><br>DON WILLIAMS, individually and in his capacity as the Manager of National Seating and Mobility, Inc., NATIONAL SEATING AND MOBILITY, INC., GERALD SHOCKLEY, individually,<br><br>Defendants. | CIVIL ACTION NUMBER:<br>2:06-cv-526-MHT-TFM |

**DEFENDANTS NATIONAL SEATING AND MOBILITY AND DON WILLIAMS'
NOTICE OF EVIDENTIARY SUBMISSION
IN SUPPORT OF THEIR JOINT MOTION FOR SUMMARY JUDGMENT**

Defendants National Seating and Mobility and Don Williams submit the following evidence in support of their motion for summary judgment:

| A | Deposition of Elizabeth Horton, w/ exhibits:<br>1.    6/13/06 Adverse Action Notice from Baptist Health<br>2.    Notice of Deposition Duces Tecum<br>3.    3/22/06 termination letter from Hyundai<br>4.    NSM client database with notations by Horton<br>5.    1/24/05 Application to Hyundai<br>6.    Horton resume<br>7.    Plaintiff's Response to Defendant Don Williams' Interrogatories and Request for Production |
|---|---|
| B | Deposition of Felicia Barrow, w/ exhibits:<br>6.    2/16/05 Memorandum from Barrow to McIntyre<br>7.    Medicaid Policy Section - Durable Medical Equipment<br>8.    8/2/04 Confidential Medicaid Complaint<br>9.    7/9/04 Memorandum from Barrow re: NSM<br>10.   5/9/05 transcript of interview with Don Williams<br>11.   6/23/05 transcript of interview with Felicia Barrow |

189890.1

| | |
|---|---|
| C | Deposition of Cliff Johnson, w/ exhibit:<br>    5.    6/14/05 and 7/12/04 Memoranda from Johnson re: NSM |
| D | Deposition of Anthony Green, w/ exhibits:<br>    1.    Confidential Medicaid Complaint<br>    2.    NSM client database with notations by Horton<br>    3.    2/16/05 Memorandum from Barrow to McIntyre<br>    4.    8/12/05 Summary Report of Investigation by Shockley |
| E | First affidavit of Gerald G. Shockley w/ attachments:<br>    1.    7/9/04 referral memorandum<br>    2.    6/1/05 transcript of interview with Michael Roeder<br>    3.    NSM client database wit h notations by Horton<br>    4.    Affidavit and Warrant |
| | Second affidavit of Gerald Shockley w/ attachment:<br>    A.    8/12/05 Summary Report of Investigation by Shockley |
| G | Affidavit of Michael Roeder |
| H | Affidavit of Don Williams |
| I | Declaration of Danielle Pirkle w/ exhibit:<br>    A.    6/28/05 transcript of interview with Danielle Pirkle |
| J | Docket sheet, *State of Alabama v. Elizabeth Walton Horton*, Crim. No. – DC-2005-2380 (Montgomery Co. District Court) |

Respectfully submitted this 19th day of February, 2008.

                            s/Dorman Walker
                            Dorman Walker (WAL086)
                            Kelly F. Pate (FIT014)
                            Balch & Bingham
                            P.O. Box 78
                            Montgomery, AL 36101
                            Telephone: (334) 834-6500
                            Facsimile: (334) 269-3115
                            **Attorneys for Defendant Don Williams**

                            s/Charles A. Stewart, III
                            Charles A. Stewart, III (STE067)
                            Quindal C. Evans (EVA040)
                            Bradley Arant Rose & White LLP
                            The Alabama Center for Commerce
                            401 Adams Avenue, Suite 780
                            Montgomery, AL 36104
                            Telephone: (334) 956-7700
                            Facsimile: (334) 956-7701
                            **Attorneys for National Seating & Mobility, Inc.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Deborah M. Nickson
    Attorney for Petitioner
    2820 Fairlane Drive, Suite A-10
    Montgomery, Alabama 36116

    Jack W. Wallace, Jr.
    Office of the Attorney General
    11 South Union Street
    Montgomery, AL 36130

                                            s/Dorman Walker
                                            Of Counsel