# EXHIBIT A - PART 1



**Baptist**
HEALTH

Baptist Health
2105 East South Boulevard
PO Box 11010
Montgomery, AL 36111-0010
Tel.: 534-286-2445

### ADVERSE ACTION NOTICE
(To comply with FCRA Section 615)

June 13, 2006

Elizabeth Horton
2600 Vaughn Lakes Blvd. Apt # 914
Montgomery, Al 36117

Dear Elizabeth:

Thank you for your recent application for employment with Baptist Medical Center Prattville. We carefully considered your application, and we regret that we are unable to offer you employment at this time. The reasons for our decision were based in part on information obtained from the consumer reporting agency identified below:

Risk Mitigation Services, Inc.
P.O. Box 294
Moulton, Alabama 35650
(866) 383-1180

In accordance with the Fair Credit Reporting Act, you have previously received a copy of this information and a copy of your rights under the Act. You have the right to obtain an additional free copy of the report within 60 days of your receipt of this letter by contacting Risk Mitigation Services, Inc. **The consumer reporting agency did not make the adverse employment decision and therefore cannot explain how or why the adverse decision was made.**

Sincerely,

Joann Turpen
Employment Recruiter

DEFENDANT'S
EXHIBIT

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **DON WILLIAMS, individually and** | ) |
| **in his capacity as the Manager of** | ) |
| **National Seating and Mobility, Inc.,** | ) **CIVIL ACTION NUMBER:** |
| **NATIONAL SEATING AND** | ) **2:06-cv-526-MHT-TFM** |
| **MOBILITY, INC., GERALD** | ) |
| **SHOCKLEY, individually and in his** | ) |
| **capacity of a special agent of the** | ) |
| **Alabama Attorney General's Office,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF DEPOSITION DUCES TECUM

Please take notice that defendant **National Seating and Mobility, Inc.,** will take the deposition on oral examination of Elizabeth Horton, before a notary public or other officer authorized to administer oaths. The deposition will continue from time to time until completed. You are invited to attend and cross examine.

| | |
|---|---|
| Deponent: | **Elizabeth Horton** |
| Date: | **November 20, 2007** |
| Time: | **9:00 a.m.** |
| Location: | **Bradley Arant Rose & White LLP** |
| | **401 Adams Avenue, Suite 780** |
| | **Montgomery, AL 36104** |



DEFENDANT'S
EXHIBIT
2

1

Pursuant to Federal Rules of Civil Procedure Rule 30(b)(1), the deponent is requested to bring to the deposition the documents or things listed in Schedule A attached to this deposition notice.

_Charles A. Stewart III_

Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Elizabeth B. Mitchell (BRI050)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

**Attorneys for Defendant**
**National Seating & Mobility, Inc.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, I mailed by United States Postal Service this document to the following:

> Deborah M. Nickson
> Attorney for Plaintiff
> 2820 Fairlane Drive, Suite A-10
> Montgomery, Alabama 36116

> Dorman Walker
> Balch & Bingham
> P.O. Box 78
> Montgomery, AL 36101

> Jack W. Wallace, Jr.
> Office of the Attorney General
> 11 South Union Street
> Montgomery, AL 36130

_(signature)_

Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

## Schedule "A"

## Documents To Be Produced At The Deposition Of

## Elizabeth Horton

1.    Please identify and produce any and all statements taken from any party which relate in any way to this lawsuit or the allegations in your Complaint.

2.    Please identify and produce any and all tangible items gathered or retained as a result of the claims made the basis of your lawsuit.

3.    Please identify and produce a listing of all damages you complain have been incurred as a result of the claims made the basis of this lawsuit.

4.    Please identify and produce any and all reports of experts you have retained for the prosecution of this suit.

5.    Please identify and produce any and all correspondence between you and any of the Defendants.

6.    Please identify and produce each and every document requested by you from a third-party in the prosecution of this case.

7.    Please identify and produce a copy of each and every document requested in the interrogatories filed by Defendant.

8.    Please identify and produce each and every document which you allege substantiates the contentions set forth in your Complaint.

9.    Please identify and produce any and all federal and state income tax returns filed by you for the five-year period immediately preceding the date of your termination from National Seating and Mobility up to and including the most recent return filed.

10.     Please identify and produce any and all investigative reports and written or recorded statements, to the extent not done so above, compiled in your prosecution of this lawsuit.

11.     Please identify and produce a copy of any and all documents consulted, referred to, or otherwise utilized in any way in connection with the preparation of your responses to Defendant's interrogatories and/or requests for production.

12.     Please identify and produce any and all documents that reflect, relate to, or arise out of any of the facts that form the subject matter of this litigation.

13.     Please produce any and all documents or materials that you have collected for this case from an individual or entity other than Defendant, including, but not limited to, depositions, trial transcripts, and documents relative to all defendants and/or their expert witnesses in this case.

14.     Please produce any tape recordings or statements you have taken of any party or witness relating to this case.

15.     Please produce any photos, videotapes, or recordings of any person, place, or thing which has been created for this lawsuit or which relates to the issues in this case.

16.     Please produce the most recent photograph of Plaintiff in your possession.

17.     Please identify and produce a list of the medical care providers you have seen in the past ten years relating to the damages you claim in your complaint.

18.     Please produce all documents relating to the medical care you received from those individuals identified in response to preceding request.

19.     Please identify and produce as list of all medical care providers you have seen in the past ten years.

20.    Please produce all documents relating to the medical care you received from those individuals identified in response to preceding request in your possession or control.

21.    Please identify and produce a list of all counselors, lay counselors, psychologists, psychiatrists you have seen in the past ten years.

22.    Please produce all documents relating to the care you received from those individuals identified in response to preceding request in your possession or control.

23.    Please identify and produce all records relating to your arrest and prosecution including all exhibits used at your trial.

24.    Please identify and produce a list of the names and addresses of all employers past and present including the name of your immediate supervisor and the dates you were employed at each and the reason for your leaving said employment.

25.    Please produce a copy of all prescriptions or the front label off of prescription containers of any medicine or drug that you are currently taking or have taken within the last two years.

6

March 22, 2006

Elizabeth Horton

2600 Vaughn Lakes Blvd.

Apt. 914

Montgomery, AL 36117

Dear Elizabeth:

It has been brought to my attention in more than one instance you behaved in a manner that created a hostile work environment of a sexual nature. An investigation confirmed you did indeed create such a hostile work environment.

HMMA considers your actions to be a serious misconduct violation. When a person commits an action such as this against HMMA and/or his/her fellow Team Members, he/she may be terminated from employment.

Based on the aforementioned, I regret that I have no alternative but to terminate your employment, effective immediately.

Your benefits will cease as of 11:59pm March 31, 2006. The HMMA benefits department will forward COBRA information to you.

Sincerely,



Harry Chase
Manager, Production Control
Hyundai Motor Manufacturing Alabama, LLC


DEFENDANT'S EXHIBIT
3

HMMA   0027

## National Seating & Mobility   10/01/2003 - 12/31/2004

| Full Recipient Name | Recipient Base IC County | Detail First Date | Procedure | Procedure Code Description | ICN | Performing Prov Dll | Paid Amount |
|---|---|---|---|---|---|---|---|
| ALEXANDER, APRIL N | 51 | 5/6/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247202035 | 009814350 | $4,464.80 |
| ALEXANDER, TABRELL S | 51 | 9/27/2004 | E1399 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504328201509 | 009814350 | $334.15 |
| AMOR, ZACHARY | 51 | 8/4/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504245205286 | 009814350 | $4,550.40 |
| AUSTIN, OCTAVIOUS D | 57 | 10/31/2003 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 0504404121469 | 009814350 | $100.61 |
| AUSTIN, OCTAVIOUS D | 57 | 10/28/2004 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 0504364226098 | 009814350 | $131.84 |
| BAILES, TYLER B | 35 | 11/4/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0505038222813 | 009814350 | $4,958.40 |
| BAILEY, TIARA M | 51 | 2/19/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504079233267 | 009814350 | $4,181.60 |
| BAKER, KRISTAL L | 51 | 7/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504231249767 | 009814350 | $3,661.80 |
| BARBER, CODY R | 09 | 5/14/2004 | E1399 | | 0504247201401 | 009814350 | $587.10 |
| BARBER, LASHUANTAN D | 51 | 12/30/2003 | E5439 | | 0504113203014 | 009814350 | $727.20 |
| BARBER, LASHUANTAN D | 51 | 7/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504231249765 | 009814350 | $2,973.60 |
| BILLINGSLEY, DUSTIN V | 11 | 10/20/2003 | E5439 | | 0503321213076 | 009814350 | $2,243.20 |
| BILLINGSLEY, DUSTIN V | 11 | 9/10/2004 | E1399 | | 0504343201765 | 009814350 | $494.40 |
| IVINS, DEMARIUS | 24 | 9/3/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0505038228214 | 009814350 | $5,028.80 |
| BRADLEY, JESSICA | 51 | 12/9/2003 | E5439 | CUSTOMIZED WHEEL CHAIR | 0504225207213 | 009814350 | $427.08 |
| BROOKS, OCTAVIA D | 09 | 8/25/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504231251230 | 009814350 | $3,892.00 |
| BROOKS, TIMOTHY J | 41 | 10/24/2003 | E0630 | Patient Lift hydraulic w/ seat a sling | 0503352201036 | 009814350 | $751.00 |
| BROOKS, TIMOTHY J | 41 | 10/24/2003 | E5439 | CUSTOMIZED WHEEL CHAIR | 0504182221140 | 009814350 | $866.80 |
| BRYANT, LAKEVEYA T | 55 | 10/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0505038222012 | 009814350 | $7,975.36 |
| BRYANT, LATONDRA N | 51 | 11/15/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504352200265 | 009814350 | $1,749.60 |
| BURNETTE, ELIZABETH D | 51 | 8/3/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504226200589 | 009814350 | $4,509.00 |
| BURRELL, MARCUS M | 66 | 10/30/2003 | E5439 | | 0504139232283 | 009814350 | $4,347.20 |
| BURRELL, MARCUS M | 66 | 7/9/2004 | E1399 | | 0504230200627 | 009814350 | $381.00 |
| BUTLER, JOEANDREW J | 51 | 8/6/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504231249763 | 009814350 | $424.80 |
| CALDWELL, DEQUARIOUS A | 51 | 10/11/2004 | E1399 | | 0504384226100 | 009814350 | $1,231.20 |
| CALDWELL, JACOB W | 51 | 12/12/2003 | E5439 | | 0504113203015 | 009814350 | $870.00 |
| CALDWELL, JASON W | 51 | 12/12/2003 | Z5439 | | 0504132208826 | 009814350 | $941.20 |
| CANNON, ERKESHA L | 26 | 11/5/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 0504034219426 | 009814350 | $492.78 |



