# EXHIBIT A - PART 2

2040 4/4300
600 21237 007

## AUTHORIZATION FOR RELEASE OF PATIENT INFORMATION

Name of Patient _Elizabeth Horton_    Date(s) of Service _Dec, Jan 07 - Feb 07, March 07_

Date of Birth _06-18-63_    Social Security Number _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_

I, the undersigned, authorize the release of or request access to the information specified below from the medical record(s) of the above-named patient.

### PATIENT INFORMATION IS NEEDED FOR:

- ☐ Continuing Medical Care
- ☐ Insurance
- ☑ Legal Purposes
- ☐ Military
- ☐ Personal Use
- ☐ School
- ☐ Social Security/Disability
- ☐ Other: _____

### INFORMATION TO BE RELEASED OR ACCESSED:

- ☐ History & Physical
- ☐ Operative Reports
- ☐ Lab/Pathology Reports
- ☐ Consultation Report
- ☐ Discharge/Death Summary
- ☑ X-ray Reports/Images
- ☐ Emergency Room Record
- ☐ Face Sheet
- ☑ Other: _All Records_

_Spring wood / Heb Hospital_
(Hospital Name) may release the above information to (specify name or title of individual or the name of the organization to which records are to be released and the appropriate address):

_Attorney Deborah Dickson_    _334-213-1233_
(Individual or Organization Name)    Phone Number

_3820 Fairlane Dr. Suite A10 Montgomery, AL 36116_
Address (Street, City, State, Zip Code)

I understand that my records are confidential and cannot be disclosed without my written authorization, except when otherwise permitted by law. Information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected. I understand that the specified information to be released may include, but is not limited to: history, diagnoses, and/or treatment of drug or alcohol abuse, mental illness, or communicable disease, including Human Immuno-deficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS).

I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes. I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance upon the authorization. I understand I may be charged a retrieval/processing fee and for copies of my medical records according to Texas Hospital Licensing law.

This authorization will expire One Hundred Eighty (180) days from the date of my signature unless I revoke the authorization prior to that time or unless otherwise specified by date, event, or condition as follows:

Date _9/25/07_    Signature _Elizabeth Horton_
                                Patient or Legally Authorized Representative

                                _Elizabeth Horton_
                                Printed Name of Patient or Legally Authorized Representative

For Departmental Use: MRN/Acct#    Relationship to Patient

### TEXAS HEALTH RESOURCES
### AUTHORIZATION FOR RELEASE OF
### PATIENT INFORMATION
Form 998540768 (Rev. 10/03)

Patient Identificati

| | | | |
|---|---|---|---|
| ☐ AMH | ☐ HMHEB | ☐ WRH | ☐ PHP |
| ☐ HCCH | ☐ HMNW | ☐ PHA | ☐ PHW |
| ☐ HMEC | ☐ HMSW | ☐ PHD | ☐ PVN |
| ☐ HMFW | ☑ HMSPG | ☐ PHK | ☐ Deuteronomy |
| | | | ☐ Other____ |

*9810*

FG 21157 (05/

MRN: 60021237HEB Visit: 204004143003 D Type: 9110                          CONFIDENTIAL INFORMATION

● ● ● ● ●

```
MPS008        HARRIS METHODIST SPRINGWOOD          01/24/2007  08:49
              1608 HOSPITAL PARKWAY, BEDFORD, TX  76022
                                          Med Record No: 60021237
------------------------ P A T I E N T ------------------------------
           Fin  Type  Registration   Admit  Admit  Admit    Downtime
Patient Id No Class Serv Date    Time   Type  Source Status   Number
204004143 003 USB   PO  01/24/2007 08:49        1    REC

Infec Code    Confid Info   Smoke   Nurse Sta   Room No
               4                      OSW

Name,Maiden Name,Previous Name          Observation Date/Time
HORTON,ELIZABETH,W,
                                        Marital Status
                                        D
Address: 1713 ARBOR MILL 1415
City: BEDFORD         State: TX Zip: 76021   Date Of Birth      Age
                                             19630618           043
Phone: (817)685-1103  County:                Sex: F         Race: 2
Patient Employer:FIDELITY INVESTMENTS        Employer Phone
Next Of Kin: BATTER,TANISHA,                 (817)474-8245
Address:                                     Relationship: DAUGHTER
City: MARIANNA          State: AK Zip: 72360
Phone: (870)270-2588
------------------------ G U A R A N T O R --------------------------
Guaran Name:  HORTON,ELIZABETH,W,
Relationship: PATIENT      D.O.B.: 06/18/1963
Address: 1713 ARBOR MILL 1415
City: BEDFORD          State: TX Zip: 76021
Phone: (817)685-1103
Guaran Occupation: CSR

Employer:FIDELITY INVESTMENTS
Address: 400 LAS COLINAS BLVD E         Length Of Employ: 00 06
City: IRVING          State: TX Zip: 75039-5579  Status:       1
Employee No:       Employer Phone: (817)474-4000
LOS: 0     PRE-CERT:
------------------------ I N S U R A N C E --------------------------
Accident Type:                      Date:          Time:

Carrier-Primary: UNITED BEHAVIORAL HEALTH
Address: 30755
City: SALT LAKE CITY     State: UT Zip: 84130-0755
Policy Holder: HORTON,ELIZABETH,W,
Relationship: PATIENT     Group Policy No:  119174
Cert/Medicare No/Insured Id No: 910619760     Eff Date: 01/01/2006
Phone: (800)888-2998  Employer: FIDELITY INVESTMENTS

Carrier-Secondary: BLUE CROSS BLUECHOICE PPO
Address: 660044
City: DALLAS          State: TX Zip: 75266-0044
Policy Holder: HORTON,CHRISTOPHER,
Relationship: SPOUSE     Group Policy No:  48584
Cert/Medicare No/Insured Id No: HYN817034883     Eff Date: 01/01/2006
Phone: (800)451-0287  Employer: HYUNADI

Religion: NO PREFERENCE      Church: NONE
------------------------ D I A G N O S I S --------------------------
Chief Complaint/Diagnosis          Case Type:
MDD
Attending Physician: TAJANI, HADI R


Previous Visit    Type   Arrival Transport      Referring Facility
01/03/2007        REC    PRIVATE CAR
```

MRN: 60021237HEB Visit: 204004143003 DocType: 2004                    CONFIDENTIAL INFORMATION

# Patient's Bill of Rights:

## Voluntary Outpatients

When you apply for or receive mental health services in the State of Texas, you have many rights. Your most important rights are listed on these pages. These rights apply to all persons unless otherwise restricted by law or court order. A judge or lawyer will refer to the actual laws. If you want a copy of the laws these rights come from, you can call the Health Facility Licensure and Certification Division of the Texas Department of Health at 1-888-973-0022.

It is the responsibility of this hospital under law to make sure you have been informed of your rights. But just giving you this information does not mean your rights have been protected. This hospital is required to respect and provide for your rights in order to maintain licensure and do business in this state.

### YOUR RIGHT TO KNOW YOUR RIGHTS
*You have the right*, under the rules by which this hospital is licensed, to be given a copy of these rights before you are admitted to the hospital as a patient. If you so desire a copy should also be given to the person of your choice. If a guardian has been appointed for you or you are under 18 years of age, a copy will also be given to your guardian, parent, or conservator.
*You also have the right* to have these rights explained to you in simple terms in a way you can understand within 24 hours of being admitted to the hospital to receive services (e.g. in your language if you are not English-speaking, in sign language if you are hearing impaired, in Braille if you are visually impaired, or other appropriate methods).

### YOUR RIGHT TO MAKE A COMPLAINT
*You have the right* to make a complaint and to be told how to contact people who can help you. Please speak first with your counselor or social worker. We'll try to resolve the issue right away. If we can't, we'll get back to you within 36 hours or two program days. You may also contact the agencies listed below.
*You have the right* to be told about Advocacy, Inc., when you first enter the hospital and when you leave. Information about how to contact Advocacy, Inc., is also listed below.

### SPECIAL NOTE ON CONFIDENTIALITY
Your records are protected, except in special circumstances, including suspected abuse of a child or elderly or incapacitated person, or if you are viewed as an immediate danger to self or others. It may also be released in judicial proceedings, criminal proceedings, under court order or subpoena or in involuntary commitment proceedings.
Your medical record includes your physician's notes, and the notes of each member of the treatment team involved with your care. It will also be released if you sign a consent allowing it. You may wish to release only designated portions, such as the discharge summary.
If you believe any of your rights have been violated or you have been violated or you have other concerns about your care in this hospital you may contact one or more of the following:

| | |
|---|---|
| Health Facility Licensure | 1-888-973-0022 |
| Texas Department of Health | |
| 1100 W. 49th St.          (TDD) | 1-800-735-2989 hearing/speech impaired |
| Austin, Texas 78756 | |
| | |
| Advocacy, Incorporated | 1-800-315-3876 |
| 7800 Shoal Creek Blvd., Suite 171 E | |
| Austin,Texas78757 | |

---

## STATEMENT THAT YOU HAVE RECEIVED THIS PAMPHLET/IT HAS BEEN EXPLAINED
I certify that:
___ I have received a copy of this document prior to admission.
___ Staff have/explained its content to me in a language I understand.

Name: _____    Witness: _____

Date: _____    Date: _____

2004

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 Pt~Type: 2004

CONFIDENTIAL INFORMATION

# Basic Rights for All Patients

1. You have all the rights of a citizen of the State of Texas and the United States of America, including the right of *habeas corpus* (to ask a judge if it is legal for you to be kept in the hospital), property rights, guardianship rights, family rights, religious freedom, the right to register and vote, the right to sue and be sued, the right to sign contracts, and all the rights relating to licenses, permits, privileges, and benefits under the law.

2. You have the right to be presumed mentally competent unless a court has ruled otherwise.

3. You have the right to a clean and humane environment in which you are protected from harm, have privacy with regard to personal needs, and are treated with respect and dignity.

4. You have the right to appropriate treatment in the least restrictive appropriate setting available. This is a setting that provides you with the highest likelihood for improvement and that is not more restrictive of your physical or social liberties than is necessary for the most effective treatment and for protection against any dangers which you might pose to yourself or others.

5. You have the right to be free from mistreatment, abuse, neglect, and exploitation.

6. You have the right to be told in advance of all estimated charges being made, the cost of services provided by the hospital, sources of the program's reimbursement, and any limitations on length of services known to the hospital. As part of this right, you should have access to a detailed bill of services, the name of an individual at the facility to contact for any billing questions, and information about billing arrangements and available options if insurance benefits are exhausted or denied.

7. You have the right to fair compensation for labor performed for the hospital in accordance with the Fair Labor Standards Act.

8. You have the right to be informed of those hospital rules and regulations concerning your conduct and course of treatment.

CONFIDENTIALITY

9. You have the right to review the information contained in your medical record. If your doctor says you shouldn't see a part of your record, you have the right at your expense to have another doctor of your choice review that decision. The doctor must also reconsider the decision to restrict your right on a regular basis. The right extends to your parent or conservator if you are a minor (unless you have admitted yourself to services) and to your legal guardian if you have been declared by a court to be legally incompetent.

10. You have the right to have our records kept private and to be told about the conditions under which information about you can be disclosed without your permission, as well as how you can prevent any such disclosures.

11. You have the right to be informed of the current and future use of products of special observation and audiovisual techniques, such as one-way vision mirrors, tape recorders, television, movies, or photographs.

CONSENT

12. You have the right to refuse to take part in research without effecting your regular care.

13. You have the right to refuse any of the following:
- surgical procedures;
- electroconvulsive therapy (prohibited for minors under the age of 16);
- unusual medications;
- behavior therapy
- hazardous assessment procedures;
- audiovisual equipment; and
- other procedures for which your permission is required by law.

*This right extends to your parent or conservator if you are a minor, or your legal guardian when applicable.*

14. You have the right to withdraw your permission at any time in matters to which you have previously consented.

CARE AND TREATMENT

15. You have the right to a treatment plan for your stay in the hospital that is just for you. You have the right to take part in developing that plan, as well as the treatment plan for your care after you leave the hospital. *This right extends to your parent or conservator if you are a minor, or your legal guardian when applicable. You have the right to request that your parent/conservator or legal guardian take part in the development of the treatment plan. You have the right to request that any other person of your choosing, e.g., spouse, friend, relative, etc. take part in the development of the treatment plan. You have a right to expect that your request be reasonably considered and that you will be informed of the reasons for any denial of such a request. Staff must document in your medical record that the parent/guardian, conservator, or other person of your choice was contacted to participate.*

16. You have the right to be told about the care, procedures, and treatment you will be given; the risks, side effects, and benefits of all medications and treatment you will receive, including those that are unusual or experimental, the other treatments that are available, and what may happen if you refuse the treatment.

A:0087, Forms I
Revised:06/2000

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237    OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 DocType: 9051                                         CONFIDENTIAL INFORMATION

## ADMISSION ACKNOWLEDGEMENTS

**Notice of privacy practices:** I acknowledge receipt of the Texas Health Resources Notice of Privacy Practices.

_____ Initials

**Advance directives:**

**a.  To be completed for Hospital outpatients and emergency room patients only:**
   Are you presenting an Out-of-Hospital DNR order or bracelet?     ☐ Yes  ☑ No    Copy provided?     ☐ Yes  ☐ No

**b.  To be completed for Hospital inpatients and outpatients undergoing invasive procedures only:**

| | | | | |
|---|---|---|---|---|
| 1. | Who is answering the following questions?  Patient? | ☑ Yes ☐ No | Person with patient? | ☑ Yes ☐ No |
| 2. | Was required information about advance directives offered to you? | ☑ Yes ☐ No | Information received? | ☐ Yes ☑ No |
| 3. | Do you have a directive to physician (living will)? | ☐ Yes ☑ No | Copy provided? | ☐ Yes ☐ No |
| 4. | Do you have a medical power of attorney? | ☐ Yes ☑ No | Copy provided? | ☐ Yes ☐ No |
| 5. | Do you have a mental health directive? | ☐ Yes ☑ No | Copy provided? | ☐ Yes ☐ No |
| 6. | Are you presenting an out-of-hospital DNR order or bracelet? | ☐ Yes ☑ No | Copy provided? | ☐ Yes ☐ No |
| 7. | Would you like to discuss advance directives with a Hospital staff member? | ☐ Yes ☑ No | Referred to: _____ | |

I understand it is my responsibility to provide a copy of my advance directives to the Hospital.
(*Hospital Staff Note: Shaded area indicates that advance directive follow-up documentation is required.)

**Patient rights and responsibilities:** I have received written information regarding my rights and responsibilities as a patient. This information tells me how to register complaints I might have.

**My valuables:** I understand that the Hospital does not assume responsibility for personal property I may keep with me during my treatment / hospitalization. I understand that unnecessary items should be sent home, and that a safe is available for my valuables.

