# EXHIBIT A - PART 3

MRN: 60021237HEB Visit: 204004143003 ⸱ Type: 9025                    CONFIDENTIAL INFORMATION

## ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY SCREENING & REFERRAL FORM
### MEDICAL HISTORY
COMPLETE MEDICAL HISTORY IF PATIENT NOT IN EMERGENCY DEPARTMENT OR INPATIENT SETTING

DATE OF LAST PHYSICIAN EXAMINATION _Last Fri 1-19-07_

NAME OF EXAMINING PHYSICIAN _Dr. Looney_

RESULTS OF PHYSICAL EXAMINATION AS DESCRIBED BY PATIENT _high blood pressure_

PRIMARY CARE PHYSICIAN _Dr. Looney_    EMERGENCY ROOM PHYSICIAN _____

IS PATIENT EXPERIENCING ANY OF THE FOLLOWING PROBLEMS OR SYMPTOMS*

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| DIABETES | ☐ | ☑ | SERIOUS ACCIDENTS OR INJURIES | ☐ | ☑ |
| STROKE | ☐ | ☑ | SURGERIES | ☐ | ☑ |
| HEART DISEASE | ☐ | ☑ | CANCER | ☐ | ☑ |
| SEIZURES | ☐ | ☑ | LUNG DISEASE | ☐ | ☑ |
| INFECTIONS, UTI, ABSCESSES | ☐ | ☑ | OTHER SERIOUS ILLNESSES | ☑ | ☐ |
| DIFFICULTY BREATHING | ☐ | ☑ | ACUTE PAIN (USE PAIN SCALE RATING 1-10) | ☐ | ☑ |
| WEAKNESS/NUMBNESS/PARALYSIS | ☐ | ☑ | FEVER(S) | ☐ | ☑ |
| BLEEDING | ☐ | ☑ |  |  |  |

IF YES, DESCRIBE _hypertension, anemia_

*DOES THE PATIENT HAVE ANY MEDICAL PROBLEMS THAT REQUIRE IMMEDIATE MEDICAL ATTENTION BY A

PHYSICIAN? (IF YES, DESCRIBE) _NO_

*HAS THERE BEEN ANY NEW MEDICAL PROBLEMS OR ANY CHANGES IN PREVIOUSLY STABILIZED MEDICAL

PROBLEMS? (IF YES, DESCRIBE) _N.O_

MEDICATION OR LATEX OR FOOD ALLERGIES: _NONE KNOWN_

CURRENT MEDICATIONS

| NAME | DOSE | FREQUENCY | PRESCRIBED FOR WHAT CONDITION | BY WHOM |
|---|---|---|---|---|
| Effexor | 37.5 mg | 2E per day |  | Dr. Tajani |
| Lunesta | 3 mg | ghs |  | " |
| Alide | 300 mg/10 | 1 x daily |  | Dr. Looney |
| Lotrel | 10 mg | " " |  | " |
|  |  |  |  |  |

**HOSPITAL BOX MUST BE CHECKED**

Texas Health Resources                                    Patient Identification

ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY
SCREENING & REFERRAL FORM
MEDICAL HISTORY

Form No. _____ (12/05)
☐ HMHEB   ☐ HMSW   ☐ HMHW
☐ HMPW    ☐ HMSPG



HORTON,ELIZABETH,W,
204004143 003 MR# 60021237    DSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

*9025*

MRN: 60021237HEB Visit: 204004143003 D  Type: 9025                                    CONFIDENTIAL INFORMATION

PATIENT NAME _Elizabeth Horton_      AGE __43__  DATE _1-23-07_
LOCATION OF ASSESSMENT _HEB 3PG_   REFERRAL SOURCE _prev. pt._
PRESENTING PROBLEM/CHIEF COMPLAINT (QUOTE PATIENT): _depression, panic attacks, brought_
PRECIPITATING STRESSORS _Work_                                   _on by work stress_
                                                                 _since Fri._

## DAILY FUNCTIONING

☒ INCREASE/DECREASE SLEEP NEED ☐ N/A
   _4_ HOURS PER NIGHT
☒ INCREASE/DECREASE APPETITE ☐ N/A
   _____ POUNDS LOST/GAINED
   IN WHAT TIME PERIOD _____
☐ BINGEING/PURGING ☒ N/A
☒ SOCIAL WITHDRAWAL ☐ N/A
☒ INCREASE/DECREASE ENERGY ☐ N/A
☒ INCREASE/DECREASE SEX DRIVE ☐ N/A
☒ INCREASE/DECREASE ACTIVITY LEVEL ☐ N/A

☒ INCREASE/DECREASE PERSONAL CARE/HYGIENE ☐ N/A
☒ DECREASE IN WORK/SCHOOL PERFORMANCE ☐ N/A
   ☒ EMPLOYED
   EMPLOYER _Fidelity Investment_
   ☐ RETIRED
   ☐ UNEMPLOYED; HOW LONG _____
   ☐ DISABLED
   TYPE _____
☒ CHANGES IN MARRIAGE/PERSONAL RELATIONSHIPS ☐ N/A
   SUPPORT FROM _self_
   LIVES WITH: _self_
   LENGTH OF TIME YOU HAVE HAD SYMPTOMS _since Nov._

_divorced since June_

## DANGER ASSESSMENT

SUICIDAL IDEATION _____
   ☐ YES ☒ NO (IF YES, DESCRIBE)
SUICIDAL INTENT _____
   ☐ YES ☒ NO (IF YES, DESCRIBE)
SUICIDAL PLAN _____
   ☐ YES ☒ NO (IF YES, DESCRIBE)
WHAT DOES PATIENT LOOK FORWARD TO _feeling better_
PREVIOUS ATTEMPT _took 7 Lunesta on Friday to sleep_
   ☐ YES ☒ NO (IF YES, DESCRIBE)
HOMICIDAL/IDEATION/INTENT/PLAN _____
   ☐ YES ☒ NO (IF YES, DESCRIBE)
HISTORY OF VIOLENCE/HOMICIDE _____
   ☐ YES ☒ NO   IF YES, WHAT TYPE ☐ PHYSICAL ☐ SEXUAL
               DIRECTED TOWARDS ☐ PERSON ☐ PROPERTY ☐ OTHER, DESCRIBE _____
               SOURCE OF INFORMATION ☐ PATIENT ☐ FAMILY ☐ POLICE ☐ OTHER _____
SELF-MUTILATIVE BEHAVIOR _____
   ☐ YES ☒ NO (IF YES, DESCRIBE)
HISTORY OF ABUSE _physical from spouse_
   ☒ YES ☐ NO (IF YES, DESCRIBE)
IS SOMEONE HARMING YOU CURRENTLY? ☐ YES ☒ NO (IF YES, DESCRIBE) _____
ACCESS TO WEAPONS OR CACHE OF MEDICATIONS _____
   ☐ YES ☒ NO (IF YES, DESCRIBE) IF YES, DOES PATIENT AGREE TO HAVE THESE REMOVED ☐ YES ☐ NO
   CONFIRMED BY (NAME) _____
FAMILY HISTORY OF SUICIDE, ASSAULT, OR HOMICIDE _____
   ☐ YES ☒ NO (IF YES, DESCRIBE)
FAMILY HISTORY OF MENTAL HEALTH PROBLEMS _____
   ☐ YES ☒ NO (IF YES, DESCRIBE)
PREVIOUS PSYCHIATRIC HOSPITALIZATION   DATE _____ PLACE _NA_ _____ RESULT _____
   ☐ YES ☒ NO    TOTAL # _0_        DATE _____ PLACE _____ RESULT _____
PREVIOUS/CURRENT OUTPATIENT PSYCHIATRIC TREATMENT
   DATE _Dec 06_ TYPE/NAME _IOP Springwood_   RESULTS _____
   DATE _____ TYPE/NAME _____            RESULTS _____
PREVIOUS PSYCHIATRIC MEDICATIONS _NONE_
   PRESCRIBED BY WHOM _____
CURRENT PSYCHIATRIST _DR. Tajani_

**HOSPITAL BOX MUST BE CHECKED**

Texas Health Resources                                  Patient Identification
ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY
SCREENING & REFERRAL FORM
9985400936 (12/06)  Page 1 of 3

☐ HMHEB   ☐ HMSW   ☐ HMNW
☐ HMPW    ☐ HMSPG

HORTON,ELIZABETH,W,
204004143 003 MRN 60021237  OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 Dc Type: 9025                                    CONFIDENTIAL INFORMATION

## ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY SCREENING & REFERRAL FORM
## MEDICAL HISTORY
COMPLETE MEDICAL HISTORY IF PATIENT NOT IN EMERGENCY DEPARTMENT OR INPATIENT SETTING

DATE OF LAST PHYSICIAN EXAMINATION  _Last Fri  1-19-07_

NAME OF EXAMINING PHYSICIAN  _Dr. Looney_

RESULTS OF PHYSICAL EXAMINATION AS DESCRIBED BY PATIENT  _high blood pressure_

PRIMARY CARE PHYSICIAN  _Dr. Looney_  EMERGENCY ROOM PHYSICIAN _——_

IS PATIENT EXPERIENCING ANY OF THE FOLLOWING PROBLEMS OR SYMPTOMS*

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| DIABETES |  | ☑ | SERIOUS ACCIDENTS OR INJURIES |  | ☑ |
| STROKE |  | ☑ | SURGERIES |  | ☑ |
| HEART DISEASE |  | ☑ | CANCER |  | ☑ |
| SEIZURES |  | ☑ | LUNG DISEASE |  | ☑ |
| INFECTIONS, UTI, ABSCESSES |  | ☑ | OTHER SERIOUS ILLNESSES | ☑ |  |
| DIFFICULTY BREATHING |  | ☑ | ACUTE PAIN (USE PAIN SCALE RATING 1-10) |  | ☑ |
| WEAKNESS/NUMBNESS/PARALYSIS |  | ☑ | FEVER(S) |  | ☑ |
| BLEEDING |  | ☑ |  |  |  |

IF YES, DESCRIBE  _hypertension, anemia_

*DOES THE PATIENT HAVE ANY MEDICAL PROBLEMS THAT REQUIRE IMMEDIATE MEDICAL ATTENTION BY A
PHYSICIAN? (IF YES, DESCRIBE)  _NO_

*HAS THERE BEEN ANY NEW MEDICAL PROBLEMS OR ANY CHANGES IN PREVIOUSLY STABILIZED MEDICAL
PROBLEMS? (IF YES, DESCRIBE)  _NO_

MEDICATION OR LATEX OR FOOD ALLERGIES:  _NONE KNOWN_

CURRENT MEDICATIONS

| NAME | DOSE | FREQUENCY | PRESCRIBED FOR WHAT CONDITION | BY WHOM |
|---|---|---|---|---|
| Effexor | 37.5 mg | 2x per day |  | Dr. Tajani |
| Lunesta | 3 mg | @ hs |  | " |
| Alide' | 300 mg/10 | 1x daily |  | Dr. Looney |
| Lotrel | 10 mg | " " |  | " |
|  |  |  |  |  |

**HOSPITAL BOX MUST BE CHECKED**

Texas Health Resources

ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY
SCREENING & REFERRAL FORM
MEDICAL HISTORY

Form No. _____ (12/05)
☐ HMHEB       ☐ HMSW       ☐ HMKW
☐ HMFW        ☐ HMSPG

Patient Identification

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237    OSW
DR. TAJANI,HADI R
01/24/07 USB  F  043 DOB 06/18/63



*9025*

MRN: 60021237HEB  Visit: 204004143003  D⁻ ⁻ype: 9025                    CONFIDENTIAL INFORMATION

**APPEARANCE**
- [ ] WELL GROOMED
- [x] APPROPRIATE ATTIRE
- [ ] POOR HYGIENE
- [ ] CLOTHING DISHEVELED/DIRTY

**BEHAVIOR**
- [ ] PSYCHOMOTOR AGITATION
- [ ] PSYCHOMOTOR RETARDATION
- [ ] TREMOR
- [ ] INVOLUNTARY MOVEMENTS
- [x] WNL

**SPEECH**
- [ ] SPEECH COHERENT
- [ ] NORMAL QUALITY & QUANTITY
- [x] HYPERVERBAL
- [ ] PRESSURED
- [ ] SLOWED

**AFFECT**
- [x] WNL
- [ ] BLUNTED/FLAT
- [ ] INAPPROPRIATE TO CONTENT
- [ ] LABILE
- [ ] EXAGGERATED

**COOPERATION**
- [x] GOOD
- [ ] POOR
- [ ] GUARDED
- [ ] VARIABLE

**MOOD**
- [x] ANXIOUS
- [ ] ANGRY/HOSTILE
- [x] DEPRESSED/SAD
- [ ] LABILE
- [ ] IRRITABLE
- [ ] ANHEDONIA/HOPELESS
- [ ] EUPHORIC/ELATED
- [ ] EUTHYMIC

**INTELLECT**
- [ ] ABOVE AVERAGE
- [x] AVERAGE
- [ ] BELOW AVERAGE
- [ ] UNABLE TO ASSESS

**MEMORY**
- [ ] WNL
- [x] RECENT MEMORY DEFICITS
- [x] REMOTE MEMORY DEFICITS

**ORIENTATION**
- [x] TIME
- [x] DAY
- [x] DATE
- [x] PLACE
- [x] PERSON

**GENERAL COMPREHENSION**
- [ ] GOOD
- [x] FAIR
- [ ] POOR

**JUDGMENT**
- [ ] GOOD
- [x] FAIR
- [ ] POOR

**INSIGHT**
- [ ] GOOD
- [ ] FAIR
- [x] POOR

**SENSORIUM**
- [x] ALERT
- [ ] LETHARGIC
- [ ] CLOUDED

**THOUGHT CONTENT**
- [x] LOGICAL/COHERENT THOUGHT PROCESSES
- [ ] DELUSIONS SPECIFY
- [ ] LOOSE/TANGENTIAL
- [ ] RACING THOUGHTS
- [ ] SLOWED THOUGHTS
- [ ] OBSESSIONS/COMPULSIONS

**PERCEPTIONS** denies
- [ ] AUDITORY HALLUCINATIONS
- [ ] VISUAL HALLUCINATIONS
- [ ] DEPERSONALIZATION

PATIENT HISTORY REVIEWED INCLUDING MEDICATIONS  [x]YES  [ ] NO
SUMMARY: _43 y/o divorced black female presents with depressed mood & panic disorder. She denies thoughts of suicide or homicide currently. She reports difficulty sleeping, decreased appetite, energy, activity, & personal hygiene. She denies any substance abuse._

## PHYSICIAN DIAGNOSIS AND RECOMMENDATIONS

PHYSICIAN CONTACTED _Dr. Tajani - Dr. Fisher_
AXIS I _MDD, panic disorder w/o Agoraphobia_
AXIS II _deferred_
AXIS III _hypertension, anemia_
AXIS IV (STRESSORS) [x] FINANCIAL   [ ] LEGAL   [ ] RELATIONSHIP   [ ] FAMILY   [x] WORK-RELATED
AXIS V   CURRENT _40_   PAST ___
TREATMENT RECOMMENDATIONS _Ψ IOP_

**RELEASE OF INFORMATION OBTAINED**
[ ] PRIMARY CARE PHYSICIAN OR OTHER TREATING PHYSICIAN NOTIFIED   [ ] EMPLOYEE ASSISTANCE PROGRAM NOTIFIED   [ ] THERAPIST NOTIFIED   [ ] CASE MANAGER NOTIFIED   [ ] OTHER RECEIVING RESOURCES NOTIFIED (DESCRIBE) _____

**IF PATIENT DECLINES INPATIENT TREATMENT**
[ ] YES  [ ] NO    DOES PHYSICIAN BELIEVE PATIENT MEETS CRITERIA FOR INVOLUNTARY HOLD
                   IF YES, POLICE WARRANTSLEY DETENTION REQUESTED  [ ] YES  [ ] NO
[ ] YES  [ ] NO    AMA FORM SIGNED BY PATIENT
[ ] YES  [ ] NO    PATIENT AND FAMILY (IF FAMILY AVAILABLE & CONSENT OBTAINED) ADVISED ABOUT EMERGENCY PROCEDURES
FINAL DISPOSITION _Patient agrees to start Ψ IOP 1-24-07_

Report and/or copy of PASR Assessment given to (Circle): Inpatient Staff, Outpatient Staff, Emergency Department Staff or other: _____
INTERVIEWER (PRINT) _PATRICK GIBSON_   DATE _1-23-07_   TIME _3.30 p.m._
SIGNATURE _Patrick Gibson LPC_   SUPERVISING MD _Dr. Tajani   Dr. Fisher_

### HOSPITAL BOX MUST BE CHECKED
Texas Health Resources
ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY
SCREENING & REFERRAL FORM
998540836 (12/06) Page 3 of 3                          Patient Identification
- [ ] HMHEB      [ ] HMSW      [ ] HMKW
- [ ] HMFW       [ ] HMSPG


*9025*

HORTON,ELIZABETH,W,
204004143 003 MR# 60021237  DSW
DR. TAJANI,HADI R
01/24/07 USB  F  043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143003 Do̶ ̶e: 9025                              CONFIDENTIAL INFORMATION

## SUBSTANCE ABUSE HISTORY

| SUBSTANCES | LAST USED (TIME /DATE & AMOUNT) | ROUTE | USUAL AMOUNT/FREQUENCY | AGE OF FIRST USE |
|---|---|---|---|---|
| NICOTINE | NA | | | |
| ALCOHOL | | | | |
| MARIJUANA | | | | |
| AMPHETAMINES | | | | |
| COCAINE | | | | |
| HEROIN | | | | |
| PRESCRIPTION DRUGS | | | | |
| HALLUCINOGENS | | | | |
| INHALANTS | | | | |
| OTHER | | | | |

### DEPENDENCY/SYMPTOMS

| CURRENT | PAST | |
|---|---|---|
| ☐ | ☐ | BLACKOUTS |
| ☐ | ☐ | FAMILY PROBLEMS |
| ☐ | ☐ | LEGAL PROBLEMS |
| ☐ | ☐ | WORK PROBLEMS |
| ☐ | ☐ | FINANCIAL PROBLEMS |
| ☐ | ☐ | AM USE |
| ☐ | ☐ | LOSS OF CONTROL |
| ☐ *NA* ☐ | | IMPAIRED MEMORY |
| ☐ | ☐ | SLEEP DISTURBANCE |
| ☐ | ☐ | INCREASED TOLERANCE |
| ☐ | ☐ | PREOCCUPATION |
| ☐ | ☐ | USING TO RELAX, CALM DOWN, SLEEP |
| ☐ | ☐ | OTHERS UPSET/ANGRY WITH YOUR USE |
| ☐ | ☐ | HAVE YOU TRIED TO QUIT USING AND FAILED |
| ☐ | ☐ | FELT GUILTY OR DEPRESSED AFTER USE |

### WITHDRAWAL SYMPTOMS

| CURRENT | PAST | |
|---|---|---|
| ☐ | ☐ | SEIZURES |
| ☐ | ☐ | SWEATS |
| ☐ | ☐ | CRAMPS |
| ☐ | ☐ | AGGRESSION/ASSAULT |
| ☐ | ☐ | TREMORS |
| ☐ | ☐ | NAUSEA |
| ☐ | ☐ | TINGLING/NUMBNESS |
| ☐ *NA* ☐ | | DELIRIUM TREMENS/HALLUCINATIONS |
| ☐ | ☐ | DEPRESSION |
| ☐ | ☐ | TACHYCARDIA |
| ☐ | ☐ | AGITATION |
| ☐ | ☐ | FEVER/CHILLS |
| ☐ | ☐ | INCREASED BLOOD PRESSURE |

