# EXHIBIT E

# Affidavit

State of Alabama            )
Montgomery County       )

I, Gerald G. Shockley, am employed as a Senior Special Agent with the Alabama Attorney General's Office. I have been employed with this office for twelve years. Prior to my employment with this office, I was employed as a Special Agent with the Federal Bureau of Investigation for twenty five years.

Pursuant to my employment with the Attorney General's Office, I was involved in the investigation wherein Mrs. Elizabeth Horton, who had been terminated from the employment of the Montgomery office of National Seating and Mobility, alleged that her former employer had fraudulently billed the Alabama Medicaid Agency. National Seating and Mobility is a provider of specialized, made to order wheelchairs for crippled children.

This investigation was initiated upon a referral from the Alabama Medicaid Agency. (See attachment #1 – Referral letter)

This case was initially assigned to Special Agent Michael Roeder of the Medicaid Fraud Control Unit. SA Roeder determined that Mrs. Elizabeth Horton was the source of the allegation against National Seating and Mobility. On April 15, 2005 SA Roeder interviewed Mrs. Horton. (See attachment #2) During this interview, SA Roeder made available to Mrs. Horton a listing of all Medicaid recipients who had been provided wheelchairs by National Seating and Mobility's Montgomery office for the period Oct. 1, 2003 through Dec. 31, 2004. Mrs. Horton, who was employed by National Seating and Mobility from April 9, 2004 through June 28, 2004, reviewed the list and placed a check mark by the names of 37 Medicaid recipients whom she alleged were not provided a wheelchair. (See attachment #3 – A listing of the Medicaid recipients wherein Mrs. Horton placed a check mark by the names of 37 recipients)

SA Roeder retired in May 2005 and the above case was assigned to me for further investigation. I made several attempts to re-interview Mrs. Horton however Mrs. Horton failed to keep the appointments. During my investigation, I was able to contact sponsors of 24 of the 37 Medicaid recipient children. It was determined that all 24 of the children received their wheelchairs from National Seating and Mobility, contradicting the allegations made by Mrs. Horton.



EXHIBIT
E

Affidavit of Gerald G. Shockley
Page two

On Aug. 1, 2005, I discussed this case with Assistant Attorney General Bruce M. Lieberman, Director of the Attorney General's Medicaid Fraud Control Unit and after hearing the facts authorized the prosecution of Mrs. Horton, charging her with furnishing a false report to police in violation of Alabama Code 13A-10-9. Asst A. G. Lieberman requested that I file a complaint with the Montgomery County District Court and obtain a warrant for the arrest of Mrs. Horton.

On this same day, Aug. 1, 2005, I appeared before Montgomery County District Court Magistrate Holley Faems, filed a complaint and obtained a warrant for the arrest of Mrs. Elizabeth Horton, charging her with furnishing a false report to police. (See attachment #4-Affidavit and warrant)

On Aug.5, 2005 Montgomery County Sheriff's Office Deputies arrested Elizabeth Horton.

Further the affiant sayeth not.

*[signature]*
GERALD G. SHOCKLEY
Affiant

Sworn and subscribed to before me, a Notary Public for the State of Alabama, on this the 18th day of August, 2006.

*[signature]*
NOTARY PUBLIC
Commission expires: 2/8/09

ALABAMA MEDICAID AGENCY

July 9, 2004

## MEMORANDUM

To: Rochelle Winters, Associate Director
Recipient Review Unit
Program Integrity Division

Thru: Lee Maddox, Deputy Commissioner
Administrative Services

Thru: Mary G. McIntyre, M.D., M.P.H.
Medical Director

From: Felecia S. Barrow, M.P.A.
Associate Director
Prior Approval Unit

Re: Utilization Review Committee Referral – National Seating and Mobility
Provider # : 009814350

*Received 7/12/04*

This memo serves as a referral of the above-referenced provider for **alleged** fraudulent activity.

Our Unit has been made aware of the following potential issues...
- Forgery of recipients' signatures on delivery tickets for durable medical equipment;
- Improper billing practices such as submitting requests for reimbursement of repair items that are already in their stock, ordering the wrong part for wheelchair repairs and subsequently submitting additional PA requests for the same client where the item had already been requested and paid;
- Instructing clients to deliberately leave the date section blank on the delivery ticket so that they may manipulate the date based on the PA conditional approval received from Medicaid;
- Holding requests with outdated prescriptions (Rx) and when Medicaid informs that they must submit a current Rx, they indicate a current date on the old Rx.

More detailed information and specific examples will be provided to you if requested.

A former employee of the company is willing to provide information necessary to assist in any investigation conducted. This ex-employee has filed a Quai Tam lawsuit with the Attorney General's Office.

Should you need additional information, please do not hesitate to contact me at 2-5233 or Debbie Flournoy, RN, Nurse Supervisor, at 3-5949. Thanks.

**Attachment 1**

ALABAMA ATTORNEY GENERAL'S OFFICE
MEDICAID FRAUD DIVISION
INTERVIEW REPORT FORM

June 1, 2005
TRANSCRIPTION DATE

Interview with Michael R. Roeder
Montgomery, AL
Matter ID #77282-001

Michael R. Roeder, former Special Agent Investigator, with the Medicaid Fraud Control Unit of the Alabama Attorney General's Office was contacted concerning an interview he did with Ms. Elizabeth Horton on April 15, 2005. Mr. Roeder was made available the content of the interview he conducted of Ms. Elizabeth Horton on April 15, 2005 and thereafter furnished the following information.