DEFENDANT'S EXHIBIT
4

| Name | No. | Date | Code | Description | ID | Provider | Amount |
|---|---|---|---|---|---|---|---|
| CARTER, JEREMY D | 24 | 7/29/2004 | E1399 | | 0504234201104 | 009814350 | $1,248.00 |
| CHAMBERS, VICTORIA B | 51 | 10/24/2003 | Z5439 | | 0503336210769 | 009814350 | $3,878.40 |
| CHAMBERS, VICTORIA B | 51 | 12/12/2003 | E1399 | | 0504016204924 | 009814350 | $1,378.40 |
| CHAVERS, JOSHUA T | 24 | 3/6/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504326184924 | 009814350 | $4,568.80 |
| CLA--Y, DONNA N | 41 | 10/1/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504308200903 | 009814350 | $4,568.80 |
| C, .RK, DRYDEN A | 57 | 10/1/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504308200901 | 009814350 | $2,096.00 |
| COLE, NADINE | 35 | 12/31/2003 | K0014 | | 0504139227495 | 009814350 | $7,767.61 |
| CONNER, MIRANDA L | 16 | 12/24/2003 | Z5439 | | 0504140226276 | 009814350 | $1,334.40 |
| COOKS, RICARDO O | 23 | 12/29/2004 | E1220 | | 0505027201127 | 009814350 | $4,943.20 |
| COOK, TYLER D | 23 | 8/26/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504258200043 | 009814350 | $5,103.60 |
| COPELAND, RONALD A | 26 | 4/1/2004 | E1399 | | 0504146203461 | 009814350 | $311.98 |
| CORSAW, ANGELA G | 26 | 12/31/2003 | E1240 | | 0504124209606 | 009814350 | $1,012.40 |
| CUBA, LOLA S | 57 | 11/21/2003 | Z5439 | | 0504013213354 | 009814350 | $7,767.35 |
| DASHER, JOSHUA A | 62 | 1/22/2004 | E1220 | | 0504132210762 | 009814350 | $2,317.00 |
| DAVIS, DAVID W | 23 | 10/21/2004 | E1399 | | 0504063223331 | 009814350 | $1,756.80 |
| DAVIS, JORDAN C | 55 | 12/21/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0505036223415 | 009814350 | $5,088.00 |
| DAVIS, TAMEKA D | 35 | 12/11/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | S004113203018 | 009814350 | $2,621.60 |
| DEARDEN, KIMBERLY N | 07 | 8/4/2004 | E1220 | WHEELCHAIR SPECIALLY SIZED OR CONSTRUCTE | 0504023225982 | 009814350 | $5,213.60 |
| DEARDEN, KIMBERLY N | 07 | 9/9/2004 | E1399 | | 0504073201060 | 009814350 | $440.40 |
| DEBRUNNER, KATHERINE M | 41 | 12/12/2003 | E1399 | | 0504015204925 | 009814350 | $1,186.80 |
| DEBRUNNER, KATHERINE M | 41 | 8/27/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504267200053 | 009814350 | $4,658.40 |
| DEMOSS, JEROME L | 59 | 2/9/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 9804156233043 | 009814350 | $303.20 |
| DENNIS, AUSTIN T | 62 | 4/2/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504165204056 | 009814350 | $1,724.87 |
| DIX, CANDACE L | 41 | 8/23/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504267201066 | 009814350 | $4,889.60 |
| DOMINGUEZ, GISELA M | 51 | 2/17/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504100230028 | 009814350 | $2,168.00 |
| DOTSON, MARY J | 23 | 4/6/2004 | K0014 | OTHER MOTORIZED/POWER WHEELCHAIR BASE | 0505027222668 | 009814350 | $3,626.40 |
| DUDLEY, ISHMIAL K | 51 | 1/29/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 0504008212166 | 009814350 | $4,563.11 |
| DULKIEWICZ, JONATHAN M | .03 | 8/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504309200602 | 009814350 | $36.48 |
| EBERHARDT, KATRINA K | 51 | 8/25/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0805036276033 | 009814350 | $3,419.20 |
| EDWARDS, YASHAWN D | 24 | 12/31/2003 | Z5439 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504362200266 | 009814350 | $4,205.60 |
| FAROW, KEVONYE D | 41 | 3/18/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504345214379 | 009814350 | $4,083.10 |
| FEARS, KENYA L | 57 | 11/14/2003 | Z5439 | | 0504113207221 | 009814350 | $4,326.40 |
| FLOURNOY, SHANAE A | 16 | 9/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504008212188 | 009814350 | $1,493.20 |

| Name | Age | Date | Code | Description | ID1 | ID2 | Amount |
|---|---|---|---|---|---|---|---|
| FRAZIER, MELVIN L | 41 | 1/6/2004 | E0110 | | 05040292030828 | 009814350 | $56.00 |
| GIBSON, FORREST E | 51 | 8/16/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472005993 | 009814350 | $4,695.20 |
| GREENE, KYLE D | 62 | 10/1/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05050042386528 | 009814350 | $2,575.20 |
| HARPER, JESSICA M | 23 | 11/5/2003 | Z5439 | | 98040222368022 | 009814350 | $2,860.00 |
| HARRIS, LAJESSA D | 41 | 12/30/2003 | E1399 | | 05041532005051 | 009814350 | $228.80 |
| HATCHER, CORNELIUS O | | | K0004 | | 98041280029009 | 009814350 | $4.85 |
| HAYES, ARIEL Z | 24 | 10/2/2003 | | | 05042453222706 | 009814350 | $217.57 |
| HAYES, CURTAZARIUT | 51 | 5/10/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05041932221090 | 009814350 | $3,230.40 |
| HIGGINS, MARCUS A | 35 | 4/22/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472031090 | 009814350 | $1,374.84 |
| HIGGINS, MARCUS A | 35 | 5/6/2004 | E1399 | | 05042131249768 | 009814350 | $4,501.60 |
| HIGHTOWER, MICHAEL C | 51 | 8/5/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042672010688 | 009814350 | $4,969.60 |
| HILL, BRANDON M | 51 | 8/25/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042672011816 | 009814350 | $376.27 |
| HILL, BRANDON M | 51 | 1/23/2004 | E1399 | | 05042312512233 | 009814350 | $4,742.40 |
| HILL, LISA C | 51 | 7/29/2004 | E1399 | | 50040972010004 | 009814350 | $4,000.80 |
| HILL, SABRINA N | 01 | 11/13/2003 | Z5439 | | 05042312512231 | 009814350 | $2,700.00 |
| HILL, TRAVIS L | 62 | 8/2/2004 | Z5439 | | 05041392236010 | 009814350 | $441.80 |
| HILL, TRAVIS L | 62 | 4/10/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05050042327117 | 009814350 | $2,427.40 |
| HINES, EMMANUEL J | 56 | 7/9/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043092010640 | 009814350 | $2,152.00 |
| HOVEY, JOHN M | 26 | 10/11/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043352014428 | 009814350 | $8,792.81 |
| HOVEY, JOHN M | 26 | 10/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043392104095 | 009814350 | $378.27 |
| HUGHES, SHIANNE M | 35 | 10/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043392210456 | 009814350 | $3,312.80 |
| IVERSON, MORRIS O | 35 | 10/2/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472030065 | 009814350 | $2,866.40 |
| IVEY, ERIKA E | 56 | 7/21/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05041392228632 | 009814350 | $1,946.40 |
| JERKINS, WILLIAM D | 35 | 12/10/2003 | Z5439 | | 05040092020194 | 009814350 | $11,881.01 |
| JERKINS, WILLIAM D | 35 | 11/14/2003 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043552204023 | 009814350 | $525.55 |
| JOHNSON, EDWARD D | 51 | 9/29/2004 | E1399 | | 05050032001526 | 009814350 | $124.17 |
| JOHNSON, GREGORY T | 24 | 12/4/2004 | E1399 | | 98050062235046 | 009814350 | $2,513.60 |
| JOHNSON, GREGORY T | 24 | 6/11/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043642236877 | 009814350 | $292.03 |
| JOHNSON, JAMES D | 55 | 11/5/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472005697 | 009814350 | $3,089.80 |
| JOHNSON, REBECCA M | 35 | 5/13/2004 | Z5439 | | 05040200208700 | 009814350 | $1,035.67 |
| JOHNSON, TIFFANY A | 35 | 10/30/2003 | Z5439 | | 05042792021267 | 009814350 | $502.29 |
| JOINER, SHAWN G | 35 | 11/5/2004 | Z5439 | | 50041132030011 | 009814350 | $4,495.75 |
| JONES, DEANDRE L | 57 | 11/19/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043562015016 | 009814350 | $4,646.40 |

3

| Name | | Date | Code | Description | | | Amount |
|---|---|---|---|---|---|---|---|
| JONES, DOMINIQUE B | 51 | 12/8/2003 | E1399 | | 0504015211252 | 009814350 | $384.70 |
| JONES, DYLAN K | 23 | 2/4/2004 | E1399 | | 0504041213183 | 009814350 | $231.80 |
| JONES, KENJI G | 09 | 12/12/2003 | Z5439 | | 5004113203019 | 009814350 | $359.20 |
| JONES, KENJI G | 09 | 8/6/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504234201102 | 009814350 | $8,080.86 |
| JONES, QUINTONE | 51 | 8/26/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504384226101 | 009814350 | $2,456.40 |
| JORDAN, MARIELA | 41 | 12/8/2003 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 0504015211251 | 009814350 | $480.40 |
| LANE, CRYSTAL G | 34 | 3/22/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504141222161 | 009814350 | $1,587.79 |
| LEDBETTER, EMILY P | 62 | 5/17/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247200593 | 009814350 | $4,652.00 |
| LEWIS, JEFFERY | 24 | 8/9/2004 | E1399 | | 0504234201102 | 009814350 | $1,248.00 |
| LOCKHART, CLARENCIA M | 41 | 10/3/2003 | Z5439 | | 0503323208183 | 009814350 | $1,232.00 |
| LOWERY, JEREMY T | 16 | 8/10/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504234201101 | 009814350 | $19,285.84 |
| MACK, GERMANICE S | 51 | 5/27/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247200604 | 009814350 | $4,476.80 |
| MADDEN, NIGEL E | 51 | 12/29/2003 | Z5439 | | 5004113202002 | 009814350 | $4,411.20 |
| MADDOX, JESSICA N | 31 | 3/8/2004 | E1399 | | 0504139202423 | 009814350 | $433.77 |
| MADDOX, JESSICA N | 31 | 7/15/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504203201075 | 009814350 | $8,637.66 |
| MARLOWE, KIMBERLY E | 51 | 7/28/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504203201550 | 009814350 | $4,643.20 |
| MATTHEWS, HILLARY I | 51 | 5/6/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247201406 | 009814350 | $4,757.60 |
| MCBRIDE, MATTHEW W | 51 | 10/22/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 0504076205466 | 009814350 | $433.25 |
| MCCORMACK, MICHAEL J | 26 | 5/12/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247202037 | 009814350 | $2,060.00 |
| MCCURDY, BRITTNEY L | 51 | 8/4/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504234200100 | 009814350 | $2,794.60 |
| MCGUIRE, MAGGIE M | 51 | 7/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504203200628 | 009814350 | $9,560.73 |
| MCLEAN, ERICA N | 01 | 3/10/2004 | E1399 | | 0504112207127 | 009814350 | $678.12 |
| MCLENDON, ASHTON G | 23 | 8/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247202100 | 009814350 | $2,347.60 |
| MCLEOD, SHERITA M | 23 | 12/29/2004 | E1220 | | 0505027201128 | 009814350 | $5,752.16 |
| MCMULLAN, DONALD W | 41 | 7/9/2004 | E1220 | | 9806038276031 | 009814350 | $2,168.00 |
| MILLS, DONALD W | 16 | 10/15/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 9804246240037 | 009814350 | $1,578.00 |
| MITCHELL, ANTONIO T | 37 | 12/31/2003 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 0504010208121 | 009814350 | $250.00 |
| MITCHELL, ANTONIO T | 37 | 5/28/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247202034 | 009814350 | $4,418.60 |
| MITCHELL, BRYSON T | 16 | 5/13/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247200598 | 009814350 | $4,613.60 |
| MITCHUM, DARYL R | 43 | 11/15/2003 | E1399 | | 0504012191108 | 009814350 | $184.78 |
| MORRIS, JEFFERY W | 44 | 11/14/2003 | Z5439 | | 0504009200319 | 009814350 | $2,028.40 |
| NEAL, CAMBRE L | 51 | 12/31/2004 | E1220 | | 0505038223330 | 009814350 | $1,374.84 |
| NEAL, TRUMAINE R | 37 | 7/30/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504230200629 | 009814350 | $2,343.40 |