**Financial agreement / assignment of benefits:** I hereby irrevocably assign to the Hospital, and any practitioner providing care and treatment to me, any and all benefits and all interest and rights (including causes of action and the right to enforce payment) under any insurance policies or any reimbursement or prepaid health care plan for services rendered during this admission. Under this assignment, Hospital shall have the right to appeal any denied or delayed claims on behalf of the insured or beneficiary. I hereby promise to pay for all services rendered to me to the extent I am legally responsible for such payment. I understand I am responsible for all health insurance co-payments and deductibles. Charity care may be available if Hospital eligibility criteria are met.

**Release of information:** I authorize the Hospital to release any information or records contained in hospital patient records related to alcohol or substance abuse diagnosis or treatment, mental health treatment, or any communicable disease, including HIV/AIDS to (a) any of my treating practitioners, (b) my insurance company or health plan, (c) any other person or entity that is responsible for paying or processing for payment my hospital bill, (d) any other health care provider to which I am transferred for care, (e) entities using this information for quality management and peer review, and (f) any other person or entity as authorized by law. This release shall remain valid until I notify the Hospital, in writing, of my desire to revoke it.

**Physicians providing services:** I understand that physicians, including my admitting physician as well as others, such as pathologists, radiologists, or anesthesiologists, who may provide diagnosis, care, or supervision of tests while I am in the hospital will be separately from the hospital, and that some or all of these may not be covered by the same health plans as the hospital, and that I will be responsible for paying these physicians, subject to the terms of whatever health plan or insurance I may have.

**Medicaid patients only:** I understand that the services or items that I request to be provided to me may not be covered under the Texas Medical Assistance Program as being reasonable and medically necessary for my care. I understand that the Texas Department of Human Services or its health insuring agent determines the medical necessity of the services or items that I request and receive. I also understand that I am medically responsible for payment of the services or items I request and receive if these services or items are determined not to be reasonable and medically necessary for my care. If I am a Medicaid Star patient, these provisions may not apply.

**Medicare patients only:** I acknowledge receipt of the written material entitled, "Important message from Medicare," which is located on the back of this form.

**Obstetric patients only:** This admission acknowledgement and financial agreement/assignment of benefits is also given for any child(ren) born to me during this hospitalization.

**If the person signing this form is not the patient, please give full name, phone number and address:**

I have read and understand the information above and on the back of this form.

| | | |
|---|---|---|
| _(signature)_ | _pt_ | _1/23/07_ |
| Signature of patient or of the authorized representative* of an incapacitated patient | Relationship to patient | Date of signature |
| _(signature)_ | _Adm_ | _1/23/07_ |
| Witness | Title | Date of signature |

*For purposes of this form only, an "authorized representative" is: 1) a legal guardian, 2) an agent authorized in a medical power of attorney or directive to physicians, 3) an attorney appointed by a court, 4) an attorney retained by the patient or the patient's legally authorized representative, 5) a parent or legal guardian of a minor, or 6) a person authorized under the Texas Consent to Medical Treatment Act: the patient's spouse, adult child of the patient, a parent of the adult patient, a person clearly identified in advance of incapacity to act for the patient, the nearest living relative, or a member of the clergy.

**HOSPITAL BOX MUST BE CHECKED**

☒

TEXAS HEALTH RESOURCES
**ADMISSION ACKNOWLEDGEMENTS**
FORM NO. THR-61 / 998540682 (5/04) PAGE 1 OF 2

| | | | |
|---|---|---|---|
| ☐ AMH | ☐ HMHEB | ☐ WRH | ☐ PHP |
| ☐ HCCH | ☐ HMRW | ☐ PHA | ☐ PHW |
| ☐ HMEC | ☐ HMSPG | ☐ PHD | ☐ PVN |
| ☐ HMFW | ☐ HMSW | ☐ PHK | ☐ Other___ |

MEDICAL RECORDS

*9051*

PATIENT IDENTIFICATION

HORTON,ELIZABETH,W,
204004143 003 MRN 60021237   DSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 DocType: 9051                    CONFIDENTIAL INFORMATION

# IMPORTANT MESSAGE FROM MEDICARE

### YOUR RIGHTS AS A HOSPITAL PATIENT

- You have the right to receive necessary hospital services covered by Medicare, or covered by your Medicare Health Plan ("your Plan") if you are a Plan enrollee.

- You have the right to know about any decisions that the hospital, your doctor, your Plan, or anyone else makes about your hospital stay and who will pay for it.

- Your doctor, your Plan, or the hospital should arrange for services you will need after you leave the hospital. Medicare or your Plan may cover some care in your home (home health care) and other kinds of care, if ordered by your doctor or by your Plan. You have a right to know about these services, who will pay for them, and where you can get them. If you have any questions, talk to your doctor or Plan, or talk to other hospital personnel.

### YOUR HOSPITAL DISCHARGE & MEDICARE APPEAL RIGHTS

**Date of Discharge:** When your doctor or Plan determines that you can be discharged from the hospital, you will be advised of your planned date of discharge. You may appeal if you think that you are being asked to leave the hospital too soon. If you stay in the hospital after your planned date of discharge, it is likely that your charges for additional days in the hospital will not be covered by Medicare or your Plan.

**Your Right to an Immediate Appeal without Financial Risk:** When you are advised of your planned date of discharge, if you think you are being asked to leave the hospital too soon, you have the right to appeal to your Quality Improvement Organization (also known as a QIO). The QIO is authorized by Medicare to provide a second opinion about your readiness to leave. You may call Medicare toll-free, 24 hours a day, at 1-800 MEDICARE (1-800-633-4227), or TTY/TTD: 1-877-486-2048, for more information on asking your QIO for a second opinion. If you appeal to the QIO by noon of the day after you receive a noncoverage notice, you are not responsible for paying for the days you stay in the hospital during the QIO review, even if the QIO disagrees with you.
The QIO will decide within one day after it receives the necessary information.

**Other Appeal Rights:** If you miss the deadline for filing an immediate appeal, you may still request a review by the QIO (or by your Plan, if you are a Plan enrollee) before you leave the hospital. However, you will have to pay for the costs of your additional days in the hospital if the QIO (or your Plan) denies your appeal. You may file for this review at the address or telephone number of the QIO (or of your Plan).

CONFIDENTIAL INFORMATION

    

## UNIVERSAL CONSENT FOR TREATMENT

**General consent.** I understand that my health condition requires inpatient or outpatient admission. I consent to and authorize testing, treatment and hospital care by Hospital nurses, employees, and others as ordered by my doctor and his/her consultants, associates, and assistants, or as directed pursuant to standing medical orders or protocols. I understand that it may be necessary for representatives of outside health care companies to assist in my care. I also understand that persons in professional training programs may be among the individuals who provide care to me. I understand that in connection with my treatment, photos or videos may be taken. Any tissue or body parts removed from my body may be retained or disposed of by the Hospital at its sole discretion.

**Communicable disease testing.** I acknowledge that Texas law provides if any health care worker is exposed to my blood or other bodily fluid, the Hospital may perform tests, without my consent, on my blood or other bodily fluid to determine the presence of hepatitis B and C and HIV. I understand that such testing is necessary to protect those who will be caring for me while I am a patient at the Hospital. I understand that the results of tests taken under these circumstances are confidential and do not become a part of my hospital patient record.

**Independent physicians.** I acknowledge that the doctors taking part in my care do not work for the Hospital. They are engaged in the private practice of medicine, and are not employees, servants or agents of the Hospital. In addition to my attending doctor, other doctors who may take part in my care may include radiologists, pathologists, anesthesiologists, neonatologists, cardiologists, emergency physicians and other specialists. I acknowledge that the Hospital is not responsible for the judgment or conduct of doctors who treat or provide a professional service to me. The exception to this is that some medical residents -- doctors taking part in a program of post-graduate medical education under the supervision of more experienced physicians -- are employees of the Hospital.

**No guarantee.** I acknowledge that no guarantees or warranties have been made to me with respect to treatment to be provided at this Hospital. I understand that all supplies, medical devices and other goods sold or furnished to me by the Hospital are sold or furnished by the Hospital on an "AS IS" basis, and Texas Health Resources disclaims any expressed or implied warranties with respect to them. With respect to specific supplies and devices, manufacturers' warranties may apply, and I may request manufacturer's warranty information concerning such supplies and/or devices.

**Newborn child(ren).** If any children are born to me during this admission, my signature below is on behalf of myself and such child(ren) as the legally authorized representative of such child(ren), and the paragraphs regarding "General consent", "Communicable disease testing", "Independent physicians" and "No guarantee" shall apply regarding any treatment provided to such child(ren).

**If the person signing this form is not the patient, please give full name, phone number and address:**

I have read and understand this information.

| | | |
|---|---|---|
| Signature of patient or legally authorized representative | Relationship to patient | Reason patient unable to sign |
| Witness | Title | Date of Signature  1/25/07 |

*For purposes of this form only, a "legally authorized representative" is: 1) a legal guardian, 2) an agent authorized in a medical power of attorney or directive to physicians, 3) an attorney appointed by a court, 4) an attorney retained by the patient or the patient's legally authorized representative, 5) a parent or legal guardian of a minor, or 6) a person authorized under the Texas Consent to Medical Treatment Act: the patient's spouse, adult child, a parent of the adult patient, a person clearly identified in advance of incapacity to act for the patient, the nearest living relative, or a member of the clergy.

## HOSPITAL BOX MUST BE CHECKED

**TEXAS HEALTH RESOURCES**
## UNIVERSAL CONSENT FOR TREATMENT
THR-60 / 998541055 (5/04)

☐ AMH  ☐ HMHEB  ☐ WRH  ☐ PHP
☐ HCCH  ☐ HMNW  ☐ PHA  ☐ PHW
☐ HMEC  ☒ HMSPG  ☐ PHD  ☐ PVN
☐ HMFW  ☐ HMSW  ☐ PHK  ☐ Other_____

9080

HORTON,ELIZABETH,W,
204004143 003 MRW 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143003  Dr~Type: 9100                                 CONFIDENTIAL INFORMATION



## AUTHORIZATION FOR VERBAL RELEASE OF PROTECTED HEALTH CARE INFORMATION

**1. "DIRECTORY INFORMATION."** I understand that "Directory Information", such as my presence in the hospital and room number, as described in the Texas Health Resources Notice of Privacy Practices, may be released to all who ask for me by name, unless I object by specifically requesting to be a "No Information" patient as described below.

☐ **No Information** - I do not authorize release of any information, including Directory Information, concerning my admission or treatment. I choose to be a "No Information" patient and I realize that mail, flowers, telephone calls, and visitors will be refused on my behalf. (The hospital staff will not be able to acknowledge my presence.) I also understand that if I make phone calls from the hospital, caller identification systems may result in my location being disclosed to persons who receive the calls.

**2. MEDICAL INFORMATION AND DISCLOSURE.** I understand that medical information about my condition and treatment, may not be released, except in situations as described in the Texas Health Resources Notice of Privacy Practices, unless I give my permission as provided below:

☐ **I authorize** this hospital and medical staff members to discuss my medical history, diagnosis, treatment and prognosis with those listed below. I understand this may include information regarding testing, examination and treatment for HIV, AIDS related illness, mental health and drug, alcohol or chemical abuse.

☐ spouse_____

☐ children _____

☐ parent(s) _____

☐ other _____

*Note: I understand my medical information will not be discussed via telephone with the person(s) named above if I choose to be No Information since telephone calls will be refused on my behalf.*

This authorization will expire at the end of my hospitalization or outpatient service, unless I revoke the consent prior to that time.

| | | |
|---|---|---|
| _Signature of Patient or Legally Authorized Representative*_ | _Self_   Relationship | _1/23/07_   Date |
| _____   Witness | | _1/23/07_   Date |

*A "legally authorized representative" is: 1) a legal guardian, 2) an agent authorized in a medical power of attorney or directive to physicians, 3) an attorney appointed by a court, 4) an attorney retained by the patient or the patient's legally authorized representative, 5) a parent or legal guardian of a minor, or 6) a person authorized under the Texas Consent to Medical Treatment Act: the patient's spouse, adult child, a parent of the adult patient, a person clearly identified in advance of incapacity to act for the patient, the nearest living relative, or a member of the clergy.

**HOSPITAL BOX MUST BE CHECKED**

**TEXAS HEALTH RESOURCES**
Authorization for Verbal Release of
Protected Health Care Information
Form 998540228 (Rev. 7/05)

☐ AMH    ☐ HMHEB    ☐ WRH    ☐ PHP
☐ HCCH    ☐ HMNW    ☐ PHA    ☐ PHW
☐ HMEC    ☑ HMSPG    ☐ PHD    ☐ HMFW
☐ HMSW    ☐ PHK    ☐ Other_____

PATIENT IDENTIFICATION

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   DSW
DR. TAJANI,HADI R
01/24/07 USB  F  043 DOB 06/18/63

FG 21892 (06/05)

*9100*

MRN: 60021237HEB  Visit: 204004143003  Doc Type: 9300

CONFIDENTIAL INFORMATION

I hereby agree to the performance of an interview and the collection of data deemed necessary on the below named client by Harris Methodist Springwood. I understand that the Harris Methodist Springwood employee will be consulting with a physician regarding any recommendations for care. I also understand that Springwood is not the emergency room, but that Harris Methodist HEB has an ER available if I believe I have an emergency medical condition. The hospital will provide screening and stabilization for an emergency medical condition regardless of ability to pay.

Physicians are not employees of the hospital. If I see a physician, the physician will bill me, including for any visit associated with this session.

Patient Rights: My record is confidential unless I choose to release it, except in very specific circumstances, including, but not limited to, any account of harm to a child or elderly person or any account of imminent danger to self or others. If I am admitted to additional care, I'll receive an additional statement of patient rights.

I may ask to see the Business Office Staff to answer questions about any financial obligation that might apply.

_Elizabeth Horton_
Client's Name (Please Print)



Client's Signature

_1-23-07_
Date

Others Accompanying Client: _____

_____
Parent/Legal Guardian Signature

**HARRIS METHODIST SPRINGWOOD**

**CONSENT FOR EVALUATION**
HMSP-043 (Revised 12/06)

HORTON, ELIZABETH, W,
204004143 003 MRN 60021237  OSW
DR. TAJANI, HADI R
01/24/07 USB F 043 DOB 06/18/63

*9300*

MRN: 60021237HEB Visit: 204004143003 DocType: 9300                    CONFIDENTIAL INFORMATION

   

This document details many of the specific requirements of attending the psychiatry outpatient programs. My signature indicates that I've read it, have spoken with a staff member and/or my attending physician about any questions that I have about it, and agree to all points.

**CARE PLAN:**
I agree to work with staff, so that I understand the recommended treatment plan. The overall goal is that I improve in mood and/or functioning so that I no longer need a hospital program.

**SAFETY:**
I understand that safety is always primary, so I'll abide by the hospital rules prohibiting any weapons, drugs or excess medications.

**SAFETY AFTER HOURS:**
I agree to let the staff or my physician know right away if I'm feeling that the program is not effective for me, or if I believe that I'm in an emergency, including any thoughts or intent to harm self or others. After hours or on weekends, the physician is my contact for any emergencies.