FAMILY HISTORY OF ALCOHOL/DRUG PROBLEMS ☐ YES ☒NO _____

PREVIOUS CD TREATMENT    DATE _____ PLACE _____ *NONE* _____ HOW LONG SOBER _____

DATE _____ PLACE _____ HOW LONG SOBER _____

LONGEST PERIOD OF SOBRIETY: LENGTH_____ DATE _____

VITAL SIGNS: _____ TIME _____ BP ↑ _____ BP ↓ _____ PULSE _____ RESPIRATION _____ BAL

---

### HOSPITAL BOX MUST BE CHECKED

Texas Health Resources

### ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY SCREENING & REFERRAL FORM

998540836 (12/06) Page 2 of 3

| ☐ HMHEB | ☐ HMSW | ☐ HMHW |
| ☐ HMFW | ☐ HMSPG | |

Patient Identification



HORTON,ELIZABETH,W,
204004143 003 MR# 60021237   OSW
DR. TAJANI,HADI R
01/24/07 USB F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 Do~Type: 9110                              CONFIDENTIAL INFORMATION

```
MPS008          HARRIS METHODIST SPRINGWOOD            12/14/2006  14:37
                1608 HOSPITAL PARKWAY, BEDFORD, TX  76022
                                                 Med Record No: 60021237
-------------------------- P A T I E N T -----------------------------
          Fin  Type   Registration   Admit  Admit  Admit    Downtime
Patient Id No Class Serv Date          Time  Type Source Status   Number
204004143 001 MEC   PO  12/14/2006 14:17          9     REC

Infec Code    Confid Info   Smoke   Nurse Sta   Room No
     4                              OSW

Name,Maiden Name,Previous Name            Observation Date/Time
HORTON,ELIZABETH,W,
                                          Marital Status
                                          D
Address: 1713 ARBOR MILL
City: BEDFORD          State: TX Zip: 76621    Date Of Birth    Age
Phone: (817)685-1103  County:                  19630618         043
Patient Employer:FIDELITY INVESTMENTS          Sex: F     Race: 3
Next Of Kin: BATTER,TANISHA,              Employer Phone
Address:                                  (817)474-8245
City: MARIANNA         State: AK Zip: 72360   Relationship: DAUGHTER
Phone: (870)270-2588
--------------------- G U A R A N T O R ------------------------------
Guaran Name:  HORTON,ELIZABETH,W,
Relationship: PATIENT     D.O.B.: 06/18/1963
Address: 1713 ARBOR MILL
City: BEDFORD          State: TX Zip: 76621
Phone: (817)685-1103
Guaran Occupation:

Employer:FIDELITY INVESTMENTS
Address: 400 LAS COLINAS BLVD E           Length Of Employ: 00 04
City: IRVING          State: TX Zip: 75039-5579  Status:         1
Employee No:      Employer Phone: (214)584-7000
LOS: 0    PRE-CERT:
------------------- I N S U R A N C E --------------------------------
Accident Type:                    Date:         Time:

Carrier-Primary: UNITED HEALTHCARE
Address: 740800
City: ATLANTA          State: GA Zip: 30374-0800
Policy Holder: HORTON,ELIZABETH,W,
Relationship: PATIENT      Group Policy No:  119174
Cert/Medicare No/Insured Id No: 910619760      Eff Date: 01/01/2006
Phone: (800)842-6202  Employer: FIDELITY INVESTMENTS

Carrier-Secondary: BLUE CROSS BLUECHOICE PPO
Address: 660044
City: DALLAS          State: TX Zip: 75266-0044
Policy Holder: HORTON,CHRISTOPHER,
Relationship: SPOUSE       Group Policy No:  119174
Cert/Medicare No/Insured Id No: 910619760      Eff Date: 01/01/2006
Phone: (800)451-0287  Employer: HYUNADI

Religion: NO PREFERENCE       Church:
---------------------- D I A G N O S I S -----------------------------
Chief Complaint/Diagnosis             Case Type:
MDD
Attending Physician: TAJANI, HADI R

Previous Visit    Type    Arrival Transport     Referring Facility
                          PRIVATE CAR
```

*9110*

MRN: 60021237HEB Visit: 204004143001 Doc Type: 2004                    CONFIDENTIAL INFORMATION

## Patient's Bill of Rights:

## Voluntary Outpatients

When you apply for or receive mental health services in the State of Texas, you have many rights. Your most important rights are listed on these pages. These rights apply to all persons unless otherwise restricted by law or court order. A judge or lawyer will refer to the actual laws. If you want a copy of the laws these rights come from, you can call the Health Facility Licensure and Certification Division of the Texas Department of Health at 1-888-973-0022.

It is the responsibility of this hospital under law to make sure you have been informed of your rights. But just giving you this information does not mean your rights have been protected. This hospital is required to respect and provide for your rights in order to maintain licensure and do business in this state.

### YOUR RIGHT TO KNOW YOUR RIGHTS

*You have the right*, under the rules by which this hospital is licensed, to be given a copy of these rights before you are admitted to the hospital as a patient. If you so desire a copy should also be given to the person of your choice. If a guardian has been appointed for you or you are under 18 years of age, a copy will also be given to your guardian, parent, or conservator.

*You also have the right* to have these rights explained to you aloud in simple terms in a way you can understand within 24 hours of being admitted to the hospital to receive services (e.g. in your language if you are not English-speaking, in sign language if you are hearing impaired, in Braille if you are visually impaired, or other appropriate methods).

### YOUR RIGHT TO MAKE A COMPLAINT

*You have the right* to make a complaint and to be told how to contact people who can help you. Please speak first with your counselor or social worker. We'll try to resolve the issue right away. If we can't, we'll get back to you within 36 hours or two program days. You may also contact the agencies listed below.

*You have the right* to be told about Advocacy, Inc., when you first enter the hospital and when you leave. Information about how to contact Advocacy, Inc., is also listed below.

### SPECIAL NOTE ON CONFIDENTIALITY

Your records are protected, except in special circumstances, including suspected abuse of a child or elderly or incapacitated person, or if you are viewed as an immediate danger to self or others. It may also be released in judicial proceedings, criminal proceedings, under court order or subpoena or in involuntary commitment proceedings.

Your medical record includes your physician's notes, and the notes of each member of the treatment team involved with your care. It will also be released if you sign a consent allowing it. You may wish to release only designated portions, such as the discharge summary.

If you believe any of your rights have been violated or you have been violated or you have other concerns about your care in this hospital you may contact one or more of the following:

| | |
|---|---|
| Health Facility Licensure | 1-888-973-0022 |
| Texas Department of Health | |
| 1100 W. 49th St.        (TDD) | 1-800-735-2989 hearing/speech impaired |
| Austin, Texas 78756 | |
| | |
| Advocacy, Incorporated | 1-800-315-3876 |
| 7800 Shoal Creek Blvd., Suite 171 E | |
| Austin, Texas 78757 | |

**STATEMENT THAT YOU HAVE RECEIVED THIS PAMPHLET/IT HAS BEEN EXPLAINED**

I certify that:
    I have received a copy of this document prior to admission.
    Staff have explained its content to me in a language I understand.

Name: _____        Witness: _Artie Ward_

Date: _10/15/06_        Date: _10/15/06_

HORTON, ELIZABETH, W,
204004143 001 MR# 60021237   DSW
DR. TAJANI, HADI R
12/14/06 MEC  F  043 DOB 06/18/63

2004

MRN: 60021237HEB Visit: 204004143001 DocType: 2004

CONFIDENTIAL INFORMATION

# Basic Rights for All Patients

1. You have all the rights of a citizen of the State of Texas and the United States of America, including the right of *habeas corpus* (to ask a judge if it is legal for you to be kept in the hospital), property rights, guardianship rights, family rights, religious freedom, the right to register and vote, the right to sue and be sued, the right to sign contracts, and all the rights relating to licenses, permits, privileges, and benefits under the law.

2. You have the right to be presumed mentally competent unless a court has ruled otherwise.

3. You have the right to a clean and humane environment in which you are protected from harm, have privacy with regard to personal needs, and are treated with respect and dignity.

4. You have the right to appropriate treatment in the least restrictive appropriate setting available. *This is a setting that provides you with the highest likelihood for improvement and that is not more restrictive of your physical or social liberties than is necessary for the most effective treatment and for protection against any dangers which you might pose to yourself or others.*

5. You have the right to be free from mistreatment, abuse, neglect, and exploitation.

6. You have the right to be told in advance of all estimated charges being made, the cost of services *provided by the hospital, sources of the program's reimbursement, and any limitations on length of services known to the hospital. As part of this right,* you should have access to a detailed bill of services, the name of an individual at the facility to contact for any billing questions, and information about billing arrangements and available options if insurance benefits are exhausted or denied.

7. You have the right to fair compensation for labor performed for the hospital in accordance with the Fair Labor Standards Act.

8. You have the right to be informed of those hospital rules and regulations concerning your conduct and course of treatment.

## CONFIDENTIALITY

9. You have the right to review the information contained in your medical record. If your doctor says you shouldn't see a part of your record, you have the right at your expense to have another doctor of your choice review that decision. The doctor must also reconsider the decision to restrict your right on a regular basis. The right extends to your parent or conservator if you are a minor (unless you have admitted yourself to services) and to your legal guardian if you have been declared by a court to be legally incompetent.

10. You have the right to have our records kept private and to be told about the conditions under which information about you can be disclosed without your permission, as well as how you can prevent any such disclosures.

11. You have the right to be informed of current and future use of products of special observation and audiovisual techniques, such as one-way vision mirrors, tape recorders, television, movies, or photographs.

## CONSENT

12. You have the right to refuse to take part in research without effecting your regular care.

13. You have the right to refuse any of the following:
- surgical procedures;
- electroconvulsive therapy (prohibited for minors under the age of 16);
- unusual medications;
- behavior therapy
- hazardous assessment procedures;
- audiovisual equipment; and
- other procedures for which your permission is required by law.

*This right extends to your parent or conservator if you are a minor, or your legal guardian when applicable.*

14. You have the right to withdraw your permission at any time in matters to which you have previously consented.

## CARE AND TREATMENT

15. You have the right to a treatment plan for your stay in the hospital that is just for you. You have the right to take part in developing that plan, as well as the treatment plan for your care after you leave the hospital. *This right extends to your parent or conservator if you are a minor, or your legal guardian when applicable. You have the right to request that your parent/conservator or legal guardian take part in the development of the treatment plan. You have the right to request that any other person of your choosing, e.g., spouse, friend, relative, etc. take part in the development of the treatment plan. You have a right to expect that your request be reasonably considered and that you will be informed of the reasons for any denial of such a request. Staff must document in your medical record that the parent/guardian, conservator, or other person of your choice was contacted to participate.*

16. You have the right to be told about the care, procedures, and treatment you will be given; the risks, side effects, and benefits of all medications and treatment you will receive, including those that are unusual or experimental, the other treatments that are available, and what may happen if you refuse the treatment.

A:0087, Forms I
Revised:06/2000

HORTON,ELIZABETH,W.
204004143 001 MR# 60021237   OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 DocType: 9051                                                    CONFIDENTIAL INFORMATION

# ADMISSION ACKNOWLEDGEMENTS

**Notice of privacy practices:** I acknowledge receipt of the Texas Health Resources Notice of Privacy Practices. _____ *Initials*

**Advance directives:**

**a.** To be completed for Hospital outpatients and emergency room patients only:
Are you presenting an Out-of-Hospital DNR order or bracelet?    ☐ Yes   ☐ No    Copy provided?      ☐ Yes    ☐ No

**b.** To be completed for Hospital inpatients and outpatients undergoing invasive procedures only:

| | | | | |
|---|---|---|---|---|
| 1. | Who is answering the following questions? Patient? | ☑ Yes ☐ No | Person with patient? | ☐ Yes ☐ No |
| 2. | Was information about advance directives offered to you? | ☐ Yes ☐ No | Information received? | ☐ Yes ☑ No |
| 3. | Do you have a directive to physician (living will)? | ☐ Yes ☑ No | Copy provided? | ☐ Yes ☐ No |
| 4. | Do you have a medical power of attorney? | ☐ Yes ☑ No | Copy provided? | ☐ Yes ☐ No |
| 5. | Do you have a mental health directive? | ☐ Yes ☑ No | Copy provided? | ☐ Yes ☐ No |
| 6. | Are you presenting an out-of-hospital DNR order or bracelet? | ☐ Yes ☑ No | Copy provided? | ☐ Yes ☐ No |
| 7. | Would you like to discuss advance directives with a Hospital staff member? | ☑ Yes ☐ No | Referred to: _____ | |

I understand it is my responsibility to provide a copy of my advance directives to the Hospital.
(*Hospital Staff Note: Shaded area indicates that advance directive follow-up documentation is required.)

**Patient rights and responsibilities:** I have received written information regarding my rights and responsibilities as a patient. This information tells me how to register complaints I might have.

**My valuables:** I understand that the Hospital does not assume responsibility for personal property I may keep with me during my treatment / hospitalization. I understand that unnecessary items should be sent home, and that a safe is available for my valuables.

**Financial agreement / assignment of benefits:** I hereby irrevocably assign to the Hospital, and any practitioner providing care and treatment to me, any and all benefits and all interest and rights (including causes of action and the right to enforce payment) under any insurance policies or any reimbursement or prepaid health care plan for services rendered during this admission. Under this assignment, Hospital shall have the right to appeal any denied or delayed claims on behalf of the insured or beneficiary. I hereby promise to pay for all services rendered to me to the extent I am legally responsible for such payment; I understand I am responsible for all health insurance co-payments and deductibles. Charity care may be available if Medicaid eligibility criteria are met.

**Release of information:** I authorize the Hospital to release any information or records contained in hospital patient records related to alcohol or substance abuse diagnosis or treatment, mental health treatment, or any communicable disease, including HIV/AIDS to (a) any of my treating practitioners, (b) my insurance company or health plan, (c) any other person or entity that is responsible for paying or processing for payment my hospital bill, (d) any other health care provider to which I am transferred for care, (e) entities using this information for quality management and peer review, and (f) any other person or entity as authorized by law. This release shall remain valid until I notify the Hospital, in writing, of my desire to revoke it.

**Physicians providing services:** I understand that physicians, including my admitting physician as well as others, such as pathologists, radiologists, or anesthesiologists, who may provide diagnosis, care, or supervision of tests while I am in the hospital will bill me separately from the hospital, and that some or all of these may not be covered by the same health plans as the hospital, and that I will be responsible for paying these physicians, subject to the terms of whatever health plan or insurance I may have.

**Medicaid patients only:** I understand that the services or items that I request to be provided to me may not be covered under the Texas Medical Assistance Program as being reasonable and medically necessary for my care. I understand that the Texas Department of Human Services or its health insuring agent determines the medical necessity of the services or items that I request and receive. I also understand that I am responsible for payment of the services or items I request and receive if these services or items are determined not to be reasonable and medically necessary for my care. If I am a Medicaid Star patient, these provisions may not apply.

**Medicare patients only:** I acknowledge receipt of the written material entitled, "Important message from Medicare," which is located on the back of this form.

**Obstetric patients only:** This admission acknowledgement and financial agreement/assignment of benefits is also given for any child(ren) born to me during this hospitalization.

**If the person signing this form is not the patient, please give full name, phone number and address:**

I have read and understand the information above and on the back of this form.

_____    _____    12/15/06
Signature of patient or of the authorized      Relationship to patient               Date of signature
representative* of an incapacitated patient

_____    _____    12/15/06
Witness                                              Title                                            Date of signature

*For purposes of this form only, an "authorized representative" is: 1) a legal guardian, 2) an agent authorized in a medical power of attorney or directive to physicians, 3) an attorney appointed by a court, 4) an attorney retained by the patient or the patient's legally authorized representative, 5) a parent or legal guardian of a minor, or 6) a person authorized under the Texas Consent to Medical Treatment Act: the patient's spouse, adult child of the patient, a parent of the adult patient, a person clearly identified in advance of incapacity to act for the patient, the nearest living relative, or a member of the clergy.

**HOSPITAL BOX MUST BE CHECKED**

TEXAS HEALTH RESOURCES
**ADMISSION ACKNOWLEDGEMENTS**
FORM NO. THR-81 / 998540682 (5/04) PAGE 1 OF 2

| | | | |
|---|---|---|---|
| ☐ AMH | ☐ HMHEB | ☐ WRH | ☐ PHP |
| ☐ HCCH | ☐ HMNW | ☐ PHA | ☐ PHW |
| ☐ HMEC | ☑ HMSPG | ☐ PHD | ☐ PVN |
| ☐ HMFW | ☐ HMSW | ☐ PHK | ☐ Other |

*9051*

MEDICAL RECORDS

HORTON,ELIZABETH,W,
204004143 001 HR# 60021237   DSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143001  Dor Type: 9051

CONFIDENTIAL INFORMATION

# IMPORTANT MESSAGE FROM MEDICARE

## YOUR RIGHTS AS A HOSPITAL PATIENT

- You have the right to receive necessary hospital services covered by Medicare, or covered by your Medicare Health Plan ("your Plan") if you are a Plan enrollee.

- You have the right to know about any decisions that the hospital, your doctor, your Plan, or anyone else makes about your hospital stay and who will pay for it.

- Your doctor, your Plan, or the hospital should arrange for services you will need after you leave the hospital. Medicare or your Plan may cover some care in your home (home health care) and other kinds of care, if ordered by your doctor or by your Plan. You have a right to know about these services, who will pay for them, and where you can get them. If you have any questions, talk to your doctor or Plan, or talk to other hospital personnel.

## YOUR HOSPITAL DISCHARGE & MEDICARE APPEAL RIGHTS

**Date of Discharge:** When your doctor or Plan determines that you can be discharged from the hospital, you will be advised of your planned date of discharge. You may appeal if you think that you are being asked to leave the hospital too soon. If you stay in the hospital after your planned date of discharge, it is likely that your charges for additional days in the hospital will not be covered by Medicare or your Plan.

**Your Right to an Immediate Appeal without Financial Risk:** When you are advised of your planned date of discharge, if you think you are being asked to leave the hospital too soon, you have the right to appeal to your Quality Improvement Organization (also known as a QIO). The QIO is authorized by Medicare to provide a second opinion about your readiness to leave. You may call Medicare toll-free, 24 hours a day, at 1-800 MEDICARE (1-800-633-4227), or TTY/TTD: 1-877-486-2048, for more information on asking your QIO for a second opinion. If you appeal to the QIO by noon of the day after you receive a noncoverage notice, you are not responsible for paying for the days you stay in the hospital during the QIO review, even if the QIO disagrees with you.
The QIO will decide within one day after it receives the necessary information.

**Other Appeal Rights:** If you miss the deadline for filing an immediate appeal, you may still request a review by the QIO (or by your Plan, if you are a Plan enrollee) before you leave the hospital. However, you will have to pay for the costs of additional days in the hospital if the QIO (or your Plan) denies your appeal. You may file for this review at the address or telephone number of the QIO (or of your Plan).