Ms. Elizabeth Horton advised Special Agent Roeder she worked at National Seating & Mobility from March 2004 to June 2004 and she was hired as a billing clerk/office worker and as such did all the Medicaid, Medicare, and private insurance billing. Ms. Horton stated that during the time she worked for National Seating, she was aware on numerous occasions that Medicaid was billed for wheelchairs and other items that were not delivered by National Seating & Mobility. Ms. Horton knew this because several of the patients or their sponsors called her and wanted to know where their equipment was. Ms. Horton stated she kept a record of the patients who called her and has that information at her residence. She advised that she was willing to provide the Attorney General's Office with a copy of her notes backing up her allegation. She stated she questioned one of the owners, Emily Williams, about the problem of not delivering wheelchairs as billed and Ms. Williams told her not to worry about it. Ms. Horton stated that Don Williams and Emily Williams were the two responsible parties for making the delivery of the items billed and that they would falsify delivery tickets.

Ms. Horton advised that in addition to failing to deliver wheelchairs as certified, National Seating would often swap parts back and forth with National Seating in Birmingham such as batteries and would still bill Medicaid for those parts.

Ms. Horton advised that she worked for Kelly Services who placed her at National Seating & Mobility and her services were terminated by National Seating & Mobility because she was too friendly with Felecia Barrows, Associate Director Prior Approval Unit, Medicaid Agency. Mr. Roeder advised that he showed a detailed report of billings

---

DATE OF INTERVIEW June 1, 2005 AT Montgomery, AL

BY Gerald G. Shockley    SPECIAL AGENT

FILE #77282-001

**Attachment 2**

conducted by National Seating & Mobility to Ms. Elizabeth Horton and Ms. Horton reviewed the list and checked the names of the individuals she knew did not receive their equipment. The report covered the period of 10/1/03 – 12/31/04. Ms. Horton advised that the individuals whose names she checked on the billing list set forth above contacted her when she employed at National Seating and wanted to know about the delivery of the wheelchair. In addition, Ms. Horton identified two recipients that National Seating received payment from Medicaid and Blue Cross Blue Shield for the same equipment and never refunded Medicaid.

Ms. Horton advised that she could be contacted at Apt. 914, 2600 Vaughn Lakes Apartments, Montgomery, AL and that she has a telephone number of 334-279-7960 and a work phone of 334-387-8571. She works at the Hyundai Plant from 6:30 a.m. to 3:15 p.m. and is usually home around 3:45 to 4:00 p.m. Ms. Horton has drivers license # 7654783 in Alabama. She has a date of birth of June 18, 1963 with a social security #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.

Ms. Horton advised that she is willing to provide any and all documentation regarding the above matter to the Attorney General's Office.

The Alabama Provider Eligibility list shown to Ms. Horton with names checked by her as recipients who did not receive their wheelchairs is attached and made a part of this interview report.

National Seating & Mobility  10/01/2003 - 12/31/2004

| Full Recipient Name | Recipient Base IC | County | Detail First Date | Procedure | Procedure Code Description | ICN | Performing Prov | Dtl Paid Amount |
|---|---|---|---|---|---|---|---|---|
| ALEXANDER, APRIL N | 000424412346 | 51 | 5/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247202035 | 009814350 | $4,464.80 |
| ALEXANDER, TABRELL S | 000802145908 | 51 | 9/27/2004 | E1399 |  | 0504328202015091 | 009814350 | $334.15 |
| AMOR, ZACHARY | 000260914464 | 51 | 8/4/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504245205286 | 009814350 | $4,550.40 |
| AUSTIN, OCTAVIOUS D | 000424354697 | 57 | 10/31/2003 | E1399 |  | 0504041214169 | 009814350 | $100.61 |
| AUSTIN, OCTAVIOUS D | 000424354697 | 57 | 10/28/2004 | E1399 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504364226098 | 009814350 | $131.84 |
| BAILES, TYLER B | 000766050601 | 35 | 11/14/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504603822281 | 009814350 | $4,958.40 |
| BAILEY, TIARA M | 000907181420 | 51 | 2/16/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504079223257 | 009814350 | $4,496.00 |
| BAKER, KRISTAL L | 000630524267 | 51 | 7/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504231249767 | 009814350 | $3,661.60 |
| BARBER, CODY R | 000422493871 | 09 | 5/14/2004 | E1399 |  | 0504247201401 | 009814350 | $587.10 |
| BARBER, LASHUANTAN D | 000423296579 | 51 | 12/30/2003 | Z5439 |  | 5004113203014 | 009814350 | $727.20 |
| BARBER, LASHUANTAN D | 000423296579 | 51 | 7/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504231249765 | 009814350 | $2,973.60 |
| BILLINGSLEY, DUSTIN V | 000419478102 | 11 | 10/20/2003 | Z5439 |  | 5043323213076 | 009814350 | $2,243.20 |
| BILLINGSLEY, DUSTIN V | 000419478102 | 11 | 9/10/2004 | E1399 |  | 0504343201765 | 009814350 | $494.40 |
| BINS, DEMARIUS | 000802954050 | 24 | 9/3/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504503822814 | 009814350 | $5,028.80 |
| BRADLEY, JESSICA L | 000419358447 | 51 | 12/9/2003 | Z5439 |  | CUSTOMIZED WHEEL CHAIR | 0504225207213 | 009814350 | $427.08 |
| BROOKS, OCTAVIA D | 000803256638 | 09 | 6/25/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504231251230 | 009814350 | $3,892.00 |
| BROOKS, TIMOTHY J | 000937792820 | 41 | 10/24/2003 | E0630 | Patient Lift by patia a restoration | 0504169221140 | 009814350 | $751.00 |
| BROOKS, TIMOTHY J | 000937792820 | 41 | 10/24/2003 | Z5439 |  | 0504169221140 | 009814350 | $866.80 |
| BRYANT, LAKEVEYA T | 000974374080 | 55 | 10/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504352200265 | 009814350 | $7,975.35 |
| BRYANT, LATONDRA N | 000423494691 | 51 | 11/15/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504226200559 | 009814350 | $1,749.60 |
| BURNETTE, ELIZABETH D | 000925590330 | 51 | 8/3/2003 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504139232263 | 009814350 | $4,509.00 |
| BURRELL, MARCUS M | 000382213060 | 66 | 10/30/2003 | Z5439 |  | 0504230200627 | 009814350 | $4,347.20 |
| BURRELL, MARCUS M | 000382213060 | 66 | 7/19/2004 | E1399 |  | 0504231249763 | 009814350 | $351.00 |
| BUTLER, JOEANDREW J | 000420439388 | 51 | 8/6/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504384226100 | 009814350 | $424.80 |
| CALDWELL, DEQUARIOUS J | 000423510789 | 51 | 10/11/2004 | E1399 |  | 5004113203015 | 009814350 | $1,231.20 |
| CALDWELL, JACOB W | 000421255097 | 51 | 12/12/2003 | Z5439 |  |  | 009814350 | $870.00 |
| CALDWELL, JASON W | 000416318646 | 51 | 12/12/2003 | Z5439 |  | 0504132208825 | 009814350 | $941.20 |
| CANNON, LEKESHA L | 000420195342 | 26 | 11/5/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 0504034219426 | 009814350 | $492.76 |