| Name | | Date | Code | Description | | | Amount |
|---|---|---|---|---|---|---|---|
| NELSON, CARTER W | 51 | 7/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042313249766 | 00981430 | $5,712.00 |
| NEVIN, TYLER E | 24 | 10/24/2003 | Z5439 | | 98040083101015 | 00981430 | $1,961.60 |
| NICHOLS, WESLEY B | 24 | 12/19/2003 | Z5439 | | 05042812022274 | 00981430 | $195.12 |
| NORRIS, KATRINA A | 35 | 4/7/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05041520006026 | 00981430 | $1,973.60 |
| OSBORNE, CELENA L | 26 | 6/10/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472003070 | 00981430 | $4,417.60 |
| OSBORNE, CELENA L | 26 | 6/10/2004 | E1399 | | 05060042371116 | 00981430 | $390.31 |
| OSBORN, TAYLOR M | 41 | 12/19/2003 | Z5439 | | 05041132030005 | 00981430 | $1,283.89 |
| PACE, BRANDI L | 57 | 2/4/2004 | E1220 | | 05041242116829 | 00981430 | $4,662.80 |
| PARKS, CURTIS A | 31 | 11/24/2003 | E1399 | | 05033422161015 | 00981430 | $68.44 |
| PARKS MAURICE B | 24 | 10/24/2003 | Z5439 | | 05033382172224 | 00981430 | $4,755.20 |
| PARKS MAURICE B | 24 | 1/13/2004 | E1399 | | 05041322131100 | 00981430 | $1,185.60 |
| PARRISH, JAMES T | 41 | 5/28/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472001407 | 00981430 | $5,193.60 |
| PASLEY, DARRYAN J | 51 | 4/2/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05041562021980 | 00981430 | $438.40 |
| PASLEY, DARRYAN J | 51 | 8/16/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472002031 | 00981430 | $589.60 |
| PATERSON, COREY L | 51 | 10/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043642238076 | 00981430 | $4,668.00 |
| POLLARD, ZANE W | 51 | 1/6/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05040712055659 | 00981430 | $2,303.20 |
| PORTER, TIMOTHY D | 55 | 12/31/2003 | E1399 | | 05040072208707 | 00981430 | $137.56 |
| POSS, COLEMAN H | 09 | 10/11/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05050272200249 | 00981430 | $3,143.20 |
| PROCTOR, BOBBY J | 23 | 12/31/2003 | Z5439 | | 05041132003006 | 00981430 | $8,880.33 |
| PRYOR, LOREN R | | 12/16/2003 | Z5439 | | 05041412067102 | 00981430 | $2,468.40 |
| RAMSEY, CALLIE R | 11 | 9/23/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043009201647 | 00981430 | $6,577.00 |
| RELF, RONALD E | 51 | 10/21/2003 | E0146 | | 98040828260040 | 00981430 | $55.80 |
| REYNOLDS, CHRISTINA S | 55 | 11/4/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043642206099 | 00981430 | $4,596.00 |
| SALINAS, JOSE E | 35 | 6/29/2004 | E1399 | | 05043642226102 | 00981430 | $1,374.84 |
| SANDERS, KERSTIN W | 43 | 5/6/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 98043552257037 | 00981430 | $522.00 |
| SCOTT, AARON V | 35 | 12/31/2003 | Z5439 | | 05041392296012 | 00981430 | $552.29 |
| SCOTT, JOSEPH G | 03 | 8/27/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043032004070 | 00981430 | $550.40 |
| SCOTT, JOSEPH G | 03 | 8/30/2004 | E1399 | | 0504303201235 | 00981430 | $625.55 |
| SENN, TARAH M | 21 | 12/27/2003 | E1220 | | 98040512640036 | 00981430 | $356.00 |
| SENN, TARAH M | 21 | 12/30/2003 | E1399 | | 98040512640034 | 00981430 | $472.00 |
| SESSIONS, JAYSON T | 55 | 12/24/2003 | Z5439 | | 05041132030004 | 00981430 | $17,223.11 |
| SETZER, FISHER L | 51 | 1/16/2004 | E1399 | | 05041000230303 | 00981430 | $1,042.80 |
| SHUFORD, DECORRY J | 43 | 12/2/2004 | Z5439 | | 05041132030022 | 00981430 | $4,176.00 |

| Name | | Date | Code | Description | | | Amount |
|---|---|---|---|---|---|---|---|
| SIMS, JASON R | 16 | 7/30/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504339210494 | 009814350 | $4,656.80 |
| SIMS, SHAKETHIA L | 53 | 10/20/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504364226678 | 009814350 | $1,262.00 |
| SINGLETON, HEATHER L | 28 | 8/11/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504242201782 | 009814350 | $3,791.20 |
| SMITH, MICHAEL T | 56 | 7/9/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504231249764 | 009814350 | $2,180.00 |
| SMITH, RASHAD H | 51 | 8/2/2004 | E1399 | | 0504226201492 | 009814350 | $1,374.84 |
| SMITH, TRAVIS C | 51 | 8/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504308209900 | 009814350 | $3,175.20 |
| SMITH, TRAVIS C | 35 | 9/29/2004 | E1399 | | 0504309201645 | 009814350 | $1,185.60 |
| SORRELL, ALLYSON L | 51 | 2/5/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504355267033 | 009814350 | $682.60 |
| SPEARS, JARVIS M | 35 | 11/19/2003 | Z5439 | | 9804299210040 | 009814350 | $3,279.40 |
| SPENCER, DEENA M | 57 | 12/12/2003 | E0630 | | 9804387209663 | 009814350 | $751.00 |
| SPENCER, DEENA M | 57 | 12/12/2003 | Z5439 | | 5004113203008 | 009814350 | $7,289.58 |
| STENSLAND, JAMES C | 03 | 7/28/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 9804329238038 | 009814350 | $451.38 |
| STRICKLIN, JEREMY M | 51 | 12/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504396210363 | 009814350 | $4,760.20 |
| STUDYMIRE, SHAYLA M | 51 | 1/17/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 9804271276034 | 009814350 | $476.18 |
| TADAYON, FATEMEH | 51 | 8/16/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247201402 | 009814350 | $408.92 |
| TAYLOR, KEDRICK L | 24 | 10/20/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504310208133 | 009814350 | $2,174.40 |
| TEAGUE, DESTINY S | 35 | 8/26/2004 | E1399 | | 0504367201087 | 009814350 | $1,231.20 |
| TELLIS, QUANTRAVI L | 51 | 12/30/2003 | E1399 | | 0504028209366 | 009814350 | $235.78 |
| TELLIS, QUANTRAVI L | 51 | 12/10/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0505011201066 | 009814350 | $2,358.40 |
| THOMPSON, JERMAINE D | 26 | 10/5/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0505027200250 | 009814350 | $1,231.20 |
| TIMMONS, JASON C | 51 | 10/6/2003 | Z5439 | | 5004113203010 | 009814350 | $4,424.00 |
| TOLBERT, JEFFERY J | 51 | 11/13/2003 | Z5439 | | 5004013213363 | 009814350 | $3,327.40 |
| TRUELOVE, ZACHARY K | 51 | 8/16/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247203073 | 009814350 | $5,183.20 |
| TURNER, JASON A | 55 | 10/31/2003 | E0146 | | 0504034202111 | 009814350 | $26.60 |
| WADE, DEAUDRE M | 51 | 7/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 5204279201342 | 009814350 | $3,285.36 |
| WALKER, ZARIUS O | 51 | 12/29/2003 | Z5439 | | 5004113203007 | 009814350 | $1,422.40 |
| WASHINGTON, MARQUETTI | 51 | 4/8/2004 | | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 0504345200802 | 009814350 | $228.90 |
| WATTS, JEREMY J | 51 | 12/3/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504358201377 | 009814350 | $9,811.75 |
| WHITE, JAJIE A | 09 | 1/23/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504078222324 | 009814350 | $4,936.00 |
| WHITE, JESSICA L | 57 | 12/12/2003 | E1399 | | 0504117203742 | 009814350 | $531.32 |
| WHITE, JESSICA L | 57 | 12/12/2003 | E1399 | | 5004113203008 | 009814350 | $4,006.40 |
| WILBURN, MARKEVIOUS V | 09 | 12/24/2003 | Z5439 | | 5204133208114 | 009814350 | $2,232.00 |
| WILLIAMS, ESTRACIA N | 34 | 12/31/2003 | Z5439 | | 5004238200011 | 009814350 | $263.87 |

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| WILLIAMS, ESTRACIA N | 34 | 8/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05042672200054 | 009814350 | $3,308.40 |
| WILLIAMS, IRVIN C | 44 | 12/12/2003 | Z5439 | | 50041132030021 | 009814350 | $1,134.40 |
| WILLIAMS, JALESSIA L | 07 | 12/19/2003 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 08041174203218 | 009814350 | $199.45 |
| WILLIAMS, JAMAS L | 51 | 8/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 98042681234019 | 009814350 | $451.89 |
| WILLIAMS, JEWEL G | 34 | 8/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05042672000052 | 009814350 | $4,504.00 |
| WILLIAMS, KATARRA C | 44 | 4/22/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05042192221089 | 009814350 | $229.00 |
| WILLIAMS, NATEAVEONE T | 06 | 12/16/2003 | Z5439 | | 05041172208673 | 009814350 | $2,088.00 |
| WILLIAMS, PAMELA L | 65 | 10/20/2003 | Z5439 | | 05032323202982 | 009814350 | $2,291.20 |
| WILSON, RAVEN E | 51 | 8/11/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05043242201695 | 009814350 | $4,991.20 |
| WILSON, TYLYN C | 24 | 10/24/2003 | Z5439 | | 05040292208354 | 009814350 | $4,098.40 |
| WINSTON, DERRICK T | 24 | 12/31/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 05042302201551 | 009814350 | $4,360.00 |
| WOFFORD, JESSICA D | 35 | 5/13/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05042472200803 | 009814350 | $3,421.60 |
| WOMBLES, MARY C | 41 | 10/21/2003 | E0146 | FOLDING WALKER, WHEELED, WITH SEAT | 05040072208709 | 009814350 | $148.80 |
| WOOD, EMILY K | 41 | 1/23/2004 | E1399 | | 05041392231550 | 009814350 | $50.00 |
| WORTHINGTON, JOSHUA F | 26 | 12/20/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05050322200125 | 009814350 | $3,549.60 |
| WRIGHT, JEREMIAH D | 51 | 7/22/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05042300200630 | 009814350 | $4,860.40 |
| WYNN, JAVARES M | 41 | 8/9/2004 | E1399 | | 05043392210496 | 009814350 | $1,374.84 |
| WYNN, JAVARES M | 41 | 8/23/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05042872201069 | 009814350 | $4,556.00 |
| | | | | | | | 591,008.14 |

7

11

# Employment Application

**Name:** Elizabeth Walton-Horton

**Position Desired:** Technical Support

**Application Date:** 1/24/05

**Applicant Notice**

HMMA fully complies with the spirit and intent of laws regarding nondiscrimination for employment because of sex, race, creed, color, national origin, age, disability or veteran status. The questions of this form are designed to assist you in your proper placement.