**ATTENDANCE:**
I agree to attend all groups recommended by my physician, to be on time, not to leave group early, unless there is an emergency and I've spoken with my primary clinician about it. Failure to comply with attendance will be considered a request to discharge. If I'm absent or don't attend all groups for two days or more, my physician may discharge me.

**GROUP WORK:**
I understand that the treatment approach at Springwood is group-based, and is focused on finding solutions to the immediate, real-life problems that I face.

**COORDINATED CARE:**
I agree to notify the doctor if I'm seeking medical treatment and what that care consists of while I'm in treatment, including any medications prescribed by other physicians.

**MEDICATION:**
I agree to take my medication as ordered and to discard any medication at home that is not currently ordered. I agree to be thorough in listing all medications ordered by other physicians now or added during treatment so that the attending physician may review this for any possible interactions.

**NO CLOSE RELATIONSHIPS WITH PATIENTS:**
I agree to avoid "close relationships" or physical/romantic intimacy with other patients. Intimate involvement will distract me from my recovery and could lead to early discharge.

_____
Patient Signature/Date

### Harris Methodist Springwood

Outpatient Agreement
FORM HMSP-028 (REV. 2/01)

*9300*

PATIENT IDENTIFICATION

HORTON,ELIZABETH,W,
204004143 003 MRN 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143003  DocType: 9300

CONFIDENTIAL INFORMATION

MRN: 60021237HEB  Visit: 204004143003  Doc ̄ ne: 9300                              CONFIDENTIAL INFORMATION

## CONSENTS AND RELEASES

### SERVICE TO FAMILIES

Springwood believes families of our patients are a very important part of treatment. For this reason, we provide a variety of services to families. The patient schedule lists family groups, which are available at several different times during the week.

The hospital staff and/or my physician have my permission to contact my family or significant other as named below to obtain a Social History, if my physician requests, for orientation to program services, to notify them if seclusion or restraint is initiated, and to assist in coordination of discharge plans, including disposition of any safety issues at home.

Individual family sessions with the Social Worker can also be arranged by consulting your physician.

In addition to the persons I have named as emergency contact, this release includes:

_Vanisher Burton  870 945-9710_ _____
Name of family member(s) / Telephone                        Other contact person / Telephone

### GENERAL RECREATIONAL ACTIVITY

I, the undersigned, wish to participate in and pursue general recreation activities, as allowed, while I am in treatment at Harris Methodist Springwood. I hereby represent that I am participating in these recreational activities voluntarily and of my own volition, and further that I am under no pressure to participate therein.

Therefore, I and/or my parent/managing conservator/guardian hereby willingly and consciously waive and release Harris Methodist Springwood, its employees, officers and agents, and physicians associated with Harris Methodist Springwood and any other patients in the Harris Methodist Springwood program from and against any and all claims, costs, liabilities, judgements or expenses, including attorneys fees and court cost arising out of or precipitated by my participation in recreational activities while I am in treatment at Harris Methodist Springwood. I also release and agree to hold harmless Harris Methodist Springwood, its employee, officers and agents, and associated physicians, and any other patients participating in recreational activities from untoward results of any illness or injury resulting from my participation in such recreational activities. Furthermore, I hereby agree to indemnify and hold harmless Harris Methodist Springwood, its employees, officers and agents, and associated physicians against any and all claims except those resulting from gross negligence or willful misconduct thereby, that may arise from such recreational activities.

### CONSENT TO PHOTOGRAPH, CAMERA AND AUDIO

I, the undersigned, consent for Harris Methodist Springwood to photograph me for the purpose of identification only. I further understand that the photographs are not to be released, except with my consent or pursuant to law. Photographs are the property of Harris Methodist Springwood and are destroyed at the time of patient discharge. Further, Springwood staff may monitor me by camera and/or audio equipment for safety purposes.

### REFERRALS TO OUTSIDE AGENCIES/PROVIDERS

Texas Health Resources and its affiliates, including Springwood, do not endorse or monitor these resources nor do they guarantee the quality of services provided by the resources.

### PERSONAL BELONGINGS AND MEDICATION FROM HOME

I understand that the hospital is not responsible for my belongings. If I leave anything, including medication, at the hospital after discharge, I understand it will be destroyed within 24 hours.

---

## Harris Methodist Springwood

**CONSENTS AND RELEASES**
FORM 998541025 (REV. 2/01)

*9300*

PATIENT IDENTIFICATION

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   DSW
DR. TAJANI,HADI R
01/24/07 USB  F  043 DOB 06/18/63

Printed by HALLPA1                    Page 12                    Job # 4284489 at 09/25/07 11:19:40

   

## CONFIDENTIALITY OF ALCOHOL AND DRUG ABUSE PATIENT RECORDS

The confidentiality of alcohol and drug abuse patient records maintained by Harris Methodist Springwood is mandated by Federal laws and regulations. Generally, the program may not say to a person outside Harris Methodist Springwood that a patient attends Harris Methodist Springwood, or disclose any information identifying a patient as an alcohol or drug abuser unless:

    1) The patient consents; or

    2) The disclosure is pursuant to a court order; or

    3) The disclosure is made to medical personnel in a medical emergency or to qualified personnel for research, audit, or program evaluation.

Violation of the Federal law and regulations by a program is a crime. Suspected violation may be reported to appropriate authorities in accordance with Federal regulations. Federal laws and regulations do provide a number of disclosure exceptions. For example, federal laws and regulations contain an exception which does not protect any information about a crime committed by a patient either at Harris Methodist Springwood or against any person who worked for Harris Methodist Springwood or about any threat to commit such a crime. Federal laws and regulations also contain an exception which does not protect any information about suspected child abuse or neglect from being reported under State law to appropriate State or local authorities. (See 42 U.S.C. 290dd-3 and 42 U.S.C. 290ee-3 and 42 CFR Part 2 for statutory/regulatory.)

Please also be aware that you will encounter visitors, other patients and their guests while you are here, especially in the lobby, corridors, cafeteria and other parts of the hospital.

## SMOKING WAIVER

Harris Methodist H.E.B./Springwood is a designated smoke-free hospital. Smoking has been determined, by the Surgeon General, to be hazardous to health. I am aware of the risks and hazards of smoking and assume sole responsibility for those risks and hazards to my health. I understand that my doctor can advise me about smoking cessation. Also, I am aware of smoking cessation classes and/or programs, including American Lung Association: 817-732-6336 and American Cancer Society: 817-737-3185.

## INFECTIOUS DISEASES

The Centers for Disease Control have listed risk factors for transmission of hepatitis C. Hepatitis C is a virus that can cause chronic diseases of the liver, including scarring (cirrhosis) and liver cancer, both of which can result in death. These risk factors may also apply to AIDS/HIV and other contagious diseases. I understand that if any of these factors applies to me, I need to see my primary care doctor and/or a public clinic for testing and follow-up. Two of the high-risk factors are injection of illegal drugs even one time and exposure to other person's blood including by sexual contact. My doctor can advise me about other factors. Springwood does not provide diagnostic testing except as part of medical emergencies that arise during psychiatric or addiction treatment, and is not responsible for testing me. I understand and will follow up outpatient if I'm concerned and if any of the risk factors apply to me.

**THIS IS A LEGAL CONSENT AND RELEASE OF LIABILITY FORM. PLEASE READ IT CAREFULLY AND BE SURE YOUR QUESTIONS HAVE BEEN ANSWERED BEFORE SIGNING.**

1/23/07

DATE

1/23/07

DATE

PATIENT/MANAGING CONSERVATO

WITNESS

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237
DR. TAJANI,HADI R          OSW
01/24/07 USB  F  043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143003  De~Type: 9300                    CONFIDENTIAL INFORMATION

THIS SECTION FOR STAFF AND PHYSICIAN ONLY

I.    **TREATMENT RECOMMENDATIONS/CONCERNS:**

(Y)/N    Care plan, diagnosis, and health screen information agree?  If not, contact physician to clarify.
N/A Y/N    If dual diagnosis is indicated, is CD track ordered?
N/A Y/N    If dual diagnosis, are drug screens ordered?
(Y)/N    Safety issues at home are resolved?  If not, notify physician.
(Y)/N    Mental Status exam complete (or copy from inpatient) and on the chart?  If not, contact physician.
Y/(N)    Is screen for pain positive? If so, complete pain assessment.
(Y)/N    Are medical/biophysical needs included on treatment plan?

Staff signature/date:  _Marily Pittryphone_           _1-31-07_

II.    **ADMITTING PHYSICIAN RECOMMENDATION:**

_____    No further investigation/referral indicated
_____    Requires further investigation/referral, specify: _____
_____    ROI needed to confirm resolution of safety issues at home.
_____    Patient needs higher level of care.  See orders.

Reviewed by: _____   Date: _1-3(0)7_
(Signature of Admitting Physician)

OUTPATIENT HEALTH SCREE
Page 4 of 4
9/06

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB  F  043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 Dr. Type: 9300                    CONFIDENTIAL INFORMATION

Medication allergies? _____ no_____        Type of reaction? _____
Latex allergies? _____ no_____             Type of reaction? _____
Food allergies? _____ no_____              Type of reaction? _____

**PATIENT'S CURRENT MEDICATIONS:**

| MEDICATION | DOSAGE | PRESCRIBING DR. | HOW LONG ON MED? |
|---|---|---|---|
| Gabapentin Effexor | 375 | Dr Jijara | November 2006 |
| Lunesta | 3mg | Dr Jijara | 11/2006 |
| Abilify | 300/10 | Dr Looney | 1/2007 |
| Latec | 1.0 | Dr Looney | 1/2007 |

Please contact your doctor or nurse if you have any questions about your medication or food-drug interaction.

Please list any current medical conditions you have or are currently under treatment for:

| CONDITION | TREATING PHYSICIAN | LAST VISIT WITH PHYSICIAN |
|---|---|---|
| Depression | Dr. Jijara | 1/23/06 |
| Blood Pressure | Dr. Looney | 1/18/06 |
| | | |
| | | |

Date of last physical? _____ 1/2006_____   Results: _____ normal_____
Are your immunizations up to date? Yes / No
Are you currently in pain, or have you had pain in the recent past?  Yes/No
Do you smoke tobacco? _____ no_____ Brand? _____ Number of cigarettes per day: _____
Do you chew tobacco? _____ no_____ Brand? _____ Amount per day? _____
Do you have any physical disabilities we should consider? _____ no_____
Do you have any barriers to learning we should consider? _____ no_____
What is your spiritual preference? _____ N/D_____
Are there any cultural or spiritual conflicts that will impact your treatment? _____ no_____

Please remember that you can call the business office at 355-7708 to discuss your insurance coverage and financial arrangements of your care.

_Elizabeth Horton_                              _1/24/06_
       Patient's signature                              Date

**HARRIS METHODIST SPRINGWOOD**
OUTPATIENT HEALTH SCREEN
Page 3 of 4
9/06

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJAMI,HADI R
01/24/07 USB F 043 DOB 06/18/63
9300

MRN: 60021237HEB Visit: 204004143003 D. Type: 9300                                    CONFIDENTIAL INFORMATION

**WOMEN ONLY:**
Menstrual problems? _____ no
Date of last pap smear? _____ 1/2006
Are you pregnant? _____ no
Are you breastfeeding? _____ no

**PERSONAL HEALTH HISTORY:** Please indicate if you have had any of the following:

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Measles | ✓ | | Hepatitis | | ✓ | Lung Disease | | ✓ |
| German Measles | ✓ | ✓ | Liver Problems | | ✓ | Asthma | | ✓ |
| Chicken Pox | ✓ | | Pancreatitis | | ✓ | Arthritis, MS | | ✓ |
| Chicken Pox | ✓ | | Typhoid | | ✓ | Stroke | | ✓ |
| Polio | | ✓ | Tuberculosis | | ✓ | Cancer | ✓ | ✓ |
| Rheumatic Fever | | ✓ | Positive TB Test | | ✓ | Ulcers | | ✓ |
| Scarlet Fever | | ✓ | Lymes Disease | | ✓ | Head/Brain Injury | | ✓ |
| Mumps | ✓ | | Heart Disease | | ✓ | HIV/AIDS | | ✓ |
| Diabetes | | ✓ | Kidney Problems | | ✓ | Autoimmune Diseases | | ✓ |
| Thyroid/Endocrine Problems | | ✓ | Gallbladder Problems | | ✓ | Sexually Transmitted Disease | | ✓ |

**FAMILY HEALTH HISTORY:** Please indicate if anyone in your family has had the following illnesses.

| | Yes | No | Family Member |
|---|---|---|---|
| Cancer | ✓ | | Father lung |
| Diabetes | ✓ | | Mother |
| Tuberculosis | | ✓ | |
| Lung Disease | | ✓ | |
| Heart Disease | ✓ | | Mother |
| Kidney/Renal Disease | | ✓ | |
| Autoimmune Disease (Lupus, MS, RA) | | ✓ | |
| Stroke | ✓ | | Mother |
| Dementia/Alzheimer's | | ✓ | |

OUTPATIENT HEALTH SCREEN
Page 2 of 4
9/06

HORTON,ELIZABETH,W,
204004163 003 MR# 60021237   OSM
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 Doc Type: 9300

CONFIDENTIAL INFORMATION



## OUTPATIENT HEALTH SCREEN

If you are being admitted directly to IOP, please complete the questions on this form and sign where designated.

If you are being admitted to IOP after being discharged from the Inpatient Unit or the PHP, please note any changes since your Inpatient or PHP stay in any of these areas and then sign. If there have been no changes, please check the "NO CHANGES" box just above the signature line on page 3.

**CURRENT HEALTH INFORMATION:**

| Symptom | Now | Recent Past | Symptom | Now | Recent Past |
|---|---|---|---|---|---|
| Chest pain | | ✓ | Problems urinating | | |
| Shortness of breath | | ✓ | Unusual discharge | | |
| Palpitations | | | Diarrhea | | |
| High blood pressure | | ✓ | Abdominal pain/cramping | ✓ | |
| Ankle swelling | | | Constipation | | |
| Easily bruised | | | Recent weight gain or loss/amount___ | ✓ | |
| Persistent cough | ✓ | ✓ | Nausea/vomiting | | |
| Night sweats | | | Induced vomiting | | |
| Frequent or severe headaches | ✓ | | Frequent use of laxatives | | |
| Dizziness | ✓ | | Frequent indigestion | | |
| Problems sleeping | ✓ | | Loss of appetite | ✓ | |
| Weakness/fatigue | ✓ | | Problems swallowing | | |
| Coordination problems | ✓ | | Sores that won't heal | | |
| Numbness | ✓ | | Rash | | |
| Muscle cramp/twitch | | | Frequent earaches | | |
| Tremors/hands shaking | | | Frequent colds | | |
| Bloody urination | | | Men: Prostate problems | | |

### HARRIS METHODIST SPRINGWOOD
OUTPATIENT HEALTH SCREEN
Page 1 of 4
9/06



9300

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 D~ ~ype: 9300                    CONFIDENTIAL INFORMATION

Individual _Elizabeth Horton_          Date: _1-23-07_

I, _____, have been advised of the hospital's obligation to
provide a medical screening examination to detect whether I have an emergency medical
condition. That is, it has been explained to me and I understand that I can go to the Emergency
Department if I believe that I have an emergency medical condition and desire a medical
screening examination. I understand an emergency medical screening examination is available to
me without regard to my method of payment or my ability to pay. I am not asking for such an
examination.