MRN: 60021237HEB  Visit: 204004143001  Doc Type: 9080

CONFIDENTIAL INFORMATION



## UNIVERSAL CONSENT FOR TREATMENT

**General consent.** I understand that my health condition requires inpatient or outpatient admission. I consent to and authorize testing, treatment and hospital care by Hospital nurses, employees, and others as ordered by my doctor and his/her consultants, associates, and assistants, or as directed pursuant to standing medical orders or protocols. I understand that it may be necessary for representatives of outside health care companies to assist in my care. I also understand that persons in professional training programs may be among the individuals who provide care to me. I understand that in connection with my treatment, photos or videos may be taken. Any tissue or body parts removed from my body may be retained or disposed of by the Hospital at its sole discretion.

**Communicable disease testing.** I acknowledge that Texas law provides if any health care worker is exposed to my blood or other bodily fluid, the Hospital may perform tests, without my consent, on my blood or other bodily fluid to determine the presence of hepatitis B and C and HIV. I understand that such testing is necessary to protect those who will be caring for me while I am a patient at the Hospital. I understand that the results of tests taken under these circumstances are confidential and do not become a part of my hospital patient record.

**Independent physicians.** I acknowledge that the doctors taking part in my care do not work for the Hospital. They are engaged in the private practice of medicine, and are not employees, servants or agents of the Hospital. In addition to my attending doctor, other doctors who may take part in my care may include radiologists, pathologists, anesthesiologists, neonatologists, cardiologists, emergency physicians and other specialists. I acknowledge that the Hospital is not responsible for the judgment or conduct of doctors who treat or provide a professional service to me. The exception to this is that some medical residents -- doctors taking part in a program of post-graduate medical education under the supervision of more experienced physicians -- are employees of the Hospital.

**No guarantee.** I acknowledge that no guarantees or warranties have been made to me with respect to treatment to be provided at this Hospital. I understand that all supplies, medical devices and other goods sold or furnished to me by the Hospital are sold or furnished by the Hospital on an "AS IS" basis, and Texas Health Resources disclaims any expressed or implied warranties with respect to them. With respect to specific supplies and devices, manufacturers' warranties may apply, and I may request manufacturer's warranty information concerning such supplies and/or devices.

**Newborn child(ren).** If any children are born to me during this admission, my signature below is on behalf of myself and such child(ren) as the legally authorized representative of such child(ren), and the paragraphs regarding "General consent", "Communicable disease testing", "Independent physicians" and "No guarantee" shall apply regarding any treatment provided to such child(ren).

**If the person signing this form is not the patient, please give full name, phone number and address:**

I have read and understand this information.

| | | |
|---|---|---|
| Signature of patient or legally authorized representative* | Relationship to patient | Reason patient unable to sign |
| Witness | Title | Date of Signature |

*For purposes of this form only, a "legally authorized representative" is: 1) a legal guardian, 2) an agent authorized in a medical power of attorney or directive to physicians, 3) an attorney appointed by a court, 4) an attorney retained by the patient or the patient's legally authorized representative, 5) a parent or legal guardian of a minor, or 6) a person authorized under the Texas Consent to Medical Treatment Act: the patient's spouse, adult child, a parent of the adult patient, a person clearly identified in advance of incapacity to act for the patient, the nearest living relative, or a member of the clergy.

## HOSPITAL BOX MUST BE CHECKED

TEXAS HEALTH RESOURCES
**UNIVERSAL CONSENT FOR TREATMENT**
THR-60-7998541055 (5/04)

9080

| | | | |
|---|---|---|---|
| ☐ AMH | ☐ HMHEB | ☐ WRH | ☐ PHP |
| ☐ HCCH | ☐ HMNW | ☐ PHA | ☐ PHW |
| ☐ HMEC | ☒ HMSPG | ☐ PHD | ☐ PVN |
| ☐ HMFW | ☐ HMSW | ☐ PHK | ☐ Other_____ |

PATIENT IDENTIFICATION

```
HORTON,ELIZABETH,W,
204004143 001 MR# 60021237    OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63
```

MRN: 60021237HEB Visit: 204004143001 DocType: 9100                    CONFIDENTIAL INFORMATION

● ● ● ● ●

## AUTHORIZATION FOR VERBAL RELEASE OF PROTECTED HEALTH CARE INFORMATION

**1."DIRECTORY INFORMATION."** I understand that "Directory Information", such as my presence in the hospital and room number, as described in the Texas Health Resources Notice of Privacy Practices, may be released to all who ask for me by name, unless I object by specifically requesting to be a "No Information" patient as described below.

☑ **No Information** - I do not authorize release of any information, including Directory Information, concerning my admission or treatment. I choose to be a "No Information" patient and I realize that mail, flowers,telephone calls, and visitors will be refused on my behalf. (The hospital staff will not be able to acknowledge my presence.) I also understand that if I make phone calls from the hospital, caller identification systems may result in my location being disclosed to persons who receive the calls.

**2. MEDICAL INFORMATION AND DISCLOSURE.** I understand that medical information about my condition and treatment, may not be released, except in situations as described in the Texas Health Resources Notice of Privacy Practices, unless I give my permission as provided below:

☐ **I authorize** this hospital and medical staff members to discuss my medical history, diagnosis, treatment and prognosis with those listed below. I understand this may include information regarding testing, examination and treatment for HIV, AIDS related illness, mental health and drug, alcohol or chemical abuse.

☐ spouse_____

☐ children _____

☐ parent(s) _____

☐ other _____

*Note:I understand my medical information will not be discussed via telephone with the person(s) named above if I choose to be No Information since telephone calls will be refused on my behalf.*

This authorization will expire at the end of my hospitalization or outpatient service, unless I revoke the consent prior to that time.

X_____    _____    _____
Signature of Patient or Legally Authorized          Relationship                     Date
Representative*

_____                                 _____
Witness                                                          Date

*A"legally authorized representative" is: 1) a legal guardian, 2) an agent authorized in a medical power of attorney or directive to physicians, 3) an attorney appointed by a court, 4) an attorney retained by the patient or the patient's legally authorized representative, 5) a parent or legal guardian of a minor, or 6) a person authorized under the Texas Consent to Medical Treatment Act: the patient's spouse, adult child, a parent of the adult patient, a person clearly identified in advance of incapacity to act for the patient, the nearest living relative, or a member of the clergy.

**HOSPITAL BOX MUST BE CHECKED**



PATIENT IDENTIFICATION

**TEXAS HEALTH RESOURCES**
Authorization for Verbal Release of
Protected Health Care Information
Form 998549228 (Rev. 7/05)

☐ AMH   ☐ HMHEB  ☐ WRH   ☐ PHP
☐ HCCH  ☐ HMNW   ☐ PHA   ☐ PHW
☐ HMEC  ☐ HMSPG  ☐ PHD   ☐ HMFW
☐ HMSW  ☐ PHK    ☐ Other_____

HORTON,ELIZABETH,W,
204004143 001 MRN 60021237   OSW
DR. TAJANI,HADI R
12/14/06 HEC F 043 DOB 06/18/63

FG 21802 (06/05)

*9100*

MRN: 60021237HEB Visit: 204004143001 DocType: 9300                    CONFIDENTIAL INFORMATION

THIS SECTION FOR STAFF AND PHYSICIAN ONLY

I.    TREATMENT RECOMMENDATIONS/CONCERNS:

Y/N    Care plan, diagnosis, and health screen information agree? If not, contact physician to clarify.
Y/N    If dual diagnosis is indicated, is CD track ordered?
Y/N    If dual diagnosis, are drug screens ordered?
Y/N    Safety issues at home are resolved? If not, notify physician.
Y/N    Mental Status exam complete (or copy from inpatient) and on the chart? If not, contact physician.
Y/N    Is screen for pain positive? If so, complete pain assessment.
Y/N    Are medical/biophysical needs included on treatment plan?

Staff signature/date: _Gay S. Kidar MSW_ _____ _12/14/06_

II.    ADMITTING PHYSICIAN RECOMMENDATION:

_____    No further investigation/referral indicated
_____    Requires further investigation/referral, specify: _____
_____    ROI needed to confirm resolution of safety issues at home.
_____    Patient needs higher level of care. See orders.

Reviewed by: _____        Date: _____
            (Signature of Admitting Physician)

OUTPATIENT HEALTH SCREE
Page 4 of 4
9/06

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237    OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 DocType: 9300                    CONFIDENTIAL INFORMATION

Medications allergies?_____ N/A      Type of reaction?____ N/A
Latex allergies?_____ N/A             Type of reaction?____ N/A
Food allergies?_____ N/A              Type of reaction?____ N/A

**PATIENT'S CURRENT MEDICATIONS:**

| MEDICATION | DOSAGE | PRESCRIBING DR. | HOW LONG ON MED? |
|---|---|---|---|
| Effexor | 75mg | Dr. Janis | 4 wk |
| Lunesta | 3mg | | 1 day |
| | | | |
| | | | |

Please contact your doctor or nurse if you have any questions about your medication or food-drug interaction.

Please list any current medical conditions you have or are currently under treatment for:

| CONDITION | TREATING PHYSICIAN | LAST VISIT WITH PHYSICIAN |
|---|---|---|
| Depression | Dr. Janis | 12/14/06 |
| | | |
| | | |

Date of last physical? 1/2004   Results: normal
Are your immunizations up to date? Yes / No
Are you currently in pain, or have you had pain in the recent past? Yes/No
Do you smoke tobacco? NO Brand?_____ Number of cigarettes per day:_____
Do you chew tobacco? NO Brand?_____ Amount per day?_____
Do you have any physical disabilities we should consider? no
Do you have any barriers to learning we should consider? no
What is your spiritual preference? N/A
Are there any cultural or spiritual conflicts that will impact your treatment?_____

Please remember that you can call the business office at 355-7708 to discuss your insurance coverage and financial arrangements of your care.


_Patient's signature_                12/15/06  _Date_

**HARRIS METHODIST SPRINGWOOD**
OUTPATIENT HEALTH SCREEN
Page 3 of 4
9/06

9300

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237  OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 Doc Type: 9300          CONFIDENTIAL INFORMATION

**WOMEN ONLY:**
Menstrual problems? _No_
Date of last pap smear? _1/00 4_
Are you pregnant? _no_
Are you breastfeeding? _u.o_

**PERSONAL HEALTH HISTORY:** Please indicate if you have had any of the following:

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Measles | ✓ | | Hepatitis | | ✓ | Lung Disease | | ✓ |
| German Measles | | ✓ | Liver Problems | | ✓ | Asthma | | ✓ |
| Chicken Pox | ✓ | ✓ | Pancreatitis | | ✓ | Arthritis, MS | | ✓ |
| Chicken Pox | | ✓ | Typhoid | | ✓ | Stroke | | ✓ |
| Polio | | ✓ | Tuberculosis | | ✓ | Cancer | ✓ | |
| Rheumatic Fever | | ✓ | Positive TB Test | | ✓ | Ulcers | | ✓ |
| Scarlet Fever | | ✓ | Lymes Disease | | ✓ | Head/Brain Injury | | ✓ |
| Mumps | ✓ | | Heart Disease | | ✓ | HIV/AIDS | | ✓ |
| Diabetes | | ✓ | Kidney Problems | | ✓ | Autoimmune Diseases | | ✓ |
| Thyroid/Endocrine Problems | | ✓ | Gallbladder Problems | | ✓ | Sexually Transmitted Disease | | ✓ |

**FAMILY HEALTH HISTORY:** Please indicate if anyone in your family has had the following illnesses.

| | Yes | No | Family Member |
|---|---|---|---|
| Cancer | ✓ | | Fath |
| Diabetes | ✓ | | Moth |
| Tuberculosis | | ✓ | |
| Lung Disease | | ✓ | |
| Heart Disease | ✓ | | Moth |
| Kidney/Renal Disease | | ✓ | |
| Autoimmune Disease (Lupus, MS, RA) | | ✓ | |
| Stroke | ✓ | | Moth |
| Dementia/Alzheimer's | | ✓ | |

OUTPATIENT HEALTH SCREEN
Page 2 of 4
9/06

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237   OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 DocType: 9300                    CONFIDENTIAL INFORMATION



## OUTPATIENT HEALTH SCREEN

If you are being admitted directly to IOP, please complete the questions on this form and sign where designated.

If you are being admitted to IOP after being discharged from the Inpatient Unit or the PHP, please note any changes since your Inpatient or PHP stay in any of these areas and then sign. If there have been no changes, please check the "NO CHANGES" box just above the signature line on page 3.

### CURRENT HEALTH INFORMATION:

| Symptom | Now | Recent Past | Symptom | Now | Recent Past |
|---|---|---|---|---|---|
| Chest pain | | | Problems urinating | | |
| Shortness of breath | | | Unusual discharge | | |
| Palpitations | | | Diarrhea | | |
| High blood pressure | | ✓ | Abdominal pain/cramping | | |
| Ankle swelling | | | Constipation | | |
| Easily bruised | | | Recent weight gain or loss/amount___ | ✓ | |
| Persistent cough | | | Nausea/vomiting | | |
| Night sweats | | | Induced vomiting | | |
| Frequent or severe headaches | | | Frequent use of laxatives | | |
| Dizziness | | | Frequent indigestion | | |
| Problems sleeping | | | Loss of appetite | ✓ | |
| Weakness/fatigue | ✓ | | Problems swallowing | | |
| Coordination problems | | | Sores that won't heal | | |
| Numbness | | | Rash | | |
| Muscle cramp/twitch | | | Frequent earaches | | |
| Tremors/hands shaking | ✓ | | Frequent colds | | |
| Bloody urination | | | Men: Prostate problems | | |

### HARRIS METHODIST SPRINGWOOD
OUTPATIENT HEALTH SCREEN
Page 1 of 4
9/06



9300

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237   OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

    

This document details many of the specific requirements of attending the psychiatry outpatient programs. My signature indicates that I've read it, have spoken with a staff member and/or my attending physician about any questions that I have about it, and agree to all points.

### CARE PLAN:

I agree to work with staff, so that I understand the recommended treatment plan. The overall goal is that I improve in mood and/or functioning so that I no longer need a hospital program.

### SAFETY:

I understand that safety is always primary, so I'll abide by the hospital rules prohibiting any weapons, drugs or excess medications.

### SAFETY AFTER HOURS:

I agree to let the staff or my physician know right away if I'm feeling that the program is not effective for me, or if I believe that I'm in an emergency, including any thoughts or intent to harm self or others. After hours or on weekends, the physician is my contact for any emergencies.

### ATTENDANCE:

I agree to attend all groups recommended by my physician, to be on time, not to leave group early, unless there is an emergency and I've spoken with my primary clinician about it. Failure to comply with attendance will be considered a request for discharge. If I'm absent or don't attend all groups for two days or more, my physician may discharge me.

### GROUP WORK:

I understand that the treatment approach at Springwood is group-based, and is focused on finding solutions to the immediate, real-life problems that I face.

### COORDINATED CARE:

I agree to notify the doctor if I'm seeking medical treatment and what that care consists of while I'm in treatment, including any medications prescribed by other physicians.

### MEDICATION:

I agree to take my medication as ordered and to discard any medication at home that is not currently ordered. I agree to be thorough in listing all medications ordered by other physicians now or added during treatment so that the attending physician may review this for any possible interactions.

### NO CLOSE RELATIONSHIPS WITH PATIENTS:

I agree to avoid "close relationships" or physical/romantic intimacy with other patients. Intimate involvement will distract me from my recovery and could lead to early discharge.

_____     12/5/90
Patient Signature/Date

---

**Harris Methodist Springwood**

Outpatient Agreement
FORM HMSP-028 (REV. 2/01)

*9300*

HORTON,ELIZABETH,W,
204004143 001 MRN 60021237    DSW
DR. TAJANI,HADI R
12/14/06 HEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 DocType: 9300                    CONFIDENTIAL INFORMATION



## CONSENTS AND RELEASES

### SERVICE TO FAMILIES

Springwood believes families of our patients are a very important part of treatment. For this reason, we provide a variety of services to families. The patient schedule lists family groups, which are available at several different times during the week.

The hospital staff and/or my physician have my permission to contact my family or significant other as named below to obtain a Social History, if my physician requests, for orientation to program services, to notify them if seclusion or restraint is initiated, and to assist in coordination of discharge plans, including disposition of any safety issues at home.

Individual family sessions with the Social Worker can also be arranged by consulting your physician.

In addition to the persons I have named as emergency contact, this release includes:

Tanisha Butler                    870-272-2588

Name of family member(s) / Telephone                    Other contact person / Telephone

### GENERAL RECREATIONAL ACTIVITY

I, the undersigned, wish to participate in and pursue general recreation activities, as allowed, while I am in treatment at Harris Methodist Springwood. I hereby represent that I am participating in these recreational activities voluntarily and of my own volition, and further that I am under no pressure to participate therein.

Therefore, I and/or my parent/managing conservator/guardian hereby willingly and consciously waive and release Harris Methodist Springwood, its employees, officers and agents, and physicians associated with Harris Methodist Springwood and any other patients in the Harris Methodist Springwood program from and against any and all claims, costs, liabilities, judgements or expenses, including attorneys fees and court cost arising out of or precipitated by my participation in recreational activities while I am in treatment at Harris Methodist Springwood. I also release and agree to hold harmless Harris Methodist Springwood, its employee, officers and agents, and associated physicians, and any other patients participating in recreational activities from untoward results of any illness or injury resulting from my participation in such recreational activities. Furthermore, I hereby agree to indemnify and hold harmless Harris Methodist Springwood, its employees, officers and agents, and associated physicians against any and all claims except those resulting from gross negligence or willful misconduct thereby, that may arise from such recreational activities.

### CONSENT TO PHOTOGRAPH, CAMERA AND AUDIO

I, the undersigned, consent for Harris Methodist Springwood to photograph me for the purpose of identification only. I further understand that the photographs are not to be released, except with my consent or pursuant to law. Photographs are the property of Harris Methodist Springwood and are destroyed at the time of patient discharge. Further, Springwood staff may monitor me by camera and/or audio equipment for safety purposes.

### REFERRALS TO OUTSIDE AGENCIES/PROVIDERS

Texas Health Resources and its affiliates, including Springwood, do not endorse or monitor these resources nor do they guarantee the quality of services provided by the resources.

### PERSONAL BELONGINGS AND MEDICATION FROM HOME

I understand that the hospital is not responsible for my belongings. If I leave anything, including medication, at the hospital after discharge, I understand it will be destroyed within 24 hours.



*9300*

## Harris Methodist Springwood
### CONSENTS AND RELEASES
FORM 998541025 (REV. 2/01)

PATIENT IDENTIFICATION

HORTON,ELIZABETH,W,
204004143 001 MRN 60021237    DSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

---

MRN: 60021237HEB Visit: 204004143001 Doc Type: 9300                                    CONFIDENTIAL INFORMATION



## CONFIDENTIALITY OF ALCOHOL AND DRUG
## ABUSE PATIENT RECORDS

The confidentiality of alcohol and drug abuse patient records maintained by Harris Methodist Springwood is mandated by Federal laws and regulations. Generally, the program may not say to a person outside Harris Methodist Springwood that a patient attends Harris Methodist Springwood, or disclose any information identifying a patient as an alcohol or drug abuser unless:

1) The patient consents; or
2) The disclosure is pursuant to a court order; or
3) The disclosure is made to medical personnel in a medical emergency or to qualified personnel for research, audit, or program evaluation.