1

| Name | ID | Age | Date | Code | Description | Ref | Claim | Amount |
|---|---|---|---|---|---|---|---|---|
| CARTER, JEREMY D | 000802188268 | 24 | 7/29/2004 | E1399 | | 050423420110 4 | 009814350 | $1,248.00 |
| CHAMBERS, VICTORIA B | 000801689338 | 51 | 10/24/2003 | Z5439 | | 050333621078 9 | 009814350 | $3,878.40 |
| CHAMBERS, VICTORIA B | 000801689338 | 51 | 12/12/2003 | E1399 | | 050401520402 4 | 009814350 | $1,376.40 |
| CHAVERS, JOSHUA T | 000418494613 | 24 | 3/8/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050432121016 3 | 009814350 | $4,568.80 |
| CLACK, DONNA N | 000802868268 | 41 | 10/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050430920090 3 | 009814350 | $4,868.80 |
| CLARK, DRYDEN A | 000803610178 | 57 | 10/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050430920090 1 | 009814350 | $2,096.00 |
| COLE, NADINE | 000424544779 | 35 | 12/31/2003 | K0014 | | 050413922749 5 | 009814350 | $7,767.61 |
| CONNER, MIRANDA L | 000802231308 | 16 | 12/24/2003 | Z5439 | | 050414022927 6 | 009814350 | $1,334.40 |
| COOKS, RICARDO O | 000941934940 | 23 | 12/29/2003 | E1220 | | 050502720122 7 | 009814350 | $4,943.20 |
| COOK, TYLER D | 000800907848 | 23 | 8/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050414620346 1 | 009814350 | $5,103.60 |
| COPELAND, RONALD A | 000242452515 | 26 | 4/1/2004 | E1399 | | 050412420980 6 | 009814350 | $311.86 |
| CORSAW, ANGELA G | 000419136990 | 26 | 12/31/2003 | E1240 | | 050401321335 4 | 009814350 | $1,012.40 |
| CUBA, LOLA S | 000639428512 | 57 | 11/21/2003 | Z5439 | | 050413221075 2 | 009814350 | $2,317.00 |
| DASHER, JOSHUA A | 000417216207 | 62 | 1/22/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050503822333 1 | 009814350 | $1,756.80 |
| DAVIS, DAVID W | 000255718876 | 23 | 10/21/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050503652134 15 | 009814350 | $5,088.00 |
| DAVIS, JORDAN C | 000962824430 | 55 | 12/21/2004 | E1220 | CUSTOMIZED WHEEL CHAIR | 050411320301 8 | 009814350 | $2,621.60 |
| DAVIS, TAMEKA D | 000980104750 | 35 | 12/11/2003 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423223598 2 | 009814350 | $5,213.60 |
| DEARDEN, KIMBERLY N | 000422485483 | 07 | 8/4/2004 | E1399 | | 050427320106 0 | 009814350 | $440.40 |
| DEARDEN, KIMBERLY N | 000422485483 | 07 | 9/9/2004 | E1399 | | 050401520492 5 | 009814350 | $1,185.80 |
| DEBRUNNER, KATHERINE M | 000690762111 | 41 | 12/12/2003 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050426720005 3 | 009814350 | $4,658.40 |
| DEBRUNNER, KATHERINE M | 000690762111 | 41 | 8/27/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 980415523004 3 | 009814350 | $303.20 |
| DEMOSS, JEROME L | 000421277320 | 69 | 2/9/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050416320405 5 | 009814350 | $7,724.87 |
| DENNIS, AUSTIN T | 000910331919 | 62 | 4/9/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050426720106 6 | 009814350 | $4,889.60 |
| DIX, CANDACE L | 000420357096 | 41 | 8/23/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050410023202 8 | 009814350 | $2,168.00 |
| DOMINGUEZ, GISELLA M | 000810537339 | 51 | 2/17/2004 | E1220 | OTHER MOTORIZED/POWER WHEELCHAIR BASE | 050502722266 8 | 009814350 | $4,563.11 |
| DOTSON, MARY J | 000260825227 | 23 | 4/6/2004 | K0014 | CUSTOMIZED WHEEL CHAIR | 050400921218 6 | 009814350 | $3,652.80 |
| DUDLEY, ISHMAEL K | 000803509968 | 51 | 1/29/2004 | Z5439 | | 980503827603 3 | 009814350 | $86.48 |
| DULKIEWICZ, JONATHAN M | 000416552981 | 03 | 8/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050435220026 6 | 009814350 | $3,419.20 |
| EBERHARDT, KATRINA K | 000258474957 | 51 | 8/25/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050434521437 9 | 009814350 | $4,205.60 |
| EDWARDS, VASHAWN D | 000915538300 | 24 | 12/31/2003 | Z5439 | | 050411320722 1 | 009814350 | $2,088.00 |
| FARROW, KEVONYE D | 000423532757 | 41 | 3/18/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050400921218 8 | 009814350 | $4,326.40 |
| FEARS, KENYA L | 000954129470 | 57 | 11/14/2003 | Z5439 | | 050430920090 2 | 009814350 | $1,483.20 |
| FLOURNOY, SHANAE A | 000802103128 | 16 | 9/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | | | |

| Name | ID | Age | Date | Code | Description | Ref | Acct | Amount |
|---|---|---|---|---|---|---|---|---|
| FRAZIER, MELVIN L | 0009101165199 | 41 | 1/16/2004 | E0110 | | 050402920036625 | 009814350 | $56.00 |
| GIBSON, FORREST E | 0002537711789 | 51 | 8/16/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720000599 | 009814350 | $4,695.20 |
| GREENE, KYLE D | 0009101145969 | 62 | 10/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050500042365628 | 009814350 | $2,575.20 |
| HARPER, JESSICA M | 0004232140093 | 23 | 11/5/2003 | Z5439 | | 980402220336022 | 009814350 | $2,860.00 |
| HARRIS, LAJESSA D | 0004221770058 | 41 | 12/30/2003 | E1399 | | 050410153205051 | 009814350 | $228.80 |
| HATCHER, CORNEILIUS O | 0004161320086 | 24 | 10/2/2003 | K0004 | | 980412802990009 | 009814350 | $4.85 |
| HAYES, ARIEL Z | 0004164566443 | 51 | 5/10/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050425322272706 | 009814350 | $217.57 |
| HAYES, CURTAZARIU T | 0009826941100 | 51 | 4/22/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050413222210690 | 009814350 | $3,230.40 |
| HIGGINS, MARCUS A | 0008032534398 | 35 | 5/6/2004 | E1399 | | 050424720030069 | 009814350 | $1,374.84 |
| HIGGINS, MARCUS A | 0008032533988 | 35 | 8/5/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050431249768 | 009814350 | $4,501.60 |
| HIGHTOWER, MICHAEL C | 0004213110608 | 51 | 8/25/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050426720010668 | 009814350 | $4,969.60 |
| HILL, BRANDON M | 0008012500068 | 51 | 1/23/2004 | E1399 | | 050410721815 | 009814350 | $376.27 |
| HILL, BRANDON M | 0008012500688 | 51 | 7/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423125233 | 009814350 | $4,742.40 |
| HILL, LISA C | 0004221150015 | 51 | 11/13/2003 | Z5439 | | 500409720001004 | 009814350 | $4,000.80 |
| HILL, SABRINA N | 0008020515658 | 01 | 8/2/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423125231 | 009814350 | $2,700.00 |
| HILL, TRAVIS L | 7621019947111 | 62 | 4/10/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050413923501 | 009814350 | $441.80 |
| HILL, TRAVIS L | 7621019947111 | 62 | 7/9/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050500423717 | 009814350 | $2,427.40 |
| HINES, EMMANUEL J | 0008006438398 | 56 | 10/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050430920 1646 | 009814350 | $2,162.40 |
| HOVEY, JOHN M | 0004224908820 | 26 | 10/8/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050433520 1426 | 009814350 | $8,792.81 |
| HOVEY, JOHN M | 0004224908820 | 26 | 10/8/2004 | E1399 | | 050433921 0495 | 009814350 | $376.27 |
| HUGHES, SHIANNE M | 0004205104441 | 35 | 7/21/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720 3085 | 009814350 | $3,312.80 |
| IVERSON, MORRIS O | 0008005596558 | 35 | 12/10/2003 | Z5439 | | 050413922 65532 | 009814350 | $2,966.40 |
| IVEY, ERIKA E | 0008001461108 | 56 | 11/14/2003 | Z5439 | | 050400920 8194 | 009814350 | $1,946.40 |
| JENKINS, WILLIAM D | 0002557304041 | 35 | 9/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050435220 4023 | 009814350 | $11,891.01 |
| JENKINS, WILLIAM D | 0002557304041 | 35 | 12/4/2004 | E1399 | | 050503222 00126 | 009814350 | $525.55 |
| JOHNSON, EDWARD D | 0004184587411 | 51 | 5/11/2004 | E1399 | | 980500623 5046 | 009814350 | $124.17 |
| JOHNSON, EDWARD D | 0004184587411 | 51 | 11/5/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050436242 23677 | 009814350 | $2,513.60 |
| JOHNSON, GREGORY T | 0004175179885 | 24 | 11/5/2004 | E1399 | | 050435642 23675 | 009814350 | $292.03 |
| JOHNSON, GREGORY T | 0004175179885 | 24 | 5/13/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720 0597 | 009814350 | $3,089.80 |
| JOHNSON, JAMES D | 0005330463007 | 55 | 10/30/2003 | Z5439 | | 050402020 8700 | 009814350 | $1,035.87 |
| JOHNSON, REBECCA M | 0004223134428 | 35 | 8/30/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050427920 1267 | 009814350 | $502.28 |
| JOHNSON, TIFFANY A | 0009435968660 | 51 | 11/5/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 500411320 3011 | 009814350 | $4,495.75 |
| JOINER, SHAWN G | 0009101443369 | 36 | | Z5439 | | | | |
| JONES, DEANDRE L | 0002543360098 | 57 | 11/19/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050435620 1516 | 009814350 | $4,646.40 |