Please be accurate in filling out this application. HMMA verifies work history, compensation, and educational information.



**HYUNDAI**

**Hyundai Motor Manufacturing Alabama, LLC**

DEFENDANT'S
EXHIBIT

5

Horton v. NSM
Hyundai
040

## PERSONAL

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Horton | Elizabeth | Walton |

**CURRENT ADDRESS (Number and Street)**
2600 Vaughn Lakes Blv #914

| CITY | STATE | ZIP |
|---|---|---|
| Montgomery | AL | 36117 |

| HOME PHONE | ALTERNATE PHONE NUMBER | SOCIAL SECURITY NUMBER | DRIVER'S LICENSE NO/EXP DATE/STATE |
|---|---|---|---|
| (334) 274-7460 | (334) 546-0794 | 421-09-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 | |

**NOTIFY IN EMERGENCY:**

| NAME | ADDRESS | PHONE |
|---|---|---|
| | | |

ARE YOU UNDER 18 YEARS OF AGE?   ☐ YES   ☑ NO

WHAT CAUSED YOU TO SEEK EMPLOYMENT AT HMMA?   ☑ ADVERTISEMENT   ☐ REFERRAL   ☐ OTHER (Specify):

REFERRED BY:

HAVE YOU EVER BEEN CONVICTED OF A FELONY?   ☑ NO   ☐ YES   IF "YES", PLEASE EXPLAIN:

(A conviction may not necessarily disqualify you from the job applied for)

DO YOU KNOW OF ANY REASON WHY YOU WOULD NOT BE ABLE TO PERFORM THE VARIOUS FUNCTIONS OF THE JOB YOU ARE SEEKING?   ☑ NO   ☐ YES   IF "YES," EXPLAIN:

IF APPLICABLE, WHAT SOFTWARE PACKAGES ARE YOU PROFICIENT IN?
Microsoft Word & Excell

CAN YOU TYPE?   ☐ NO   ☑ YES   55   WPM

## CAREER OBJECTIVES

POSITION DESIRED
1ST CHOICE: Technical Support      2ND CHOICE: HR Recruiter

OTHER POSITIONS FOR WHICH ARE QUALIFIED:

HAVE YOU WORKED FOR OUR COMPANY BEFORE?   ☐ YES      (If "Yes", state date left): _____   ☑ NO

ABILITIES, INTERESTS, HOBBIES, OR PERSONAL ASSOCIATIONS WHICH YOU BELIEVE WILL ASSIST US IN EVALUATING YOUR APPLICATION (OPTIONAL):

Tennis, Softball, Bowling, Basketball

## EDUCATION

| CIRCLE HIGHEST GRADE COMPLETED IN EACH SCHOOL GRADE CATEGORY | SCHOOL | LOCATION | MAJOR/DEGREE | DID YOU GRADUATE? | GRADE PT. AVG. |
|---|---|---|---|---|---|
| HIGH SCHOOL 9 10 11 (12) | Lee Senior Highschool | Marianna, Ark | Diploma | Yes. | 3.5 |
| COLLEGE 1 (2) 3 4 | UALR. | Little Rock, Ark | Degree | Yes | 3.2 |
| GRADUATE SCHOOL 1 2 3 4 | | | | | |
| APPRENTICE, BUSINESS OR VOCATIONAL SCHOOL NO. OF YEARS 1 2 3 4 | | | | | |
| OTHER TRAINING OR SKILLS (Special Courses, Military Training, if appropriate) | | | | | |

## PREVIOUS EMPLOYMENT

LIST ALL JOBS AND ACTIVITIES INCLUDING FULL-TIME, PART-TIME EMPLOYMENT WHILE IN SCHOOL, AND SELF-EMPLOYMENT. BEGIN WITH MOST RECENT.
DO NOT REFERENCE A RESUME.
PLEASE LIST ALL PERIODS OF UNEMPLOYMENT IN SPACE AT BOTTOM OF PAGE.
MAY WE CONTACT YOUR PRESENT EMPLOYER?   ☐ YES   ☐ NO

| FROM | | TO | | EMPLOYER | | REASON FOR LEAVING |
|------|------|------|------|------|------|------|
| MO. | YR. | MO. | YR. | EDS    PHONE # 334-215-0111 | | Present |
| 11 | 04 | | | STREET ADDRESS  1201 Technical Dr. | | |
| BASE RATE OF PAY* | | | | CITY  Montgomery   STATE Ac   ZIP 36117 | | |
| START | FINAL | | | YOUR TITLE AND JOB DUTIES | | |
| 3.85 | 13.85 | | | Providers Relation Rep. Working | | |
| OTHER CONSIDERATIONS | | | | with Providers | | |
| 14.10 | | | | NAME AND TITLE OF SUPERVISOR  Curtis Rushing | | |

Ched name to
Prudential
april 1, 2004

| FROM | | TO | | EMPLOYER | | REASON FOR LEAVING |
|------|------|------|------|------|------|------|
| MO. | YR. | MO. | YR. | Air Hoists   PHONE # 970-633-3000 | | |
| 17 | 95 | 12 | 00 | STREET  3500 main Street | | |
| BASE RATE OF PAY* | | | | CITY  Muncie   STATE  Ark   ZIP  76003 | | |
| START | FINAL | | | YOUR TITLE AND JOB DUTIES | | |
| 9.00 | 12.00 | | | material Handling, Verized parts | | |
| OTHER CONSIDERATIONS | | | | for building | | |
| 11.00 | | | | NAME AND TITLE OF SUPERVISOR  Allen Wong | | |

| FROM | | TO | | EMPLOYER | PHONE # | REASON FOR LEAVING |
|------|------|------|------|------|------|------|
| MO. | YR. | MO. | YR. | | | |
| | | | | STREET | | |
| BASE RATE OF PAY* | | | | CITY   STATE   ZIP | | |
| START | FINAL | | | YOUR TITLE AND JOB DUTIES | | |
| | | | | | | |
| OTHER CONSIDERATIONS | | | | NAME AND TITLE OF SUPERVISOR | | |

PERIODS OF UNEMPLOYMENT

*BASE PAY IS YOUR BASIC RATE OF PAY EXCLUDING OVERTIME PREMIUMS, SPECIAL BONUSES OR ALLOWANCES. IF SIGNIFICANT, PLEASE LIST UNDER "OTHER CONSIDERATIONS."
IF YOUR NUMBER OF PREVIOUS EMPLOYMENT LISTINGS IS MORE THAN FIVE, PLEASE ADD SUPPLEMENTAL PAGES AS NEEDED.

*Horton v. NSM*
Hyundai
**042**

## PROFESSIONAL REFERENCES

PLEASE LIST FORMER SUPERVISORS AND/OR ASSOCIATES WHO ARE ACQUAINTED WITH YOUR PROFESSIONAL QUALIFICATIONS WHO MAY BE CONTACTED FOR REFERENCES.

| NAME | ORGANIZATION | TITLE |
|---|---|---|
| Velma Simmon | EDS | Team leader |

| HOME PHONE | BUSINESS PHONE | PROFESSIONAL RELATIONSHIP |
|---|---|---|
| (334) | (215) 0111 | Co worker |

| NAME | ORGANIZATION | TITLE |
|---|---|---|
| Marianne Osborne | EDS | |

| HOME PHONE | BUSINESS PHONE | PROFESSIONAL RELATIONSHIP |
|---|---|---|
| (334) | (215) 0111 | Co worker |

## PROFESSIONAL/TECHNICAL LICENSES, REGISTRATIONS AND/OR CERTIFICATIONS

| TYPE | STATE ISSUED | DATE | NUMBER |
|---|---|---|---|
| Series 6 & 63 | AB | 4/01 | |
| TYPE | STATE ISSUED | DATE | NUMBER |
| TYPE | STATE ISSUED | DATE | NUMBER |
| TYPE | STATE ISSUED | DATE | NUMBER |

## OPERATING A COMPANY OWNED VEHICLE

Consistent with the Company's objective of promoting safety and safeguarding Company assets, employees who elect to lease, or who are required to operate a Company vehicle in order to perform their job function, must maintain a driving record that conforms to standards established by HMMA and its insurance carrier.

Your driving record will be reviewed through the appropriate state agency. If your job requires you to drive a Company vehicle, and you meet all other job related requirements of the position, any job offer made to you will be contingent on the fact that your driving record conforms to Company standards.

The Company will periodically review the driving records of those employees who operate Company owned vehicles. If it is shown that an employee's driving record contains accidents and/or violations that exceed Company standards, the employee will not be permitted to drive a Company owned vehicle.

During the period that the employee operates a Company owned vehicle, it is the employee's responsibility to report all accidents, citations, violations or other vehicle related offenses within 10 days of the occurrence, or be subject to disciplinary action, up to and including termination.

Employee agrees to pay the lease charge by payroll deduction. Any money owed HMMA, due to damage to the leased vehicle or unpaid lease payments, may be deducted from the employee's paycheck.

| Elizabeth Horton | 01/24/05 |
|---|---|
| Signature of Applicant | Date |

## CERTIFICATION

I hereby certify that the entries on this form and any other statements made by me to Hyundai Motor Manufacturing Alabama, LLC are, in connection with my application for employment, true and correct. Any material omissions or misstatements are grounds for termination.

I understand that if an offer of employment is made, it is contingent upon my submitting documentation of my legal right to work in the United States.

I agree to submit to a physical examination and drug screen. I also authorize HMMA to request from my former employers, and any other source, any information which HMMA may lawfully seek in considering my application for employment and I hereby release HMMA, and such other employers or sources from any liability whatsoever for requesting and/or providing such information. I UNDERSTAND THAT I WILL BE SUBJECT TO DISMISSAL IF ANYTHING IN THIS APPLICATION IS FOUND TO BE FALSE.

In consideration of my employment, I agree to conform to the rules and regulations of HMMA. I UNDERSTAND THAT MY EMPLOYMENT AND COMPENSATION IS AT WILL AND CAN BE TERMINATED WITHOUT CAUSE OR NOTICE AT ANY TIME AT THE OPTION OF MYSELF OR HMMA. I understand that no employee or representative of HMMA, other than the President, has any authority to authorize an agreement for employment for any specified period of time, or to make any agreement contrary to the foregoing.

| Elizabeth Horton | 01/24/05 |
|---|---|
| Signature of Applicant | Date |

Hyundai Motor Manufacturing Alabama, LLC, 7515 Halcyon Summit Drive, Montgomery, AL 36117

*Horton v. NSM*
Hyundai
043

# Elizabeth Walton Horton
2600 Vaughn Lakes Blvd. # 914
Montgomery, Al 36117
Home Phone 334.279.7960

## O B J E C T I V E
To obtain a rewarding career with a strong company that has an opportunity for growth and advancement that will fully utilize my talents and abilities.