I, _____, agree that if I begin to feel suicidal or have
thoughts of harming anyone else after leaving the hospital, I will seek help rather than harm
myself or someone else. I know that I can receive help through the resources listed on the
information given to me today, including returning to this hospital.

_____          _1-23-07_
Signature of individual                Date

If individual declines to sign, staff member explains the situation.

_____

_____

_____

_____          _____
Person completing form                 Date



## Harris Methodist Springwood
**CONSENT TO LEAVE WITHOUT SEEING A PHYSIC**
HMSP-010 (Rev. 10/00)

9300

PATIENT IDENTIFICAT
HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143003  Do⁻⁻oe: 9300                    CONFIDENTIAL INFORMATION

MRN: 60021237HEB Visit: 204004143003 Doc Type: 2016                                          CONFIDENTIAL INFORMATION

**LEVEL OF CARE:**

_____ Psychiatric Partial Hospital Program
_____ Psychiatric Intensive Outpatient Program

**DISCHARGE DIAGNOSIS:**
Axis I      _M D D_____
Axis II     _____
Axis III    _____
Axis IV     _____
Axis V      _5 5_____

**Date of Discharge:** _2-14-2007_____

**THE PATIENT'S TREATMENT COURSE INCLUDED:**

_✓_ Medical Management including medication stabilization
_____ Nursing Management
_✓_ Group Therapy (Group therapy addressed behavioral and cognitive changes to improve coping with stress and symptomology, and included Goal Setting, Anger Management, Assertive Communication, Self Care, Medication Education, Balancing Life Roles, Stress Management, Family Education, and Process Groups
_____ Family/Significant other participated in treatment
_____ Family/Significant other did not participate in treatment

**PATIENTS RESPONSE TO TREATMENT:**

_✓_ Increased insight
_✓_ Improved mood
_✓_ Decreased anxiety
_✓_ Stabilization/Remission of Suicidal Ideation/Intent
_✓_ Increased coping
_✓_ Improved cognition
_____ Stabilization/Remission of Danger toward others
_____ Increased energy
_____ Other _____
_✓_ Patient completed recommended programming
_____ Patient did not complete recommended programming and was discharged AMA (Against Medical Advice)
_____ Patient was unable to benefit from continued treatment at this level of care and was therapeutically discharged

**DISCHARGE RECOMMENDATIONS:**

_✓_ Continue medication regime as prescribed by attending psychiatrist
_✓_ Follow-up appointment with attending psychiatrist on _Dr. Tajani  2-20-07 at 2:15_
_____ Follow-up appointment with Primary Care Physician and/or Specialist for _____
_✓_ Follow-up appointment with outpatient psychotherapist _Cheryl Bowie  2-15-07 at 8:00_
_____ Patient admitted to higher level of psychiatric care
        _____ Inpatient Psychiatric Care at Harris Methodist Springwood
_____ Patient transitioned to lower level of psychiatric care
        _____ IOP at Harris Methodist Springwood
_✓_ Other Discharge Recommendations (_Pt. given community resource info_)

Electronically signed by HADI TAJANI, MD on 03-05-2007

Attending Physician: _Dr. H. Tajani_  Signature: _____  Date: _2-14-07_

Clinician: _M. Potthoff LMSW_  Signature: _M Potthoff LMSW_  Date: _2-14-07_

**Harris Methodist Springwood**
**PSYCHIATRIC TREATMENT DISCHARGE SUMMARY**

PATIENT IDENTIFICATION

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB  F  043 DOB 06/18/63

2016

MRN: 60021237HEB  Visit: 204004143003  Doc Type: 2016

| 1. Teaching Description Family/Patient: | Patient Verbalizes Understanding | | | Family Verbalizes Understanding | | |
|---|---|---|---|---|---|---|
| | Yes | No | N/A | Yes | No | N/A |
| Eliminate access to weapons/stash of meds | | | | | | |
| Adequate rest, nutrition, exercise | | | | | | |
| 2. Patient Instructions to include effects, side effects & any food to drug or drug to drug interactions. | | | | | | |
| Ask your pharmacist or doctor about this medication, including storage or what to do about a missed dose, and any other further questions. | | | | | | |
| Discharge Medications Prescribed: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | Yes | No | N/A |
|---|---|---|---|
| 3. Patient verbalizes understanding of necessity for medication compliance post discharge. | Yes | No | N/A |
| 4. Referrals as Ordered. Discussed: | (Yes) | No | N/A |
| a. Outpatient Program: | | | |
| b. Outpatient follow up with attending physician: Dr. Tajani (c Susan) 2-20-07 at 2:15PM | | | |
| c. Individual/ Family therapy with: Cheryl Bowie 817-545-8895 2-15-07 at 8:00AM ✓ | | | |
| d. Support Group: Depression  817 385-5405 | ✓ | | |
| e. Other Services: | | | |
| f. Chemical Dependency Aftercare attendance _____ times per week | | | |
| g. NA/AA attendance _____ times per week | | | |
| h. Home group/sponsor identified | | | |
| i. PCP and/or other physician: | | | |
| j. For Pain Management / Medication Management, Other: _____ | | | |
| 5. Patient verbalizes understanding of discharge instructions and willingness and ability to comply. | ✓ | | |
| 6. Patient verbalizes knowledge of community crisis resources available if needed discharge. | ✓ | | |

I have read and understand instructions as noted above. I have all my belongings and valuables.

Signature of patient/Responsible Person _____          Date 2-14-07

Other Discipline (if applicable) M Patthoff, LCSW          Date mp 2-16-07

Other Discipline (if applicable) Suanita Takassn          Date 2-14-07

Signature of Registered Nurse (if applicable)          Date

PATIENT IDENTIFICATION

## Harris Methodist Springwood

BEHAVIORAL HEALTH DISCHARGE SUMMARY
FORM 998540743 (REV. 6/02)

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

*2016*

MRN: 60021237HEB Visit: 204004143003 Doc Type: 2016

CONFIDENTIAL INFORMATION

|  | Yes | No |
|---|---|---|
| Suicidal ideation expressed |  |  |
| Delusional ideation expressed |  |  |
| Hallucinations identified |  |  |
| Explanations of "Yes" items: |  |  |
| Oriented/Alert |  |  |
| Speech rate WNL |  |  |
| Speech organized |  |  |
| Nutritional Status WNL |  |  |
| Explanation of "No" item: |  |  |
| Patient's perception of discharge: |  |  |

Staff Signature                                    Date

Patient Discharge:
Time _____ Date _____

**CHECK ALL APPLICABLE:**
Ambulatory _____ Wheelchair _____

Ambulance Stretcher _____
  Service _____
To: Home _____ AMA _____ Nursing Home _____
  Order for Protective Custody _____
  Other _____
Unaccompanied _____
Accompanied by _____

**CHECK ALL APPLICABLE:**
Discharge Biophysical Nursing Assessment:
Speech impaired _____ Vision impaired _____
Hearing impaired _____ Mobility impaired _____
Difficulty in bathing self _____
Difficulty in dressing self _____
Difficulty in feeding self _____
Dressing or bandages in place _____
Appliances or supports _____
Explanation of items checked above: _____
_____
_____
_____
_____

HORTON,ELIZABETH,W,
204004143 003 MRB 60021237    OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

CONFIDENTIAL INFORMATION

**TREATMENT PLAN**

IOP GOALS AND OBJECTIVES;
MOOD DISORDER/ALTERATION IN MOOD:
Long Term Goal: Identification of next steps in treatment
Short Term Goals: Stabilize mood
Treatment Plan assessed weekly and when changes occur

Complete necessary assessment   Community reintegration   Make next appointments   Family involvement   Program participation

| Patient objectives established at admit: | First Review | Progress Review | Progress Review | Outcome Review | Responsible Staff | Intervention(s) |
|---|---|---|---|---|---|---|
| Stabilize mood within 15 days. Axis I: MDD | Symptoms of: | | 1-31 | | Counselor RT | RT/Goal Setting & primary counselor to assess and increase behavioral/functioning changes in self care & responsibilities. |
| Complete all assessments within 3 program days. | Mental Status, H & P copy | Social Hx | | | MD/DO Counselor | Social Hx, PSY eval/Mental Status,Educational Assessment. Health Screen. Identify needs. |
| Participate in groups to address stressors of: | Crisis Plan | | | | Counselor: RN RT: Chaplain | Group Therapy to address coping with specific issues and increase problem solving, life skills, stress management, social interaction, and self care. |
| Comply with med. & lab. Understand med. education. Report response to meds. Report allergies: | List Meds: | | | | MD/DO; Counselor | Med Education Group to explain meds, purpose, side effects and alternatives. Physician to provide assessment & education. |
| Participate in family group minimum of 2 time(s). | Supportive family member: | | | | Counselor | Educate patient and family on family role and encourage family participation in multi-family group. |
| Finalize Discharge including resolution of any safety issues. | Safety Issues Y / N Resolved: | | | | Counselor OTR | Plan for follow up w/ medication, therapy community resources, and support groups. |
| Identify specialized bio-physical/cultural/educational/psychosocial needs: | Pt given info on diagnosis | | | | Identified Staff | Assess, monitor, and refer for pain management/physical issues, as needed; Specialized groups as ordered; Refer for community resources as needed. Educate and/or refer as indicated. |
| Participate in TX plan changes or crisis management planning: | Crisis plan Weekend plan contracting | | | | Identified Staff | Facilitate planning for crisis or relapse and address changes in status as needed. |

HORTON,ELIZABETH,W.
204004143 003 MRN 60021237    OSW
DR. TAJANI,HADI R
01/24/07 USB  F 043 DOB 06/18/63

2005

MRN: 60021237HEB  Visit: 204004143003  D__ Type: 2005

CONFIDENTIAL INFORMATION

**Discharge Plans Reviewed:**

Psychiatrist: _____

___ Individual/Family _____ _____ RTC
_____ Support Groups: _____ _____ AANA
___ PCP or other physician _____ _____ Other resources

Clinical issues not addressed in this hospitalization:    Rationale:

_____

Estimated date of discharge: _____ 2-14-07

Comments:

| Signatures: | Review Date | Review Date | Review Date | Review Date | Review Date |
|---|---|---|---|---|---|
| Patient: I agree to follow the treatment program. | 2-1-07 | 2-8-07 | | | |
| Physician: (Signature indicates confirmation of medical necessity for treatment): | | | | | |
| Primary Counselor: | | | | | |
| Staff: | | | | | |

HORTON,ELIZABETH,W,
204004143 D03 MRN 60021237
DR. TAJAMI,HADI R            CSW
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143003  D  Type: 2021

CONFIDENTIAL INFORMATION

| DATE | HOUR | EACH NOTE MUST BE IDENTIFIED BY DISCIPLINE NAME AND SIGNED BY LICENSED STAFF |
|---|---|---|
| 1-26-06 | 1450 | Pt. absent today. Called in to say that she has pink eye. M Patthoff, LCSW |
| 1-29-06 | 1400 | Pt. absent today. Placed call, no answer. Requested return call M Patthoff, LCSW |
| | | |
| | | |
| 1/31/07 | . | _(illegible handwritten notes)_ |
| | | |
| | | |
| | | |
| 1-31-07 | 1500 | Per pt. request, placed call to her disability co Hartford. Said they needed doctor to fill out forms. Jennifer will fax form. M Patthoff, LCSW |
| 2-5-07 | 1630 | Pt. absent today. Placed call but no answer. Requested return call. M Patthoff, LCSW |
| | | |
| 2/7/07 | . | _(illegible handwritten notes)_ |
| | | |
| | | |
| | | |

HARRIS METHODIST
H·E·B Hospital
Texas Health Resources
MULTIDISCIPLINARY PROGRESS NOTES
998540804 / NS-189 (3/03)
Page 1 of 2

PATIENT IDENTIFICATION
HORTON,ELIZABETH,W,
204004143 003 HRR 60021237     OSW
DR. TAJAMI,HADI R
01/24/07 USB F 043 DOB 06/18/63

FG 22055 (09/05)

*2021*

MRN: 60021237HEB Visit: 204004143003 Doc Type: 2021

CONFIDENTIAL INFORMATION

| DATE | HOUR | EACH NOTE MUST BE IDENTIFIED BY DISCIPLINE NAME AND SIGNED BY LICENSED STAFF |
|------|------|------------------------------------------------------------------------------|
| 1-24-07 | | *[handwritten note, largely illegible]* Admit NSP. |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | Mood is dysphoric. *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | Plan. *[illegible]* |
| | | *[signature]* |

**MULTIDISCIPLINARY PROGRESS NOTES**
998540804 / NS-189 (3/03)
Page 2 of 2

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143003  D    pe: 2021

CONFIDENTIAL INFORMATION

| DATE | HOUR | EACH NOTE MUST BE IDENTIFIED BY DISCIPLINE NAME AND SIGNED BY LICENSED STAFF |
|------|------|---------|
| 2/14/07 | | *[handwritten note]* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



**HARRIS METHODIST**
H·E·B Hospital
Texas Health Resources

**MULTIDISCIPLINARY PROGRESS NOTES**
998540804 / NS-189 (3/03)
Page 1 of 2

PATIENT IDENTIFICATION

HORTON,ELIZABETH,W,
204004143 003 HRB 60021237   DSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

FG 22056 (09/05)

MRN: 60021237HEB  Visit: 204004143003  D~: Type: 2021                    CONFIDENTIAL INFORMATION

| DATE | HOUR | EACH NOTE MUST BE IDENTIFIED BY DISCIPLINE NAME AND SIGNED BY LICENSED STAFF |
|------|------|------------------------------------------------------------------------------|
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |

**MULTIDISCIPLINARY PROGRESS NO**
998540804 / NS-189 (3/03)
Page 2 of 2

HORTON,ELIZABETH,W,
204004143 003 MRB 60021237    QSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 Do___ ne: 2021

CONFIDENTIAL INFORMATION

| Date  1-26-07 | Adult ___ CD ___ Psych ___ Inpatient ___ Outpatient ___ PHP ___ IOP |  |
|---|---|---|
|  | Adolescent          Dual |  |

| | INITIALS |
|---|---|
| **Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep- good/ poor-hrs of sleep ____, Appetite- good/ poor , Household functioning- good/ poor, Explain: | |
| **Drug/Alcohol Use: Explain:** | |
| **Mental Status:** Oriented, Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | |
| **Appearance:** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain: | |
| **Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: | |
| **Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other – | |

| | INITIALS |
|---|---|
| **Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | |

Process Group: Topic _____ Patient issues: _____
_____
_____

**Patient Participated In Group Therapy/Counseling (circle and specify content as appropriate)**

| | | | |
|---|---|---|---|
| Initials _____ Orientation_____ | Initials _____ Community_____ |
| Initials _____ Goal Setting_____ | Initials _____ Home Group_____ |
| Initials _____ Occupational Therapy____ | Initials _____ C.D. Process_____ |
| Initials _____ Relapse Prevention_____ | Initials _____ Nutrition_____ |
| Initials _____ Stress Management_____ | Initials _____ Spirituality_____ |
| Initials _____ Medication Education____ | Initials _____ Other_____ |
| Initials _____ Life Skills_____ | Initials _____ Family Education_____ |
| Initials _____ Physician Lecture_____ | Initials _____ Intensive Program_____ |
| Initials _____ Stretching_____ | Initials _____ School_____ |
| Initials _____ Leisure Time_____ | Initials _____ Peer Review_____ |
| Initials _____ Step Study_____ | Initials _____ Group Counseling_____ |
| Initials _____ Recreation Therapy_____ | Initials _____ C.D. Education_____ |

Notes: _____

(Pt. absent due to illness.)