Violation of the Federal law and regulations by a program is a crime. Suspected violation may be reported to appropriate authorities in accordance with Federal regulations. Federal laws and regulations do provide a number of disclosure exceptions. For example, federal laws and regulations contain an exception which does not protect any information about a crime committed by a patient either at Harris Methodist Springwood or against any person who worked for Harris Methodist Springwood or about any threat to commit such a crime. Federal laws and regulations also contain an exception which does not protect any information about suspected child abuse or neglect from being reported under State law to appropriate State or local authorities. (See 42 U.S.C. 290dd-3 and 42 U.S.C. 290ee-3 and 42 CFR Part 2 for statutory/regulatory.)

Please also be aware that you will encounter visitors, other patients and their guests while you are here, especially in the lobby, corridors, cafeteria and other parts of the hospital.

### SMOKING WAIVER

Harris Methodist H.E.B./Springwood is a designated smoke-free hospital. Smoking has been determined, by the Surgeon General, to be hazardous to health. I am aware of the risks and hazards of smoking and assume sole responsibility for those risks and hazards to my health. I understand that my doctor can advise me about smoking cessation. Also, I am aware of smoking cessation classes and/or programs, including American Lung Association: 817-732-6336 and American Cancer Society: 817-737-3185.

### INFECTIOUS DISEASES

The Centers for Disease Control have listed risk factors for transmission of hepatitis C. Hepatitis C is a virus that can cause chronic diseases of the liver, including scarring (cirrhosis) and liver cancer, both of which can result in death. These risk factors may also apply to AIDS/HIV and other contagious diseases. I understand that if any of these factors applies to me, I need to see my primary care doctor and/or a public clinic for testing and follow-up. Two of the high-risk factors are injection of illegal drugs even one time and exposure to other person's blood including by sexual contact. My doctor can advise me about other factors. Springwood does not provide diagnostic testing except as part of medical emergencies that arise during psychiatric or addiction treatment, and is not responsible for testing me. I understand and will follow up outpatient if I'm concerned and if any of the risk factors apply to me.

**THIS IS A LEGAL CONSENT AND RELEASE OF LIABILITY FORM. PLEASE READ IT CAREFULLY AND BE SURE YOUR QUESTIONS HAVE BEEN ANSWERED BEFORE SIGNING.**

_12/15/06_
DATE

_12/15/06_
DATE

PATIENT/MANAGING CONSERVATOR/GU

WITNESS

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237    OSW
DR. TAJAMI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 DocType: 9300

CONFIDENTIAL INFORMATION

I hereby agree to the performance of an interview and the collection of data deemed necessary on the below named client by Harris Methodist Springwood. I understand that the Harris Methodist Springwood employee is conducting an interview, not an assessment, and will be consulting with a physician regarding any recommendations for care. I also understand that Springwood is not the emergency room, but that Harris Methodist HEB has an ER available if I believe I have an emergency medical condition. The hospital will provide screening and stabilization for an emergency medical condition regardless of ability to pay.

Physicians are not employees of the hospital. If I see a physician, the physician will bill me, including for any visit associated with this session.

Patient Rights: My record is confidential unless I choose to release it, except in very specific circumstances, including, but not limited to, any account of harm to a child or elderly person or any account of imminent danger to self or others. If I am admitted to additional care, I'll receive an additional statement of patient rights.

I may ask to see the Business Office Staff to answer questions about any financial obligation that might apply.

*E lizabeth Horton*
Client's Name (Please Print)


Client's Signature

12-14-06
Date

Others Accompanying Client: _____

_____
Parent/Legal Guardian Signature

---

**HARRIS METHODIST SPRINGWOOD**

CONSENT FOR EVALUATION
HMSP-043 (Revised 11/05)

PATIENT IDENTIFICATION LABEL

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237    OSW
DR. YAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

*9300*

MRN: 60021237HEB  Visit: 204004143001  DocType: 9300                    CONFIDENTIAL INFORMATION

MRN: 60021237HEB  Visit: 204004143001  DocType: 9300                                    CONFIDENTIAL INFORMATION

Individual _E lizabeth   Horton_          Date: _12-14-06_

I, _____, have been advised of the hospital's obligation to provide a medical screening examination to detect whether I have an emergency medical condition. That is, it has been explained to me and I understand that I can go to the Emergency Department if I believe that I have an emergency medical condition and desire a medical screening examination. I understand an emergency medical screening examination is available to me without regard to my method of payment or my ability to pay. I am not asking for such an examination.

I, _____, agree that if I begin to feel suicidal or have thoughts of harming anyone else after leaving the hospital, I will seek help rather than harm myself or someone else. I know that I can receive help through the resources listed on the information given to me today, including returning to this hospital.

_Elizabeth  Horton_                              _12-14-06_
Signature of individual                          Date

If individual declines to sign, staff member explains the situation.

_____

_____

_____

_____          _____
Person completing form                    Date

**Harris Methodist Springw(**
CONSENT TO LEAVE WITHOUT SEEING A P]
HMSP-010 (Rev. 10/00)

```
9300
```

PATIENT IDENTIFICAT

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237    DSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 Doc Type: 2016                                    CONFIDENTIAL INFORMATION

| 1. Teaching Description Family/Patient: | Patient Verbalizes Understanding | | | Family Verbalizes Understanding | | |
|---|---|---|---|---|---|---|
| | Yes | No | N/A | Yes | No | N/A |
| Eliminate access to weapons/stash of meds | | | | | | |
| Adequate rest, nutrition, exercise | | | | | | |
| 2. Patient Instructions to include effects, side effects & any food to drug or drug to drug interactions. | | | | | | |
| Ask your pharmacist or doctor about this medication, including storage or what to do about a missed dose, and any other further questions. | | | | | | |
| Discharge Medications Prescribed: | | | | | | |
| *See Medication Profile* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 3. Patient verbalizes understanding of necessity for medication compliance post discharge. | Yes | | No | | N/A | |
| 4. Referrals as Ordered. Discussed: | Yes | | No | | N/A | |
| a. Outpatient Program: *Continue IOP 1-3 06* | ✓ | | | | | |
| b. Outpatient follow up with attending physician: | ✓ | | | | | |
| c. Individual / Family therapy with: | ✓ | | | | | |
| d. Support Group: *Major Digression 817/335-5405* | ✓ | | | | | |
| e. Other Services: | | | ✓ | | | |
| f. Chemical Dependency Aftercare attendance _____ times per week | | | ✓ | | | |
| g. NA/AA attendance _____ times per week | | | ✓ | | | |
| h. Home group/sponsor identified | | | ✓ | | | |
| i. PCP and/or other physician: | ✓ | | | | | |
| j. For Pain Management / Medication Management. Other: _____ | | ✓ | | | | |
| 5. Patient verbalizes understanding of discharge instructions and willingness and ability to comply. | ✓ | | | | | |
| 6. Patient verbalizes knowledge of community crisis resources available if needed discharge. | ✓ | | | | | |

I have read and understand instructions as noted above. I have all my belongings and valuables.

X *Elizabeth Horton*                                              *12-29 06*
Signature of patient/Responsible Person                         Date

*Gary S. Kibo LMSW*                                              *12-29 06*
Other Discipline (if applicable)                                Date

Other Discipline (if applicable)

*Luanito Johnson*                                               *12-29 06*
Signature of Registered Nurse (if applicable)                   Date



## Harris Methodist Springwood

BEHAVIORAL HEALTH DISCHARGE SUMMARY
FORM 990540743 (REV. 6/02)

HORTON,ELIZABETH,W,
204004143 001 MRN 60021237    DSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

*2016*

| | Yes | No |
|---|---|---|
| Suicidal ideation expressed | | |
| Delusional ideation expressed | | |
| Hallucinations identified | | |
| Explanations of "Yes" items: ______ | | |
| Oriented/Alert | | |
| Speech rate WNL | | |
| Speech organized | | |
| Nutritional Status WNL | | |
| Explanation of "No" item: ______ | | |
| Patient's perception of discharge: ______ | | |

Staff Signature ______ Date ______

Patient Discharge:
Time ______ Date ______

**CHECK ALL APPLICABLE:**
Ambulatory ______ Wheelchair ______
Ambulance Stretcher ______
Service ______
To: Home ______ AMA ______ Nursing Home ______
Order for Protective Custody ______
Other ______
Unaccompanied ______
Accompanied by ______

**CHECK ALL APPLICABLE:**
Discharge Biophysical Nursing Assessment:
Speech impaired ______ Vision impaired ______
Hearing impaired ______ Mobility impaired ______
Difficulty in bathing self ______
Difficulty in dressing self ______
Difficulty in feeding self ______
Dressing or bandages in place ______
Appliances or supports ______
Explanation of items checked above: ______

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237 OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 Doc***ne: 2016                                    CONFIDENTIAL INFORMATION

**LEVEL OF CARE:**

_____ Psychiatric Partial Hospital Program
_____ Psychiatric Intensive Outpatient Program

**DISCHARGE DIAGNOSIS:**
  Axis I _____
  Axis II _____
  Axis III _____
  Axis IV _____
  Axis V _____

Date of Discharge: _____

**THE PATIENT'S TREATMENT COURSE INCLUDED:**

_____ Medical Management including medication stabilization
_____ Nursing Management
_____ Group Therapy (Group therapy addressed behavioral and cognitive changes to improve coping with stress
          and symptomology, and included Goal Setting, Anger Management, Assertive Communication, Self Care,
          Medication Education, Balancing Life Roles, Stress Management, Family Education, and Process Groups
_____ Family/Significant other participated in treatment
_____ Family/Significant other did not participate in treatment

**PATIENTS RESPONSE TO TREATMENT:**

_____ Increased insight
_____ Improved mood
_____ Decreased anxiety
_____ Stabilization/Remission of Suicidal Ideation/Intent
_____ Increased coping
_____ Improved cognition
_____ Stabilization/Remission of Danger toward others
_____ Increased energy
_____ Other_____
_____ Patient completed recommended programming
_____ Patient did not complete recommended programming and was discharged AMA (Against Medical Advice)
_____ Patient was unable to benefit from continued treatment at this level of care and was therapeutically
          discharged

**DISCHARGE RECOMMENDATIONS:**

_____ Continue medication regime as prescribed by attending psychiatrist
_____ Follow-up appointment with attending psychiatrist on _____
_____ Follow-up appointment with Primary Care Physician and/or Specialist for _____
_____ Follow-up appointment with outpatient psychotherapist
_____ Patient admitted to higher level of psychiatric care
          _____ Inpatient Psychiatric Care at Harris Methodist Springwood
          _____ Patient transitioned to lower level of psychiatric care
          _____ IOP at Harris Methodist Springwood
_____ Other Discharge Recommendations  *Continuation of Care*

Attending Physician: _____  Signature: _H__N\\_____  Date: _12-29 0_

Clinician: _____  Signature: _____  Date: _____

**Harris Methodist Springwood**
PSYCHIATRIC TREATMENT DISCHARGE SUMMARY

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237   OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

2016

MRN: 60021237HEB Visit: 204004143001 Doc Type: 1140

CONFIDENTIAL INFORMATION

*Elizabeth Horton*

## Harris Methodist Springwood
## Psych IOP Orders

_____ ✓ Admit to Psych Intensive Outpatient Program (IOP) and include patient in all routine group components of the Psych IOP Program

Patient is to participate in the following specialty groups:

_____ Survivors of Sexual Abuse

_____ Eating Disorder Individual Therapy Session

Complete the following for the patient:

_____ ✓ Urine Drug Screen on admit and PRN

_____ Breathalizer on admit and PRN

_____ See attached orders for diagnosis and medications

☐ See attached orders for diagnosis and medications

Admitting physician, signature below, has prescribed the following psychotropic medications for this patient:

1. Effexor XR 112-57    4. _____
2. Lunesta 3?           5. _____
3. _____               6. _____

Patient's admitting DSM IV Diagnosis:

Axis I   *Bipolar Disorder Major depression*

Axis II  _____

Axis III _____

Axis IV  *mod*

Axis V   _____



Admitting Physician _____    Date and Time 12/15/06

RN or Clinician transcribing orders _____    Date and Time 18/15/06

|||
1140 Physician Orders

HORTON,ELIZABETH,W,
204004143 D01 MR# 60021237   DSM
DR. TAJAMI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 DocType: 1140                                CONFIDENTIAL INFORMATION

● ● LEVEL OF CARE CHANGE ● ●

___ Adult
___ Adolescent

**DISCHARGE FROM:**
___ Inpatient Psychiatric Unit
___ Inpatient Chemical Dependency
___ Psychiatric Partial Hospital Program
___ Chemical Dependency
___ Partial Hospital Program
✓ Psychiatric Intensive Outpatient Program
___ Chemical Dependency
Intensive Outpatient Program

**ADMIT TO:**
___ Inpatient Psychiatric Unit
___ Inpatient Chemical Dependency
___ Psychiatric Partial Hospital Program
___ Chemical Dependency
___ Partial Hospital Program
✓ Psychiatric Intensive Outpatient Program
___ Chemical Dependency
Intensive Outpatient Program
___ Home or Other
Community Program _____

✓ Include patient in all routine groups and program components for level of care ordered.
___ Include patient in Inpatient Psychiatric Intensive Programming.
___ Include patient in cocaine track.

**MENTAL STATUS:**
___ Improved
___ Deteriorated
Describe changes: _Unchanged_____

**PHYSICAL HEALTH**
___ Improved
___ Deteriorated
Describe changes: _Unchanged_____

CHANGES IN DSM-IV TR DIAGNOSES (AT TRANSITION): Current Diagnosis: _Major Depression_
___ No
___ Yes    If yes, describe: _____

Axis V:  Current GAF Score _____

CURRENT MEDICATIONS: _per medication profile_____
_____
_____

**LABS:**
✓ UDS PRN
✓ BAL PRN

✓ Copy all records, including consents, from previous level of care.



_M. _____       12-29-06_____       _____
Physician Signature                Date                  Time

Physician signature certifies medical necessity for ordered level of care.

### Harris Methodist Spring
PHYSICIAN ORDERS
(01/06)
Page 1 of 1

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237    OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

Physician Orders 1140

MRN: 60021237HEB  Visit: 204004143001  Doc Type: 2005

CONFIDENTIAL INFORMATION

## IOP GOALS AND OBJECTIVES:

**MOOD DISORDER/ALTERATION IN MOOD:**
Long Term Goal: Identification of next steps in treatment
Short Term Goals: Stabilize mood
Treatment Plan assessed weekly and when changes occur

Complete necessary assessment    Community reintegration    Make next appointments
Complete necessary assessment    Family involvement    Program participation

| Patient objectives established at admit: | First Review | Progress Review | Progress Review | Outcome Review | Responsible Staff | Intervention(s) |
|---|---|---|---|---|---|---|
| Stabilize mood within 15 days. Axis I: *Bipolar* | Symptoms of: *mood swings, crying spells, mood lability* | *anxious depressed, worried, nervous about return to work* | | | Counselor RT *Oklahoma* | RT/Goal Setting & primary counselor to assess and increase behavioral/functioning changes in self care & responsibilities. |
| Complete all assessments within 3 program days. | Health Status *free copy* | *Mental Status assessment* | Social HX | | MD/DO Counselor | Social Hx, PSY eval/Mental Status, Educational Assessment. Health Screen. Identify needs. |
| Participate in groups to address stressors of: *cope ≥ peers work issues, recent move* | *Cancer 4+ score, work stress relaxation techniques discharge* | *Able work stress relaxation techniques discharge* | | | Counselor/RN RT/Chaplain *BC* | Group Therapy to address coping with specific issues and increase problem solving, life skills, stress management, social interaction, and self care. |
| Comply with med. & lab. Understand med education. Report response to meds. Report allergies: *NKDA* | List Meds: *Effexor xr 75 mg, Daily Lunesta 3 mg nightly* | | | | MD/DO Counselor | Med Education Group to explain meds, purpose, side effects and alternatives. Physician to provide assessment & education. |
| Participate in family group minimum of _1_ time(s). | Supportive family member: *none* *Home* | | | | Counselor | Educate patient and family on family role and encourage family participation in multi-family group. |
| Finalize Discharge including resolution of any safety issues. | Safety Issues: Y *N* Resolution: *N/A* | | | | Counselor OTR *BC* | Plan for follow up w/ medication, therapy community resources, and support groups. |
| Identify specialized bio-physical/cultural/educational/psychosocial needs: | Pt given info on diagnosis | | | | Identified Staff | Assess, monitor, and refer for pain management/ physical issues, as needed. Specialized groups as ordered. Refer for community resources as needed. Educate and/or refer as indicated. |
| Participate in TX plan changes or crisis management planning: | Crisis plan *reviewed* | | | | Identified Staff | Facilitate planning for crisis or relapse and address changes in status as needed. |

TREATMENT PLAN

Revised 8/06

HORTON, ELIZABETH, W.
204004143 001 MRN 60021237        DSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 BOB 06/10/63

Printed by HALLPA1

Page 1

Job # 4284554 at 09/25/07 11:24:20

2005

MRN: 60021237HEB  Visit: 204004143001  DocType: 2005

CONFIDENTIAL INFORMATION

**Discharge Plans Reviewed:**
Psychiatrist _DR. TAJANI_
Individual/Family ____
Support Groups: ____
PCP or other physician ____
____ RTC
____ AA/NA
____ Other resources

**Clinical Issues not addressed in this hospitalization:**     Rationale:     Referrals/Resources

**Estimated date of discharge:** ____
**Comments:** _Abstract: WBT_

**Signatures:**

| Patient: I agree to follow the treatment program. | Review Date | Review Date | Review Date | Review Date | Review Date |
|---|---|---|---|---|---|
| Physician: _(Signature indicates confirmation of medical necessity for treatment)_ | 12/21/06 | 12/28/06 | | | |
| Primary Counselor: | | | | | |
| Staff: | | | | | |

**Patient Identification:**
HORTON,ELIZABETH,W,
204004143 001 HRB 60021237
DR. TAJANI,HADI R        OSW
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 Doc Type: 2021                    CONFIDENTIAL INFORMATION

| Date  12-29-06 | (Adult) ___ Adolescent | ___ CD | (Psych) | ___ Inpatient    Dual | (Outpatient) | ___ PHP | (IOP) |
|---|---|---|---|---|---|---|---|

| | INITIALS |
|---|---|
| **Mood:** (Anxious), Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep- good/(poor) hrs of sleep _6_, Appetite- good/(poor) Household functioning- good/(poor), Explain: | |
| **Drug/Alcohol Use:** Explain: ⊘ | |
| **Mental Status:** (Oriented), Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | OK |
| **Appearance:** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain: | |
| **Thoughts:** (Appropriate), Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: | |
| **Affect:** WNL, (Blunted), Flat, Labile, Anxious, (Tearful), Exaggerated, Guarded, Other – | |

| | INITIALS |
|---|---|
| **Behavior:** (Participated), Did not participate, (Attentive), Inattentive, Tardy, (Cooperative), Uncooperative, (Interactive), Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | OK |
| **Process Group:** Topic Work, guilt, Cultural issues Patient issues: addressed conflict w/ female supervisor at work & coworkers; cultural mntls w/ Black Culture & lack of acceptance w/ mental illness | |

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| Initials ___ Orientation | Initials ___ Community |
|---|---|
| Initials OK Goal Setting w/E Planning ↓ | Initials ___ Home Group |
| Initials ___ Occupational Therapy Resolutions | Initials ___ C.D. Process |
| Initials ___ Relapse Prevention | Initials ___ Nutrition |
| Initials ___ Stress Management | Initials ___ Spirituality |
| Initials ___ Medication Education | Initials ___ Other |
| Initials OK Life Skills Self- esteem | Initials ___ Family Education |
| Initials ___ Physician Lecture | Initials ___ Intensive Program |
| Initials ___ Stretching | Initials ___ School |
| Initials ___ Leisure Time | Initials ___ Peer Review |
| Initials ___ Step Study | Initials ___ Group Counseling |
| Initials ___ Recreation Therapy | Initials ___ C.D. Education |

**Notes:** Pt proud of self for seeking tx for depression. Pt addressed w/ plan how she has been able to forgive self for being married to a hurtful & abusive spouse; pt sees situation as "surviving cancer & marriage as "battles" in her life she has overcome. Encouraged to seek to build new relationships & support system here.