3

| Name | ID | Age | Date | Code | Description | Ref | Account | Amount |
|---|---|---|---|---|---|---|---|---|
| JONES, DOMINIQUE B | 000803011110 | 51 | 12/8/2003 | E1399 | | 050401521252 | 009814350 | $384.70 |
| JONES, DYLAN K | 000802691610 | 23 | 2/4/2004 | E1399 | | 5040412131283 | 009814350 | $231.90 |
| JONES, KENJI G | 000416332551 | 09 | 12/12/2003 | Z5439 | | 5004113203019 | 009814350 | $359.20 |
| JONES, KENJI G | 000416332551 | 09 | 8/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5040424201102 | 009814350 | $8,080.96 |
| JONES, QUINTON E | 000800492478 | 51 | 8/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5040436422610 | 009814350 | $2,456.40 |
| JORDAN, MARIELA | 000802000038 | 41 | 12/8/2003 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 5040401521251 | 009814350 | $460.40 |
| LANE, CRYSTAL G | 000424350871 | 34 | 3/22/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5041412221611 | 009814350 | $1,587.79 |
| LEDBETTER, EMILY P | 000800105768 | 62 | 5/17/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5042347200593 | 009814350 | $4,652.00 |
| LEWIS, JEFFERY | 000801375608 | 24 | 8/9/2004 | E1399 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5042342200102 | 009814350 | $1,248.00 |
| LOCKHART, CLARENCIA M | 000420174849 | 41 | 10/3/2003 | Z5439 | | 5033232081183 | 009814350 | $1,232.00 |
| LOWERY, JEREMY T | 000590945802 | 16 | 8/10/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5042342200101 | 009814350 | $19,285.84 |
| MACK, GERMANICE S | 000418490654 | 51 | 5/27/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5042472200604 | 009814350 | $4,476.80 |
| MADDEN, NIGEL E | 000801848208 | 41 | 12/29/2003 | Z5439 | | 5004113203002 | 009814350 | $4,411.20 |
| MADDOX, JESSICA N | 841302004711 | 31 | 3/8/2004 | E1399 | | 5042472201406 | 009814350 | $433.77 |
| MADDOX, JESSICA N | 841302004711 | 31 | 7/15/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5042392201075 | 009814350 | $8,637.66 |
| MARLOWE, KIMBERLY E | 000253976665 | 51 | 7/28/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5042347201406 | 009814350 | $4,643.20 |
| MATTHEWS, HILLARY I | 000256836779 | 51 | 5/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5040476205466 | 009814350 | $4,757.60 |
| MCBRIDE, MATTHEW W | 000423434645 | 51 | 10/22/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 5042472002037 | 009814350 | $433.25 |
| MCCORMACK, MICHAEL J | 000803014378 | 26 | 5/12/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5042342200100 | 009814350 | $2,060.00 |
| MCCURDY, BRITTNEY L | 000416253160 | 51 | 8/4/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5042302200628 | 009814350 | $2,794.60 |
| MCGUIRE, MAGGIE N | 000416315283 | 51 | 7/8/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5041182207127 | 009814350 | $9,565.73 |
| MCLEAN, ERICA N | 000802826808 | 01 | 3/10/2004 | E1399 | | 9805038276031 | 009814350 | $978.12 |
| MCLENDON, ASHTON B | 000417391174 | 23 | 8/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5050272201128 | 009814350 | $2,347.60 |
| MCLEOD, SHERITA M | 000419438337 | 23 | 12/29/2004 | E1220 | | 9804245240037 | 009814350 | $5,762.16 |
| MCMILLAN, SHOOTER A | 000417493362 | 41 | 7/9/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5043102208132 | 009814350 | $2,168.00 |
| MILLS, DONALD W | 000419475455 | 16 | 10/15/2004 | E1220 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 5040009209321 | 009814350 | $1,576.00 |
| MITCHELL, ANTORIO T | 000870163560 | 37 | 12/31/2003 | E1399 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5042472202034 | 009814350 | $250.00 |
| MITCHELL, ANTORIO T | 000870163560 | 37 | 5/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5042472200598 | 009814350 | $4,416.80 |
| MITCHELL, BRYSON T | 000801539108 | 16 | 5/13/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5040451219108 | 009814350 | $4,613.60 |
| MITCHUM, DARYL R | 000419451354 | 43 | 11/5/2003 | E1399 | | 5040009209319 | 009814350 | $184.78 |
| MORRIS, JEFFERY W | 000915190970 | 44 | 11/14/2003 | Z5439 | | 5050382233330 | 009814350 | $2,026.40 |
| NEAL, CAMBRE L | 000802897948 | 51 | 12/31/2004 | E1399 | | | 009814350 | $1,374.84 |
| NEAL, TRUMAINE R | 000593245312 | 37 | 7/30/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5042302200629 | 009814350 | $2,343.40 |