## Q U A L I F I C A T I O N S
I have five years experience in customer service that allowed me to develop a good understanding of what it takes to meet a customers needs.

I have experience in a manufacturing environment involving locating parts according to bills of material, and supplying the assembly area with the proper materials. I interacted with several different departments to help control the flow of production materials, and interacted with suppliers. Two years experience working at Job Fairs and as a HR Recuiter.

## W O R K    H I S T O R Y

**Customer Service Representative, EDS July 2004 – Present**

- Assisted customers with inquiries concerning claims, eligibility, and ALXIX medical guidelines via customer service phone line.
- Educated customers on resources available on the corporate customer service website.
- Processed medical claims, confirmed filing timing, verified electronic filing information, and completed new enrollment requests.
- Answered customer's questions according to medical guidelines.
- Assigned group pins, and individual pins to customers.

**Investment Account Representative, CIGNA   March 2000- March 2004**

- Assisted clients on management of their accounts including balance inquiries, funds transfer, and loan disbursements.
- Ensured clients satisfaction with all services provided education of all funds, money market funds, within their 401K accounts facilitate on and off site meeting, training classes for Administrations of the accounts and their employees.

**Material Handler, Yale Hoists, November 1995- February 2000**

- Delivered the appropriate production materials to assembly process locations using FIFO principles.
- Verified proper parts for build before removing from inventory using blueprints and bill of materials.
- Received training and certification to operate stand-up and sit-down electric fork trucks.
- Transferred production parts and finished goods between departments.
- Isolated rejected materials and prepared the parts for return shipment to the supplier.
- Organized production materials for delivery to production according to daily build schedules.
- Maintained parts storage areas to make parts retrieval and inventory counts more efficient.
- Updated inventory records electronically to coincide with materials removal.

DEFENDANT'S
EXHIBIT

6

Horton v. NSM
Hyundai
035

**Material Handler, Douglas & Lomason, September 1992- November 1995**

- Delivered the appropriate production materials to assemble seats for automotive customers. (Chrysler, GM)
- Verified removing the correct materials from inventory using blueprints and bill of materials and following FIFO practices.
- Received training and maintained certification to operate stand-up and sit-down electric fork trucks.
- Isolated rejected materials and prepared the parts for return shipment to the supplier.
- Organized production materials for delivery to production according to daily build schedules.

**E D U C A T I O N**
A.S. Computer Programming, University of Arkansas Little Rock, 1985
Certification: Medical Assistant, Health Information Specialist, Capitol City Junior College, 1984

**C O M P U T E R   S K I L L S**
WordPerfect, Microsoft Word, Microsoft Outlook, Microsoft Excel, data entry

**L I C E N C E S**
Broker Series 6, Series 63

*Horton v. NSM*
*Hyundai*
**036**

*OT - OK*
*rotating shifts - OK*
*-mail - ehorton@charter.net*
*914*



## HYUNDAI

## Phone Screen for Salaried Recruitment

| | | | |
|---|---|---|---|
| **Candidate** | Elizabeth Walton Horton | **Base Pay:** | 27K |
| **Job Title** | Customer Service Rep. | **College/University** | Univ. of Arkansas - Little Rock |
| **Dates of Employment:** | | **Degree** AS   **Major** Computer Prog.   **GPA** | |
| **From** 7/2004   **To** present | | **Recommended for Interview:** Yes   No | |

1. Do you have unlimited authorization to work in the United States? If not, what is your status?     1  2  3  4  5

   *yes*

2. Some travel may be required for this position. Will you be willing to travel to Korea or within the US to Detroit for example?     1  2  3  4  5

   *yes*

3. Describe the highlights of your current position and any other experiences related to employment at HMMA.     1  2  3  4  5

4. Why are you considering a job change at this time? What interests you about working at HMMA? Are you willing to relocate to Alabama?     1  2  3  4  5
   *has worked in prod. enviro. /goal, Hyundai is making history*

5. Do you prefer working in a managerial role or as an individual/team contributor? Why?     1  2  3  4  5
   *all are parts of the team - no preference*

6. What are your feelings about working in an open office environment?     1  2  3  4  5
   *no problem - the usual for her*

7. Do you consider yourself to be a multi-tasker? Give me an example.     1  2  3  4  5
   *yes - @ Yale Hoists - implemented new idea w/ wiring + clip (testing + working w/ supplier)*

8. What are your long term career objectives?     1  2  3  4  5
   *to work for company like Hyundai + retire w/ them*

9. What do you consider your strengths? What areas will you require further development?     1  2  3  4  5
   *Strengths - quick learner, productive, people oriented*
   *devel - aspects of new job*

1 - Unacceptable   2 - Less Than Acceptable   3 - Acceptable   4 - More Than Acceptable   5 - Much More Than Acceptable

**Horton v. NSM**
Hyundai
**037**



**HYUNDAI**
Hyundai Motor Manufacturing Alabama

## Candidate Evaluation Form

Candidate: Elizabeth Horton      Req. No: 157

Date: 1-27-05      Position: Technical Support

Department: Production Control

| | Low | | | | High |
|---|---|---|---|---|---|
| Education adequate for position | 1 | 2 | 3 | (4) | 5 |
| Understands department relevant concepts | 1 | 2 | (3) | 4 | 5 |
| Adequate on-the-job experience | 1 | 2 | (3) | 4 | 5 |
| Planning ability with examples | 1 | 2 | (3) | 4 | 5 |
| Execution ability with examples | 1 | 2 | (3) | 4 | 5 |
| Cost saving philosophy NA | 1 | 2 | 3 | 4 | 5 |
| Supervised hourly workforce (supervisor only) NA | 1 | 2 | 3 | 4 | 5 |
| Supervised salary workforce (supervisor only) NA | 1 | 2 | 3 | 4 | 5 |
| Conflict resolution philosophy (production problem) | 1 | 2 | (3) | 4 | 5 |
| Technical knowledge | 1 | 2 | (3) | 4 | 5 |
| Responds well to questions | 1 | 2 | 3 | (4) | 5 |
| Looks at people when talking | 1 | 2 | 3 | (4) | 5 |
| Enthusiastic about company/position | 1 | 2 | 3 | (4) | 5 |
| Asks appropriate questions | 1 | 2 | (3) | 4 | 5 |
| Computer Expertise | 1 | 2 | (3) | 4 | 5 |

Other Notes on Candidates:
_____
_____
_____

Ky Jung, Greg Stroud
Stacye M. Jones

| Dimension One: | | 1 | | (2) | |
|---|---|---|---|---|---|
| Dimension Two: | 1 | (2) | 3 | 4 | |

Recommended Candidate:    (Yes)      No      Needs 2nd Interview

## ■ Hire Approv. Docu. Check-List

| | | Date: |
|---|---|---|
| | | 02/01/05 |

| | Current | Proposed |
|---|---|---|
| Name: | Elizabeth Walton Horton | Referral/Recruiter: |
| Department: | | Production Control |
| Job Title: | Customer Service Rep. | Tech Support – Engine |
| Employment History: | EDS | 7/04 to Present |
| | CIGNA | 3/00 to 3/04 |
| Reason for Leaving: | Presently employed. | |
| Education: | MS: ☐  BS/BA: ☐  AS: ☒  Some College: ☐  HS/GED: ☒ | |
| Area of Degree: | Computer Programming | |
| Salary Current: | $28,808 | Offered: |
| Attitude: | Fair: ☐  Good: ☒  Excellent: ☐ | |
| Additional Remarks: | | |

| Items | CHK-Point | Failure/Error Cases |
|---|---|---|
| Cover Sheet | - Reporting Sys. | |
| | ; cf) RFEmp & Offer-Letter | |
| | 2-a) Salary Info. | |
| | ; cf) RFEmp & Offer-Letter | |
| | ; Sign-on Bonus info. | |
| | 2-c) Job Title | |
| | ; cf) RFEmp & Offer-Letter | |
| | 4. Start Date | |
| Pre-Offer Letter | - Reporting Sys. | |
| | ; cf) RFEmp | |
| | - Proper Title | |
| | ; Accurate, RFEmp | |
| | - Salary/bonus Info. | |
| | ; Accurate, RFEmp | |
| | -Vacation Info. | |
| | ; Accurate, policy | |
| | - Car lease Clauses | |
| Div. Salary Status | - Approv. Signatures/Co-signed | |
| Request for Emp. (RFEmp) | - Approv. Signatures/Co-signed | SAS |
| | - Salary/bonus info. | |
| Salary Comparison | - Department Comparisons | SAS |
| Organizational Chart | - Designating Position | SAS |
| Job Requisition | - Approv. Signatures/Co-signed | |
| | ; upto Directors | |
| | - Co-signed by S. Gordy | SAS |
| | ; based on Hires plan | |
| Resume | - cleaned Resume | SAS |
| Phone Screen | - objectvely evaluated by HR | SAS |
| Evaluation Forms | - objectvely evaluated by HR | SAS |
| Employment Appl. | - veryfy info. | SAS |
| | ; Degree, Address, Salary etc | |

Checklist.xls, 1/1

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELIZABETH HORTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CV 2:06-CV526-MHT |
| | ) | |
| DON WILLIAMS individually and in his | ) | |
| capacity of the Manager of National | ) | |
| Seating and Mobility, Inc., NATIONAL | ) | DEMAND FOR JURY TRIAL |
| SEATING AND MOBILITY, INC.,   and | ) | |
| GERALD SHOCKLEY, individually and | ) | |
| in his capacity of a special agent of the | ) | |
| Alabama Attorney General's Office, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT DON WILLIAMS' INTERROGATORIES AND REQUEST FOR PRODUCTION

COMES NOW, Plaintiff Horton, by and through her undersigned Attorney and respectfully submit the following response:

1. Please identify by name and address each medical doctor or doctor of osteopathy who provided a medical service to you since January 1, 2003.

ANSWER:  Dr. Vernal Wool, PH.D., P.A.
1620 Carter Hill Road
Montgomery, AL 36106
334-265-4828

Dr. Kynard Adams
1323 Mulberry Street
Montgomery, AL 36106
334-264-3434

Dr. Ken Looney
1701 Forest Ridge
Beford, Texas 76022
817-545-7700

Dr. Hadi R. Tajani
1604 Hospital Pkwy Ste 507
Bedford, Texas 76022


DEFENDANT'S
EXHIBIT

7

2. For each person identified in response to interrogatory no. 1, please state the diagnosis made by that person, the medical service provided by that person, and the date of such diagnosis or service.

ANSWER:  Each person diagnosed me as depressed. My depression started mild to manic with suicidal thoughts. Dr. Tajani said that I am now bipolar as a result of the occurrence of the arrest. I lost my job and my marriage.

3. Please provide each document in your possession or control that relates to or arises from each diagnosis or medical service provided to you by each of the persons identified in your response to interrogatory no. 1.