_____
_____
_____
_____
_____
_____
_____

| | | M Pulthoff LCSW 1-26-07 | |
|---|---|---|---|
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN SIGNATURE | DATE/TIME |

| | | | |
|---|---|---|---|
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN/RN SIGNATURE | DATE/TIME |

HARRIS METHODIST SPRINGWOOD
INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES
Page 1 of 2
(5/06)

*2021*

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143003 F  Type: 2021                    CONFIDENTIAL INFORMATION

| Date  1-24-07 | (Adult) ____ CD (Psych) ____ Inpatient (Outpatient) PHP IOP | INITIALS |
| --- | --- | --- |
| | Adolescent ____ Dual | |

| | INITIALS |
| --- | --- |
| **Mood:** Anxious, (Depressed) Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep- good/poor, hrs of sleep 2. Appetite- good/poor) Household functioning- good/poor. Explain: | |
| **Drug/Alcohol Use:** Explain: Denies use currently | |
| **Mental Status:** (Oriented), Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional. Explain: | |
| **Appearance:** (Neat, Clean) Disheveled. Careless, Inappropriate dress, Explain: | mp |
| **Thoughts:** (Appropriate) Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal. Explain: | |
| **Affect:** WNL, (Blunted) Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other – | |

| | INITIALS |
| --- | --- |
| **Behavior:** (Participated), Did not participate, (Attentive), Inattentive, Tardy, (Cooperative), Uncooperative, Interactive, (Withdrawn), Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, (Quiet), Agitated, Restless. | |
| **Process Group:** Topic _Identify feelings_ ____ Patient issues: _Pt. reports feeling depressed + hopeless. Tasks + memory are poor. Pt. had panic attacks. She has not eaten much in 4 days._ | |

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| | | | |
| --- | --- | --- | --- |
| Initials ____ Orientation | Initials ____ Community | | |
| Initials _mp_ Goal Setting _Affirmation_ | Initials ____ Home Group | | mp |
| Initials ____ Occupational Therapy | Initials ____ C.D. Process | | |
| Initials ____ Relapse Prevention | Initials ____ Nutrition | | |
| Initials ____ Stress Management | Initials ____ Spirituality | | |
| Initials _mp_ Medication Education _(By RN)_ | Initials ____ Other | | |
| Initials _V_ Life Skills | Initials ____ Family Education | | |
| Initials ____ Physician Lecture | Initials ____ Intensive Program | | |
| Initials ____ Stretching | Initials ____ School | | |
| Initials ____ Leisure Time | Initials ____ Peer Review | | |
| Initials ____ Step Study | Initials ____ Group Counseling | | |
| Initials ____ Recreation Therapy | Initials ____ C.D. Education | | |

**Notes:** _This is pt's first day in IOP. She reports her mood as a -4 on a scale of 0 to -4 c̄ -4 being the worst depression. Anxiety is also high at a 4._

| | | | |
| --- | --- | --- | --- |
| CLINICIAN SIGNATURE | DATE/TIME | _M. Patthoff LCSW_  1-24-07 | |
| | | CLINICIAN SIGNATURE | DATE/TIME |
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN/RN SIGNATURE | DATE/TIME |

**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 2 of 2
(506)

```
HORTON,ELIZABETH,W,
204004143003 MR# 60021237    OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63
```

MRN: 60021237HEB Visit: 204004143003 Dr Type: 2021                    CONFIDENTIAL INFORMATION

| Date 1-31-07 | (Adult) CD (Psych) Inpatient (Outpatient) PHP (IOP) |
| --- | --- |
| | Adolescent Dual |

| | INITIALS |
| --- | --- |
| **Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep- good/poor hrs of sleep _4_. Appetite- good/poor Household functioning- good/poor. Explain: | |
| **Drug/Alcohol Use:** Explain: Denies use currently | |
| **Mental Status:** Oriented, Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | MP |
| **Appearance:** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain: | |
| **Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: Passive SI. Pt. denies plan or intent to harm. Contracts for safety. | |
| **Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other— | |

| | INITIALS |
| --- | --- |
| **Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | |
| **Process Group; Topic:** Identify feelings _ **Patient issues:** Pt. continues to feel hopeless + frustrated. Says she got upset + stressed for her lemaros? Ct. She said, "I could not go to sleep + just wake up." | MP |

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| Initials | | Initials | |
| --- | --- | --- | --- |
| Initials _____ | Orientation_____ | Initials _____ | Community_____ |
| Initials _____ | Goal Setting_____ | Initials _____ | Home Group_____ |
| Initials _____ | Occupational Therapy___ | Initials _____ | C.D. Process_____ |
| Initials _____ | Relapse Prevention_____ | Initials _____ | Nutrition_____ |
| Initials MP | Stress Management (4), Coping | Initials _____ | Spirituality_____ |
| Initials MP | Medication Education (By RN) | Initials _____ | Other_____ |
| Initials _____ | Life Skills_____ | Initials _____ | Family Education_____ |
| Initials _____ | Physician Lecture_____ | Initials _____ | Intensive Program_____ |
| Initials _____ | Stretching_____ | Initials _____ | School_____ |
| Initials _____ | Leisure Time_____ | Initials _____ | Peer Review_____ |
| Initials _____ | Step Study_____ | Initials _____ | Group Counseling_____ |
| Initials _____ | Recreation Therapy_____ | Initials _____ | C.D. Education_____ |

**Notes:** Pt. reports a mood of -3 on a scale of 0 to -4 & -4 being most severe depression. Anxiety, irritability, + anger remain high at a 3.

_____ _____ _____ _____
CLINICIAN SIGNATURE    DATE/TIME    CLINICIAN SIGNATURE M Pottery LCSW    DATE/TIME 1-31-07

_____ _____ _____ _____
CLINICIAN SIGNATURE    DATE/TIME    CLINICIAN/RN SIGNATURE    DATE/TIME

**HARRIS METHODIST SPRINGWOOD**
**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 1 of 2
(5/06)



*2021*

```
HORTON,ELIZABETH,W,
204004143 003 MRN 60021237    OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63
```

MRN: 60021237HEB Visit: 204004143003 Doc Type: 2021

CONFIDENTIAL INFORMATION

Date _1-29-06_    (Adult)__ CD  (Psych)  Inpatient  (Outpatient)  PHP  IOP
                   Adolescent              Dual

| | INITIALS |
|---|---|
| **Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep- good/ poor- hrs of sleep ____. Appetite- good/ poor . Household functioning- good/ poor, Explain: | |
| **Drug/Alcohol Use:** Explain: | |
| **Mental Status:** Oriented, Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | |
| **Appearance:** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain: | |
| **Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: | |
| **Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other – | |

| | INITIALS |
|---|---|
| **Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | |

Process Group: Topic _____    Patient issues: _____
_____

*Patient Participated In Group Therapy/Counseling* (circle and specify content as appropriate)

| | |
|---|---|
| Initials _____ Orientation | Initials _____ Community |
| Initials _____ Goal Setting | Initials _____ Home Group |
| Initials _____ Occupational Therapy | Initials _____ C.D. Process |
| Initials _____ Relapse Prevention | Initials _____ Nutrition |
| Initials _____ Stress Management | Initials _____ Spirituality |
| Initials _____ Medication Education | Initials _____ Other |
| Initials _____ Life Skills | Initials _____ Family Education |
| Initials _____ Physician Lecture | Initials _____ Intensive Program |
| Initials _____ Stretching | Initials _____ School |
| Initials _____ Leisure Time | Initials _____ Peer Review |
| Initials _____ Step Study | Initials _____ Group Counseling |
| Initials _____ Recreation Therapy | Initials _____ C.D. Education |

Notes: _____

_____ Pt. absent _____

_____
_____
_____
_____
_____
_____
_____
_____

_M. Palthay, LCSW_  1-29-06

| | | | |
|---|---|---|---|
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN SIGNATURE | DATE/TIME |
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN/RN SIGNATURE | DATE/TIME |

**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 2 of 2
(5/06)

HORTON,ELIZABETH,W,
204004143 003 MRN 60021237    OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 Doc Type: 2021

CONFIDENTIAL INFORMATION

| Date 2-5-07 | ___ Adult ___ CD ⟨Psych⟩ ___ Inpatient ___ ⟨Outpatient⟩ ___ PHP ___ IOP |
| Adolescent | Dual |

| | INITIALS |
|---|---|
| **Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep- good/ poor-hrs of sleep ____ , Appetite- good/ poor, Household functioning- good/ poor, Explain: | |
| **Drug/Alcohol Use:** Explain: | |
| **Mental Status:** Oriented, Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | |
| **Appearance:** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain: | |
| **Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: | |
| **Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other – | |

| | INITIALS |
|---|---|
| **Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | |

**Process Group:** Topic _____ Patient issues: _____
_____
_____

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| | |
|---|---|
| Initials _____ Orientation_____ | Initials __/__ Community_____ |
| Initials _____ Goal Setting_____ | Initials __/__ Home Group_____ |
| Initials _____ Occupational Therapy_____ | Initials __/__ C.D. Process_____ |
| Initials _____ Relapse Prevention_____ | Initials _____ Nutrition_____ |
| Initials _____ Stress Management_____ | Initials _____ Spirituality_____ |
| Initials _____ Medication Education_____ | Initials _____ Other_____ |
| Initials _____ Life Skills_____ | Initials _____ Family Education_____ |
| Initials _____ Physician Lecture_____ | Initials _____ Intensive Program_____ |
| Initials _____ Stretching_____ | Initials _____ School_____ |
| Initials _____ Leisure Time_____ | Initials _____ Peer Review_____ |
| Initials _____ Step Study_____ | Initials _____ Group Counseling_____ |
| Initials _____ Recreation Therapy_____ | Initials _____ C.D. Education_____ |

**Notes:** _____
_____ Pt absent today _____
_____
_____
_____
_____
_____
_____
_____
_____

| | | M. Patthard LCSW 2-5-07 | |
|---|---|---|---|
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN SIGNATURE | DATE/TIME |
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN/RN SIGNATURE | DATE/TIME |

**HARRIS METHODIST SPRINGWOOD**
**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 1 of 2
(5/06)

*2021*

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237    OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 Doc Type: 2021                     CONFIDENTIAL INFORMATION

| Date _2-2-07_ | Adult ___ CD ___ Psych ___ Inpatient ___ Outpatient ___ PHP ___ IOP | INITIALS |
|---|---|---|
| | Adolescent ___     Dual | |

| | INITIALS |
|---|---|
| **Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep: good, poor-hrs of sleep 8. Appetite: good/poor) Household functioning- good, poor. Explain: | |
| **Drug/Alcohol Use:** Explain: _Denies use Currently_ | |
| **Mental Status:** Oriented, Alert-Disoriented. Confused. Sleepy. Lethargic. Hallucinating. Delusional. Explain: | |
| **Appearance:** Neat, Clean, Disheveled; Careless, Inappropriate dress, Explain: | 98 |
| **Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain | |
| **Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other – | |

| | INITIALS |
|---|---|
| **Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | 98 |
| **Process Group:** Topic _Identify feelings_ Patient issues: _Pt says she has no appetite & is forcing herself to eat a little. She is irritable Mango at lot often. Feels she overcame lmrat anger other things but now 0 feels weak._ | & many now 0 |

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| Initials | | Initials | | |
|---|---|---|---|---|
| Initials ___ | Orientation | Initials ___ | Community | KB |
| Initials _KB_ | Goal Setting _Crisis Plan_ | Initials ___ | Home Group | |
| Initials ___ | Occupational Therapy | Initials ___ | C.D. Process | |
| Initials ___ | Relapse Prevention | Initials ___ | Nutrition | |
| Initials ___ | Stress Management | Initials ___ | Spirituality | |
| Initials ___ | Medication Education | Initials ___ | Other | |
| Initials _MP_ | Life Skills _Balance_ | Initials ___ | Family Education | |
| Initials _✓_ | Physician Lecture | Initials ___ | Intensive Program | |
| Initials ___ | Stretching | Initials ___ | School | |
| Initials ___ | Leisure Time | Initials ___ | Peer Review | |
| Initials ___ | Step Study | Initials ___ | Group Counseling | |
| Initials ___ | Recreation Therapy | Initials ___ | C.D. Education | |

**Notes:** _Pt completed goal sheet and crisis plan —_     KB

| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN SIGNATURE _Kathy Beasly LPC_ | DATE/TIME _2-2-07_ |
|---|---|---|---|
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN/RN SIGNATURE _M Petty, LCSW_ | DATE/TIME _2-2-07_ |

**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 2 of 2
(5/06)

```
HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63
```

MRN: 60021237HEB Visit: 204004143003 Doc Time: 2021                                    CONFIDENTIAL INFORMATION

| Date 2-9-07 | Adult ____ CD ____ Psych ____ Inpatient ____ Outpatient ____ PHP ____ IOP |
| Adolescent ____ Dual | |

| Mood: Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | INITIALS |
| --- | --- |
| ADL's: Sleep- good/poor-hrs of sleep ____ Appetite- good/poor, Household functioning- good/poor, Explain: | |
| Drug/Alcohol Use: Explain: | |
| Mental Status: Oriented, Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | |
| Appearance: Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain: | |
| Thoughts: Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: | |
| Affect: WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other-- | |

| Behavior: Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | INITIALS |
| --- | --- |
| Process Group: Topic _Identify feelings_ Patient issues: _Pt feels her needs are more important than her mood has been improving Coping skills & everyday life center_ | _my_ |

Patient Participated In Group Therapy/Counseling (circle and specify content as appropriate)

| Initials ____ Orientation | Initials ____ Community |
| Initials _KB_ Goal Setting _week 1 plan_ | Initials ____ Home Group |
| Initials ____ Occupational Therapy | Initials ____ C.D. Process |
| Initials ____ Relapse Prevention | Initials ____ Nutrition |
| Initials ____ Stress Management | Initials ____ Spirituality |
| Initials ____ Medication Education | Initials ____ Other |
| Initials _my_ Life Skills _Relapse Prevention_ | Initials ____ Family Education |
| Initials ____ Physician Lecture | Initials ____ Intensive Program |
| Initials ____ Stretching | Initials ____ School |
| Initials ____ Leisure Time | Initials ____ Peer Review |
| Initials ____ Step Study | Initials ____ Group Counseling |
| Initials ____ Recreation Therapy | Initials ____ C.D. Education |