_____

_____

| Gary J. Kiss  MSW | 12/29/06  1430 | | |
|---|---|---|---|
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN SIGNATURE | DATE/TIME |

| | | | |
|---|---|---|---|
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN/RN SIGNATURE | DATE/TIME |

**HARRIS METHODIST SPRINGWOOD**
**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 1 of 2

*Elizabeth Horton*

Patient Identification

204004143  001  MRN 60021237  OSW

DR. Tajani, Hadi R.
12/14/06 MEC F 043 DOB 06/18/63



HORTON,ELIZABETH,W.
204004143 001 MR# 60021237    OSW
DR.TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

*2021*

CONFIDENTIAL INFORMATION

| Date _____ | Adult ____ CD ____ Psych ____ Inpatient _____ Outpatient ____ PHP ____ IOP | INITIALS |
| | Adolescent ____ Dual | |

**Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable _____

**ADL's:** Sleep- good/ poor-hrs of sleep ____, Appetite- good/ poor, Household functioning- good/ poor, Explain:

**Drug/Alcohol Use: Explain:**

**Mental Status:** Oriented, Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain:

**Appearance:** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain:

**Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain:

**Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other –

| | INITIALS |

**Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless

**Process Group:** Topic _____  Patient issues: _____

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| | | |
|---|---|---|
| Initials _____ Orientation_____ | Initials _____ Community_____ |
| Initials _____ Goal Setting_____ | Initials _____ Home Group_____ |
| Initials _____ Occupational Therapy_____ | Initials _____ C.D. Process_____ |
| Initials _____ Relapse Prevention_____ | Initials _____ Nutrition_____ |
| Initials _____ Stress Management_____ | Initials _____ Spirituality_____ |
| Initials _____ Medication Education_____ | Initials _____ Other_____ |
| Initials _____ Life Skills_____ | Initials _____ Family Education_____ |
| Initials _____ Physician Lecture_____ | Initials _____ Intensive Program_____ |
| Initials _____ Stretching_____ | Initials _____ School_____ |
| Initials _____ Leisure Time_____ | Initials _____ Peer Review_____ |
| Initials _____ Step Study_____ | Initials _____ Group Counseling_____ |
| Initials _____ Recreation Therapy_____ | Initials _____ C.D. Education_____ |

**Notes:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

CLINICIAN SIGNATURE _____ DATE/TIME ____   CLINICIAN SIGNATURE _____ DATE/TIME ____

CLINICIAN SIGNATURE _____ DATE/TIME ____   CLINICIAN/RN SIGNATURE _____ DATE/TIME ____

**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 2 of 2
(506)

```
HORTON,ELIZABETH,W,
204004143 001 MR# 60021237   DSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63
```

| DATE | HOUR | EACH NOTE MUST BE IDENTIFIED BY DISCIPLINE NAME AND SIGNED BY LICENSED STAFF |
|---|---|---|
| 12/15/06 | | 4/3. [illegible], alone. |
| | | Moved 4m. ago fr Alabama. |
| | | Div. fr 5 m. Has 3 children in |
| | | Arkansas. |
| | | Div: due to [illegible] being physical & mental abuse. |
| | | Hx surgery for Breast CA — 5 yrs ago |
| | | "I feel a melt down." |
| | | Hx: 2 m. ago felt a lump underneath |
| | | her rt. breast. Dx was declared Ca. |
| | | Going to work, dealing with it was overwhelming. |
| | | Was always supporting the family, now |
| | | alone. [illegible] |
| | | In office in Nov. took meds for 2 weeks |
| | | It helped. Ran out. Didn't keep |
| | | appt. Missed appt. |
| | | Overwhelmed at work. Stressed. |
| | | Off meds for 1 week. |
| | | Yesterday felt hopeless. Sleep not |
| | | well. Appetite not good (for 2 weeks). both & [illegible] |
| | | ↓ 11 lb. in 2 weeks. |
| | | Self esteem "not good". Then concen. poor. |
| | | Has S.I. not now. Ø H.I. Ø AVH. |
| | | [illegible] Energy level was low. Improved with meds |
| | | [illegible] Ø |
| | | (Cont) [illegible] |

Harris Methodist H·E·B Hospital
Texas Health Resources

**MULTIDISCIPLINARY PROGRESS NOTES**

998540804 / NS-189 (3/03)

Page 1 of 2

"2021"

PATIENT IDENTIFICATION
HORTON,ELIZABETH,W,
204004143 001 MR# 60021237 OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

FG 22056 (09/05)

MRN: 60021237HEB  Visit: 204004143001  Doc Type: 2021

CONFIDENTIAL INFORMATION

| DATE | HOUR | EACH NOTE MUST BE IDENTIFIED BY DISCIPLINE NAME AND SIGNED BY LICENSED STAFF |
|------|------|------|
| 12/15/52 | | *(handwritten clinical note, largely illegible)* |

**MULTIDISCIPLINARY PROGRESS NOTE**
998540804 / NS-189 (3/03)
Page 2 of 2

HORTON, ELIZABETH, W.,  OSW
204004143 001 MR# 60021237
DR. TAJANI, HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 Doc Type: 2021                                    CONFIDENTIAL INFORMATION

Date ___12-15-06___  (Adult) ___ CD ___ (Psych) ___ Inpatient ___ (Outpatient) ___ PHP ___ (IOP)
                          Adolescent                              Dual

| | INITIALS |
|---|---|
| **Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep- good/ poor-hrs of sleep ____ . Appetite- good/ poor . Household functioning- good/ poor. Explain: | |
| **Drug/Alcohol Use:** Explain: | |
| **Mental Status:** Oriented, Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | OK |
| **Appearance:** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain: | |
| **Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: | |
| **Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other -- | |

| | INITIALS |
|---|---|
| **Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | OK |

Process Group: Topic _Current Stressors_ . Patient issues: _recent fear of Cancer_
_relapse; divorce + loneliness after abusive relationship;_
_wanting to ↓ family dependence on pt + ↑ self - care ✓._

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| | | | | |
|---|---|---|---|---|
| Initials _OK_ Orientation _WSW_ | | Initials ____ Community ____ | | |
| Initials ____ Goal Setting ____ | | Initials ____ Home Group ____ | | |
| Initials ____ Occupational Therapy ____ | | Initials ____ C.D. Process ____ | | |
| Initials ____ Relapse Prevention ____ | | Initials ____ Nutrition ____ | | |
| Initials ____ Stress Management ____ | | Initials ____ Spirituality ____ | | |
| Initials ____ Medication Education ____ | | Initials ____ Other ____ | | |
| Initials _OK_ Life Skills _Setting Boundaries_ | | Initials ____ Family Education ____ | | |
| Initials ____ Physician Lecture ____ | | Initials ____ Intensive Program ____ | | |
| Initials ____ Stretching ____ | | Initials ____ School ____ | | |
| Initials ____ Leisure Time ____ | | Initials ____ Peer Review ____ | | |
| Initials ____ Step Study ____ | | Initials ____ Group Counseling ____ | | |
| Initials ____ Recreation Therapy ____ | | Initials ____ C.D. Education ____ | | |

Notes: _Oriented to program goals, guidelines + Confidentiality._
_Pt joined well in groups._

_Clay S. Kela MSW_   _12/15/06_



CLINICIAN SIGNATURE          DATE/TIME    CLINICIAN SIGNATURE          DATE/TIME

CLINICIAN SIGNATURE          DATE/TIME    CLINICIAN/RN SIGNATURE          DATE/TIME

HARRIS METHODIST SPRINGWOOD
INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES
Page 1 of 2
(5/06)

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237   DSW
DR. TAJAMI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143001 Doc Type: 2021

CONFIDENTIAL INFORMATION

Date 12-18-06    Adult    Adolescent    CD    Psych    Inpatient    Dual    Outpatient    PHP    IOP

| | INITIALS |
|---|---|
| **Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep- good/poor-hrs of sleep 8 , Appetite- good/poor / Household functioning- good/poor) Explain: | |
| **Drug/Alcohol Use:** Explain: 0 | |
| **Mental Status:** Oriented, Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | |
| **Appearance:** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain: | R |
| **Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: | |
| **Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other~ | |

| | INITIALS |
|---|---|
| **Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | |
| **Process Group; Topic** Coping w/ depression Patient issues: stigma attached to depression, guilty, embarrassed about illness, and healthy ways in which to cope & accept | R |

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| | | | | | INITIALS |
|---|---|---|---|---|---|
| Initials _____ Orientation | | | Initials _____ Community | | |
| Initials KB Goal Setting Ask What & How | | | Initials _____ Home Group | | KB |
| Initials _____ Occupational Therapy | | | Initials _____ C.D. Process | | |
| Initials _____ Relapse Prevention | | | Initials _____ Nutrition | | |
| Initials _____ Stress Management | | | Initials _____ Spirituality | | |
| Initials _____ Medication Education | | | Initials _____ Other | | |
| Initials R Life Skills Grief & Loss | | | Initials _____ Family Education | | |
| Initials _____ Physician Lecture | | | Initials _____ Intensive Program | | |
| Initials _____ Stretching | | | Initials _____ School | | |
| Initials _____ Leisure Time | | | Initials _____ Peer Review | | |
| Initials _____ Step Study | | | Initials _____ Group Counseling | | |
| Initials _____ Recreation Therapy | | | Initials _____ C.D. Education | | |

Notes: Pt completed goal/check in sheet and was attentive to didactic discussion about focusing on what/how not why KB

| | | | |
|---|---|---|---|
| Kathy Beasley LPC | 12-18-06 | Dawn S. Kibe LMSW | 12/18/06 |
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN SIGNATURE | DATE/TIME |
| | | | |
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN/RN SIGNATURE | DATE/TIME |

**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 2 of 2
(506)

HORTON,ELIZABETH,W,
204004143 001 HRW 60021237    CSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 Doc Type: 2021                    CONFIDENTIAL INFORMATION

| Date 12-20-06 | Adult / Adolescent | CD | Psych | Inpatient | Outpatient | PHP | IOP |
|---|---|---|---|---|---|---|---|

| | INITIALS |
|---|---|
| **Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable | |
| **ADL's:** Sleep- good/poor-hrs of sleep 10, Appetite- good/poor, Household functioning good/poor, Explain: | |
| **Drug/Alcohol Use: Explain:** ∅ | |
| **Mental Status:** Oriented, Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | CK |
| **Appearance:** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain: | |
| **Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: | |
| **Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other – | |

| | INITIALS |
|---|---|
| **Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn. Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | CK |
| **Process Group: Topic** divorce recovery **Patient issues:** how to move forward in a healthy way + make new traditions to help learn to live life. | |

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| | | | | |
|---|---|---|---|---|
| Initials _____ Orientation _____ | | Initials _____ Community _____ | | |
| Initials _____ Goal Setting _____ | | Initials _____ Home Group _____ | | |
| Initials _____ Occupational Therapy _____ | | Initials _____ C.D. Process _____ | | |
| Initials CK Relapse Prevention Skills | | Initials _____ Nutrition _____ | | |
| Initials _____ Stress Management _____ | | Initials _____ Spirituality _____ | | |
| Initials CK Medication Education Absent | | Initials _____ Other _____ | | |
| Initials _____ Life Skills _____ | | Initials _____ Family Education _____ | | |
| Initials _____ Physician Lecture _____ | | Initials _____ Intensive Program _____ | | |
| Initials _____ Stretching _____ | | Initials _____ School _____ | | |
| Initials _____ Leisure Time _____ | | Initials _____ Peer Review _____ | | |
| Initials _____ Step Study _____ | | Initials _____ Group Counseling _____ | | |
| Initials _____ Recreation Therapy _____ | | Initials _____ C.D. Education _____ | | |

**Notes:** Pt had to leave early due to gynological appt. She was unable to cancel. Notes feeling ↑ emotionally by support of peers + tx.



CLINICIAN SIGNATURE _____ 12/20/06 1700

| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN SIGNATURE | DATE/TIME |
|---|---|---|---|

| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN/RN SIGNATURE | DATE/TIME |
|---|---|---|---|

**HARRIS METHODIST SPRINGWOOD**
**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 1 of 2
(5/00)

*2021*

HORTON,ELIZABETH,W.
204004143 001 MR# 60021237    OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 Doc Type: 2021                    CONFIDENTIAL INFORMATION

| Date 12-22-06 | Adult / Adolescent | CD | Psych | Inpatient / Dual | Outpatient | PHP | IOP | INITIALS |
|---|---|---|---|---|---|---|---|---|

**Mood:** Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable

**ADL's:** Sleep-good poor-hrs of sleep _10_, Appetite-good poor, Household functioning good poor, Explain:

**Drug/Alcohol Use:** Explain: ∅

**Mental Status:** Oriented, Alert, Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain:

**Appearance:** Neat, Clean, Disheveled, Careless, Inappropriate dress, Explain:        | GK

**Thoughts:** Appropriate, Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: _worried about discharge + people_

**Affect:** WNL, Blunted, Flat, Labile, Anxious, Tearful, Exaggerated, Guarded, Other –

**Behavior:** Participated, Did not participate, Attentive, Inattentive, Tardy, Cooperative, Uncooperative, Interactive, Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to stir, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | INITIALS / GK

**Process Group:** Topic _Coping w/ Change_ Patient issues: _addressed loneliness + trust issues, fear of discharge next month, and betrayal by friends._

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| | | | |
|---|---|---|---|
| Initials _____ Orientation | Initials _____ Community | | KB |
| Initials _KB_ Goal Setting _Christmas Plan_ | Initials _____ Home Group | | |
| Initials _____ Occupational Therapy | Initials _____ C.D. Process | | |
| Initials _____ Relapse Prevention | Initials _____ Nutrition | | |
| Initials _GK_ Stress Management _Meditation +_ | Initials _____ Spirituality | | |
| Initials _____ Medication Education _Relaxation_ | Initials _____ Other | | |
| Initials _____ Life Skills | Initials _____ Family Education | | |
| Initials _____ Physician Lecture | Initials _____ Intensive Program | | |
| Initials _____ Stretching | Initials _____ School | | |
| Initials _____ Leisure Time | Initials _____ Peer Review | | |
| Initials _____ Step Study | Initials _____ Group Counseling | | |
| Initials _____ Recreation Therapy | Initials _____ C.D. Education | | |

**Notes:** _Pt completed goal sheet and shared about her family being out of state but plans to call them_ KB

| | | | | | | |
|---|---|---|---|---|---|---|
| Kathy Beasley LPC | 12-22-06 | GKha LMSW | 12/22/06 | | | |
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN SIGNATURE | DATE/TIME | | | |
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN/RN SIGNATURE | DATE/TIME | | | |

**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 2 of 2
(508)

HORTON,ELIZABETH,W,
204004143 001 MRN 60021237   OSM
DR. TAJAMI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143001  Doc Type: 2021                    CONFIDENTIAL INFORMATION

| DATE | HOUR | EACH NOTE MUST BE IDENTIFIED BY DISCIPLINE NAME AND SIGNED BY LICENSED STAFF |
|------|------|------------------------------------------------------------------------------|
| 12/22/ | | *Effexa 37.5, 112-5), 37.57 #9* <br> *lunk   3-7           #20* <br> *Fully cath. toxeque. Psich.* <br> *Oriel .  Slippy  food* <br> *Every lith* <br> *Cons ē R plan* |
| 11-24-16 | 1130 | *[illegible handwritten note]* |

HARRIS METHODIST
H·E·B Hospital
Texas Health Resources
MULTIDISCIPLINARY PROGRESS NOTES
998540804 / NS-189 (3/03)
Page 1 of 2

HORTON, ELIZABETH, W,
204004143 001 MRU 60021237   OSW
DR. TAJANI, HADI R
12/14/06 MEC F 043 DOB 06/18/63

FG 22056 (09/05)



MRN: 60021237HEB Visit: 204004143001 Doc Type: 2021                    CONFIDENTIAL INFORMATION



| DATE | HOUR | EACH NOTE MUST BE IDENTIFIED BY DISCIPLINE NAME AND SIGNED BY LICENSED STAFF |
|------|------|------------------------------------------------------------------------------|
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |

**MULTIDISCIPLINARY PROGRESS NOTE**
998540804 / NS-189 (3/03)
Page 2 of 2

HORTON,ELIZABETH,W,    OSW
204004143 001 MRB 60021237
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 Do~~pe: 9200                                         CONFIDENTIAL INFORMATION

```
Harris Methodist Hospital  Patient:      HORTON, ELIZABETH W
Springwood
1600 Hospital Parkway      Location:     OSW--
Bedford,TX 76022           DOB:6/18/63   Sex: Female
                           Admit Date:   12/15/06
                           Physician:    TAJANI, HADI R
                             Chart MR#:    SPG060021237
                           MRN:          204004143
                           Account #:     204004143001
```

Toxicology

--Urine Drug Screen--

```
Date collected:          12/15/06
Time collected:          13:00:00

Test                              Ref. Range   Units
Phencyclidine, urine     Negative
Opiates, urine           Negative
Cannabinoids, urine      Negative
Benzodiazepines, urine   note  f
Barbiturates, urine      Negative
Amphetamines, urine      Negative
Cocaine Metabolites, urine Negative
Note, Urine Drug Screen @  See Note
```

12/15/06 13:00:00 Note, Urine Drug Screen:
CUTOFFS (ng/ml):  Amphetamine/Methamp = 1000; Barbiturate = 200;
Benzodiazepine = 200;  Cannabinoid (THC) = 50; Cocaine/Metabolite = 300;
Opiate = 300; Phencyclidine = 25;
Additional testing may be done upon physician request for positives and
negatives.
Test used for MEDICAL PURPOSES ONLY.

                                             12/15/06 13:00:00  Benzodiazepines,
urine:
    Unable to perform assay at this time.  Assay available from reference lab
    upon physician request.