4

| Name | ID | Age | Date | Code | Description | Ref | Acct | Amount |
|---|---|---|---|---|---|---|---|---|
| NELSON, CARTER W | 000272881212 | 51 | 7/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423124B766 | 009814350 | $5,712.00 |
| NEVIN, TYLER E | 000417479399 | 24 | 10/24/2003 | Z5439 | | 980400B231015 | 009814350 | $1,961.60 |
| NICHOLS, WESLEY B | 000422451441 | 24 | 12/19/2003 | Z5439 | | 050428120227 | 009814350 | $195.12 |
| NORRIS, KATRINA A | 000947210670 | 35 | 4/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050415320E026 | 009814350 | $1,973.60 |
| OSBORNE, CELENA L | 000419493317 | 26 | 5/10/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720307D | 009814350 | $4,417.60 |
| OSBORNE, CELENA L | 000419493317 | 26 | 5/10/2004 | E1399 | | 050500423711B | 009814350 | $390.31 |
| OSBORN, TAYLOR M | 000424454721 | 41 | 12/19/2003 | Z5439 | | 050411320300S | 009814350 | $1,283.89 |
| PACE, BRANDI L | 000258615338 | 57 | 2/4/2004 | E1220 | | 050412421162S | 009814350 | $4,652.80 |
| PARKS, CURTIS A | 000907724188 | 31 | 11/24/2003 | E1399 | | 050333B217224 | 009814350 | $68.44 |
| PARKS, MAURICE B | 000423474288 | 24 | 10/24/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 050413221310D | 009814350 | $4,755.20 |
| PARKS, MAURICE B | 000423474288 | 24 | 1/13/2004 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 050424720140T | 009814350 | $1,185.60 |
| PARRISH, JAMES T | 000802166618 | 41 | 5/28/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050415622198D | 009814350 | $5,193.60 |
| PASLEY, DARRYAN J | 000259931372 | 51 | 4/2/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720203 | 009814350 | $438.40 |
| PASLEY, DARRYAN J | 000259931372 | 51 | 8/16/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050436422367E | 009814350 | $589.60 |
| PATTERSON, COREY L | 000945528690 | 51 | 10/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050440712055SS | 009814350 | $4,668.00 |
| POLLARD, ZANE W | 000257651459 | 51 | 1/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050440072087DT | 009814350 | $2,303.20 |
| PORTER, TIMOTHY D | 000421316382 | 55 | 12/31/2003 | E1399 | | 050502720024S | 009814350 | $137.56 |
| POSS, COLEMAN H | 000421493008 | 09 | 10/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050411320300G | 009814350 | $3,143.20 |
| PROCTOR, BOBBY J | 000417410299 | 23 | 12/31/2003 | Z5439 | | 050414120670T | 009814350 | $8,890.33 |
| PRYOR, LOREN R | 000326936685 | 51 | 12/16/2003 | Z5439 | | 050430920164T | 009814350 | $2,458.40 |
| RAMSEY, CALLIE R | 000418472385 | 11 | 9/23/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050408220504D | 009814350 | $6,577.00 |
| RELF, RONALD E | 000419510330 | 51 | 10/21/2003 | E0146 | | 050436422609B | 009814350 | $59.80 |
| REYNOLDS, CHRISTINA S | 000800171458 | 55 | 11/14/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050436422610Z | 009814350 | $4,596.00 |
| SALINAS, JOSE E | 000802996168 | 35 | 9/28/2004 | E1399 | | 980435526703T | 009814350 | $1,374.84 |
| SANDERS, KERSTIN W | 000422535289 | 43 | 5/8/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050413923601Z | 009814350 | $522.00 |
| SCOTT, AARON V | 000801028138 | 35 | 12/31/2003 | Z5439 | | 050424303200407 | 009814350 | $552.29 |
| SCOTT, JOSEPH G | 000910279119 | 03 | 8/27/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050430320207D | 009814350 | $550.40 |
| SCOTT, JOSEPH G | 000910279119 | 03 | 8/30/2004 | E1398 | | 050413203212S | 009814350 | $525.55 |
| SENN, TARAH M | 000801637838 | 21 | 12/27/2003 | E1220 | | 980405126403S | 009814350 | $356.00 |
| SENN, TARAH M | 000801637838 | 21 | 12/30/2003 | Z5439 | | 050411320300S | 009814350 | $472.80 |
| SESSIONS, JAYSON T | 000802658448 | 55 | 12/14/2003 | Z5439 | | 050411320300S | 009814350 | $17,223.11 |
| SETZER, FISHER L | 000802553668 | 51 | 1/16/2004 | E1399 | | 050410023030S | 009814350 | $1,042.80 |
| SHUFORD, DECORRY J | 000579998840 | 43 | 12/2/2003 | Z5439 | | 050411320302Z | 009814350 | $4,176.00 |