ANSWER: See attached.

4. Please identify by name and address each therapist, counselor, pharmacist, or other provider of medical services (not including medical doctors or doctors of osteopathy identified in response to interrogatory no. 1) who provided a diagnosis or medical service  to you since January 1, 2003.

ANSWER: Cheryl L. Bowie, Therapist
        Northeast Psychiatric & Couselling Offices
        Bedford, Texas

        Walgreens Pharmacy
        Atlanta Hwy
        Montgomery,  AL

        Walgreens Pharmacy
        Forest Ridge Location
        Bedford, Texas

        Winn Dixie Pharmacy
        2730 Eastern Blvd
        Montgomery, AL  36116
        334-272-2343

5. For each person or entity identified in response to interrogatory no. 4, please state the diagnosis made by that person, the nature of the medical service provided by that person or entity, and the date of each such service.

ANSWER: Cheryl L. Bowie-Depression. Therapy
        I went to the pharmacy to have prescriptions filled.
        See attached for prescriptions.

6. Please provide each document in your possession or control that relates to or arises from each diagnosis or medical service provided to you by each of the persons identified in your response to interrogatory no. 4.

ANSWER: See attached.


7. Please identify each drug, or item of durable medical equipment, prescribed for you by any person identified in your response to interrogatories 1 and 4, since January 1, 2003. In your response, please state who prescribed the drug or item, when it was prescribed, the prescribed dosage or usage, and whether you currently use the drug or item.

ANSWER: See attached Hospital records which include prescribed medicines. And pharmacy records.


8. Please identify each medical complaint or condition, illness, disease, ailment, or malady that you believe that you have had, or which you have been diagnosed as having, since January 1, 2003.

ANSWER: Since my arrest, I have experienced a deeper depression which has led to suicidal thoughts. I have suicides thoughts every day, feeling of worthlessness, unable to sleep for weeks, a failure in life, thoughts of running in front of a car or truck that would kill me instantly. I experience anger when I think about what happened to me in Montgomery. My mind races all the time with thoughts of taking sleeping pills that was prescribed to me in hopes of never waking up again. Many times I am afraid to go outside my apartment. I have headaches all the time. My appetite is still not good.

10/5/07
Date

Elizabeth Horton


State of ~~Alabama~~ Texas
~~Montgomery~~ County Tarrant

Sworn to and subscribed before me this the 5th day of October, 2007.

CINDY L. REHOR
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 05-17-2009

Notary Public
My Commission Exp: 5-17-09

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Response on all counsel of record by mailing a copy of the same in the U.S. Mail, postage prepaid, and envelope properly addressed on this the _5th_ day of October, 2007.

Deborah M. Nickson
Attorney for Plaintiff Horton

Hon. Charles A. Stewart, III
Hon. Elizabeth Mitchell
Bradley, Arant , Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue
Montgomery, AL. 36104

Hon. Dorman Walker (Hand delivery)
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL. 36101

Hon. Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL. 36130

Cheryl L. Bowie LCSW; LMFT
2700 Tibbets Drive Suite 408
Bedford, Texas 76022

RE: Horton, Elizabeth
September 25, 2007

To Whom It May Concern:

I have been requested by Ms. Elizabeth Horton to provide a statement concerning the difficulties she experienced after reporting irregularities in her workplace. Ms. Horton was initially seen in my office on February 7, 2007 for major depression with symptoms including:

- feelings of depression
- anxiety and panic attacks
- fatigue
- decrease in energy
- loss of interest in pleasureable activities
- difficulty concentrating
- increased tearfulness
- suicidal thoughts and actions
- appetite change
- difficulty sleeping

Ms. Horton described increasing stress and depressive symptoms after she reported irregularities in medicaid billing. She stated that she believes she lost her job at Hyundai due to these stressors which resulted in tremendous financial stess. This financial stress created marital problems and contributed to divorce. She also was subsequently unable to pay college tuition and her child had to withdraw from college. This created a very difficult emotional environment for Ms. Horton. When Ms. Horton was initially seen, she was unable to function on a daily basis and had been hospitalized for depression and a suicidal act. I recommend that she continue counseling on an ongoing basis and cannot predict an end for therapy as it appears that this has impacted her negatively.

Sincerely,

*Cheryl L. Bowie*

Cheryl L. Bowie LCSW; LMFT

Cheryl L. Bowie LCSW; LMFT
2700 Tibbets Drive Suite 408
Bedford, Texas 76022

RE: Horton, Elizabeth
September 25, 2007

To Whom It May Concern:

I have been requested by Ms. Elizabeth Horton to provide a statement concerning the difficulties she experienced after reporting irregularities in her workplace. Ms. Horton was initially seen in my office on February 7, 2007 for major depression with symptoms including:

- feelings of depression
- anxiety and panic attacks
- fatigue
- decrease in energy
- loss of interest in pleasureable activities
- difficulty concentrating
- increased tearfulness
- suicidal thoughts and actions
- appetite change
- difficulty sleeping

Ms. Horton described increasing stress and depressive symptoms after she reported irregularities in medicaid billing. She stated that she believes she lost her job at Hyundai due to these stressors which resulted in tremendous financial stess. This financial stress created marital problems and contributed to divorce. She also was subsequently unable to pay college tuition and her child had to withdraw from college. This created a very difficult emotional environment for Ms. Horton. When Ms. Horton was initially seen, she was unable to function on a daily basis and had been hospitalized for depression and a suicidal act. I recommend that she continue counseling on an ongoing basis and cannot predict an end for therapy as it appears that this has impacted her negatively.

Sincerely,

*Cheryl L. Bowie*

Cheryl L. Bowie LCSW; LMFT

Cheryl L. Bowle LCSW; LMFT
2700 Tibbets Drive Suite 408
Bedford, Texas 76022

RE: Horton, Elizabeth
September 25, 2007

To Whom It May Concern:

I have been requested by Ms. Elizabeth Horton to provide a statement concerning the difficulties she experienced after reporting irregularities in her workplace. Ms. Horton was initially seen in my office on February 7, 2007 for major depression with symptoms including:

- feelings of depression
- anxiety and panic attacks
- fatigue
- decrease in energy
- loss of interest in pleasureable activities
- difficulty concentrating
- increased tearfulness
- suicidal thoughts and actions
- appetite change
- difficulty sleeping

Ms. Horton described increasing stress and depressive symptoms after she reported irregularities in medicaid billing. She stated that she believes she lost her job at Hyundai due to these stressors which resulted in tremendous financial stess. This financial stress created marital problems and contributed to divorce. She also was subsequently unable to pay college tuition and her child had to withdraw from college. This created a very difficult emotional environment for Ms. Horton. When Ms. Horton was initially seen, she was unable to function on a daily basis and had been hospitalized for depression and a suicidal act. I recommend that she continue counseling on an ongoing basis and cannot predict an end for therapy as it appears that this has impacted her negatively.

Sincerely,

*Cheryl L. Bowie*

Cheryl L. Bowle LCSW; LMFT

 BlueCross BlueShield of Alabama

 PREFERRED CARE SERVICES, Inc. PHARMACY SOLUTIONS

Español

# Rx Claim History For ELIZABET HORTON

| | |
|---|---|
| **Use the Rx Tools next to each claim record listed below to learn more about the drug claims, alternatives and prices.** | |
| 🔍 Verify Rx   ✅ Verified  ❌ Inaccurate | These tools allow you to verify the accuracy of your drug claim. To personalize the information presented to you, it is important that you verify the accuracy of each prescription in your Rx Claim History. |
| 🔄 Compare Drug Prices   💲 Potential Drug Savings | These tools allow you to compare the prices of similar drugs. If you see the "!" icon, a generic is available for the brand name drug you are taking. |
| ℞ Drug Information | Select this tool to get detailed information about the drug including uses, side effects and drug interactions. |

<u>View Normal</u>

Filter By Date Filled - [ Jan ▾ ] [ 2004 ▾ ]  Thru  [ Oct ▾ ] [ 2007 ▾ ]  ( Apply )

Claims paid 10-1-2004 thru 10-2-2007

| Rx Tools | Drug Claim Detail | Date Filled | Quantity | Your Cost | What Your Plan Paid |
|---|---|---|---|---|---|
| ℞ 🔍 ❌ | ALPRAZOLAM 0.5 MG TABLET | 12/2/2006 | 60 | $5.00 | $0.09 |
| ℞ 🔍 ❌ | AVALIDE 150-12.5 MG TABLET | 12/2/2006 | 30 | $20.00 | $39.63 |
| ℞ 🔍 ❌ | EFFEXOR XR 75 MG CAPSULE SA | 12/2/2006 | 30 | $10.00 | $89.71 |
| ℞ 🔍 ❌ | EFFEXOR XR 75 MG CAPSULE SA | 11/15/2006 | 30 | $10.00 | $89.71 |