Notes: _Pt set goal for the day and shared plan to take walk in the park near her home._ _KB_

| CLINICIAN SIGNATURE | DATE/TIME | _Kathy Beisly LPC_ 2-9-07 |
| --- | --- | --- |
| | | CLINICIAN SIGNATURE    DATE/TIME |
| CLINICIAN SIGNATURE | DATE/TIME | _my_  _____ 2-9-07 |
| | | CLINICIAN/RN SIGNATURE    DATE/TIME |

HARRIS METHODIST SPRINGWOOD
INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES
Page 1 of 2
(5/06)



*2021*

```
HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F  043 DOB 06/18/63
```

MRN: 60021237HEB Visit: 204004143003 Doc Type: 2021                    CONFIDENTIAL INFORMATION

| Date 2-7-07  (Adult) (Adolescent)  CD  Psych (circled)  Inpatient  Dual  (Outpatient)  PHP  IOP | INITIALS |
|---|---|
| **Mood:** (Anxious), (Depressed), Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep: (good), poor-hrs of sleep ____, Appetite- (good), poor, Household functioning- (good), poor, Explain: | |
| **Drug/Alcohol Use:** Explain: _Denies plan, or usage_ | |
| **Mental Status:** (Oriented), Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | |
| **Appearance:** (Neat), (Clean), Disheveled, Careless, Inappropriate dress, Explain: | ⟋⟋ |
| **Thoughts:** (Appropriate), Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: | |
| **Affect:** WNL, Blunted, Flat, Labile, (Anxious), Tearful, Exaggerated, Guarded, Other -- | |

| Behavior: (Participated), Did not participate, (Attentive), Inattentive, Tardy, (Cooperative), Uncooperative, (Interactive), Withdrawn. Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, (Agitated), Restless | INITIALS |
|---|---|

Process Group: Topic _Identify feelings / Cognitive change_ · Patient issues: _____ · _Pt spoke about her divorce, looked and Said it was the best thing she ever did even though even than she was crazy driving an electrical engineer who made a lot of money_

Patient Participated In Group Therapy/Counseling (circle and specify content as appropriate)

| Initials | | Initials | |
|---|---|---|---|
| Initials _____ | Orientation _____ | Initials _____ | Community _____ |
| Initials _MP_ | Goal Setting _affirmation_ | Initials _____ | Home Group _____ |
| Initials _✓_ | Occupational Therapy _____ | Initials _____ | C.D. Process _____ |
| Initials _____ | Relapse Prevention _____ | Initials _____ | Nutrition _____ |
| Initials _____ | Stress Management _____ | Initials _____ | Spirituality _____ |
| Initials _MP_ | Medication Education _(By RN)_ | Initials _____ | Other _____ |
| Initials _✓_ | Life Skills _____ | Initials _____ | Family Education _____ |
| Initials _____ | Physician Lecture _____ | Initials _____ | Intensive Program _____ |
| Initials _____ | Stretching _____ | Initials _____ | School _____ |
| Initials _____ | Leisure Time _____ | Initials _____ | Peer Review _____ |
| Initials _____ | Step Study _____ | Initials _____ | Group Counseling _____ |
| Initials _____ | Recreation Therapy _____ | Initials _____ | C.D. Education _____ |

INITIALS: ⟋⟋

Notes: _Pt. reports a mood of -2 on a scale of 0 to -4 w/ -4 being the worst depression. Anxiety also remains a problem at a 2. Says she has a lot of fear about attempting to return to her job & facing a supervisor that tried to fire her. Began having her reframe that past painful event._

| CLINICIAN SIGNATURE | DATE/TIME | _Marilyn Padduf LCSW_  CLINICIAN SIGNATURE | 2-7-07  DATE/TIME |
|---|---|---|---|
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN/RN SIGNATURE | DATE/TIME |

INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES
Page 2 of 2
(5/06)

```
HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63
```

MRN: 60021237HEB Visit: 204004143003 Do~ ~pe: 2021     CONFIDENTIAL INFORMATION

| Date 2-14-07 | (Adult) CD (Psych) Inpatient (Outpatient) PHP IOP |
| | Adolescent Dual |

| | INITIALS |
|---|---|
| **Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep- good/poor-hrs of sleep ___ , Appetite- good/ poor , Household functioning- good/ poor, Explain: | |
| **Drug/Alcohol Use:** Explain: | |
| **Mental Status:** Oriented, Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | |
| **Appearance:** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain: | 7B |
| **Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: | |
| **Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other – | |

| | INITIALS |
|---|---|
| **Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | |
| Process Group: Topic _Identify feeling_____ Patient issues: _Pt. stated she has been able to achieve relation to her past issues + now looks forward to going on to her life._ | |

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| | | | |
|---|---|---|---|
| Initials ____ Orientation | | Initials ____ Community | |
| Initials _MB_ Goal Setting _Make Change_ | | Initials ____ Home Group | |
| Initials ____ Occupational Therapy | | Initials ____ C.D. Process | |
| Initials ____ Relapse Prevention | | Initials ____ Nutrition | |
| Initials ____ Stress Management | | Initials ____ Spirituality | |
| Initials _MB_ Medication Education _( By RN )_ | | Initials ____ Other | 7B |
| Initials ____ Life Skills | | Initials ____ Family Education | |
| Initials ____ Physician Lecture | | Initials ____ Intensive Program | |
| Initials ____ Stretching | | Initials ____ School | |
| Initials ____ Leisure Time | | Initials ____ Peer Review | |
| Initials ____ Step Study | | Initials ____ Group Counseling | |
| Initials ____ Recreation Therapy | | Initials ____ C.D. Education | |

Notes: _____

_____

_____

_____

_____

_____

_____

_____

_____

| _____ / _____ | _M_____ Lew_ 2-14-07 |
|---|---|
| CLINICIAN SIGNATURE / DATE/TIME | CLINICIAN SIGNATURE    DATE/TIME |
| _____ / _____ | |
| CLINICIAN SIGNATURE / DATE/TIME | CLINICIAN/RN SIGNATURE    DATE/TIME |

**HARRIS METHODIST SPRINGWOOD**
**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 1 of 2
(5/06)

*2021*

```
HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63
```

MRN: 60021237HEB Visit: 204004143003 DocType: 2021                    CONFIDENTIAL INFORMATION

Date 2-12-07 _____  Adult ___ CD ___ Psych ___ Inpatient ___ Outpatient ___ PHP ___ IOP
                      Adolescent          Dual

| | INITIALS |
|---|---|
| **Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep- good poor-hrs of sleep 12, Appetite- good poor, Household functioning- good poor, Explain: | |
| **Drug/Alcohol Use:** Explain: None use currently | |
| **Mental Status:** Oriented Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional. Explain: | |
| **Appearance-** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain: | ᵐ⁹ |
| **Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal. Explain: | |
| **Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other – | |

| | INITIALS |
|---|---|
| **Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | |

Process Group: Topic _Identify feeling_____ Patient issues: Pt was able to share
her feelings about "Mood" in " After her dinner. Said, "It
was the hardest thing I ever did."

Patient Participated In Group Therapy/Counseling (circle and specify content as appropriate)

| | | | |
|---|---|---|---|
| Initials _____ Orientation | Initials _____ Community_____ |
| Initials _KB_ Goal Setting _my traits_ | Initials _____ Home Group_____ |
| Initials _____ Occupational Therapy | Initials _____ C.D. Process_____ |
| Initials _____ Relapse Prevention_____ | Initials _____ Nutrition_____ |
| Initials _____ Stress Management_____ | Initials _____ Spirituality_____ |
| Initials _____ Medication Education_____ | Initials _____ Other_____ |
| Initials _mg_ Life Skills _Problem Solving_ | Initials _____ Family Education_____ |
| Initials _✓_ Physician Lecture_____ | Initials _____ Intensive Program_____ |
| Initials _____ Stretching_____ | Initials _____ School_____ |
| Initials _____ Leisure Time_____ | Initials _____ Peer Review_____ |
| Initials _____ Step Study_____ | Initials _____ Group Counseling_____ |
| Initials _____ Recreation Therapy_____ | Initials _____ C.D. Education_____ |

Notes: Pt completed goal sheet, reports taking a walk in
the park over weekend, and was attentive to grp
discussion about traits that make for a healthy grp  KB

_____

CLINICIAN SIGNATURE _____ DATE/TIME    CLINICIAN SIGNATURE _Kathy Beasley LPC 2-12-07_ DATE/TIME

CLINICIAN SIGNATURE _____ DATE/TIME    CLINICIAN/RN SIGNATURE _____ LCSW  2-12-07 DATE/TIME

**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 2 of 2
(5/06)

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   CSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 Dr Type: 2023                          CONFIDENTIAL INFORMATION



## MENTAL STATUS EXAMINATION

**PATIENT:** _____

**GENERAL APPEARANCE:**
Neat, Well Groomed, Careless, Dirty, Disheveled, Obese, Slim, Unshaven, Posture (stooped, stiff, bizarre).
Other: _____

**ATTITUDE:**
Appropriate, Dependent, Passive, Passive Aggressive, Manipulative, Cooperative, Resistive, Belligerent, Reserved, Seclusive, Negativistic, Sarcastic, Guarded. Other: _____

**MOOD:**
Euthymic, Anxious, Depressed, Hypomanic, Manic. Other: _____

**AFFECT:**
Appropriate, Labile, Blunted, Flat, Restricted. Other: _____

**THOUGHT CONTENT:**
Appropriate, Paranoid Trends, Hallucinations (auditory, visual), Delusions, Obsessions, Compulsions, Bizarre Thoughts, Suicidal Thoughts/Plans, Homicidal Thoughts/Plans.
Other: _____

**THOUGHT PROCESS:**
Logical, Tangential, Circumstantial, Goal-Directed, Loose, Slow, Confused, Incoherent, Preservation, Flight of Ideas.
Other: _____

**MOTOR ACTIVITY:**
Not remarkable, Hypoactive, Hyperactive, Tremulous, Tics, Ataxia, Paralysis.
Other: _____

**ORIENTATION:**
Time: (Yes, No)     Place: (Yes, No)     Person: (Yes, No).     Situation: (Yes, No)

**INTELLECT:**
Intelligence: (normal, below normal, above normal)
General Information: (good, fair, poor)
Calculations: (good, fair, poor)
Remote Memory: (good, fair, poor) as demonstrated by: Recent presidents or personal dates/anniversary
Recent Memory: (good, fair, poor) as demonstrated by: Recall of 3 objects in 5 minutes
Immediate Recall: (good, fair, poor) as demonstrated by: Digitspan
Ability to Abstract: (good, fair, poor)

**JUDGMENT:** (good, fair, poor) as demonstrated by: Response to common sense questions.

**INSIGHT:** (good, fair, poor) as demonstrated by: Knowledge of reason for current level of care.

**STRENGTHS:** (List) _____

**COMMENTS:** _____

Physician/Clinician Signature and Date _____



**Harris Methodist Springwo**
MENTAL STATUS EXAMINATION
FORM 998541069 (REV. 6/00)

*2023*

PATIENT IDENTIFICATION

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   DSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 D~ ~pe: 1140                    CONFIDENTIAL INFORMATION

_____Admit to Psych Intensive Outpatient Program (IOP) and include patient in all routine group components of the Psych IOP Program

Patient is to participate in the following specialty groups:

_____Survivors of Sexual Abuse

_____Eating Disorder Individual Therapy Session

Complete the following for the patient:

_____Urine Drug Screen on admit and PRN

_____Breathalizer on admit and PRN

_____See attached orders for diagnosis and medications

☐     See attached orders for diagnosis and medications

Admitting physician, signature below, has prescribed the following psychotropic medications for this patient:

1. _____  4. _____
2. _____  5. _____
3. _____  6. _____

Patient's admitting DSM IV Diagnosis:

Axis I _____

Axis II _____

Axis III _____

Axis IV _____

Axis V _____

_____     _____
Admitting Physician              Date and Time

_____     _____
RN or Clinician transcribing orders     Date and Time

### HARRIS METHODIST SPRINGWOOD
### Psych IOP Orders



HORTON,ELIZABETH,W,
204004143 003 MRN 60021237    OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

1140 Physician Orders

MRN: 60021237HEB Visit: 204004143003 Dr Type: 1140    CONFIDENTIAL INFORMATION

**ALLERGIES:** Height _____ Weight _____

| DATE: | TIME: | PLEASE PRESS HARD |
|---|---|---|

☐ VERBAL TELEPHONE ORDER READ BACK / INITIAL _____

1/31/00

n Effexe XR 6 225 mg

PATIENT IDENTIFICATION

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

Signature: _____

Print Name: _____
FIRST    LAST

| DATE: | TIME: / | PLEASE PRESS HARD |
|---|---|---|

☐ VERBAL TELEPHONE ORDER READ BACK / INITIAL _____

PATIENT IDENTIFICATION

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

Signature: _____

Print Name: _____
FIRST    LAST



**HARRIS METHODIST**
H·E·B Hospital
Texas Health Resources

**PHYSICIAN ORDER**
998540876 (REV. 9/06)
Page 1 of 1

CHART COPY

| DO NOT USE ABBREVIATIONS | | | |
|---|---|---|---|
| Q.D. | U | A.D. | Trailing Zero (X.0 mg) |
| Q.O.D. | S.C. | A.U. | Lack of Leading Zero (.X mg) |
| IU | S.Q. | O.S. | "Resume Home Meds" |
| MS | μg | O.D. | (includes Pre-op, procedure, |
| MSO₄ | X3d | O.U. | etc, medications) |
| MgSO₄ | A.S. | | Chemotherapy Abbreviations |

MRN: 60021237HEB Visit: 204004143003 Dc̄ ̄ ̄be: 1140

CONFIDENTIAL INFORMATION

HARRIS MET ̄DIST H-E-B
̄w Discharge ̄ ̄cription Form
DC̄. ̄

 

## NEW DISCHARGE PRESCRIPTION FORM

| Prescription given? | Medication | Strength | How much? | Route? | How Often? | Next Dose | Other Instructions |
|---|---|---|---|---|---|---|---|
| Y☐ N☐ ☒ | Effexor XR | 225 mg | | po | daily | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |

**Discharge Orders**

Date/Time 2-14-07    Signature     ID#_____

☒ **Instructions and a copy of this form to Patient**    ☐ **Information to next healthcare provider.**

***Please bring this medication record with you to your next physician office visit or on return to the hospital.***

1140 Physician Orders

HORTON,ELIZABETH,W,
204004143 003 MRN 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

REV 12/15/2006 10:59

MRN: 60021237HEB Visit: 204004143003 Dr Type: 1140                    CONFIDENTIAL INFORMATION

**HARRIS METHODIST H-E-B**
**Home Medication Order Form**
**MEDRECON**

HORTON,ELIZABETH,W.
204004143 003 MR# 60021237    OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