─────────────────────────────────────────────────────────────
Legend:
H= High, L= Low, C= Critical, a= Amended, f= Footnote, @= See
interpretive text

Lab Use Only:     Report type:Final-Medical Chart MRN: SPG060021237
24002027          Records-Do Not Discard    Acct: 204004143001
                                             MRN: 204004143
                     Page: 1 of 1           HORTON, ELIZABETH W
```

MRN: 60021237HEB Visit: 204004143001 Dr ~pe: 2006                    CONFIDENTIAL INFORMATION

## FAMILY OF ORIGIN HISTORY:

Where were you born? _Marianne Arkansas_
Who were you raised by? _Mother & Father_
If either of your biological parents was absent, why? _No_

Describe your family when you were growing up? _great_

Was there any family history of psychiatric problems? If so, who? _no_

Was there any family history of alcohol or drug problems? If so, who? _no_

## IMMEDIATE FAMILY HISTORY:

What is your current marital status: (Circle)
    Married,    Separated,    (Divorced),    Widowed,    Single
If married, how long? _C 6 yrs_ If separated/divorced/widowed, how long? _____
Were you previously married? (circle) (No), Yes; If yes, complete:
    Approximate years           Reason for breakup

Do you have children: (circle)  No, (Yes);       If yes, complete:
| Name | Age | Where child resides: |
|------|-----|----------------------|
| Levester Butler | 28 | no |
| Tomika Butler | 22 | no |
| Tomisha Butler | 20 | no |

## HARRIS METHODIST SPRINGWOOD
### IOP PSYCHOSOCIAL ASSESSMENT
Page 1 of 4
Rev. (406)



HORTON,ELIZABETH,W,
204004143 001 MR# 60021237   OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 Do~~ ~e: 2006                    CONFIDENTIAL INFORMATION

What is your sexual orientation: (circle)
    Heterosexual,     Homosexual,     Bisexual
Have there been any recent changes in your living arrangements? _____ no _____

Have there been any recent stressors in these areas? (circle)
    Financial,    Legal,    Relationship,    Family,    Work/School
If so, explain: _Pressure for my manager_

Have there been any recent deaths or deaths of anyone significant to you in the past?
_yes     uncle & cousin & grandfather_

Describe your usual daily schedule: _working 7:30 - 7:00_
_Monday thru Friday_

## EDUCATION & EMPLOYMENT HISTORY:

What is the highest level of education that you completed? _16 yrs_

Describe any problems you had with grades or behavior in school? _non._

If you had college or vocational training, what area/subject was it in? _Yes_
_Business School_
What is your current job? _Customer Service_
Who is your current employer? _Fidelity Investment_
How long have you been employed there? _4 mos_
Do you plan to work while in treatment? _no_
Do you plan to return to work after treatment? _yes_
Are you in school at this time? Yes  No  If so, where?
If you are unemployed, how long since you were last employed? _no_
Who was your previous employer? _Jackson Medical Center_
If you are unemployed, what is your source of financial support?

How many jobs have you held in past 5 years? _2_
Have you ever had any experiences of being fired or layed off? If so, describe the
situation: _no_

Did you serve in the military? (circle) Yes; No
If so, what branch?
Did you have an honorable discharge? (circle) Yes; No
How many years did you serve?
Does your military experience have any impact on your current problems? (circle) Yes; No
If so, explain: _____

**IOP PSYCHOSOCIAL ASSESSMENT**
Page 2 of 4

HORTON,ELIZABETH,W,
204004143 001 MRN 60021237    OSW
DR. TAJANI,HADI R
12/14/06 HEC  F  043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 Dr ~pe: 2006                              CONFIDENTIAL INFORMATION

**ALCOHOL/DRUG USE:**

Please complete the following:

| Substance | Last use | Current amount/freq | Greatest amount/freq | Way it was used | Age at first use |
|---|---|---|---|---|---|
| Alcohol | Neve | | | | |
| Marijuana | Neve | | | | |
| Amphetamine | Neve | | | | |
| Cocaine | Neve | | | | |
| Heroin | Neve | | | | |
| Prescription Drugs | 12/4/06 | | | | |
| Hallucinogens | Neve | | | | |
| Inhalants | Neve | | | | |
| Nicotine | Neve | | | | |
| Other | | | | | |

What time of day and what days do you generally use alcohol and/or drugs? _Neve_

Do you think you have an alcohol or drug abuse or dependence? _nne_

What is the longest period of time you have gone without any use of drugs or alcohol?
_N/A_ When was that? _____

Have you ever been preoccupied with the thought of using, especially when you are clean? Yes No

Have you ever used a large amount or used quickly when you first start to use? Yes No

Have you used more and more to get high? Yes No

Have you ever used to relax, calm down, or sleep? Yes No

Have you ever used alone or when no one else is using? Yes No

Have you ever not remembered what you did or said when using? Yes No

Have you ever kept a bottle or stash, just in case you run out? Yes No

Have you ever used alcohol or drugs when you tried not to use, especially when you knew it would be detrimental? Yes No

Have you experienced shakes or tremors in the morning? Yes No

Have you ever used in the morning to get yourself going? Yes No

### IOP PSYCHOSOCIAL ASSESSMENT
Page 3 of 4



HORTON,ELIZABETH,W,
204004143 001 MR# 60021237    DSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/10/63

MRN: 60021237HEB Visit: 204004143001 Do ne: 2006                                    CONFIDENTIAL INFORMATION

Describe any problems in these areas related to your drug or alcohol use:

Legal: _no_____
Family: _no_____
Job related: _no_____
Medical: _no_____
Other: _____

Does anyone in your home use alcohol or drugs? _no_____
Doe you socialize with anyone who uses alcohol or drugs? _no_____
Have you participated in any gambling activity? Yes  No Explain: _no_____
Do you think you have or have had problems associated with gambling?  Yes  No
If so, explain _____
Have you ever participated in AA/NA? Yes  No  If so, when ? _no_____

## SAFETY ISSUES
Have you ever experienced physical, sexual, or emotional abuse? (Yes) No  (Circle)
If so, by whom and when? _husband_____
Was anyone contacted about the abuse (such as police, CPS, a parent)?  Yes  No
Explain? _no_____
Have you ever abused someone physically, sexually, or emotionally?  Yes (No)  (Circle)
If so, who and when? _____
Was anyone contacted about the abuse (such as police, CPS, a parent)?  Yes (No)
Explain? _____
Is there currently any domestic violence?_____

## STRENGTHS & WEAKNESSES:
What do you value most? _my strength to help others_
_and their responsibility. Fault & believer_
What are your strengths? _Being strong for other_
What are your limitations? _no limitations_
How do you feel about yourself today? _worthless_
What are your goals for your treatment? _To be healthy face_
_my fears & problem & maintain them a healthy anywhere_
What barriers are there to these goals: _non t_

## PLAN & NEEDS FOR DISCHARGE:
Do you need any information on housing, food, or financial assistance? (Yes) No
Do you need any information about educational or legal assistance?  Yes (No)
If you are on psychiatric medications, will you follow-up with the psychiatrist treating you
here or with another psychiatrist? _Yes_____

## COUNSELOR - COORDINATION OF INFORMATION:
Review of Intake Assessment: (Yes) No  Discharge planning sheet initiated (Yes) No
Review of PSY Eval: (Yes) No  Safety issues resolved: (Yes) No
Review of Outpatient Health Screen: (Yes) No

Primary Counselor _____         Date _____

_Dan S. Kite, msw_                                   _12-15-06_
Social Worker                                        Date

**IOP PSYCHOSOCIAL ASSESSMEN**
Page 4 of 4

HORTON, ELIZABETH, W.
204004143 001 MRN 60021237   OSW
DR. TAJANI, HADI R
12/14/06 HEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 D⁻ ⁻pe: 2006                    CONFIDENTIAL INFORMATION

## MENTAL STATUS EXAMINATION

**PATIENT:** _____

**GENERAL APPEARANCE:**
Neat, Well Groomed, Careless, Dirty, Disheveled, Obese, Slim, Unshaven, Posture (stooped, stiff, bizarre).
Other: _____

**ATTITUDE:**
Appropriate, Dependent, Passive, Passive Aggressive, Manipulative, Cooperative, Resistive, Belligerent, Reserved, Seclusive,
Negativistic, Sarcastic, Guarded. Other: _____

**MOOD:**
Euthymic, Anxious, Depressed, Hypomanic, Manic. Other: _____

**AFFECT:**
Appropriate, Labile, Blunted, Flat, Restricted. Other: _____

**THOUGHT CONTENT:**
Appropriate, Paranoid Trends, Hallucinations (auditory, visual), Delusions, Obsessions, Compulsions, Bizarre Thoughts, Suicidal
Thoughts/Plans, Homicidal Thoughts/Plans.
Other: _____

**THOUGHT PROCESS:**
Logical, Tangential, Circumstantial, Goal-Directed, Loose, Slow, Confused, Incoherent, Preservation, Flight of Ideas.
Other: _____

**MOTOR ACTIVITY:**
Not remarkable, Hypoactive, Hyperactive, Tremulous, Tics, Ataxia, Paralysis.
Other: _____

**ORIENTATION:**
Time: (Yes, No)          Place: (Yes, No)          Person: (Yes, No)          Situation: (Yes, No)

**INTELLECT:**
Intelligence: (normal, below normal, above normal)
General Information: (good, fair, poor)
Calculations: (good, fair, poor)
Remote Memory: (good, fair, poor) as demonstrated by: Recent presidents or personal dates/anniversary
Recent Memory: (good, fair, poor) as demonstrated by: Recall of 3 objects in 5 minutes
Immediate Recall: (good, fair, poor) as demonstrated by: Digitspan
Ability to Abstract: (good, fair, poor)

**JUDGMENT:** (good, fair, poor) as demonstrated by: Response to common sense questions.

**INSIGHT:** (good, fair, poor) as demonstrated by: Knowledge of reason for current level of care.

**STRENGTHS:** (List) _____

**COMMENTS:** _____

**Physician/Clinician Signature and Date:** _____  12/15/0_

### Harris Methodist Springwoo_

MENTAL STATUS EXAMINATION

FORM 996541069 (REV. 6/00)

*2006*

PATIENT IDENTIFICATION

HORTON,ELIZABETH,W,
.204004143 001 MRN 60021237   OSW
DR. TAJANI,HADI R
12/14/06 NEC F 043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143001  D⁻ ⁻ype: 2006

CONFIDENTIAL INFORMATION

MRN: 60021237HEB Visit: 204004143001 Dr Type: 9025                    CONFIDENTIAL INFORMATION

PATIENT NAME _Elizabeth Horton_    AGE _43_ DATE _12-14-06_
LOCATION OF ASSESSMENT _HEB SP6_    REFERRAL SOURCE _Susan Beyer_
PRESENTING PROBLEM/CHIEF COMPLAINT (QUOTE PATIENT): _overwhelmed, depressed, holds everything in_
PRECIPITATING STRESSORS _Work, finances, relat_        _Cancer survivor_
_2-3 weeks ago started crying unable to stop_

**DAILY FUNCTIONING**

- ☒ INCREASE/DECREASE SLEEP NEED ☐ N/A    _found another_
  _5_ HOURS PER NIGHT    _lump - flipped_
- ☒ INCREASE/DECREASE APPETITE ☐ N/A    _her out_
  _____ POUNDS LOST/GAINED
  IN WHAT TIME PERIOD _____
- ☐ BINGEING/PURGING ☒ N/A
- ☐ SOCIAL WITHDRAWAL ☒ N/A
- ☒ INCREASE/DECREASE ENERGY ☐ N/A
- ☒ INCREASE/DECREASE SEX DRIVE ☐ N/A
- ☒ INCREASE/DECREASE ACTIVITY LEVEL ☐ N/A

- ☒ INCREASE/DECREASE PERSONAL CARE/HYGIENE ☐ N/A
- ☒ DECREASE IN WORK/SCHOOL PERFORMANCE ☐ N/A
- ☒ EMPLOYED
  EMPLOYER _Fidelity Investments_
- ☐ RETIRED
- ☐ UNEMPLOYED; HOW LONG _____
- ☐ DISABLED
  TYPE _____
- ☒ CHANGES IN MARRIAGE/ PERSONAL RELATIONSHIPS ☐ N/A
  SUPPORT FROM _nobody_
  LIVES WITH: _self_
  LENGTH OF TIME YOU HAVE HAD SYMPTOMS _1 month_
  _divorced in June 06_

**DANGER ASSESSMENT**

SUICIDAL IDEATION _____
☐ YES ☒ NO (IF YES, DESCRIBE)
SUICIDAL INTENT _____
☐ YES ☒ NO (IF YES, DESCRIBE)
SUICIDAL PLAN _____
☐ YES ☒ NO (IF YES, DESCRIBE)
WHAT DOES PATIENT LOOK FORWARD TO _nothing_
PREVIOUS ATTEMPT _____
☐ YES ☒ NO (IF YES, DESCRIBE)
HOMICIDAL/IDEATION/INTENT/PLAN _____
☐ YES ☒ NO (IF YES, DESCRIBE)
HISTORY OF VIOLENCE/HOMICIDE _____
☐ YES ☒ NO    IF YES, WHAT TYPE ☐ PHYSICAL ☐ SEXUAL
                DIRECTED TOWARDS ☐ PERSON ☐ PROPERTY ☐ OTHER, DESCRIBE _____
                SOURCE OF INFORMATION ☐ PATIENT ☐ FAMILY ☐ POLICE ☐ OTHER _____
SELF-MUTILATIVE BEHAVIOR _____
☐ YES ☒ NO (IF YES, DESCRIBE)
HISTORY OF ABUSE _while married, physical, mental_
☒ YES ☐ NO (IF YES, DESCRIBE)
IS SOMEONE HARMING YOU CURRENTLY? ☐ YES ☒ NO (IF YES, DESCRIBE) _____
ACCESS TO WEAPONS OR CACHE OF MEDICATIONS _____
☐ YES ☒ NO (IF YES, DESCRIBE) IF YES, DOES PATIENT AGREE TO HAVE THESE REMOVED ☐ YES ☐ NO
CONFIRMED BY (NAME) _____
FAMILY HISTORY OF SUICIDE, ASSAULT, OR HOMICIDE _____
☐ YES ☒ NO (IF YES, DESCRIBE)
FAMILY HISTORY OF MENTAL HEALTH PROBLEMS _____
☐ YES ☒ NO (IF YES, DESCRIBE)
PREVIOUS PSYCHIATRIC HOSPITALIZATION    DATE _4-2005_ PLACE _Alabama_    RESULT _____
☒ YES ☐ NO    TOTAL # _1_    DATE _____    PLACE _____    RESULT _____
PREVIOUS/CURRENT OUTPATIENT PSYCHIATRIC TREATMENT
DATE _____ TYPE/NAME _Marital counseling 1½ yr ago_ RESULTS _____
DATE _____ TYPE/NAME _____ RESULTS _____
PREVIOUS PSYCHIATRIC MEDICATIONS _Lexapro_
PRESCRIBED BY WHOM _Dr. Adams_

**HOSPITAL BOX MUST BE CHECKED**
Texas Health Resources                    Patient Identification
ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY
SCREENING & REFERRAL FORM
998540836 (04/06) Page 1 of 3
☐ HMHEB    ☐ HMSW    ☐ HMHW
☐ HMFW    ☐ HMSPG

HORTON,ELIZABETH,W,
204004143 001 MR# 60021237    DSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/43

*9025*

MRN: 60021237HEB Visit: 204004143001 Doc Type: 9025

CONFIDENTIAL INFORMATION

CURRENT PSYCHIATRIST  Dr. Tajani

**APPEARANCE**
- ☐ WELL GROOMED
- ☒ APPROPRIATE ATTIRE
- ☒ POOR HYGIENE
- ☐ CLOTHING DISHEVELED/DIRTY

**BEHAVIOR**
- ☐ PSYCHOMOTOR AGITATION
- ☐ PSYCHOMOTOR RETARDATION
- ☐ TREMOR
- ☐ INVOLUNTARY MOVEMENTS
- ☒ WNL

**SPEECH**
- ☐ SPEECH COHERENT
- ☐ NORMAL QUALITY & QUANTITY
- ☐ HYPERVERBAL
- ☒ PRESSURED

**AFFECT**
- ☐ WNL
- ☒ BLUNTED/FLAT
- ☒ INAPPROPRIATE TO CONTENT
- ☐ LABILE
- ☐ EXAGGERATED

**COOPERATION**
- ☒ GOOD
- ☐ POOR
- ☐ GUARDED
- ☐ VARIABLE

**MOOD**
- ☒ ANXIOUS
- ☒ ANGRY/HOSTILE
- ☒ DEPRESSED/SAD
- ☐ LABILE
- ☐ IRRITABLE
- ☐ ANHEDONIA/HOPELESS
- ☐ EUPHORIC/ELATED
- ☐ EUTHYMIC

**INTELLECT**
- ☐ ABOVE AVERAGE
- ☒ AVERAGE
- ☐ BELOW AVERAGE
- ☐ UNABLE TO ASSESS

**MEMORY**
- ☒ WNL
- ☐ RECENT MEMORY DEFICITS
- ☐ REMOTE MEMORY DEFICITS

**ORIENTATION**
- ☒ TIME
- ☒ DAY
- ☒ DATE
- ☒ PLACE
- ☒ PERSON

**GENERAL COMPREHENSION**
- ☐ GOOD
- ☒ FAIR
- ☐ POOR

**JUDGMENT**
- ☐ GOOD
- ☒ FAIR
- ☐ POOR

**INSIGHT**
- ☐ GOOD
- ☒ FAIR
- ☐ POOR

**SENSORIUM**
- ☒ ALERT
- ☐ LETHARGIC
- ☐ CLOUDED

**THOUGHT CONTENT**
- ☒ LOGICAL/COHERENT THOUGHT PROCESSES
- ☐ PARANOID DELUSIONS
- ☐ GRANDIOSE DELUSIONS
- ☐ BIZARRE DELUSIONS
- ☐ EROTIC DELUSIONS
- ☐ OBSESSIONS/COMPULSIONS

**PERCEPTIONS** denies
- ☐ AUDITORY HALLUCINATIONS
- ☐ VISUAL HALLUCINATIONS
- ☐ DEPERSONALIZATION

## SUBSTANCE ABUSE HISTORY

| SUBSTANCES | LAST USED (TIME /DATE & AMOUNT) | ROUTE | USUAL AMOUNT/FREQUENCY | AGE OF FIRST USE |
|---|---|---|---|---|
| NICOTINE | N/A | | | |
| ALCOHOL | | | | |
| MARIJUANA | | | | |
| AMPHETAMINES | | | | |
| COCAINE | | | | |
| HEROIN | | | | |
| PRESCRIPTION DRUGS | | | | |
| HALLUCINOGENS | | | | |
| INHALANTS | | | | |
| OTHER | | | | |

**HOSPITAL BOX MUST BE CHECKED**

Texas Health Resources                     Patient Identification

ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY
SCREENING & REFERRAL FORM
9985-0836 (04/06) Page 2 of 3
☐ HMHEB   ☐ HMSW   ☐ HMHW_____
☐ HMFW   ☐ HMSPG



HORTON,ELIZABETH,W,
204004143 001 MR# 60021237   OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143001 D⁻ ¯ype: 9025                          CONFIDENTIAL INFORMATION

| DEPENDENCY SYMPTOMS | | | WITHDRAWAL SYMPTOMS | | |
|---|---|---|---|---|---|
| CURRENT | PAST | | CURRENT | PAST | |
| ☐ | ☐ | BLACKOUTS | ☐ | ☐ | SEIZURES |
| ☐ | ☐ | FAMILY PROBLEMS | ☐ | ☐ | SWEATS |
| ☐ | ☐ | LEGAL PROBLEMS | ☐ | ☐ | CRAMPS |
| ☐ | ☐ | WORK PROBLEMS | ☐ | ☐ | AGGRESSION/ASSAULT |
| ☐ | ☐ | FINANCIAL PROBLEMS | ☐ | ☐ | TREMORS |
| ☐ | ☐ | AM USE | ☐ *NA* | ☐ | NAUSEA |
| ☐ *NA* | ☐ | LOSS OF CONTROL | ☐ | ☐ | TINGLING/NUMBNESS |
| ☐ | ☐ | IMPAIRED MEMORY | ☐ | ☐ | DELIRIUM TREMENS/HALLUCINATIONS |
| ☐ | ☐ | SLEEP DISTURBANCE | ☐ | ☐ | DEPRESSION |
| ☐ | ☐ | INCREASED TOLERANCE | ☐ | ☐ | TACHYCARDIA |
| ☐ | ☐ | PREOCCUPATION | ☐ | ☐ | AGITATION |
| ☐ | ☐ | USING TO RELAX, CALM DOWN, SLEEP | ☐ | ☐ | FEVER/CHILLS |
| ☐ | ☐ | OTHERS UPSET/ANGRY WITH YOUR USE | ☐ | ☐ | INCREASED BLOOD PRESSURE |
| ☐ | ☐ | HAVE YOU TRIED TO QUIT USING AND FAILED | | | |
| ☐ | ☐ | FELT GUILTY OR DEPRESSED AFTER USE | | | |

FAMILY HISTORY OF ALCOHOL/DRUG PROBLEMS  ☐ YES  ☒ NO _____

PREVIOUS CD TREATMENT    DATE _____ PLACE __*NONE*_____ HOW LONG SOBER _____

DATE _____ PLACE _____ HOW LONG SOBER _____

LONGEST PERIOD OF SOBRIETY: LENGTH _____ DATE _____

VITAL SIGNS: _____ TIME _____ BP ↑ _____ BP ↓ _____ PULSE _____ RESPIRATION _____ BAL ┆

USE OF AA OR NA  ☐ YES  ☒ NO WHEN _____

SUMMARY: *43 y/o single black female presents with depressed mood. She was recently divorced. She denies thoughts of suicide or homicide currently. She also denies any substance abuse. She reports crying uncontrollably for several weeks.*

## PHYSICIAN DIAGNOSIS AND RECOMMENDATIONS

PHYSICIAN CONTACTED _*Dr. Tajani*_____

AXIS I _*Major depression recurrent severe*_____

AXIS II _*deferred*_____

AXIS III _*cancer in remission*_____

AXIS IV (STRESSORS) ☒ FINANCIAL   ☐ LEGAL   ☒ RELATIONSHIP   ☐ FAMILY   ☒ WORK-RELATED

AXIS V  CURRENT _*40*_   PAST ____

TREATMENT RECOMMENDATIONS _Ψ *IOP*  12-15-06_____

RELEASE OF INFORMATION OBTAINED
☐ PRIMARY CARE PHYSICIAN OR OTHER TREATING PHYSICIAN NOTIFIED   ☐ EMPLOYEE ASSISTANCE PROGRAM NOTIFIED   ☐ THERAPIST
NOTIFIED   ☐ CASE MANAGER NOTIFIED   ☐ OTHER RECEIVING RESOURCES NOTIFIED (DESCRIBE) _____

IF PATIENT DECLINES INPATIENT TREATMENT
☐ YES  ☐ NO     DOES PHYSICIAN BELIEVE PATIENT MEETS CRITERIA FOR INVOLUNTARY HOLD
                IF YES, POLICE WARRANTLESS DETENTION REQUESTED  ☐ YES  ☐ NO
☐ YES  ☐ NO     AMA FORM SIGNED BY PATIENT
☐ YES  ☐ NO     PATIENT AND FAMILY (IF FAMILY AVAILABLE & CONSENT OBTAINED) ADVISED ABOUT EMERGENCY PROCEDURES

FINAL DISPOSITION _*Patient agrees to start* Ψ *IOP*  12-15-06_____

Report and/or copy of PASR Assessment given to (Circle): Inpatient Staff, Outpatient Staff, Emergency Department Staff or other: _____

INTERVIEWER (PRINT) ____ DATE _12-14-06_ ____ TIME _11:30 a.m._

SIGNATURE _*Patrick Gilson LPC*_ SUPERVISING MD _*Dr. Tajani*_

### HOSPITAL BOX MUST BE CHECKED

Texas Health Resources                                          Patient Identification
ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY
SCREENING & REFERRAL FORM
998540836 (04/06) Page 3 of 3
☐ HMHEB   ☐ HMSW   ☐ HMMW
☐ HMFW   ☐ HMSPG

┌ HMHW _____

HORTON,ELIZABETH,W,
204004143 001 MRW 60021237   OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

Case 2:06-cv-00526-MHT-CSC Document 69-7 Filed 02/19/2008 Page 51 of 66

MRN: 60021237HEB Visit: 204004143001 Document e: 9025                          CONFIDENTIAL INFORMATION

## ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY SCREENING & REFERRAL FORM
## MEDICAL HISTORY
### COMPLETE MEDICAL HISTORY IF PATIENT NOT IN EMERGENCY DEPARTMENT OR INPATIENT SETTING

DATE OF LAST PHYSICIAN EXAMINATION ___Nov 20___

NAME OF EXAMINING PHYSICIAN ___Dr. Tajani___

RESULTS OF PHYSICAL EXAMINATION AS DESCRIBED BY PATIENT ___med eval___

PRIMARY CARE PHYSICIAN ___Dr. Looney___ EMERGENCY ROOM PHYSICIAN ___—___

IS PATIENT EXPERIENCING ANY OF THE FOLLOWING PROBLEMS OR SYMPTOMS*

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| DIABETES | ☐ | ☑ | SERIOUS ACCIDENTS OR INJURIES | ☐ | ☑ |
| STROKE | ☐ | ☑ | SURGERIES | ☐ | ☑ |
| HEART DISEASE | ☐ | ☑ | CANCER  in remission | ☑ | ☐ |
| SEIZURES | ☐ | ☑ | LUNG DISEASE | ☐ | ☑ |
| INFECTIONS, UTI, ABSCESSES | ☐ | ☑ | OTHER SERIOUS ILLNESSES | ☐ | ☑ |
| DIFFICULTY BREATHING | ☐ | ☑ | ACUTE PAIN (USE PAIN SCALE RATING 1-10) | ☐ | ☑ |
| WEAKNESS/NUMBNESS/PARALYSIS | ☐ | ☑ | FEVER(S) | ☐ | ☑ |
| BLEEDING | ☐ | ☑ | | | |

IF YES, DESCRIBE ___hypertension___

*DOES THE PATIENT HAVE ANY MEDICAL PROBLEMS THAT REQUIRE IMMEDIATE MEDICAL ATTENTION BY A PHYSICIAN? (IF YES, DESCRIBE) ___NO___

*HAS THERE BEEN ANY NEW MEDICAL PROBLEMS OR ANY CHANGES IN PREVIOUSLY STABILIZED MEDICAL PROBLEMS? (IF YES, DESCRIBE) ___NO___

MEDICATION OR LATEX OR FOOD ALLERGIES: ___NONE KNOWN___

CURRENT MEDICATIONS

| NAME | DOSE | FREQUENCY | PRESCRIBED FOR WHAT CONDITION | BY WHOM |
|---|---|---|---|---|
| Alavide | | | . | Dr. Tajani |
| Effexor | 37.5 mg | 1x daily | increase to 75 mg in 1 week | " |
| Ambien | 10 mg | qhs | stop today | " |
| Lunesta | 3 mg | qhs | start today cost | " |

* IF YES, MAY REQUIRE IMMEDIATE TRANSPORT TO EMERGENCY ROOM.

**HOSPITAL BOX MUST BE CHECKED**

Texas Health Resources

ADULT PSYCHIATRIC AND CHEMICAL DEPENDENCY
SCREENING & REFERRAL FORM
MEDICAL HISTORY

Patient Identification

Form No. ___ (12/05)
☐ HMHEB    ☐ HMSW    ☐ HMNW
☐ HMFW    ☐ HMSPG



HORTON,ELIZABETH,W,
204004143 001 MR# 60021237    OSW
DR. TAJANI,HADI R
12/14/06 MEC F 043 DOB 06/18/63

*9025*

MRN: 60021237HEB Visit: 204004143001 Doc⁻ ⁻e: 1282                                      CONFIDENTIAL INFORMATION

## Harris Methodist Springwood
### (To be completed by patient)

④

Name: _Elizabeth        Horton_____

Reason for Seeking Services: _depression_____

1. Do you need to go to the Emergency Room for any        Yes___ (No)
   of the following: (Please Circle):
       1. Significant Bleeding
       2. Chest Pain
       3. Significant Pain (please give a description of the
       pain)_____
       4. Sudden Confusion
       5. Significant Fever
       6. Recent serious accident without medical attention

Have you recently been seen in an Emergency Room? If yes,        Yes___ (No)
when_____

2. Have you had a recent overdose without seeking medical        Yes___ (No)
attention? If yes, when_____

3. Are you having any thoughts today about hurting yourself        Yes___ (No)
or someone else?

4. Do you have a current plan for how you would hurt yourself        Yes___ (No)
or someone else?

5. Are you currently in any danger of being physically or        Yes___ (No)
sexually abused?

6. Are you having any of the following related to alcohol use?        Yes___ (No)

      Seizures_____  Vomiting_____  Diarrhea_____

7. Do you believe you need to be detoxed from alcohol?        Yes___ (No)

8. Are you using any other drugs?_____        Yes___ (No)

9. Is someone with you now? If yes, who is with you?        Yes___ (No)
    Mother_____  Father_____  Sibling_____  Friend_____
    Spouse_____  Employer_____  EAP_____

10. Are you looking for:
    Inpatient_____                 Medication Referral_____
    Outpatient_X_                 Community Resources_____

HORTON,ELIZABETH,W,
204004143 001 MRN 60021237    OSW
DR. TAJANI,HADI R.
12/14/06 MEC F 043 DOB 06/18/63

*1282*

HEB WOMENS TRIAGE      8176845260           12/29 '06 10:48 NO.848  01/01



# TEXAS HEALTH RESOURCES

### Notice Concerning Admissions Forms
### Recurring Treatments for A Single Diagnosis

This patient, who is being treated at a Texas Health Resources (THR) facility, is
receiving a repetitive service for one episode of care but requires multiple registrations to
meet the standards set by regulatory agencies and the THR central business offices.

The purpose of this form is to alert Health Information Services that the following forms
can be found in the patient's medical record with the original account number (sticker
placed below).  The forms include the Admissions Acknowledgements, Universal
Consent for Treatment, Authorization for Verbal Release of Protected Health
Information, and the original Physician Order for Treatment.

> HORTON,ELIZABETH,W,
> 204004143 001 MR# 60021237   OSW
> DR. TAJANI,HADI R
> 12/15/06 MEC F 043 DOB 06/18/63

It is the practice of Texas Health Resources hospitals to re-admit and have the patient
complete a new set of forms if the patient has a change in benefits, physician, or
diagnosis.  New forms are not required for each visit when the patient is receiving a
repetitive service for the same diagnosis.

> HORTON,ELIZABETH,W,
> 204004143 002 MR# 60021237   OSW
> DR. TAJANI,HADI R
> 01/03/07 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143002 DocTime: 9110                    CONFIDENTIAL INFORMATION