5

| Name | ID1 | Code | Date | Code2 | Description | Number | Number2 | Amount |
|---|---|---|---|---|---|---|---|---|
| SIMS, JASON R | 000421147159B | 16 | 7/30/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050433392210494 | 009B143S0 | $4,656.80 |
| SIMS, SHAKETHIA L | 000972956670 | 53 | 10/20/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050436422236078 | 009B143S0 | $1,252.00 |
| SINGLETON, HEATHER L | 000417474306 | 26 | 8/11/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050432452017B2 | 009B143S0 | $3,791.20 |
| SMITH, MICHAEL T | 000957970080 | 66 | 7/9/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423124S764 | 009B143S0 | $2,180.00 |
| SMITH, RASHAD H | 000803851880 | 51 | 8/2/2004 | E1399 | | 050426201492 | 009B143S0 | $1,374.84 |
| SMITH, TRAVIS C | 000416531471 | 35 | 9/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050430920900 | 009B143S0 | $3,175.20 |
| SMITH, TRAVIS C | 000416531471 | 35 | 9/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050430920164S | 009B143S0 | $1,185.60 |
| SORRELL, ALLYSON L | 000416417984 | 51 | 2/5/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05043S525703 | 009B143S0 | $682.60 |
| SPEARS, JARVIS M | 000585377973 | 35 | 11/19/2003 | Z5439 | | 050428929100040 | 009B143S0 | $3,279.40 |
| SPENCER, DEENA M | 000525752192 | 57 | 12/12/2003 | E0630 | | 050335720965S | 009B143S0 | $751.09 |
| SPENCER, DEENA M | 000525752192 | 57 | 12/12/2003 | Z5439 | | 050411320S009 | 009B143S0 | $7,289.58 |
| STENSLAND, JAMES C | 000243891651 | 03 | 7/28/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 980432323603S | 009B143S0 | $451.38 |
| STRICKLIN, JEREMY M | 000918198560 | 51 | 12/8/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050436621036S | 009B143S0 | $4,760.20 |
| STUDYMIRE, SHAYLA M | 000936333340 | 51 | 1/17/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 9B0427127603S | 009B143S0 | $476.18 |
| TADAYON, FATEMEH | 000525249B356 | 51 | 8/16/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720140S | 009B143S0 | $408.92 |
| TAYLOR, KEDDRICK L | 000806541700 | 24 | 10/20/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050431020613S | 009B143S0 | $2,174.40 |
| TEAGUE, DESTINY S | 000902725381 | 35 | 8/26/2004 | E1399 | | 0504267201067 | 009B143S0 | $1,231.20 |
| TELLIS, QJUANTRAIV L | 000419498637 | 51 | 12/30/2003 | E1399 | | 050402929109356 | 009B143S0 | $235.78 |
| TELLIS, QJUANTRAIV L | 000419498637 | 51 | 12/10/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050501120106S | 009B143S0 | $2,358.40 |
| THOMPSON, JERMAINE D | 000803325418 | 26 | 10/5/2004 | E1399 | | 050502720022S0 | 009B143S0 | $1,231.20 |
| TIMMONS, JASON C | 000420218406 | 51 | 10/6/2003 | Z5439 | | 050411320301D | 009B143S0 | $4,424.00 |
| TOLBERT, JEFFERY J | 000416338574 | 51 | 11/13/2003 | Z5439 | | 050401320213S63 | 009B143S0 | $3,327.40 |
| TRUELOVE, ZACHARY K | 002596893589 | 51 | 8/16/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720307S | 009B143S0 | $5,163.20 |
| TURNER, JASON A | 000803291988 | 55 | 10/31/2003 | E0146 | | 050403422211 | 009B143S0 | $26.50 |
| TURNER, JASON A | 000803291988 | 55 | 10/31/2003 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 520427B201342 | 009B143S0 | $3,285.36 |
| WADE, DEAUDRE M | 000960B33430 | 51 | 7/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 50041132030D7 | 009B143S0 | $1,422.40 |
| WALKER, ZARIUS O | 000800479160 | 51 | 12/29/2003 | Z5439 | | 050434520B02 | 009B143S0 | $228.90 |
| WASHINGTON, MARQUETTI | 000421219939 | 51 | 4/8/2004 | E1399 | | 050435B201377 | 009B143S0 | $9,811.75 |
| WATTS, JEREMY J | 000416271948 | 51 | 1/23/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05040792232324 | 009B143S0 | $4,936.00 |
| WHITE, JAJIE A | 000421414347 | 09 | 1/21/2004 | E1220 | | 050411720374S | 009B143S0 | $531.32 |
| WHITE, JESSICA L | 000422218198 | 57 | 12/12/2003 | E1399 | | 050411320300B | 009B143S0 | $4,006.40 |
| WHITE, JESSICA L | 000422218198 | 57 | 12/12/2003 | Z5439 | | 520411320B114 | 009B143S0 | $2,232.00 |
| WILBURN, MARKEVIOUS V | 000803191618 | 09 | 12/24/2003 | Z5439 | | 500423620011 | | $253.87 |
| WILLIAMS, ESTRACIA N | 000418337786 | 34 | 12/31/2003 | Z5439 | | | | |