| | | | | | |
|---|---|---|---|---|---|
| Rx ❓ ⚙ | AVALIDE 150-12.5 MG TABLET | 11/15/2006 | 30 | $20.00 | $39.63 |
| Rx ❓ ⚙ | ALPRAZOLAM 0.5 MG TABLET | 11/15/2006 | 60 | $5.00 | $0.09 |
| Rx ❓ ⚙ | LEXAPRO 10 MG TABLET | 10/29/2006 | 30 | $10.00 | $63.55 |
| Rx ❓ ⚙ | ZYRTEC-D TABLET | 10/19/2006 | 60 | $20.00 | $43.83 |
| Rx ❓ ⚙ | LEXAPRO 10 MG TABLET | 10/3/2006 | 30 | $10.00 | $63.55 |
| Rx ❓ ⚙ | AVALIDE 150-12.5 MG TABLET | 10/3/2006 | 30 | $20.00 | $39.63 |
| Rx ❓ ⚙ | AVALIDE 150-12.5 MG TABLET | 9/9/2006 | 30 | $20.00 | $39.63 |
| Rx ❓ ⚙ | AZITHROMYCIN 250 MG TABLET | 9/2/2006 | 6 | $5.00 | $27.34 |
| Rx ❓ ⚙ | ZYRTEC-D TABLET | 9/2/2006 | 60 | $20.00 | $43.83 |
| Rx ❓ ⚙ | AVALIDE 150-12.5 MG TABLET | 8/6/2006 | 30 | $20.00 | $39.63 |
| Rx ❓ ⚙ | LEXAPRO 10 MG TABLET | 8/6/2006 | 30 | $10.00 | $63.55 |
| Rx ❓ ⚙ | VIGAMOX 0.5% EYE DROPS | 6/25/2006 | 3 | $10.00 | $43.32 |
| Rx ❓ ⚙ | AVALIDE 150-12.5 MG TABLET | 6/23/2006 | 30 | $20.00 | $39.63 |
| Rx ❓ ⚙ | LEXAPRO 10 MG TABLET | 6/23/2006 | 30 | $10.00 | $63.55 |
| Rx ❓ ⚙ | ALPRAZOLAM 0.5 MG TABLET | 6/13/2006 | 60 | $5.00 | $0.09 |
| Rx ❓ ⚙ | GLUTOFAC-MX CAPLET | 6/13/2006 | 60 | $10.00 | $16.09 |
| Rx ❓ ⚙ | LEXAPRO 10 MG TABLET | 5/15/2006 | 30 | $10.00 | $63.55 |
| Rx ❓ ⚙ | AVALIDE 150-12.5 MG TABLET | 5/15/2006 | 30 | $20.00 | $39.63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rx ? ⊕ | LEXAPRO 10 MG TABLET | 4/11/2006 | 30 | $10.00 | $63.55 |
| Rx ? ⊕ | AVALIDE 300-12.5 MG TABLET | 4/11/2006 | 30 | $20.00 | $43.59 |
| Rx ? ⊕ | TRAZODONE 50 MG TABLET | 4/11/2006 | 15 | $2.75 | $0.00 |
| Rx ? ⊕ | EFFEXOR XR 75 MG CAPSULE SA | 3/27/2006 | 30 | $0.00 | $10.00 |
| Rx ? ⊕ | AVALIDE 300-12.5 MG TABLET | 3/27/2006 | 30 | $0.00 | $20.00 |
| Rx ? ⊕ | GLUTOFAC-MX CAPLET | 3/13/2006 | 60 | $20.00 | $16.09 |
| Rx ? ⊕ | CYPROHEPTADINE 4 MG TABLET | 3/11/2006 | 90 | $0.00 | $5.00 |
| Rx ? ⊕ | ALPRAZOLAM 0.5 MG TABLET | 3/11/2006 | 60 | $5.00 | $1.04 |
| Rx ? ⊕ ⊛ | LOTREL 10/20 MG CAPSULE | 2/19/2006 | 30 | $0.00 | $10.00 |
| Rx ? ⊕ | EFFEXOR XR 75 MG CAPSULE SA | 2/19/2006 | 30 | $0.00 | $10.00 |
| Rx ? ⊕ | AVALIDE 300-12.5 MG TABLET | 2/19/2006 | 30 | $0.00 | $20.00 |
| Rx ? ⊕ ⊛ | BIAXIN XL 500 MG TABLET SA | 2/19/2006 | 20 | $0.00 | $10.00 |
| Rx ? ⊕ | PSEUDO-CHLORPHENIRAMINE CAP | 2/19/2006 | 10 | $5.00 | $3.48 |
| Rx ? ⊕ | ALPRAZOLAM 0.5 MG TABLET | 1/17/2006 | 60 | $5.00 | $1.04 |
| Rx ? ⊕ | ZYRTEC-D TABLET | 1/9/2006 | 60 | $0.00 | $20.00 |
| Rx ? ⊕ ⊛ | LOTREL 10/20 MG CAPSULE | 1/9/2006 | 30 | $0.00 | $10.00 |
| Rx ? ⊕ | EFFEXOR XR 75 MG CAPSULE SA | 1/9/2006 | 30 | $0.00 | $10.00 |
| Rx ? ⊕ | AVALIDE 300-12.5 MG TABLET | 1/9/2006 | 30 | $0.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rx | METRONIDAZOLE 500 MG TABLET | 12/29/2005 | 14 | $4.70 | $0.00 |
| Rx | TERCONAZOLE 0.4% CREAM | 12/29/2005 | 45 | $0.00 | $5.95 |
| Rx | PROPOXY-N/APAP 100-650 TAB | 12/28/2005 | 15 | $4.83 | $0.00 |
| Rx | PENICILLIN VK 250 MG TABLET | 12/28/2005 | 40 | $5.00 | $3.88 |
| Rx | SYMBYAX 6-25 MG CAPSULE | 12/27/2005 | 30 | $0.00 | $10.00 |
| Rx | AMBIEN 10 MG TABLET | 12/19/2005 | 30 | $0.00 | $10.00 |
| Rx | LOTREL 10/20 MG CAPSULE | 12/10/2005 | 30 | $0.00 | $10.00 |
| Rx | AVALIDE 300-12.5 MG TABLET | 12/10/2005 | 30 | $0.00 | $20.00 |
| Rx | LOTREL 10/20 MG CAPSULE | 11/6/2005 | 30 | $0.00 | $10.00 |
| Rx | AVALIDE 300-12.5 MG TABLET | 11/6/2005 | 30 | $0.00 | $20.00 |
| Rx | EFFEXOR XR 75 MG CAPSULE SA | 11/6/2005 | 30 | $0.00 | $10.00 |
| Rx | ZYRTEC-D TABLET | 11/6/2005 | 60 | $0.00 | $20.00 |
| Rx | METRONIDAZOLE 500 MG TABLET | 9/20/2005 | 14 | $4.34 | $0.19 |
| Rx | ZYRTEC 10 MG TABLET | 9/18/2005 | 30 | $0.00 | $20.00 |
| Rx | ALPRAZOLAM 0.5 MG TABLET | 9/18/2005 | 60 | $5.00 | $0.94 |
| Rx | AVALIDE 300-12.5 MG TABLET | 9/7/2005 | 30 | $0.00 | $20.00 |
| Rx | EFFEXOR XR 75 MG CAPSULE SA | 9/7/2005 | 30 | $0.00 | $10.00 |
| Rx | LOTREL 10/20 MG CAPSULE | 9/7/2005 | 30 | $0.00 | $10.00 |

| | | | | | |
|---|---|---|---|---|---|
| Rx 🅠 🅢 | EFFEXOR XR 75 MG CAPSULE SA | 8/8/2005 | 30 | $0.00 | $10.00 |
| Rx 🅠 🅢 | ZYRTEC 10 MG TABLET | 8/8/2005 | 30 | $0.00 | $20.00 |
| Rx 🅠 🅢 🅢 | LOTREL 10/20 MG CAPSULE | 8/8/2005 | 30 | $0.00 | $10.00 |
| Rx 🅠 🅢 | AVALIDE 300-12.5 MG TABLET | 8/8/2005 | 30 | $0.00 | $20.00 |
| Rx 🅠 🅢 | SYMBYAX 6-25 MG CAPSULE | 8/2/2005 | 30 | $0.00 | $20.00 |
| Rx 🅠 🅢 | ALPRAZOLAM 0.5 MG TABLET | 7/20/2005 | 60 | $5.00 | $0.94 |
| Rx 🅠 🅢 | ZYRTEC 10 MG TABLET | 6/29/2005 | 30 | $0.00 | $20.00 |
| Rx 🅠 🅢 | AVALIDE 300-12.5 MG TABLET | 6/29/2005 | 30 | $0.00 | $20.00 |
| Rx 🅠 🅢 | EFFEXOR XR 75 MG CAPSULE SA | 6/29/2005 | 30 | $0.00 | $10.00 |
| Rx 🅠 🅢 🅢 | AMBIEN 10 MG TABLET | 6/29/2005 | 30 | $0.00 | $10.00 |
| Rx 🅠 🅢 🅢 | LOTREL 10/20 MG CAPSULE | 6/29/2005 | 30 | $0.00 | $10.00 |
| Rx 🅠 🅢 | EFFEXOR XR 75 MG CAPSULE SA | 5/26/2005 | 30 | $0.00 | $10.00 |
| Rx 🅠 🅢 🅢 | LOTREL 10/20 MG CAPSULE | 5/26/2005 | 30 | $0.00 | $10.00 |
| Rx 🅠 🅢 | AVALIDE 300-12.5 MG TABLET | 5/26/2005 | 30 | $0.00 | $20.00 |
| Rx 🅠 🅢 🅢 | AMBIEN 10 MG TABLET | 5/21/2005 | 30 | $0.00 | $10.00 |
| Rx 🅠 🅢 | ZYRTEC 10 MG TABLET | 5/21/2005 | 30 | $0.00 | $20.00 |
| Rx 🅠 🅢 | EFFEXOR XR 75 MG CAPSULE SA | 4/24/2005 | 30 | $0.00 | $10.00 |
| Rx 🅠 🅢 | AMBIEN 10 MG TABLET | 4/24/2005 | 30 | $0.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rx ? ✱ | AVALIDE 300-12.5 MG TABLET | 4/24/2005 | 30 | $0.00 | $20.00 |
| Rx ? ✱ | ZYRTEC-D TABLET | 4/13/2005 | 60 | $20.00 | $40.89 |
| Rx ? ✱ | EFFEXOR XR 75 MG CAPSULE SA | 3/25/2005 | 30 | $10.00 | $78.88 |
| Rx ? ✱ | AVALIDE 300-12.5 MG TABLET | 3/25/2005 | 30 | $20.00 | $41.23 |
| Rx ? ✱ | AMBIEN 10 MG TABLET | 3/25/2005 | 30 | $10.00 | $82.18 |
| Rx ? ✱ | LOTREL 10/20 MG CAPSULE | 3/25/2005 | 30 | $10.00 | $69.00 |
| Rx ? ✱ | LOTREL 10/20 MG CAPSULE | 2/22/2005 | 30 | $10.00 | $69.00 |
| Rx ? ✱ | AVALIDE 300-12.5 MG TABLET | 2/22/2005 | 30 | $20.00 | $41.23 |
| Rx ? ✱ | AMBIEN 10 MG TABLET | 2/22/2005 | 30 | $10.00 | $77.88 |
| Rx ? ✱ | EFFEXOR XR 75 MG CAPSULE SA | 2/22/2005 | 30 | $10.00 | $78.88 |
| Rx ? ✱ | AVALIDE 150-12.5 MG TABLET | 1/31/2005 | 60 | $20.00 | $92.82 |
| Rx ? ✱ | SYMBYAX 6-25 MG CAPSULE | 1/31/2005 | 30 | $20.00 | $201.51 |
| Rx ? ✱ | PROPRANOLOL 20 MG TABLET | 1/13/2005 | 60 | $5.00 | $0.30 |
| Rx ? ✱ | ALPRAZOLAM 0.5 MG TABLET | 1/13/2005 | 30 | $3.55 | $0.00 |
| Rx ? ✱ | ZYRTEC 10 MG TABLET | 12/21/2004 | 30 | $20.00 | $38.08 |
| Rx ? ✱ | SYMBYAX 6-25 MG CAPSULE | 12/21/2004 | 30 | $20.00 | $201.51 |
| Rx ? ✱ | AVALIDE 150-12.5 MG TABLET | 11/27/2004 | 60 | $20.00 | $89.70 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rx | ? | ⊕ | ZYRTEC 10 MG TABLET | 11/26/2004 | 30 | $20.00 | $38.08 |
| Rx | ? | ⊕ | EFFEXOR XR 75 MG CAPSULE SA | 10/23/2004 | 30 | $10.00 | $78.88 |
| Rx | ? | ⊕ | AVALIDE 150-12.5 MG TABLET | 10/23/2004 | 30 | $20.00 | $35.85 |
| Rx | ? | ⊕ | PROPOXY-N/APAP 100-650 TAB | 10/19/2004 | 15 | $4.25 | $0.00 |
| Rx | ? | ⊕ | PENICILLIN VK 500 MG TABLET | 10/19/2004 | 40 | $5.00 | $7.00 |
| | | | **Totals** | | | **$684.42** | **$3,027.85** |

© 2000-2005 RxEOB.COM, Pharmacy-Focused Data Solutions, All rights reserved.
Date Viewed:10/5/2007

3/3/06

Horton, Bess Elizabeth

CA 42; bd June 18, 1963

ED: 12 years. Union, Arkansas

AxsD  311. Depressive Disorder, NOS

307.42 Sleep Disorder (mixed type)

300.00 Anxiety Disorder NOS

V61.10 Partner Relational Problem

Horton, Elizabeth                                    3-3-06

Elizabeth was somewhat tearful. Aggitated. "I'm not ready for
court on April eleventh.  I'm nor physically or emotionally
ready. Tired..Just not with it."  Said repeatedly she trans-
ferred from Nashville to Montgomery and embarrassed in front
of two-thousand people.  Would like to be in Nashville. Said
she needed a break from him and he begged her to come here. He
let me sit in jail for a hundred and twenty-five dollars.Upset
because they want to get information about this company.  He
refused to get me out for a hundred and twenty-five dollars.
I got him out of jail in Iowa for five-thousand dollars for
drunken driving."