1140 **Unapproved Abbreviations**

| U, IU | S.C., S.Q. | Q.D., Q.O.D. | X3d | MS, MSO4, MgSO4 | "Resume home meds" |
|---|---|---|---|---|---|
| A.S., A.D., A.U. | Chemotherapy abbreviations | O.S., O.D., O.U. | µg (for microgram) | Trailing zero or lack of leading zero |

ANY ORDER THAT CONTAINS ILLEGIBLE HANDWRITING OR UNAPPROVED ABBREVIATIONS WILL REQUIRE CLARIFICATION BY CONTACTING THE ORDERING PHYSICIAN

### HOME MEDICATION ORDER FORM

Height _____ inches  Weight: _____ kg (actual/stated) ⊛

Allergies and Reactions: _____    ☒ NO KNOWN ALLERGIES

| ☐ NO HOME MEDS | **LIST HOME MEDICATIONS BELOW** | | | | | ☐ Pregnant | ☐ Breastfeeding | | |
|---|---|---|---|---|---|---|---|---|---|
| | LAY TERMS ONLY – include over the counter meds, inhalers, eye drops | | | | | | | | |
| Continue In Hospital? | **Medication** Herbals, nutraceuticals, vitamins, supplements should be documented but will not be continued in the hospital. | Strength | How much? | Route | How Often? | Last Dose | Why take this medication? | Continue at home? | Next dose |
| YD NO | Effexor XR | 150mg | PO | Daily | | (Depression) | YD NO | |
| YD NO | Lunesta | 3mg | PO | HS | | | YD NO | |
| YD NO | Avalide | 300/10 | PO | Daily | | | YD NO | |
| YD NO | Lotrel | 10 | PO | Daily | | | YD NO | |
| YD NO | Klonopin | 1mg | PO | Q PM | | | YD NO | |
| YD NO | | | | | | | YD NO | |
| YD NO | | | | | | | YD NO | |
| YD NO | | | | | | | YD NO | |
| YD NO | | | | | | | YD NO | |
| YD NO | | | | | | | YD NO | |
| YD NO | | | | | | | YD NO | |
| YD NO | | | | | | | YD NO | |

**Source of Information:** ☐ Patient  ☐ Family  ☐ Phys. Office  ☐ H & P  ☐ Pharmacy  ☐ Med Bottles  ☐ Unable to Obtain

☐ Other  Chart          Info. Obtained from: _____

Signature: _____

*If above is not completed, contact admitting physician to review each item by a telephone order.

Date: _____

| For Inpatient Use Only: | For Inpatient Use Only: |
|---|---|
| Reconciled Home Medications Admission Orders | Reconciled Discharge Orders |
| Phys. Print Name _____ ID# _____ | Printed Name _____ ID# _____ |
| Signature _____ Date/Time _____ | Signature _____ |
| Noted by: Prtd Name _____ ID# _____ | Date/Time _____ |
| Signature _____ Date/Time _____ | |

☒ Instructions and a copy of this form to Patient      ☐ Information to next healthcare provider.

**Record all new medications on the Discharge Prescription Form**

REV 12/15/2008 10:52

MRN: 60021237HEB Visit: 204004143003 D⁓ ⁓pe: 1140                    CONFIDENTIAL INFORMATION

Discharge patient from:    ☐ Psychiatric Program    ☐ CD Program

☐ Inpatient    ☐ Intensive Outpatient Program    ☐PHP

Effective Discharge Date: 2/14/07

☐ See attached orders for diagnosis and medication

Discharge Diagnosis: (Include DSM IV TR frequency and severity digits)

Axis I __311, 98__

Axis II _____

Axis III _____

Axis IV _____

Axis V _____

Discharge Medications: _____ Effex +a 225, _____ Klonipin 1 mg OPQ

_____ Ativa 3 _____

Discharge Plan:

Patient is to follow-up with the following Springwood Program:

Partial Hospital Program    ☐ Psychiatric    ☐ CD

Intensive Outpatient Program    ☐ Psychiatric ☐ CD    ☐ Day

Program Start Date: _____

Patient is to follow-up with the following physician(s):

Attending Physician _____ Appointment Date _____
    And/or
Patient's own Psychiatrist _____

Primary Care Physician _____

Medical Reason for PCP follow-up _____

Other Referrals _____

Signature Nurse _Jennifer Jeffers_ Date 2-14-07

Signature Physician _H. Taj_ Date 2/14/07

## HARRIS METHODIST SPRINGWOOD
### DISCHARGE ORDERS
406

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJAMI,HADI R
01/24/07 USB F  043 DOB 06/18/63



MRN: 60021237HEB Visit: 204004143003 Do _____ ne: 1282                    CONFIDENTIAL INFORMATION

_Elizabeth Hor_
_£_
_2_

## CRISIS PLAN

1. When I feel suicidal and in crisis I will call:

| | | |
|---|---|---|
| A. | 24-hour crisis/suicide line # | 1-800-suicide |
| B. | My doctor/psychiatrist | Next week - 817858-7768 |
| | *Next appointment is:* | |
| C. | My therapist | |
| | *Next appointment is:* | |
| D. | A friend | - Ross Park 817-658-2272 |
| E. | Another friend | Ross Park i.c.c |
| F. | Go to the emergency room/call 911 | trip |

2. When I experience the symptoms associated with my illness,
   (hopelessness, anger, isolation, paranoia and/or _____ )
   I will:

   A. Call someone I trust and talk about what is going on.
   B. Write about my thoughts and feelings in my journal.
   C. Write a gratitude list: What gives me hope? What is a light at the end of the tunnel?
      1. hopelessness
      2. isolation,
      3. sad
   D. Call my doctor or therapist.

3. I will join a support group: AA/NA, Co-dependents Anonymous, Depression Support Group.      817 - 335 - 5465

   **Name of Group**

4. When I am over whelmed, these are reminders of ways to take care of myself:
   ☑ BREATHE!!!!! Take long, slow deep breaths.
   ☑ Find a safe place (physically or visualizing a special place where you can go and get grounded, felt relaxed, protected, calm, centered, and at ease).
   ☑ Go for a walk.
   ☑ Take a hot bath.
   ☑ Put a cool wash cloth on your forehead.
   ☑ Try to sleep.
   ☑ Pray.
   ☑ Do a mundane chore - dishes/laundry/clean a drawer out.
   ☐ Watch a movie.
   ☐ Eat something yummy.
   ☑ Know that these feelings will pass and know that you are safe.

   HORTON,ELIZABETH,W,
   204004143 003 MR# 60021237  OSW
   DR. TAJANI,HADI R
   01/24/07 USB F 043 DOB 06/18/63

5. I AGREE WITH THIS PLAN AND WILL KEEP MYSELF SAFE.
   Signed: _Elizabeth Horton_                    Date: 2/7/07

MRN: 60021237HEB  Visit: 204004143003  D  Type: 1282

CONFIDENTIAL INFORMATION

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237  OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

## Harris Methodist Springwood
### (To be completed by patient)

Name _Elizabeth        Horton_

Reason for Seeking Services: _Suicide Thoughts. Can't Sleep_
_Panic Attacks_

1. Do you need to go to the Emergency Room for any        Yes___  No _✓_
of the following: (Please Circle):
  1. Significant Bleeding
  2. Chest Pain
  3. Significant Pain (please give a description of the
     pain)_____
  4. Sudden Confusion
  5. Significant Fever
  6. Recent serious accident without medical attention

Have you recently been seen in an Emergency Room? If yes,        Yes___  No _✓_
when_____

2. Have you had a recent overdose without seeking medical        Yes___  No _✓_
attention? If yes, when_____

3. Are you having any thoughts today about hurting yourself        Yes___  No _✓_
or someone else?

4. Do you have a current plan for how you would hurt yourself        Yes___  No _✓_
or someone else?

5. Are you currently in any danger of being physically or        Yes___  No _✓_
sexually abused?

6. Are you having any of the following related to alcohol use?        Yes___  No _✓_

        Seizures____   Vomiting____   Diarrhea____

7. Do you believe you need to be detoxed from alcohol?        Yes___  No _✓_

8. Are you using any other drugs?_____        Yes___  No _✓_

9. Is someone with you now? If yes, who is with you?        Yes___  No _✓_
        Mother____   Father____   Sibling____   Friend____
        Spouse____   Employer____   EAP____

10.. Are you looking for:
        Inpatient____        Medication Referral____
        Outpatient _✓_        Community Resources____
        _Intensive?_

*1282*

MRN: 60021237HEB Visit: 204004143003 D~ ~pe: 2006                      CONFIDENTIAL INFORMATION

## FAMILY OF ORIGIN HISTORY:

Where were you born? _Marianna, Arkansas_

Who were you raised by? _Mother & Father_

If either of your biological parents was absent, why? _no_

Describe your family when you were growing up? _Close knit. lots of love._

Was there any family history of psychiatric problems? If so, who? _no_

Was there any family history of alcohol or drug problems? If so, who? _no_

## IMMEDIATE FAMILY HISTORY:

What is your current marital status: (Circle)

Married,    Separated,    (Divorced)    Widowed,    Single

If married, how long? _~~20 years~~_ If separated/divorced/widowed, how long? _6 mos._

Were you previously married? (circle)    No, (Yes);    If yes, complete:

| Approximate years | Reason for breakup |
|---|---|
| 4 years | no moral support |

Do you have children: (circle)    No, (Yes)    If yes, complete:

| Name | Age | Where child resides: |
|---|---|---|
| Levester Butler Jr. | 24 | Marianna, ARK 72360 |
| Tamika Butler | 22 | Marianna, ARK 72360 |
| Tanisha Butler | 20 | Marianna, ARK 72360 |

### HARRIS METHODIST SPRINGWOOD
### IOP PSYCHOSOCIAL ASSESSMENT
Page 1 of 4
Rev. (4/00)



HORTON,ELIZABETH,W,
204004143 003 MRN 60021237    DSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003  Type: 2006                    CONFIDENTIAL INFORMATION

What is your sexual orientation: (circle)
~~Heterosexual~~,   Homosexual,   Bisexual
Have there been any recent changes in your living arrangements? _no_

Have there been any recent stressors in these areas? (circle)
      Financial,   Legal,   Relationship,   Family,   Work/School
If so, explain: _Manager being to inconsider with_
_my mental condition, and quent pressure m me_
Have there been any recent deaths or deaths of anyone significant to you in the past?
_no_

Describe your usual daily schedule: _~~xxxxx~~ no energy_
_no hope - weak_

---

**EDUCATION & EMPLOYMENT HISTORY:**

What is the highest level of education that you completed? _16_

Describe any problems you had with grades or behavior in school? _none_

If you had college or vocational training, what area/subject was it in?
_Computer Programming_
What is your current job? _Customer Service_
Who is your current employer? _Fidelity Investment_
How long have you been employed there? _6 mos._
Do you plan to work while in treatment? _no_
Do you plan to return to work after treatment? _yes_
Are you in school at this time? Yes  No  If so, where? _____
If you are unemployed, how long since you were last employed? _____
Who was your previous employer? _____
If you are unemployed, what is your source of financial support? _____

How many jobs have you held in past 5 years? _2_
Have you ever had any experiences of being fired or layed off? If so, describe the
situation: _no_

Did you serve in the military? (circle) Yes; No
If so, what branch? _____
Did you have an honorable discharge? (circle) Yes; No
How many years did you serve? _____
Does your military experience have any impact on your current problems? (circle) Yes; No
If so, explain: _____

**IOP PSYCHOSOCIAL ASSESSMENT**
Page 2 of 4

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   DSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 De ̄ ̄pe: 2006                      CONFIDENTIAL INFORMATION

## ALCOHOL/DRUG USE:

Please complete the following:

| Substance | Last use | Current amount/freq | Greatest amount/freq | Way it was used | Age at first use |
|-----------|----------|---------------------|----------------------|-----------------|------------------|
| Alcohol | Never | | | | |
| Marijuana | Never | | | | |
| Amphetamine | Never | | | | |
| Cocaine | Never | | | | |
| Heroin | Never | | | | |
| Prescription Drugs | Never | | | | |
| Hallucinogens | Never | | | | |
| Inhalants | Never | | | | |
| Nicotine | Never | | | | |
| Other | | | | | |

What time of day and what days do you generally use alcohol and/or drugs? _____
_____ N/A

Do you think you have an alcohol or drug abuse or dependence? _____
_____ N/A

What is the longest period of time you have gone without any use of drugs or alcohol?
_____ N/A When was that? _____

Have you ever been preoccupied with the thought of using, especially when you are
    clean? Yes (No)

Have you ever used a large amount or used quickly when you first start to use? Yes (No)

Have you used more and more to get high? Yes (No)

Have you ever used to relax, calm down, or sleep? Yes (No)

Have you ever used alone or when no one else is using? Yes (No)

Have you ever not remembered what you did or said when using? Yes (No)

Have you ever kept a bottle or stash, just in case you run out? Yes (No)

Have you ever used alcohol or drugs when you tried not to use, especially when you knew
    it would be detrimental? Yes (No)

Have you experienced shakes or tremors in the morning? Yes (No)

Have you ever used in the morning to get yourself going? Yes (No)

### IOP PSYCHOSOCIAL ASSESSMENT
Page 3 of 4



HORTON,ELIZABETH,W,
204004143 003 MR# 60021237 · OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/28/63

MRN: 60021237HEB  Visit: 204004143003  D: Type: 2006                    CONFIDENTIAL INFORMATION

Describe any problems in these areas related to your drug or alcohol use:

Legal: _____

Family: _____

Job related: _____

Medical: _____ _N/A_ _____

Other: _____

Does anyone in your home use alcohol or drugs? _____NO_____

Doe you socialize with anyone who uses alcohol or drugs? _____NO_____

Have you participated in any gambling activity? Yes  No  Explain: _____

Do you think you have or have had problems associated with gambling?  Yes  No

If so, explain _____

Have you ever participated in AA/NA? Yes  No  If so, when ? _____

## SAFETY ISSUES

Have you ever experienced physical, sexual, or emotional abuse? Yes  No  (Circle)

If so, by whom and when? _My ex-husband_

Was anyone contacted about the abuse (such as police, CPS, a parent)? Yes  No

Explain? _He was arrested → for an assault to my face_

Have you ever abused someone physically, sexually, or emotionally?  Yes  No (Circle)

If so, who and when? _____

Was anyone contacted about the abuse (such as police, CPS, a parent)? Yes  No

Explain? _____

Is there currently any domestic violence? _____NO_____

## STRENGTHS & WEAKNESSES:

What do you value most?  _My life_

What are your strengths? _Going the extra miles to achieve goals_

What are your limitations? _Mental disorder_

How do you feel about yourself today? _unhappy_

What are your goals for your treatment? _To believe that a Mental illness doest mean you're not a good person_

What barriers are there to these goals: _none_

## PLAN & NEEDS FOR DISCHARGE:

Do you need any information on housing, food, or financial assistance?  Yes  No

Do you need any information about educational or legal assistance?  Yes  No

If you are on psychiatric medications, will you follow-up with the psychiatrist treating you
here or with another psychiatrist? _Yes_