```
MPS008          HARRIS METHODIST SPRINGWOOD              01/03/2007  13:53
                1608 HOSPITAL PARKWAY, BEDFORD, TX 76022
                                              Med Record No: 60021237
----------------------- P A T I E N T ------------------------------
           Fin  Type  Registration     Admit Admit  Admit      Downtime
Patient Id No Class Serv Date     Time  Type  Source Status     Number
204004143 002 MEC  PO  01/03/2007 13:53              1    REC

Infec Code    Confid Info   Smoke   Nurse Sta   Room No
                      4                 OSW

Name,Maiden Name,Previous Name               Observation Date/Time
HORTON,ELIZABETH,W,
                                             Marital Status
                                             D
Address: 1713 ARBOR MILL
City: BEDFORD      State: TX Zip: 76021       Date Of Birth      Age
                                              19630618           043
Phone: (817)685-1103  County:                 Sex: F      Race: 3
Patient Employer:FIDELITY INVESTMENTS         Employer Phone
Next Of Kin: BATTER,TANISHA,                  (817)474-8245
Address:                                      Relationship: DAUGHTER
City: MARIANNA      State: AK Zip: 72360
Phone: (870)270-2588
----------------------- G U A R A N T O R --------------------------
Guaran Name:  HORTON,ELIZABETH,W,
Relationship: PATIENT     D.O.B.: 06/18/1963
Address: 1713 ARBOR MILL
City: BEDFORD      State: TX Zip: 76021
Phone: (817)685-1103
Guaran Occupation:

Employer:FIDELITY INVESTMENTS
Address: 400 LAS COLINAS BLVD E               Length Of Employ: 00 04
City: IRVING       State: TX Zip: 75039-5579  Status:          1
Employee No:       Employer Phone: (214)584-7000
LOS: 0    PRE-CERT:
----------------------- I N S U R A N C E --------------------------
Accident Type:                      Date:         Time:

Carrier-Primary: UNITED HEALTHCARE
Address: 740800
City: ATLANTA        State: GA Zip: 30374-0800
Policy Holder: HORTON,ELIZABETH,W,
Relationship:  PATIENT     Group Policy No:  119174
Cert/Medicare No/Insured Id No: 910619760       Eff Date: 01/01/2006
Phone: (800)842-6202 Employer:  FIDELITY INVESTMENTS

Carrier-Secondary: BLUE CROSS BLUECHOICE PPO
Address: 660044
City: DALLAS         State: TX Zip: 75266-0044
Policy Holder: HORTON,CHRISTOPHER,
Relationship:  SPOUSE      Group Policy No:  119174
Cert/Medicare No/Insured Id No: 910619760       Eff Date: 01/01/2006
Phone: (800)451-0287 Employer:  HYUNADI

Religion: NO PREFERENCE      Church:
----------------------- D I A G N O S I S --------------------------
Chief Complaint/Diagnosis              Case Type:
MDD
Attending Physician: TAJANI, HADI R

Previous Visit   Type    Arrival Transport      Referring Facility
12/15/2006       REC     PRIVATE CAR
```