6

| Name | ID | Age | Date | Code | Ref Number | Description | Account | Amount |
|---|---|---|---|---|---|---|---|---|
| WILLIAMS, ESTRACIA N | 000418337786 | 34 | 8/26/2004 | E1220 | 050426720054 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 009814350 | $3,306.40 |
| WILLIAMS, IRVIN C | 000423232249 | 44 | 12/12/2003 | Z5439 | 050411320321 | | 009814350 | $1,134.40 |
| WILLIAMS, JALESSIA L | 000417514224 | 07 | 12/19/2003 | E1399 | 050417420318 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 009814350 | $199.45 |
| WILLIAMS, JAMIAS L | 000416514342 | 51 | 6/29/2004 | E1220 | 980428123019 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 009814350 | $451.89 |
| WILLIAMS, JEWEL G | 000803267888 | 34 | 8/26/2004 | E1220 | 050426720052 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 009814350 | $4,504.00 |
| WILLIAMS, KATARRA C | 000424332295 | 44 | 4/22/2004 | E1220 | 050413221089 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 009814350 | $229.00 |
| WILLIAMS, NATEAVEONE T | 000806445400 | 06 | 12/16/2003 | Z5439 | 050411720673 | | 009814350 | $2,088.00 |
| WILLIAMS, PAMELA L | 000803137218 | 55 | 10/20/2003 | Z5439 | 050332202982 | | 009814350 | $2,291.20 |
| WILSON, RAVEN E | 000803937728 | 51 | 8/11/2004 | E1220 | 050432201695 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 009814350 | $4,891.20 |
| WILSON, TYLYN C | 000802983498 | 24 | 10/24/2003 | Z5439 | 050402208354 | | 009814350 | $4,098.40 |
| WINSTON, DERRICK T | 000921507710 | 24 | 12/31/2003 | Z5439 | 050423201551 | CUSTOMIZED WHEEL CHAIR | 009814350 | $4,360.00 |
| WOFFORD, JESSICA D | 000800483508 | 35 | 5/13/2004 | E1220 | 050424720603 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 009814350 | $3,421.60 |
| WOMBLES, MARY C | 000669127686 | 41 | 10/21/2003 | E0146 | 050400720709 | FOLDING WALKER, WHEELED, WITH SEAT | 009814350 | $148.60 |
| WOOD, EMILY K | 000422396834 | 41 | 1/23/2004 | E1399 | 050413923150 | | 009814350 | $50.00 |
| WORTHINGTON, JOSHUA F | 000420339015 | 26 | 12/20/2004 | E1220 | 050503220125 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 009814350 | $3,549.60 |
| WRIGHT, JEREMIAH D | 000422476361 | 51 | 7/22/2004 | E1220 | 050423020630 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 009814350 | $4,860.40 |
| WYNN, JAVARES M | 000802341388 | 41 | 8/9/2004 | E1399 | 050433921046 | | 009814350 | $1,374.84 |
| WYNN, JAVARES M | 000802341388 | 41 | 8/23/2004 | E1220 | 050426720169 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 009814350 | $4,556.00 |
| | | | | | | | | $91,009.14 |

11

# AFFIDAVIT

Your affiant, Gerald G. Shockley, an Investigator with The Alabama Attorney General's Office, Montgomery, Alabama does hereby depose and affirm that he has conducted an investigation and determined there is probable cause to believe that Elizabeth Horton did on 4/15/05 make a false report to a law enforcement officer employed by the Alabama Attorney General's Office, in violation of Alabama Code 13A-10-9.

On April 15, 2005, Ms. Elizabeth Horton, a former employee of National Seating and Mobility, a company that specializes in special order wheelchairs for handicapped children, Montgomery, Alabama, reported to a Law Enforcement Officer with the Alabama Attorney General's Office, that National Seating and Mobility has fraudulently billed the Alabama Medicaid Agency for wheelchairs they did not deliver as claimed. Elizabeth Horton furnished the names of 37 Medicaid recipients whom she said she had knowledge by virtue of her previous employment, who did not receive delivery of wheelchairs.

Gerald Shockley has contacted 24 of the 37 sponsors for the Medicaid recipients and all 24 sponsors have stated they received the wheelchairs for the Medicaid recipient

Ms. Felicia Barrow, Prior Approval Unit, Alabama Medicaid Agency has been contacted and she has no evidence nor any knowledge that National Seating and Mobility has billed for wheelchairs not delivered other than the verbal allegation made by Elizabeth Horton.

After conducting investigation and only finding evidence refuting the allegation, your affiant concludes there is probable cause to believe Elizabeth Horton knowingly and intentionally furnished a false report to law enforcement on April 15, 2005 when she alleged she had knowledge that wheelchairs had been billed by National Seating and Mobility to the Medicaid Agency that had not been delivered.

_[signature]_
Gerald G. Shockley

Sworn and ascribed before me this _12_ day of August 2005.

_[signature]_
Holly Faehs 832-1324 Dist. Court
Magistrate

**Attachment 4**

```
                              W A R R A N T
  STATE OF ALABAMA          MONTGOMERY COUNTY         DISTRICT   COURT
  AGENCY NUMBER:                  WARRANT NUMBER: WR 2005 000444.00
                                  OTHER CASE NBR:

  TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

  YOU ARE HEREBY COMMANDED TO ARREST    ELIZABETH WALTON HORTON    AND BRING
  HIM/HER BEFORE THE DISTRICT   COURT OF MONTGOMERY COUNTY TO ANSWER THE STATE
   ON A CHARGE(S) OF:
           FALSE REPORTING TO L   CLASS: A   TYPE: M   COUNTS: 001
  AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

  YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
  _____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

  DATED THIS 01 DAY OF AUGUST, 2005.

  BOND SET AT: (1)      $1,500.00   BOND TYPE:
               (2)  _____
               (3)  _____

  JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT
```

CHARGES: FALSE REPORTING TO L   13A-010-009        M  MISDEMEANOR

```
  NAME: ELIZABETH WALTON HORTON        ALIAS: HORTON BETH
  ADDRESS: 2600 VAUGHN LAKES APTS      ALIAS:
  ADDRESS: #914
  CITY: MONTGOMERY       STATE: AL     ZIP: 36117 0000
                                       PHONE: 000 000 0000 EXT: 000

  EMPLOYMENT:
  DOB: 06/18/1963    RACE: B    SEX: F    HAIR: BLK
  EYE: BRO   HEIGHT: 5'05"   WEIGHT: 125
  SID: 000000000   SSN:          DL NUM:
```

                              E X E C U T I O N

         EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
           ( )   PLACING DEFENDANT IN THE MONTGOMERY COUNTY JAIL
           ( )   RELEASING DEFENDANT ON APPEARANCE BOND


  THIS _____ DAY OF _____

                                      _____
                                      SHERIFF

                                      _____
                                      BY

  COMPLAINANT:  SCHOCKLEY GERALD
                11 SO UNION ST
                MONTGOMERY   AL  36130                **ORIGINAL**

  OPERATOR: HOF          DATE: 08/01/2005