Gave me the telephone number of her Lawyer Kelli McDaniels
269-5585 and she will sign a release.

Complains that Chris came for therapy only three times and said
he would not be willing to let this other woman alone and took
her to the movies. How did that make the marraige work. Refused
to change his behavior. Still with her.

We asked Elizabeth what she is asking for from court. She said
she is asking for "time to work with me so she can get back to
the state where she can focus mentally.  I'm screwing up at work.
I can't remember things at work. (Said job was in jeopardy)."

Repeated, "I could have been in Nashville." We tried to point
out  how she was allowing Chris to defeat her. She "want to get
back to the way I was. Strong. Physically and mentally. I'm de-
pressed.  (Assures me that she is not suicidal.)  I make a lot
of mistakes at work. Can't remember...He shows more respect to
her than to me and I was his wife. All he had to do was tell me
he wanted to be with her. Instead he let me find out and two-
thousand other people. Worked one year at Hyundai. It's been
going on since May two-thousand and four with him.


                    Verna L. Wool, Ph.D., FAClinP, ABPP

VLW/ded

Horton, Elizabeth                                    3-27-06

These are some highlights from what Elizabeth told me today.  "I
got papers and filed for my unemployment."  Asked if she was fired
she said "exactly...They fired me for several incidents that I cre-
ated a hostile environment of a sexual nature."  She said"I asked
him if I was  beautiful.Showed cleavage.  I've never been talked to.
Never been written up.  Employment Office will do its own investiga-
tion.  Let me draw unemployment."  She read me part of the letter
which stated created a hostile environment of a sexual nature.  In-
vestigation was done and you did indeed act in this manner.  We had
no choice but to discontinue your employment at Hyundai immediately."
She said she was handed the letter at the gate Wednesday, 3-22-06
and she was not allowed to go into the gate.

Her lawyer, Lynn Nixon has sent this to the Vice-President and the
CEO of Hyundai.  The paper was signed by someone who is not Elizabeth's
boss.  Lynn Nixon was the lawyer"who handled my case when the police
department tried to arrest me for nothing."  She said she will get on
the computer today and update her resume and send it out. She will
walk to the drugstore and get her medicine.  "I'll be okay. One of
these days I hope I can see you again this week. My insurance with
Hyundai runs out this week on 3-31-06. Insurance with Chris is until
the court date.  I am going to ask the court to keep me on his insurance
for a year."

She explained that she lent this man three-hundred dollars and his
check bounced.  "He's white and I'm black."  I've been complaining
about this guy a long time...I said if you don't pay me I'm going to
take this check to court and get my money.  He did not expect to pay
me at all...I've never been talked to. Never been written up. Em-
ployment office will do its own investigation...I asked him for my
money and this is what happens.  I lent him the money and he wrote
me a bounced check."


                    Verna L. Wool, Ph.D., FAClinP, ABPP

VLW/ded

Horton, Elizabeth                                    4-7-06

Elizabeth was very tearful today. She said the court date is
the eleventh of this month and she is not ready. We talked about
outpatient and inpatient treatment. She had in her mind that she
would go to the Montgomery Area Authority. We tried about four
times to reach someone there and left a message for the counsellor
there to call us. Elizabeth said, "I need some help. I need help.
Been scratching my back. She pulled up her shirt and there were
some marks on her back. She said that she has been making these
marks with a knife, not breaking the skin. "I get a steak knife
and scratch my back."

I told her about the appointment she had not kept when she was
"having suicidal thoughts." She said that she called her brother
and "they came down...I need someone who can keep an eye on me at
night. Go to Mental Health and find out why I'm having these
thoughts again. Am on Chris' insurance...Even after losing my job
Chris has not come by to say how are you doing." She wept and I
said that it was important for her to stop carrying the torch for
Chris. She asked "why do bad things happen to me. If only I can
keep the faith." Said her family lives in Little Rock. "I'm not
ready for court. I need to see you five days a week. I'll see
you--I love being here anyway--I need time to spend with you. I'm
not ready for court.              till I can get some help from you.
(What will it take to be ready) I have to stop feeling that it is
my fault. My life is not worth anything. That I'm not a loser. I
just don't understand why people do these things to people. I wanted
to stay in Nashville and             months later he did what he did.
He deceived me. When I wanted to stay in Nashville. He said he
has been feeling this way for three years. I'd never have moved
here. I feel I'll just tear his head off. I just want to do some-
thing to him. He did me wrong. I hate him." (I explained that she
could hate him but not act out that hatred.

We talked about her lawyer Kelli McDaniel 269-5585 and then we
asked does Elizabeth feel suicidal and her response was "I always
feel that way."

The upshot was that I called Dr. Pointer at Griel 262-0363 and he
said that Probate Court would be the way to go. More immediately
Elizabeth can go to the ER at Baptist South and be admitted to
Meadhaven if they have room. He said that Jackson Hospital keeps
a patient in the ER until they can be admitted to Griel. Elizabeth
asked did she have to bring clothes and then said that her family
was here, her daughter was here and her daughter could bring her
clothes.

She agreed to go immediately to Baptist South ER. I will call
Kelli McDaniel and inform her of this plan.


Verna L. Wool, Ph.D., FACLinP, ABPP

VLW/ded

Cheryl L. Bowie LCSW; LMFT
2700 Tibbets Drive Suite 408
Bedford, Texas 76022

RE: Horton, Elizabeth
September 25, 2007

To Whom It May Concern:

I have been requested by Ms. Elizabeth Horton to provide a statement concerning the difficulties she experienced after reporting irregularities in her workplace. Ms. Horton was initially seen in my office on February 7, 2007 for major depression with symptoms including:

- feelings of depression
- anxiety and panic attacks
- fatigue
- decrease in energy
- loss of interest in pleasureable activities
- difficulty concentrating
- increased tearfulness
- suicidal thoughts and actions
- appetite change
- difficulty sleeping

Ms. Horton described increasing stress and depressive symptoms after she reported irregularities in medicaid billing. She stated that she believes she lost her job at Hyundai due to these stressors which resulted in tremendous financial stess. This financial stress created marital problems and contributed to divorce. She also was subsequently unable to pay college tuition and her child had to withdraw from college. This created a very difficult emotional environment for Ms. Horton. When Ms. Horton was initially seen, she was unable to function on a daily basis and had been hospitalized for depression and a suicidal act. I recommend that she continue counseling on an ongoing basis and cannot predict an end for therapy as it appears that this has impacted her negatively.

Sincerely,

*Cheryl L. Bowie*

Cheryl L. Bowie LCSW; LMFT

Elizabeth Horton DOB 6/18/63
DOS 2/15/07

Presents with complaints of depression. She had been attending Springwood Behavioral Hospital for assistance in depression & stress management. She reports medical problems of high blood pressure & anemia for which she is being treated.

Elizabeth is an attractive Black woman, well-groomed and articulate. She has 3 children ages 20, 22 & 27. She states she has good rel's with her children. She reports an abusive marriage for which she sought marriage counseling. She states childhood was good with strong ties to relatives. She stated stressors include single parenthood, financial problems, legal issues that created difficulty @ work with resultant financial problems as she was a whistle-blower. She states that she had difficulty managing stressors & that she was "pushed over the top". Her symptoms include:

- appetite change
- nervousness
- fatigue
- panic attacks
- anxiety/tension
- headaches
- difficulty relaxing
- stomach problems
- low self-esteem
- feeling confused

She reports experiencing flashbacks related to the whistle-
blowing incident,
depression
job stress
agitation & irritability
memory problem & trouble concentrating
difficulty trusting
social withdrawal & isolation
denies suicidal ideation
Goals in therapy to include lessen symptoms of
depression, improve stress management techniques
& reduce & lessen impact of whistle-blowing
incident. She requests 2's weekly appointments.
She scheduled next appointment for 2/15/07.
Her diagnosis is major depression - severe
GAF score 65.
CBowo LCSW: LMFT

2/15/07   Elizabeth Norton

Client arrives late. She states she has had difficulty sleeping & continues to have difficulty with motivation & interest in activities. We discuss how this relates to depression. Her ADL's are poor. She does shower & dress daily. She is upset at situation @ work. She asks to continue to come 2 x's weekly. Her goals are to improve ADL's - in sleep schedule, healthy eating attempt to exercise. She denies current suicidal ideation. She is return next week.
      CBown Lcsw. Imrt

2/23/07 Elizabeth Horton —
      D N F A

3/1/07 Elizabeth Horton —
    Pt describes continued difficulty o sleeping. She
is continued to express upset o situation @
work. She discussed conflict o supervisor who
she believes was unfair to her. We strategize
how to respond @ work. She states ADL's
are improving, but she states she is not @
same level of achievement as she has been
in past. She denies suicidal thoughts &
plans.
C Bouv LCSW, LMFT

3/9/07 DNFA.

3/21/07 Patient arrives late. She tells in detail
regarding incident that occured @ work.
We discuss importance of having activities that
are restorative. Pt states she remembers doing
these activities in the Hospital & that they
were helpful. She states she is on limited
budget. She denies suicidal thoughts. C Bouv LCSW, LMFT

4/6/07 Elizab. 4 Horton

Patient discussed work environment & how she feels about it. She discussed being able to be assertive @ H-R dept @ work and was able to stand up for herself. She states she is beginning to feel more like her old self. She states she is enjoying activities better & is better able to sleep. She continues to deny suicidal thoughts.   CBown CCSW; CMT

4/20 Patient has a (bit of) down turn & emotion. She describes feeling irritable, & more depressed. She is unable to identify cause. She denies suicidal thoughts. She does report financial struggle. She has been unable to find enjoyable activities. Patient states that if she does feel suicidal she will go to Springwood   CBown CCSW; JMT

5/4/07 Patient late cancels appointment.
    CBown LCSW; JMT

6/4/07 Elizabeth Horton

Pt discusses relief @ diagnosis of bipolar disorder. She states that explain much of her behavior in past. She states she is excited that medication may help her feel more stable & consistent @ work. She express concern about how this information was given out @ work. She also discusses feelings about her stepsister. She states she is not suicidal. CBowie LCSW, PMHT

6/19/07 Patient states she feels stable. She has been better able to sleep & states she is eating healthy. She reports she is experiencing some difficulty ā peer relationships but she states she is able to handle. She states she is taking medication as prescribed. Pt states she is continuing to have difficulty looking forward to things. She denies suicidality. Pt is advised to discuss medication issues ā her Dr. CBowie LCSW PMHT

7/3/07 D NKA