## COUNSELOR - COORDINATION OF INFORMATION:

Review of Intake Assessment: Yes  No   Discharge planning sheet initiated: Yes  No

Review of PSY Eval: Yes  No          Safety issues resolved: Yes  No

Review of Outpatient Health Screen: Yes  No

_____        _____
Primary Counselor                Date

_Marilyn Patthey LGSW_           _1-31-07_
Social Worker                    Date-

HORTON,ELIZABETH,W,
204004143 003 MRN 60021237  OSW
DR. TAJAMI,HADI R
01/24/07 USB  F  043 DOB 06/18/63

**IOP PSYCHOSOCIAL ASSESSMENT**
Page 4 of 4

MRN: 60021237HEB Visit: 204004143003 D_Type: 9025

CONFIDENTIAL INFORMATION

PATIENT NAME _Elizabeth Horton_    AGE _43_    DATE _1-23-07_
LOCATION OF ASSESSMENT _HEB    9PG_    REFERRAL SOURCE _prev. pt._
PRESENTING PROBLEM/CHIEF COMPLAINT (QUOTE PATIENT): _depression, panic attacks, brought_
PRECIPITATING STRESSORS _Work_    _on by work stress_
    _since Fri._

## DAILY FUNCTIONING

☒ INCREASE/DECREASE SLEEP NEED ☐ N/A
    _4_ HOURS PER NIGHT
☒ INCREASE/DECREASE APPETITE ☐ N/A
    _____ POUNDS LOST/GAINED
    IN WHAT TIME PERIOD _____
☐ BINGEING/PURGING ☒ N/A
☒ SOCIAL WITHDRAWAL ☐ N/A
☒ INCREASE/DECREASE ENERGY ☐ N/A
☒ INCREASE/DECREASE SEX DRIVE ☐ N/A
☒ INCREASE/DECREASE ACTIVITY LEVEL ☐ N/A

☒ INCREASE/DECREASE PERSONAL CARE/HYGIENE ☐ N/A
☒ DECREASE IN WORK/SCHOOL PERFORMANCE ☐ N/A
☒ EMPLOYED
☐ EMPLOYER _Fidelity Investment_
☐ RETIRED
☐ UNEMPLOYED; HOW LONG _____
☐ DISABLED
    TYPE _____
☒ CHANGES IN MARRIAGE/PERSONAL RELATIONSHIPS ☐ N/A
    SUPPORT FROM _self_
    LIVES WITH: _self_
LENGTH OF TIME YOU HAVE HAD SYMPTOMS _since Nov._
_divorced since June_

## DANGER ASSESSMENT

SUICIDAL IDEATION_____
    ☐ YES ☒ NO (IF YES, DESCRIBE)
SUICIDAL INTENT _____
    ☐ YES ☒ NO (IF YES, DESCRIBE)
SUICIDAL PLAN _____
    ☐ YES ☒ NO (IF YES, DESCRIBE)
WHAT DOES PATIENT LOOK FORWARD TO _feeling better_
PREVIOUS ATTEMPT _took 7 Lunesta on Friday to sleep_
    ☐ YES ☒ NO (IF YES, DESCRIBE)
HOMICIDAL/IDEATION/INTENT/PLAN _____
    ☐ YES ☒ NO (IF YES, DESCRIBE)
HISTORY OF VIOLENCE/HOMICIDE _____
    ☐ YES ☒ NO    IF YES, WHAT TYPE ☐ PHYSICAL ☐ SEXUAL
        DIRECTED TOWARDS ☐ PERSON ☐ PROPERTY ☐ OTHER, DESCRIBE _____
        SOURCE OF INFORMATION ☐ PATIENT ☐ FAMILY ☐ POLICE ☐ OTHER _____
SELF-MUTILATIVE BEHAVIOR _____
    ☐ YES ☒ NO (IF YES, DESCRIBE)
HISTORY OF ABUSE _physical from spousal_
    ☒ YES ☐ NO (IF YES, DESCRIBE)
IS SOMEONE HARMING YOU CURRENTLY? ☐ YES ☒ NO (IF YES, DESCRIBE) _____
ACCESS TO WEAPONS OR CACHE OF MEDICATIONS _____
    ☐ YES ☒ NO (IF YES, DESCRIBE) IF YES, DOES PATIENT AGREE TO HAVE THESE REMOVED ☐ YES ☐ NO
    CONFIRMED BY (NAME) _____
FAMILY HISTORY OF SUICIDE, ASSAULT, OR HOMICIDE _____
    ☐ YES ☒ NO (IF YES, DESCRIBE)
FAMILY HISTORY OF MENTAL HEALTH PROBLEMS _____
    ☐ YES ☒ NO (IF YES, DESCRIBE)
PREVIOUS PSYCHIATRIC HOSPITALIZATION    DATE _____    PLACE _NA_    RESULT _____
    ☐ YES ☒ NO    TOTAL # _O_    DATE _____    PLACE _____    RESULT _____
PREVIOUS/CURRENT OUTPATIENT PSYCHIATRIC TREATMENT
    DATE _Dec. 06_ TYPE/NAME _IOP Springwood_    RESULTS _____
    DATE _____ TYPE/NAME _____    RESULTS _____
PREVIOUS PSYCHIATRIC MEDICATIONS _NONE_
    PRESCRIBED BY WHOM _____
CURRENT PSYCHIATRIST _DR. Tajani_

**HOSPITAL BOX MUST BE CHECKED**
Texas Health Resources                                    Patient Identification
ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY
SCREENING & REFERRAL FORM
9985408836 (12/06) Page 1 of 3

☐ HMHEB    ☐ HMSW    ☐ HMHW
☐ HMFW    ☐ HMSPG

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237    OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

*9025*

MRN: 60021237HEB Visit: 204004143003 Dr Type: 9025                    CONFIDENTIAL INFORMATION

## SUBSTANCE ABUSE HISTORY

| SUBSTANCES | LAST USED (TIME /DATE & AMOUNT) | ROUTE | USUAL AMOUNT/FREQUENCY | AGE OF FIRST USE |
|---|---|---|---|---|
| NICOTINE | NA | | | |
| ALCOHOL | | | | |
| MARIJUANA | | | | |
| AMPHETAMINES | | | | |
| COCAINE | | | | |
| HEROIN | | | | |
| PRESCRIPTION DRUGS | | | | |
| HALLUCINOGENS | | | | |
| INHALANTS | | | | |
| OTHER | | | | |

**DEPENDENCY/SYMPTOMS**

| CURRENT | PAST | |
|---|---|---|
| ☐ | ☐ | BLACKOUTS |
| ☐ | ☐ | FAMILY PROBLEMS |
| ☐ | ☐ | LEGAL PROBLEMS |
| ☐ | ☐ | WORK PROBLEMS |
| ☐ | ☐ | FINANCIAL PROBLEMS |
| ☐ | ☐ | AM USE |
| ☐ | ☐ | LOSS OF CONTROL |
| ☐ | ☐ | IMPAIRED MEMORY |
| ☐ | ☐ | SLEEP DISTURBANCE |
| ☐ | ☐ | INCREASED TOLERANCE |
| ☐ | ☐ | PREOCCUPATION |
| ☐ | ☐ | USING TO RELAX, CALM DOWN, SLEEP |
| ☐ | ☐ | OTHERS UPSET/ANGRY WITH YOUR USE |
| ☐ | ☐ | HAVE YOU TRIED TO QUIT USING AND FAILED |
| ☐ | ☐ | FELT GUILTY OR DEPRESSED AFTER USE |

*NA*

**WITHDRAWAL SYMPTOMS**

| CURRENT | PAST | |
|---|---|---|
| ☐ | ☐ | SEIZURES |
| ☐ | ☐ | SWEATS |
| ☐ | ☐ | CRAMPS |
| ☐ | ☐ | AGGRESSION/ASSAULT |
| ☐ | ☐ | TREMORS |
| ☐ | ☐ | NAUSEA |
| ☐ | ☐ | TINGLING/NUMBNESS |
| ☐ | ☐ | DELIRIUM TREMENS/HALLUCINATIONS |
| ☐ | ☐ | DEPRESSION |
| ☐ | ☐ | TACHYCARDIA |
| ☐ | ☐ | AGITATION |
| ☐ | ☐ | FEVER/CHILLS |
| ☐ | ☐ | INCREASED BLOOD PRESSURE |

*NA*

FAMILY HISTORY OF ALCOHOL/DRUG PROBLEMS ☐ YES ☒NO _____

PREVIOUS CD TREATMENT     DATE _____ PLACE _____ *NONE* _____ HOW LONG SOBER_____

DATE _____ PLACE _____ HOW LONG SOBER_____

LONGEST PERIOD OF SOBRIETY: LENGTH_____ DATE _____

VITAL SIGNS: _____ TIME _____ BP ↑ _____ BP ↓ _____ PULSE _____ RESPIRATION _____ BAL

**HOSPITAL BOX MUST BE CHECKED**

Texas Health Resources                                    Patient Identification

**ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY SCREENING & REFERRAL FORM**

998540836 (12/06) Page 2 of 3

☐ HMHEB     ☐ HMSW     ☐ HMNW
☐ HMFW     ☐ HMSPG



HORTON,ELIZABETH,W,

204004143 D03 MRB 60021237   OSW

DR. TAJANI,HADI R

01/24/07 USB F D43 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143003  D~ ~ype: 9025

CONFIDENTIAL INFORMATION

**APPEARANCE**
- ☐ WELL GROOMED
- ☒ APPROPRIATE ATTIRE
- ☒ POOR HYGIENE
- ☐ CLOTHING DISHEVELED/DIRTY

**BEHAVIOR**
- ☐ PSYCHOMOTOR AGITATION
- ☐ PSYCHOMOTOR RETARDATION
- ☐ TREMOR
- ☐ INVOLUNTARY MOVEMENTS
- ☒ WNL

**SPEECH**
- ☐ SPEECH COHERENT
- ☐ NORMAL QUALITY & QUANTITY
- ☒ HYPERVERBAL
- ☒ PRESSURED
- ☐ SLOWED

**AFFECT**
- ☐ WNL
- ☒ BLUNTED/FLAT
- ☐ INAPPROPRIATE TO CONTENT
- ☐ LABILE
- ☐ EXAGGERATED

**COOPERATION**
- ☒ GOOD
- ☐ POOR
- ☐ GUARDED
- ☐ VARIABLE

**MOOD**
- ☒ ANXIOUS
- ☒ ANGRY/HOSTILE
- ☒ DEPRESSED/SAD
- ☒ LABILE
- ☐ IRRITABLE
- ☐ ANHEDONIA/HOPELESS
- ☐ EUPHORIC/ELATED
- ☐ EUTHYMIC

**INTELLECT**
- ☐ ABOVE AVERAGE
- ☒ AVERAGE
- ☐ BELOW AVERAGE
- ☐ UNABLE TO ASSESS

**MEMORY**
- ☒ WNL
- ☐ RECENT MEMORY DEFICITS
- ☒ REMOTE MEMORY DEFICITS

**ORIENTATION**
- ☒ TIME
- ☒ DAY
- ☒ DATE
- ☒ PLACE
- ☒ PERSON

**GENERAL COMPREHENSION**
- ☐ GOOD
- ☒ FAIR
- ☐ POOR

**JUDGMENT**
- ☐ GOOD
- ☒ FAIR
- ☐ POOR

**INSIGHT**
- ☐ GOOD
- ☒ FAIR
- ☒ POOR

**SENSORIUM**
- ☒ ALERT
- ☐ LETHARGIC
- ☐ CLOUDED

**THOUGHT CONTENT**
- ☐ LOGICAL/COHERENT THOUGHT PROCESSES
- ☐ DELUSIONS SPECIFY
- ☐ LOOSE/TANGENTIAL
- ☐ RACING THOUGHTS
- ☐ SLOWED THOUGHTS
- ☐ OBSESSIONS/COMPULSIONS

**PERCEPTIONS** *denies*
- ☒ AUDITORY HALLUCINATIONS
- ☒ VISUAL HALLUCINATIONS
- ☒ DEPERSONALIZATION

PATIENT HISTORY REVIEWED INCLUDING MEDICATIONS  ☒ YES   ☐ NO

SUMMARY: *43 y/o divorced black female presents with depressed mood & panic disorder. She denies thoughts of suicide or homicide currently. She reports difficulty sleeping, decreased appetite, energy, activity, & personal hygiene. She denies any substance abuse.*

## PHYSICIAN DIAGNOSIS AND RECOMMENDATIONS

PHYSICIAN CONTACTED  *Dr. Tajani – Dr. Fisher*

AXIS I   *MDD, panic disorder w/o Agoraphobia*

AXIS II   *deferred*

AXIS III   *hypertension, anemia*

AXIS IV (STRESSORS) ☒ FINANCIAL   ☐ LEGAL   ☐ RELATIONSHIP   ☐ FAMILY   ☒ WORK-RELATED

AXIS V   CURRENT *40*   PAST ____

TREATMENT RECOMMENDATIONS  *Ψ IOP*

**RELEASE OF INFORMATION OBTAINED**
☐ PRIMARY CARE PHYSICIAN OR OTHER TREATING PHYSICIAN NOTIFIED   ☐ EMPLOYEE ASSISTANCE PROGRAM NOTIFIED   ☐ THERAPIST NOTIFIED   ☐ CASE MANAGER NOTIFIED   ☐ OTHER RECEIVING RESOURCES NOTIFIED (DESCRIBE) _____

**IF PATIENT DECLINES INPATIENT TREATMENT**
☐ YES   ☐ NO   DOES PHYSICIAN BELIEVE PATIENT MEETS CRITERIA FOR INVOLUNTARY HOLD
                    IF YES, POLICE WARRANTLESS DETENTION REQUESTED   ☐ YES   ☐ NO
☐ YES   ☐ NO   AMA FORM SIGNED BY PATIENT
☐ YES   ☐ NO   PATIENT AND FAMILY (IF FAMILY AVAILABLE & CONSENT OBTAINED) ADVISED ABOUT EMERGENCY PROCEDURES

FINAL DISPOSITION  *Patient agrees to start Ψ IOP 1-24-07*

Report and/or copy of PASR Assessment given to (Circle): Inpatient Staff, Outpatient Staff, Emergency Department Staff or other: _____

INTERVIEWER (PRINT)  *PATRICK GIBSON*   DATE *1-23-07*   TIME *3.30 p.m.*

SIGNATURE  *Patrick Gibson LPC*  SUPERVISING MD  *Dr. Tajani   Dr. Fisher*

**HOSPITAL BOX MUST BE CHECKED**

Texas Health Resources

ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY
SCREENING & REFERRAL FORM
998540836 (12/06) Page 3 of 3

| | | | | |
|---|---|---|---|---|
| ☐ HMHEB | | ☐ HMSW | ☐ HMHW | |
| ☐ HMHW | | ☐ HMSPG | | |

Patient Identification

HORTON,ELIZABETH,W,

204004143 003 MR# 60021237  OSW

DR. TAJANI,HADI R

01/24/07 USB F 043 DOB 06/18/63