```
* 9 1 1 0 *
```

MRN: 60021237HEB Visit: 204004143002 Doc Type: 2016                    CONFIDENTIAL INFORMATION

**LEVEL OF CARE:**

___ Psychiatric Partial Hospital Program
_✓_ Psychiatric Intensive Outpatient Program

**DISCHARGE DIAGNOSIS:**
Axis I _Major Depressive d/o recurrent_
Axis II _0_
Axis III _status post breast cancer_
Axis IV _relationship, work, family_
Axis V _50 / 70_

**Date of Discharge:** _1-5-07_

**THE PATIENT'S TREATMENT COURSE INCLUDED:**

_✓_ Medical Management including medication stabilization
_✓_ Nursing Management
_✓_ Group Therapy (Group therapy addressed behavioral and cognitive changes to improve coping with stress and symptomology, and included Goal Setting, Anger Management, Assertive Communication, Self Care, Medication Education, Balancing Life Roles, Stress Management, Family Education, and Process Groups
_✓_ Family/Significant other participated in treatment
___ Family/Significant other did not participate in treatment

**PATIENTS RESPONSE TO TREATMENT:**

___ Increased insight
_✓_ Improved mood
_✓_ Decreased anxiety
_✓_ Stabilization/Remission of Suicidal ideation/intent
_✓_ Increased coping
___ Improved cognition
___ Stabilization/Remission of Danger toward others
_✓_ Increased energy
_✓_ Other _grief + loss_
_✓_ Patient completed recommended programming
___ Patient did not complete recommended programming and was discharged AMA (Against Medical Advice)
___ Patient was unable to benefit from continued treatment at this level of care and was therapeutically discharged

**DISCHARGE RECOMMENDATIONS:**

_✓_ Continue medication regime as prescribed by attending psychiatrist
_✓_ Follow-up appointment with attending psychiatrist on _1-8-07 at 1pm_
_✓_ Follow-up appointment with Primary Care Physician and/or Specialist for _____
_✓_ Follow-up appointment with outpatient psychotherapist _recommended_
___ Patient admitted to higher level of psychiatric care
_____ Inpatient Psychiatric Care at Harris Methodist Springwood
___ Patient transitioned to lower level of psychiatric care
_____ IOP at Harris Methodist Springwood
_✓_ Other Discharge Recommendations _Community resources provided_

Attending Physician: _Hadi Tajani MD_ Signature: _____ Date: _1-5-07_

Clinician: _Gay S. Kibo LMSW_ Signature: _S. Kibo LMSW_ Date: _1-5-07_

**Harris Methodist Springwood**
PSYCHIATRIC TREATMENT DISCHARGE SUMMARY

2016

Electronically signed by HADI
TAJANI, MD on 01-24-2007

HORTON,ELIZABETH,W,
204004143 002 MR# 60021237   OSW
DR. TAJANI,HADI R
01/05/07 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143002 DocType: 2016                                              CONFIDENTIAL INFORMATION

| 1. Teaching Description Family/Patient: | Patient Verbalizes Understanding | | | Family Verbalizes Understanding | | |
|---|---|---|---|---|---|---|
| | Yes | No | N/A | Yes | No | N/A |
| Eliminate access to weapons/stash of meds | | | | | | |
| Adequate rest, nutrition, exercise | | | | | | |
| 2. Patient Instructions to include effects, side effects & any food to drug or drug to drug interactions. | | | | | | |
| Ask your pharmacist or doctor about this medication, including storage or what to do about a missed dose, and any other further questions. | | | | | | |
| Discharge Medications Prescribed: | | | | | | |
| *Effexor XR 75mg Daily* | | | | | | |
| *Lunesta 3mg at bedtime* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | Yes | No | N/A |
|---|---|---|---|
| 3. Patient verbalizes understanding of necessity for medication compliance post discharge. | | | |
| 4. Referrals as Ordered. Discussed: | | | |
| a. Outpatient Program: | | | |
| b. Outpatient follow up with attending physician: *DR. Tajani (Gurnee) 1-8-07 1:00 pm* ✓ | | | |
| c. Individual / Family therapy with: ✓ | | | |
| d. Support Group: *Major Depression* ✓ | | | |
| e. Other Services: | | | |
| f. Chemical Dependency Aftercare attendance _____ times per week | | | |
| g. NA/AA attendance _____ times per week | | | |
| h. Home group/sponsor identified | | | |
| i. PCP and/or other physician: ✓ | | | |
| j. For Pain Management / Medication Management. Other: _____ | | | ✓ |
| 5. Patient verbalizes understanding of discharge instructions and willingness and ability to comply. ✓ | | | |
| 6. Patient verbalizes knowledge of community crisis resources available if needed discharge. ✓ | | | |

I have read and understand instructions as noted above. I have all my belongings and valuables.

X *Elizabeth Horton*                          *1-5-07*
Signature of Patient/Responsible Person                    Date

Other Discipline (if applicable)                          Date
*M Pettway Lcsw*                              *1-5-07*

Other Discipline (if applicable)                          Date
*Juanita Jackson*                             *1-5-07*
Signature of Registered Nurse (if applicable)              Date



**Harris Methodist Springwood**

BEHAVIORAL HEALTH DISCHARGE SUMMARY
FORM 968540743 (REV. 603)

*2016*

HORTON, ELIZABETH, W,
204004143 002 MRN 60021237   DSW
DR. TAJANI, HADI R
01/03/07 MEC  F  043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143002  Doc~~me: 2016          CONFIDENTIAL INFORMATION

| | Yes | No |
|---|---|---|
| Suicidal ideation expressed | | ✓ |
| Delusional ideation expressed | | ✓ |
| Hallucinations identified | | ✓ |
| Explanations of "Yes" items: _____ | | |
| Oriented/Alert | ✓ | |
| Speech rate WNL | ✓ | |
| Speech organized | ✓ | |
| Nutritional Status WNL | ✓ | |
| Explanation of "No" item: _____ | | |
| Patient's perception of discharge: *"I thought I wasn't ready but I'm ok, I will work w an out therapist."* | | |

_Mc_____, LMSW_          _1/3/0_
Staff Signature                     Date

Patient Discharge:
Time _____  Date _____

**CHECK ALL APPLICABLE:**
Ambulatory _____  Wheelchair _____

Ambulance Stretcher _____
  Service _____
To: Home _____ AMA _____ Nursing Home _____
  Order for Protective Custody _____
  Other _____
Unaccompanied _____
Accompanied by _____

**CHECK ALL APPLICABLE:**
Discharge Biophysical Nursing Assessment:
Speech impaired _____  Vision impaired _____
Hearing impaired _____  Mobility impaired _____
Difficulty in bathing self _____
Difficulty in dressing self _____
Difficulty in feeding self _____
Dressing or bandages in place _____
Appliances or supports _____
Explanation of items checked above: _____
_____
_____
_____
_____

HORTON,ELIZABETH,W,
204004143 002 MRN 60021237  OSW
DR. TAJANI,HADI R
01/03/07 MEC F 043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143002 Date Done: 2005

CONFIDENTIAL INFORMATION

*See Attached care plan*

## IOP GOALS AND OBJECTIVES:
### MOOD DISORDER/ALTERATION IN MOOD:
Long Term Goal: Identification of next steps in treatment
Short Term Goals: Stabilize mood    Complete necessary assessment
Treatment Plan assessed weekly and when changes occur

Community reintegration    Make next appointments
Family involvement    Program participation

| Patient objectives established at admit: 1-7-2007 Axis I: | First Review | Progress Review | Progress Review | Progress Review | Outcome Review | Responsible Staff | Intervention(s) |
|---|---|---|---|---|---|---|---|
| Stabilize mood within 15 days. | Symptoms of: | | | | | Counselor RT | RT/Goal Setting & primary counselor to assess and increase behavioral/functioning changes in self care & responsibilities. |
| Complete all assessments within 3 program days. | Health Screen H & P copy | Mental Status PSY eval | Social HX | | | MD/DO Counselor | Social Hx, PSY eval/Mental Status,Educational Assessment Health Screen. Identify needs. |
| Participate in groups to address stressors of: | Pt given info on diagnosis | | | | | Counselor; RN RT; Chaplain | Group Therapy to address coping with specific issues and increase problem solving, life skills, stress management, social interaction, and self care. |
| Comply with med. & lab. Understand med education. Report response to meds. Report allergies: | List Meds: | | | | | MD/DO; Counselor | Med Education Group,to explain meds, purpose, side effects and alternatives. Physician to provide assessment & education. |
| Participate in family group minimum of ___ time(s). | Supportive family member: | | | | | Counselor | Educate patient and family on family role and encourage family participation in multi-family group. |
| Finalize Discharge including resolution of any safety issues. | Safety Issues: Y N Resolution: | | | | | Counselor OTR | Plan for follow up w/ medication, therapy community resources, and support groups. |
| Identify specialized bio-physical/cultural/educational/ psychosocial needs: | | | | | | Identified Staff | Assess, monitor, and refer for pain management/ physical issues, as needed; Specialized groups as ordered; Refer for community resources as needed. Educate and/or refer as indicated. |
| Participate in TX plan changes or crisis management planning: | Crisis plan Weekend plan Contracting | | | | | Identified Staff | Facilitate planning for crisis or relapse and address changes in status as needed. |

Revised 8/06

TREATMENT PLAN

HORTON, ELIZABETH,M,
204004143 002 MRN 60021237    DSM
DR. TAJANI,HADI R
01/05/07 HEC F 043 DOB 04/18/63

2005

Printed by HALLPA1    Page 1    Job # 4284528 at 09/25/07 11:22:40

MRN: 60021237HEB  Visit: 204004143002  Doc Type: 2005

CONFIDENTIAL INFORMATION

**Discharge Plans Reviewed:**
Psychiatrist ____
Individual/Family ____
Support Groups: ____
☑ PCP or other physician ____

____ RTC
____ AA/NA
____ Other resources ____

**Clinical issues not addressed in this hospitalization:**

Rationale: ____

**Estimated date of discharge:** 1-5-07

Referrals/Resources

**Comments:**

| Signatures: | Review Date | Review Date | Review Date | Review Date | Review Date |
|---|---|---|---|---|---|
| **Patient:** I agree to follow the treatment program. <br> X Elizabeth Horton | 1-4-07 | | | | |
| **Physician:** _(illegible signature)_ <br> (Signature indicates confirmation of medical necessity for treatment) | R | | | | |
| **Primary Counselor:** _(illegible signature)_ | RC | | | | |
| **Staff:** M Caldwell LCSW <br> A Singleford etc | MLC <br> SD | | | | |
| , Quingley - MD | AC | | | | |
| Jennifer Johnson | JJ | | | | |
| _(illegible) RN_ | RS | | | | |

Patient Identification:
HORTON, ELIZABETH, W.
204004143 002 MRN 60021237
DR. TAJANI,HADI R                  CSW
01/03/07 MEC  F  043 DOB 06/18/63

MRN: 60021237HEB Visit: 204004143002 Do Type: 2021                          CONFIDENTIAL INFORMATION

| Date  1-3-07 | (Adult) ___ CD ___ (Psych) ___ Inpatient ___ (Outpatient) ___ PHP ___ (IOP) | INITIALS |
| --- | --- | --- |
| | Adolescent        Dual | |

**Mood:** Anxious, (Depressed), Labile, Hypomanic, Manic, Euthymic, Irritable

**ADL's:** Sleep- good/(poor)hrs of sleep /Q_, Appetite- good/ poor, Household functioning- good/(poor) Explain:

**Drug/Alcohol Use:** Explain: Ø

**Mental Status:** (Oriented), (Alert), Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain:                        6K

**Appearance:** (Neat), (Clean), Disheveled, Careless, Inappropriate dress, Explain:

**Thoughts:** (Appropriate), Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal,
Explain:

**Affect:** WNL, Blunted, (Flat), Labile, Anxious, (Tearful), Exaggerated, Guarded, Other –

| **Behavior:** (Participated), Did not participate, (Attentive), Inattentive, Tardy, (Cooperative), Uncooperative (Interactive), Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | INITIALS |
| --- | --- |

**Process Group:** Topic  hurt + anger                Patient issues: very thoroughly addressed
hurt + anger w/ H and his lack of care for Pt ; grief
+ loss of parents + marriage; fear of mobility now finalized

**Patient Participated In Group Therapy/Counseling** (circle and specify content as appropriate)

| | | | | |
| --- | --- | --- | --- | --- |
| Initials _____ Orientation | | Initials _____ Community |
| Initials 6K Goal Setting Problem Solving Skills | | Initials _____ Home Group |
| Initials _____ Occupational Therapy | | Initials _____ C.D. Process |
| Initials _____ Relapse Prevention | | Initials _____ Nutrition |
| Initials _____ Stress Management | | Initials _____ Spirituality |
| Initials 6K Medication Education Depression | | Initials _____ Other |
| Initials _____ Life Skills | | Initials _____ Family Education |
| Initials _____ Physician Lecture | | Initials _____ Intensive Program |
| Initials _____ Stretching | | Initials _____ School |
| Initials _____ Leisure Time | | Initials _____ Peer Review |
| Initials _____ Step Study | | Initials _____ Group Counseling |
| Initials _____ Recreation Therapy | | Initials _____ C.D. Education |

**Notes:** Pt stated that her mom had a stroke when pt was
16 yrs old + confined to wheel chair + pt along w/
F before he died took care of her; mom died
1 day after pt's b'day and father's day and
pt found her dead i bed + went into shock.
Got married quickly thereft + family mistreated
her H + his family; wrongfully arrested + H refused
to get her out of jail for $150 so pt's bro had
to fly to AL to bail pt out. Pt not supported by
H while career occurred + found more Suttons issue
occurred.

  1-3-07  1600

| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN SIGNATURE | DATE/TIME |
| --- | --- | --- | --- |
| CLINICIAN SIGNATURE | DATE/TIME | CLINICIAN/RN SIGNATURE | DATE/TIME |

**HARRIS METHODIST SPRINGWOOD**
**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 1 of 2
(5400)

*2021*

```
HORTON,ELIZABETH,W,
204004143 002 MR# 60021237   OSW
DR. TAJANI,HADI R
01/03/07 MEC F 043 DOB 06/18/63
```

MRN: 60021237HEB Visit: 204004143002 Dc̲ ̲ ̲ e: 2021

CONFIDENTIAL INFORMATION

| Date 1-5-07 | (Adult / Adolescent) | CD | (Psych) | Inpatient | (Outpatient) | (Dual) | (IOP) |
|---|---|---|---|---|---|---|---|

| | INITIALS |
|---|---|
| Mood: Anxious, Depressed, Labile, Hypomanic, Manic, Euthymic, Irritable _mild, slight_ | KB |
| ADL's: Sleep-good, poor-hrs of sleep (2), Appetite- good/(poor), Household functioning- good/(poor) Explain: | |
| Drug/Alcohol Use: Explain: | |
| Mental Status: (Oriented,)(Alert,) Disoriented, Confused, Sleepy, Lethargic, Hallucinating, Delusional, Explain: | |
| Appearance: (Neat,) (Clean,) Disheveled, Careless, Inappropriate dress, Explain: | |
| Thoughts: (Appropriate,) Loose, Tangential, Preoccupied, Racing, Paranoid, Suicidal, Homicidal, Explain: | |
| Affect: (WNL,) Blunted, Flat, Labile, Anxious, (Tearful,) Exaggerated, Guarded, Other – | |

| | INITIALS |
|---|---|
| Behavior: (Participated,) Did not participate, (Attentive,) Inattentive, Tardy, (Cooperative,) Uncooperative, (Interactive,) Withdrawn, Attention-seeking, Disruptive, Impulsive, Slow to join, Passive aggressive, Sarcastic, Manipulative, Quiet, Agitated, Restless | KB |
| Process Group: Topic _Discharge_ Patient issues: _Pt was surprised to find out she was discharging and was questioning whether she was really ready, she became tearful while discussing but maintained a positive attitude and discussed follow up_ | |
| Patient Participated in Group Therapy/Counseling (circle and specify content as appropriate) | KB |

| Initials | | | Initials | | |
|---|---|---|---|---|---|
| Initials _____ | Orientation | | Initials _____ | Community | |
| Initials _KB_ | Goal Setting _Balance_ | | Initials _____ | Home Group | |
| Initials _____ | Occupational Therapy | | Initials _____ | C.D. Process | |
| Initials _____ | Relapse Prevention | | Initials _____ | Nutrition | |
| Initials _____ | Stress Management | | Initials _____ | Spirituality | |
| Initials _____ | Medication Education | | Initials _____ | Other | |
| Initials _KB_ | Life Skills _Hygiene / Self-Care_ | | Initials _____ | Family Education | |
| Initials _____ | Physician Lecture | | Initials _____ | Intensive Program | |
| Initials _____ | Stretching | | Initials _____ | School | |
| Initials _____ | Leisure Time | | Initials _____ | Peer Review | |
| Initials _____ | Step Study | | Initials _____ | Group Counseling | |
| Initials _____ | Recreation Therapy | | Initials _____ | C.D. Education | |

Notes: _Pt set goal to focus on positive thoughts, repeats plans to finally start opening her bedroom blinds and stop isolating in the dark. She identified areas that need work to foster improved self-care and find more balance._

| | KB |
|---|---|

_Kathy Beasley LPC 1-5-07_
CLINICIAN SIGNATURE          DATE/TIME          CLINICIAN SIGNATURE          DATE/TIME

CLINICIAN SIGNATURE          DATE/TIME          CLINICIAN/RN SIGNATURE          DATE/TIME

**INTERDISCIPLINARY FLOW SHEET AND PROGRESS NOTES**
Page 2 of 2
(5/06)

```
HORTON,ELIZABETH,W,
204004143 002 MRN 60021237   DSW
DR. TAJANI,HADI R
01/03/07 MEC  F 043 DOB 06/18/63
```

MRN: 60021237HEB  Visit: 204004143002  DocType: 2021                    CONFIDENTIAL INFORMATION



| DATE | HOUR | EACH NOTE MUST BE IDENTIFIED BY DISCIPLINE NAME AND SIGNED BY LICENSED STAFF |
|------|------|------------------------------------------------------------------------------|
| 1/5/07 | | — Effexor 75 mg. |
| | | — Remeron 3 mg |
| | | Feeling better. Positive, more focused. |
| | | Energy level is better. D/C BLP. |
| | | Cont. c Rx Plan. |

HARRIS METHODIST
H·E·B Hospital
Texas Health Resources
**MULTIDISCIPLINARY PROGRESS NOTES**
998540804 / NS-189 (3/03)
Page 1 of 2

HORTON,ELIZABETH,W.
204004143 002 MR# 60021237    DSW
DR. TAJAMI,HADI R
01/03/07 MEC  F 043 DOB 06/18/63

FG 22058 (09/05)

*2021*

MRN: 60021237HEB Visit: 204004143002 DocType: 1140                    CONFIDENTIAL INFORMATION

LEVEL OF CARE CHANGE

____ Adult
____ Adolescent

DISCHARGE FROM:                            ADMIT TO:
____ Inpatient Psychiatric Unit            ____ Inpatient Psychiatric Unit
____ Inpatient Chemical Dependency         ____ Inpatient Chemical Dependency
____ Psychiatric Partial Hospital Program  ____ Psychiatric Partial Hospital Program
____ Chemical Dependency                   ____ Chemical Dependency
____ Partial Hospital Program              ____ Partial Hospital Program
✓ Psychiatric Intensive Outpatient Program ✓ Psychiatric Intensive Outpatient Program
____ Chemical Dependency                   ____ Chemical Dependency
____ Intensive Outpatient Program          ____ Intensive Outpatient Program
                                           ____ Home or Other
                                                Community Program _____

✓ Include patient in all routine groups and program components for level of care ordered.
____ Include patient in Inpatient Psychiatric Intensive Programming.
____ Include patient in cocaine track.

MENTAL STATUS:
____ Improved
____ Deteriorated
     Describe changes: _____Unchanged_____

PHYSICAL HEALTH
____ Improved
____ Deteriorated
     Describe changes: _____Unchanged_____

CHANGES IN DSM-IV TR DIAGNOSES (AT TRANSITION): Current Diagnosis: _Major Depression_
____ No
____ Yes   If yes, describe: _____

Axis V: Current GAF Score _____

CURRENT MEDICATIONS: _per Medication Profile_
_____
_____

LABS:
✓ UDS PRN
✓ BAL PRN

✓ Copy all records, including consents, from previous level of care.



_____        _12-29-06_        _____
Physician Signature            Date              Time

Physician signature certifies medical necessity for ordered level of care.

## Harris Methodist Spring~
### PHYSICIAN ORDERS
(01/06)
Page 1 of 1

1140 Physician Orders

HORTON,ELIZABETH,W,
204004143 002 MR# 60021237    OSW
DR. TAJANI,HADI R
01/03/07 MEC  F  043 DOB 06/16/63

CONFIDENTIAL INFORMATION

Discharge patient from:    ☐ Psychiatric Program      ☐ CD Program

☐ Inpatient      ☐ Intensive Outpatient Program      ☐PHP

Effective Discharge Date: _1 - 5 -06_ .

☐ See attached orders for diagnosis and medication

Discharge Diagnosis: (Include DSM IV TR frequency and severity digits)

Axis I _296-33_
Axis II _____
Axis III _____
Axis IV _anxious_
Axis V _80-55_

Discharge Medications:
_Effexor xr 75 mg OD_
_Luvesta 3mg_

(may ↑ to 112.5 mg if necessary when seen in OPD)

Discharge Plan:

Patient is to follow-up with the following Springwood Program:

Partial Hospital Program        ☐ Psychiatric        ☐ CD

Intensive Outpatient Program    ☐ Psychiatric  ☐ CD        ☐ Day

Program Start Date: _____

Patient is to follow-up with the following physician(s):

Attending Physician _Tajani_ Appointment Date _1/8/06_
        And/or
Patient's own Psychiatrist _____

Primary Care Physician _____

Medical Reason for PCP follow-up _____

Other Referrals _____

Signature Nurse _Urmila Sikars..._ Date _1-5-07_

Signature Physician _H Taj_ Date _1/5/59_

## HARRIS METHODIST SPRINGWOOD
### DISCHARGE ORDERS
403

HORTON,ELIZABETH,W,
204004143 002 MRN 60021237    OSW
DR. TAJANI,HADI R
01/05/07 MEC F 043 DOB 06/18/63

MRN: 60021237HEB  Visit: 204004143002  Doc Type: 2021

CONFIDENTIAL INFORMATION

| DATE | HOUR | EACH NOTE MUST BE IDENTIFIED BY DISCIPLINE NAME AND SIGNED BY LICENSED STAFF |
|------|------|------------------------------------------------------------------------------|
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      |                                                                              |
|      |      | HORTON,ELIZABETH,W,                                                          |
|      |      | 204004143 002 MR# 60021237   OSW                                            |
|      |      | DR. TAJANI,HADI R                                                           |
|      |      | 01/03/07 MEC F 043 DOB 06/18/63                                             |

MULTIDISCIPLINARY PROGRESS NO
998540804 / NS-189 (3/03)
Page 2 of 2

MRN: 60021237HEB Visit: 204004143002 DocType: 1140

CONFIDENTIAL INFORMATION

  

HARRIS METHODIST H-E-B
New Discharge Prescription Form
DCRX

Page {
PAGE } of }

## NEW DISCHARGE PRESCRIPTION FORM

| Prescription given? | Medication | Strength | How much? | Route? | How Often? | Next Dose | Other Instructions |
|---|---|---|---|---|---|---|---|
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |
| Y☐ N☐ | | | | | | | |

**Discharge Orders**

Date/Time _____    Signature _____    ID#_____

☐  **Instructions and a copy of this form to Patient**      ☐  **Information to next healthcare provider.**

**\*\*\*Please bring this medication record with you to your next physician office visit or on return to the hospital.\*\*\***



1140 Physician Orders

HORTON,ELIZABETH,W,
204004143 002 MR# 60021237    OSW
DR. TAJANI,HADI R
01/03/07 MEC F 043 DOB 06/18/63

REV 12/15/2006 10:59