# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH HORTON,** | ) | |
| | ) | |
| **Ms. Horton,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 02:06-CV-00526-MHT-DRB** |
| | ) | |
| **DON WILLIAMS, et al.,** | ) | |
| | ) | |
| **Williams.** | ) | |

## AFFIDAVIT OF GERALD G. SHOCKLEY

1.      Pursuant to 28 U.S.C. § 1746, I, Gerald G. Shockley, certify that the following declaration is based upon my personal knowledge as well as business records kept in the ordinary course of business under my custody and control.

2.      I am a Senior Special Agent with the Attorney General's Office, Medicaid Fraud Unit.

3.      After receiving a July 2004 memorandum from Felecia Barrow, then-Associate Director of the Alabama Medicaid Agency, articulating allegations of fraudulent activity reported by a former employee of National Seating and Mobility, I conducted an investigation into the allegations.

4.      Barrow's memorandum stated that a former employee of NSM (later identified Elizabeth Horton) had alleged that NSM was billing for services that had not been rendered, and was forging recipients' names on delivery tickets for equipment that was never delivered. Barrow also indicated that Horton was willing to provide information about her allegations.

5.      A true and correct copy of my August 11, 2005 report on the investigation is attached hereto as Exhibit A.



EXHIBIT
F

6.      Special Agent Michael Roeder, with the Medicaid Fraud Control Unit of the Alabama Attorney General's Office was originally assigned to the case. I reviewed his investigation into the allegations and made notes of the same in my report. Roeder interviewed Horton on April 15, 2005. At that time, Horton alleged that NSM was engaged in fraudulent activity, primarily billing Medicaid for wheelchairs that it had not delivered.

7.      During the course of the investigation, more than 25 individuals, including several of NSM's clients, were interviewed. In fact, 24 out of a sample of 37 Medicaid recipients were contacted. All of the individuals had timely received services and wheelchairs from NSM.

8.      I also interviewed Don Williams. I interviewed Williams on two occasions and my notes from those interviews are included in the attached report. He denied Horton's allegations of fraud and provided delivery tickets and other documentation to show that the wheelchairs for which Medicaid had been billed were in fact delivered to NSM's clients. Williams believed Horton's allegations against NSM were an attempt by Horton to retaliate against NSM because it asked the temporary agency for which she worked to remove her from NSM's Montgomery office.

9.      I also interviewed Danielle Pirkle, a marketing assistant in Franklin, Tennessee with NSM. She reported that after Horton was removed from NSM, Felecia Barrows left a telephone message for her expressing disbelief that Ms. Horton's employment had been terminated. I also interviewed Lois Bodiford, a NSM employee in Birmingham, Alabama, who reported receiving a similar call from Barrow.

10.     As a result of my investigation, I found no support for Horton's allegations that NSM was engaged in fraudulent activity. Further, based upon my investigation, I concluded that Horton's allegation had not been made in good faith. Accordingly, the Attorney General's office

2

filed a complaint against Ms. Horton for making a false report to law enforcement and a warrant

was issued. Ms. Horton was arrested on August 5, 2005. The charges against Ms. Horton were

eventually dismissed after a trial before the District Court of Montgomery County.

11.    Neither NSM nor Don Williams played a role in the decisions to conduct the

investigation, or to charge, arrest, and try Horton, except as witnesses.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

/8_____ day of February, 2008.

Gerald G. Shockley

3

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

<u>August 12, 2005</u>
**TRANSCRIPTION DATE**

# State of Alabama
# Office of the Attorney General



# Summary Report of Investigation

# Elizabeth Horton a.k.a. Beth Walton

# August 11, 2005

# Prepared By:
# Senior Special Agent Gerald G. Shockley

EXHIBIT

A

File #77282-001

# SUMMARY REPORT OF INVESTIGATION

Prepared by:
Gerald G. Shockley
Senior Special Agent

August 11, 2005

Subject:

Elizabeth Horton, a.k.a., Beth Walton
Furnishing a False Report to Law Enforcement
Matter ID #77282-001

Description:         Elizabeth Walton Horton, a.k.a. Beth Walton
D.O.B.              6/18/1963
SSN #               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
Race:               Black
Sex:                Female
Home Address:       2600 Vaughn Lakes Apt. 914, Montgomery, AL 36117
Home Telephone:     334-679-7960
Work Telephone:     334-387-8571
Place of Employment: Hyundai Manufacturing Plant, Montgomery, AL
FBI #649107KB8

Summary:

This investigation was predicated upon receipt of a letter dated 7/9/04 from the Alabama Medicaid Agency wherein it was alleged that National Seating and Mobility of Montgomery, AL, a business specializing in custom made wheelchairs had been involved in improper billing practices with the Alabama Medicaid Agency. The person alleging the improper billing practice is a former employee of National Seating and Mobility identified as Elizabeth Horton who worked at National Seating and Mobility for several months, April through June 2004.

Special Agent Michael Roeder, a law enforcement officer with the Medicaid Fraud Control Unit, Alabama Attorney General's Office, was assigned to this case. Special Agent Roeder caused a computer query to be made of all billings made by National Seating and Mobility, billing the Alabama Medicaid Agency during the period 10/1/2003 – 12/31/2004 and determined through this computer query there were approximately 200 billings by National Seating and Mobility to the Alabama Medicaid Agency. The billings identified the benefiting Medicaid recipient.

On 4/15/05, Special Agent Roeder met with Elizabeth Horton wherein Elizabeth Horton advised that she had been previously employed by National Seating and Mobility and through her employment learned that National Seating and Mobility had billed the Alabama Medicaid Agency for wheelchairs not delivered. She stated she learned of this due to recipient sponsors calling complaining of not receiving the wheelchair. Special

A

Agent Roeder made available to Elizabeth Horton, the above referred to computer printout listing the Medicaid recipients by name. Elizabeth Horton reviewed the list of names and placed a check mark by each of the recipients whom she said did not receive a wheelchair and other related items from National Seating and Mobility. She checked off 37 different Medicaid recipient names. It is noted the wheelchairs are custom built and the average cost of each chair is approximately $4,000 dollars.

Based upon this allegation, 27 of the 37 recipient/sponsors were contacted and all 27 advised they had received the wheelchair in question and had not experienced any difficulties in getting the chair nor had they called and complained about not receiving a wheelchair.

Mr. Don Williams, Manager of National Seating and Mobility was contacted and he made available delivery receipts for all wheelchairs in question. Mr. Williams advised he believed Elizabeth Horton was probably responsible for making the false allegation against National Seating and Mobility. He believed Elizabeth Horton was responsible for the allegation in as much as he had terminated Elizabeth Horton from the employment with National Seating and Mobility and believed she made the false allegations as a vendetta to get even with National Seating and Mobility for terminating her employment. Mr. Williams advised that Elizabeth Horton was a close friend to Ms. Felecia Barrow, Prior Approval Unit of the Alabama Medicaid Agency and that National Seating and Mobility and has felt repercussions from the Medicaid Agency which he believes were taken against National Seating and Mobility because of Elizabeth Horton being terminated. The type of repercussions was, failing to be notified when or where, clinics were being held. Mr. Williams advised that one of the reasons he terminated Elizabeth Horton was that he had warned Ms. Horton not to be close friends with people in the Medicaid Agency due to the fact National Seating and Mobility has a contractual relationship with the Medicaid Agency and he did not want to be accused of possible unethical conduct between National Seating and Mobility and the Medicaid Agency or any employee with the agency. Elizabeth Horton did not discontinue her close relationship with Felecia Barrow and this coupled with poor job performance caused him to terminate Elizabeth Horton.

Mr. Williams advised that after Elizabeth Horton had been terminated, Felecia Barrow attempted to contact Daniele Perkle, National Seating and Mobility, National Headquarters, Franklin,Tennessee, and left a voice mail regarding her (Barrow's) concerns about Elizabeth Horton being terminated. Felecia Barrow did contact Lois Bodiford of the Birmingham office of National Seating and Mobility and voice her objections to Elizabeth Horton being terminated from National Seating and Mobility.

Staff of National Seating and Mobility Headquarters, Franklin, Tennessee has commented that they believed the telephone voice mail left by Felecia Barrow to Daniele Perkle was inappropriate. Staff commented their interpretation of Felecia Barrow's comments as being somewhat threatening and intimidating to National Seating and Mobility.

B

File #77282-001

Felecia Barrow, Prior Approval Unit of the Alabama Medicaid Agency was interviewed and she advised the only information the Medicaid Agency had concerning false billings by National Seating and Mobility to the Medicaid Agency for wheelchairs not delivered, was verbal information received from Elizabeth Horton. Felecia Barrow advised that the Medicaid Agency had no documentation which would suggest that wheelchairs had not been delivered as billed by National Seating and Mobility. She also advised that she did no independent investigation concerning the allegation furnished by Elizabeth Horton.

Assistant Attorney General Bruce Lieberman, after hearing the above, authorized the filing of a criminal complaint charging Elizabeth Horton with making a false report to law enforcement in violation of Alabama Code 13A-10-9.

On 8/1/05, Special Agent Gerald Shockley of the Alabama Attorney General's Office filed a complaint in Montgomery County District Court, Montgomery, AL after which Magistrate Holley Faems issued a warrant for the arrest of Elizabeth Horton charging her with false reporting to a law enforcement officer in violation of Alabama Code 13A-10-09.

On August 5, 2005, the Montgomery County Sheriff's Office arrested Elizabeth Horton after which she was released on a $1500 bond.

C

**File #77282-001**

# INDEX

| Predication | Page# |
|---|---|
| | 1 |
| Computer printout of all billings by National Seating and Mobility to the Medicaid Agency for the period 10/1/2003 – 12/31/2004. | 3 |
| Special Agent Michael Roeder Interview | 12 |
| Alexander, Jeral…Joshua Worthington | 22 |
| Alexander, L.C.…April Alexander | 23 |
| Alfa, Baker…Kristal Baker | 24 |
| Burrell, Melissa…Marcus Burrell | 25 |
| Caldwell, Joe…Jacob and Jason Caldwell | 26 |
| Darby, Vera…Octavia Brooks | 27 |
| Dearden, Tina…Kimberly Dearden | 28 |
| DeBrunner, Mae…Katherine DeBrunner | 29 |
| Dix, Annie…Candace Dix | 30 |
| Gilford, Bernice D…Tiara Bailey and Zachary Amor | 31 |
| Gilford, Bernice D… Joshua Chavers | 32 |
| Higgins, Christina…Marcus Higgins | 33 |
| Hill, Crystal…Sabrina Hill | 34 |
| Hill, Michael…Brandon Hill | 35 |
| Hill, Girtha Mae ….. Travis Hill | 36 |
| Hovey, Donna…John Hovey | 37 |
| Lewis, Ammie…Sheanne Hughes | 38 |
| Peterson, Melon…Curtazarius Hayes | 39 |

*D*

Sims, Courtney...Jason Sims                                            40

Sims, Nellie...Shakethia Sims                                         41

Wilson, Jan...Kimberly E. Marlow & Michael Hightower                  42

Mr. Don Williams                                                     43

Mr. Don Williams                                                     45

Daniele Perkle                                                       46

Lois Bodiford

Felecia Barrow                                                       49

Contact with National Seating and Mobility, Franklin, TN             65

Contact Elizabeth Horton                                             67

*E*

Predication

This investigation was opened in the Medicaid Fraud Control Unit on 2/23/05 based upon information received from the Alabama Medicaid Agency. Documentation furnished by the Medicaid Agency is set forth as follows.

ALABAMA MEDICAID AGENCY

July 9, 2004

<u>MEMORANDUM</u>

To:    Rochelle Winters, Associate Director
Recipient Review Unit
Program Integrity Division

Thru:    Lee Maddox, Deputy Commissioner
Administrative Services

Thru:    Mary G. McIntyre, M.D., M.P.H.
Medical Director

From:    Felecia S. Barrow, M.P.A.
Associate Director
Prior Approval Unit

Re:    Utilization Review Committee Referral – National Seating and Mobility
Provider # : 009814350

*Received 7/12/04*

    This memo serves as a referral of the above-referenced provider for **alleged fraudulent activity.**

    Our Unit has been made aware of the following potential issues...

- Forgery of recipients' signatures on delivery tickets for durable medical equipment;
- Improper billing practices such as submitting requests for reimbursement of repair items that are already in their stock, ordering the wrong part for wheelchair repairs and subsequently submitting additional PA requests for the same client where the item had already been requested and paid;
- Instructing clients to deliberately leave the date section blank on the delivery ticket so that they may manipulate the date based on the PA conditional approval received from Medicaid;
- Holding requests with outdated prescriptions (Rx) and when Medicaid informs that they must submit a current Rx, they indicate a current date on the old Rx.

More detailed information and specific examples will be provided to you if requested.

    A former employee of the company is willing to provide information necessary to assist in any investigation conducted. This ex-employee has filed a Quai Tam lawsuit with the Attorney General's Office.

    Should you need additional information, please do not hesitate to contact me at 2-5233 or Debbie Flournoy, RN, Nurse Supervisor, at 3-5949. Thanks.

The attached is a computer printout of all services, wheelchairs and wheelchair equipment provided by National Seating and Mobility for the period 10/1/03 – 12/31/04 identifying the Medicaid recipient receiving the services/wheelchairs/wheelchair equipment.

10/1/00 - 12/31/04

| P101 | ALABAMA PROVIDER ELIGIBILITY | PAGE 1 |

System Action P1    Message  PRESS PF4 TO PAGE FORWARD OR PF5 TO PAGE BACKWARD

Help

Prov Num  D09B14350  Record Action I  ☑  LChg 51  20021015  65  20021011

Name  NATIONAL SEATIN  G & MOBILITY  Title  UNIQUE ID

Print

**Physical Address**

Addr #1  646 OLIVER ROAD  Phone  3342731112

Addr #2  Toll-Free  8000000000

Enter

City  MONTGOMERY  State AL  Zip  361170000  Fax  3342731148

Contact  WILLIAM M BALLARD  Name Type  4

PF4

County  51  Rural/Urban  1  Med/Cross  Group Provider  Num of Groups  000

PF4

**Indicators**

Type  91
DmE

| | Spec | Eff Date | Stop Date |
|---|---|---|---|
| | V4 | 199B0901 | DmE |
| | | | |
| | | | |
| | | | |

| ABC | DEF | GHI | JKL | MNO |
|---|---|---|---|---|
| 1 | | | | |

PF6

XIX Eff Date  199B1027

Cert Num  Date  Tax ID Name  NATIONAL SEATING & MOBILITY IN

| FEIN | SSN | FSYR | DEA Num | Date | License Num | Date |
|---|---|---|---|---|---|---|
| 621400785 | 000000000 | 12 | | | | |

**National Seating & Mobility  10/01/2003 - 12/31/2004**

| Full Recipient Name | Recipient Base IC | County | Detail First Date | Procedure | Procedure Code Description | ICN | Performing Prov | Dtl Paid Amount |
|---|---|---|---|---|---|---|---|---|
| ALEXANDER, APRIL N | 000424412346 | 51 | 5/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247202035 | 009814350 | $4,464.80 |
| ALEXANDER, TARRELL S | 000802145608 | 51 | 9/27/2004 | E1399 | | 0504328201509 | 009814350 | $334.15 |
| AMOR, ZACHARY | 000260914464 | 51 | 8/4/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504245205286 | 009814350 | $4,560.40 |
| AUSTIN, OCTAVIOUS D | 000424354697 | 57 | 10/31/2003 | E1399 | | 0504041214169 | 009814350 | $100.61 |
| AUSTIN, OCTAVIOUS D | 000424354697 | 57 | 10/28/2004 | E1399 | | 0504041214169 | 009814350 | $131.84 |
| BAILES, TYLER B | 000760050601 | 35 | 11/14/2004 | E1220 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 0504364226098 | 009814350 | $4,958.40 |
| BAILEY, TIARA M | 000907181420 | 51 | 2/16/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0505038222813 | 009814350 | $4,496.00 |
| BAKER, KRISTAL L | 000630524267 | 51 | 7/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504079223257 | 009814350 | $3,661.60 |
| BARBER, CODY R | 000424938671 | 09 | 5/14/2004 | E1399 | | 0504231249767 | 009814350 | $687.10 |
| BARBER, LASHUANTAN D | 000432926679 | 51 | 12/30/2003 | Z5439 | | 0504247201401 | 009814350 | $727.20 |
| BARBER, LASHUANTAN D | 000432926679 | 51 | 7/29/2004 | Z5439 | | 5004113203014 | 009814350 | $2,973.60 |
| BILLINGSLEY, DUSTIN V | 000419478102 | 11, | 11/20/2003 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504231249765 | 009814350 | $2,243.20 |
| BILLINGSLEY, DUSTIN V | 000419478102 | 11, | 9/10/2004 | E1399 | | 0503325213076 | 009814350 | $494.40 |
| BINS, DEMARUS | 000802954050 | 24 | 9/3/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504343201765 | 009814350 | $5,020.80 |
| BRADLEY, JESSICA L | 000419356447 | 51 | 12/9/2003 | Z5439 | | 0506038222814 | 009814350 | $427.08 |
| BROOKS, OCTAVIA D | 000803256633 | 09 | 6/25/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504226220059 | 009814350 | $3,892.00 |
| BROOKS, TIMOTHY J | 000377792820 | 41 | 10/24/2003 | E0630 | Patient Lift hydrolic w/sedt a sling | 0504231251230 | 009814350 | $751.00 |
| BROOKS, TIMOTHY J | 000377792820 | 41 | 10/24/2003 | Z5439 | | 0503352201036 | 009814350 | $866.80 |
| BRYANT, LAKEYA T | 000874374080 | 55 | 10/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504169221140 | 009814350 | $7,976.35 |
| BRYANT, LATONDRA N | 000423494691 | 51 | 11/15/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0506038222812 | 009814350 | $1,749.60 |
| BURNETTE, ELIZABETH D | 000825580330 | 51 | 8/3/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504352200266 | 009814350 | $4,509.00 |
| BURRELL, MARCUS M | 000382213060 | 66 | 10/30/2003 | Z5439 | | 0504364226100 | 009814350 | $4,347.20 |
| BURRELL, MARCUS M | 000382213060 | 66 | 7/9/2004 | E1399 | | 0504139232263 | 009814350 | $351.00 |
| BUTLER, JOEANDREW J | 000420493988 | 51 | 8/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504230200627 | 009814350 | $424.80 |
| CALDWELL, DEQUARIOUS J | 000423510789 | 51 | 10/11/2004 | E1399 | | 0504231249763 | 009814350 | $1,231.20 |
| CALDWELL, JACOB W | 000421255097 | 51 | 12/12/2003 | Z5439 | | 5004113203015 | 009814350 | $870.00 |
| CALDWELL, JASON W | 000418318646 | 51 | 12/12/2003 | Z5439 | | 5004113203016 | 009814350 | $941.20 |
| CANNON, TRISHA L | 000420198342 | 26 | 11/5/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 0504034219426 | 009814350 | $492.76 |

| Name | ID | Age | Date | Code | Description | Claim No | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| CARTER, JEREMY D | 0008021882688 | 24 | 7/29/2004 | E1399 | | 05042342011104 | 009814350 | $1,248.00 |
| CHAMBERS, VICTORIA B | 0008016893338 | 51 | 10/24/2003 | Z5439 | | 05033562107899 | 009814350 | $3,878.40 |
| CHAMBERS, VICTORIA B | 0008016893338 | 51 | 12/12/2003 | E1399 | | 05040152036219 | 009814350 | $1,376.40 |
| CHAVERS, JOSHUA T | 0004184946413 | 24 | 3/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05040152004924 | 009814350 | $4,568.80 |
| CLARK, DONNA N | 0008028682688 | 41 | 10/1/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043212101163 | 009814350 | $4,868.80 |
| CLARK, DRYDEN A | 0008036010178 | 57 | 10/1/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043092009003 | 009814350 | $2,096.00 |
| COLE, NADINE | 0004246544779 | 35 | 12/31/2003 | K0014 | | 05043092009901 | 009814350 | $7,767.61 |
| CONNER, MIRANDA L | 0008022311308 | 16 | 12/24/2003 | Z5439 | | 05041392274995 | 009814350 | $1,334.40 |
| COOKS, RICARDO O | 0009041934940 | 23 | 12/29/2004 | E1220 | | 05041402292276 | 009814350 | $4,943.20 |
| COOK, TYLER D | 0008009078848 | 23 | 8/26/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05050272011127 | 009814350 | $5,103.60 |
| COPELAND, RONALD A | 0002424652615 | 26 | 4/11/2004 | E1399 | | 05042592000043 | 009814350 | $311.86 |
| CORSAW, ANGELA G | 0004191396990 | 26 | 12/31/2003 | E1240 | | 05041242008806 | 009814350 | $1,012.40 |
| CUBA, LOLA S | 0006394285612 | 57 | 11/21/2003 | Z5439 | | 05040132013354 | 009814350 | $7,767.35 |
| DASHER, JOSHUA A | 0004172162307 | 62 | 1/22/2004 | Z5439 | | 05041462030461 | 009814350 | $2,317.00 |
| DAVIS, DAVID W | 0002557188676 | 23 | 10/21/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05041242030806 | 009814350 | $1,756.80 |
| DAVIS, JORDAN C | 0008092824430 | 55 | 12/21/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05060382233331 | 009814350 | $6,086.00 |
| DAVIS, TAMEKA D | 0009080104750 | 35 | 12/11/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 05060352013415 | 009814350 | $2,621.60 |
| DEARDEN, KIMBERLY N | 0004224954483 | 07 | 8/4/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 50041132030018 | 009814350 | $3,213.60 |
| DEARDEN, KIMBERLY N | 0004224954483 | 07 | 9/9/2004 | E1399 | | 05042322036982 | 009814350 | $440.40 |
| DEBRUNNER, KATHERINE N | 0006690762211 | 41 | 12/12/2003 | E1399 | | 05047232010602 | 009814350 | $1,186.80 |
| DEBRUNNER, KATHERINE N | 0006690762211 | 41 | 8/27/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05040152004925 | 009814350 | $4,658.40 |
| DEMOSS, JEROME L | 0004121277320 | 59 | 2/9/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042672000063 | 009814350 | $303.20 |
| DENNIS, AUSTIN T | 0009103319919 | 62 | 4/9/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 98041552330043 | 009814350 | $7,724.87 |
| DIX, CANDACE L | 0042035871096 | 41 | 8/23/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05041532004065 | 009814350 | $4,869.60 |
| DOMINGUEZ, GISELLA M | 0009105373339 | 51 | 7/7/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042672010186 | 009814350 | $4,563.11 |
| DOTSON, MARY J | 0028608826527 | 23 | 4/6/2004 | K0014 | OTHER MOTORIZED/POWER WHEELCHAIR BASE | 05041002233028 | 009814350 | $3,652.80 |
| DUDLEY, ISHMAL K | 0008000509968 | 51 | 12/9/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 05050272222668 | 009814350 | $86.48 |
| DULKIEWICZ, JONATHAN M | 0004166526981 | .03 | 8/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05040052212186 | 009814350 | $3,419.20 |
| EBERHARDT, KATRINA K | 0002584749567 | 51 | 8/25/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 98050382780033 | 009814350 | $4,205.60 |
| EDWARDS, VASHAWN D | 0008015538080 | 24 | 12/31/2003 | Z5439 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043452202266 | 009814350 | $2,088.00 |
| FARROW, KEVONYE D | 0004238523757 | 41 | 3/18/2004 | Z5439 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043462143379 | 009814350 | $4,326.40 |
| FEARS, KENYA L | 0009641294470 | 57 | 11/14/2003 | Z5439 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05041132037221 | 009814350 | $1,483.20 |
| FLOURNOY, SHANAE A | 0008021031283 | 16 | 9/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05040308212188 | 009814350 | $1,483.20 |

| Name | ID | Age | Date | Code | Description | Ref 1 | Ref 2 | Amount |
|---|---|---|---|---|---|---|---|---|
| FRAZIER, MELVIN L | 000910166199 | 41 | 1/6/2004 | E0110 | | 05042028203626 | 009814350 | $56.00 |
| GIBSON, FORREST E | 00253711799 | 41 | 8/16/2004 | | | 0504247200599 | 009814350 | $4,695.20 |
| GREENE, KYLE D | 00091014569 | 62 | 10/1/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0505004286828 | 009814350 | $2,575.20 |
| HARPER, JESSICA M | 000423214083 | 23 | 11/5/2003 | Z5439 | | 9804022236022 | 009814350 | $2,860.00 |
| HARRIS, LAVESSA M | 000422177058 | 41 | 12/30/2003 | E1399 | | 0504152305051 | 009814350 | $228.90 |
| HATCHER, CORNEILIUS O | 000416132086 | 24 | 10/2/2003 | K0004 | | 9804126029009 | 009814350 | $4.85 |
| HAYES, ARIEL Z | 000416456443 | 51 | 6/10/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504265222706 | 009814350 | $217.57 |
| HAYES, CURTAZARU T | 000826894100 | 51 | 4/22/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504132221090 | 009814350 | $3,230.40 |
| HIGGINS, MARCUS A | 000803253398 | 35 | 8/5/2004 | E1399 | | 0504247203060 | 009814350 | $1,374.84 |
| HIGGINS, MARCUS A | 000803253398 | 35 | 8/5/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504281249788 | 009814350 | $4,501.60 |
| HIGHTOWER, MICHAEL C | 000421310508 | 51 | 8/25/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504267201088 | 009814350 | $4,969.60 |
| HILL, BRANDON M | 000801250068 | 51 | 1/23/2004 | E1399 | | 0504107211815 | 009814350 | $376.27 |
| HILL, BRANDON M | 000801250068 | 51 | 11/23/2004 | E1399 | | 0504107211815 | 009814350 | $4,742.40 |
| HILL, LISA C | 000422150015 | 51 | 11/13/2003 | Z5439 | | 0504097201004 | 009814350 | $4,000.80 |
| HILL, SABRINA N | 000802061568 | 01 | 8/2/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504231251231 | 009814350 | $2,700.00 |
| HILL, TRAVIS L | 762101994711 | 62 | 4/10/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504231251231 | 009814350 | $441.80 |
| HILL, TRAVIS L | 762101994711 | 62 | 7/9/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504138235010 | 009814350 | $2,427.40 |
| HINES, EMMANUEL J | 000800643898 | 56 | 10/11/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0506004237117 | 009814350 | $2,513.60 |
| HOVEY, JOHN M | 000422490820 | 26 | 10/8/2004 | E1399 | | 0504309201646 | 009814350 | $2,162.40 |
| HOVEY, JOHN M | 000422490820 | 26 | 10/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504335201426 | 009814350 | $2,792.81 |
| HUGHES, SHIANNE M | 000420810441 | 35 | 7/21/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504339210495 | 009814350 | $3,312.80 |
| IVERSON, MORRIS O | 000800569598 | 51 | 12/10/2003 | Z5439 | | 0504247203065 | 009814350 | $2,966.40 |
| IVEY, ERIKA E | 000800146108 | 56 | 11/14/2004 | Z5439 | | 0504138226532 | 009814350 | $1,946.40 |
| JERKINS, WILLIAM D | 000256730641 | 35 | 9/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504008208194 | 009814350 | $11,891.01 |
| JERKINS, WILLIAM D | 000256730641 | 35 | 12/4/2004 | E1399 | | 0504352204023 | 009814350 | $525.55 |
| JOHNSON, EDWARD D | 000418456741 | 51 | 5/11/2004 | E1399 | | 0505003200126 | 009814350 | $124.17 |
| JOHNSON, GREGORY T | 000417517985 | 24 | 11/5/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 9805006235046 | 009814350 | $2,513.60 |
| JOHNSON, GREGORY T | 000417517985 | 24 | 11/5/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504364223677 | 009814350 | $292.03 |
| JOHNSON, JAMES D | 000533045307 | 55 | 5/13/2004 | E1399 | | 0504364223675 | 009814350 | $3,089.80 |
| JOHNSON, REBECCA M | 000422313428 | 51 | 10/30/2003 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247200597 | 009814350 | $1,035.87 |
| JOHNSON, TIFFANY A | 000943556660 | 51 | 8/30/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504402020708700 | 009814350 | $502.28 |
| JONER, SHAWN G | 000910144369 | 35 | 11/5/2003 | Z5439 | | 500411320300011 | 009814350 | $4,498.75 |
| JONES, DEANDRE L | 000254936098 | 57 | 11/19/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504356820151616 | 009814350 | $4,646.40 |

| Name | Account # | Age | Date | Code | Description | Auth # | Provider # | Amount |
|---|---|---|---|---|---|---|---|---|
| JONES, DOMINIQUE B | 00080301110 | 51 | 12/8/2003 | E1399 | | 05040162112052 | 008814350 | $384.70 |
| JONES, DYLAN K | 00080269116010 | 23 | 2/4/2004 | E1399 | | 05040412131183 | 008814350 | $231.90 |
| JONES, KENJI G | 00041633225561 | 09 | 12/12/2003 | Z5439 | | 50041112030019 | 008814350 | $359.20 |
| JONES, KENJI G | 00041832592551 | 09 | 8/6/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042342011102 | 008814350 | $8,080.96 |
| JONES, QUINTON E | 00070016350 | 09 | 8/28/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043642260101 | 008814350 | $2,456.40 |
| JORDAN, MARIELA A | 00080200038 | 41 | 12/8/2003 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 05040162112051 | 008814350 | $480.40 |
| LANE, CRYSTAL G | 00042435087 | 34 | 3/22/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05041412221161 | 008814350 | $1,587.79 |
| LEDBETTER, EMILY P | 00080010576 | 62 | 5/17/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472020593 | 008814350 | $4,652.00 |
| LEWIS, JEFFERY | 00080137560 | 24 | 8/8/2004 | E1399 | | 05042472200593 | 008814350 | $1,248.00 |
| LOCKHART, CLARENCIA M | 00042174849 | 41 | 10/3/2003 | Z5439 | | 05033232208183 | 008814350 | $1,232.00 |
| LOWERY, JEREMY T | 00025397665 | 16 | 8/10/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042342200101 | 008814350 | $4,476.80 |
| MACK, GERMANICE S | 00041849654 | 51 | 5/27/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042342201550 | 008814350 | $4,471.20 |
| MADDEN, NIGEL E | 00080184208 | 31 | 12/29/2003 | E1399 | | 05041139230423 | 008814350 | $433.77 |
| MADDOX, JESSICA N | 8413020047111 | 31 | 3/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042392010075 | 008814350 | $8,637.66 |
| MARLOWE, KIMBERLY E | 8413020047111 | 51 | 7/15/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042342201075 | 008814350 | $19,285.84 |
| MATTHEWS, HILLARY I | 00256836779 | 51 | 7/28/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472201406 | 008814350 | $4,757.60 |
| MCBRIDE, MATTHEW W | 00042434645 | 51 | 5/6/2004 | Z5439 | CUSTOMIZED WHEEL CHAIR | 05040760205466 | 008814350 | $433.25 |
| MCCORMACK, MICHAEL J | 00080301437 8 | 26 | 10/22/2003 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472202037 | 008814350 | $2,060.00 |
| MCCURDY, BRITTNEY L | 00041625316 0 | 51 | 8/4/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042342200100 | 008814350 | $2,794.60 |
| MCGUIRE, MAGGIE N | 00041631528 3 | 51 | 7/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042342200628 | 008814350 | $9,565.73 |
| MCLEAN, ERICA N | 00080282608 | 01 | 3/10/2004 | E1399 | | 05041182071127 | 008814350 | $978.12 |
| MCLENDON, ASHTON B | 00041739174 | 23 | 8/6/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 98050382766031 | 008814350 | $2,347.60 |
| MCLEOD, SHERITA M | 00041943833 7 | 23 | 1/29/2004 | E1220 | | 98050382766031 | 008814350 | $5,752.16 |
| MCMULLAN, SHOOTER A | 00041749336 2 | 41 | 7/9/2004 | E1220 | | 98042452410037 | 008814350 | $2,168.00 |
| MILLS, DONALD W | 00041947545 5 | 16 | 10/15/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043102081132 | 008814350 | $1,576.00 |
| MITCHELL, ANTORIO T | 00070016350 0 | 37 | 12/31/2003 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 05040092093221 | 008814350 | $250.00 |
| MITCHELL, ANTORIO T | 00070016350 | 37 | 5/26/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472020034 | 008814350 | $4,416.80 |
| MITCHELL, BRYSON T | 00080153910 8 | 16 | 6/13/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042472200598 | 008814350 | $4,613.60 |
| MITCHUM, DARYL R | 00041945135 4 | 43 | 11/5/2003 | E1399 | | 05040612191108 | 008814350 | $184.78 |
| MORRIS, JEFFERY W | 00091519087 0 | 44 | 11/14/2003 | Z5439 | | 05040092080319 | 008814350 | $2,026.40 |
| NEAL, CAMBRE L | 00080287948 | 51 | 12/31/2004 | E1399 | | 05050382233330 | 008814350 | $1,374.84 |
| NEAL, TRUMAINE R | 00059324531 2 | 37 | 7/30/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042302000629 | 008814350 | $2,343.40 |

4

| NELSON, CARTER W | 0002272881212 | 51 | 7/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504231249766 | 008814350 | $5,712.00 |
|---|---|---|---|---|---|---|---|---|
| NEVIN, TYLER E | 0004174793990 | 24 | 10/24/2003 | Z5439 | | 9804008231015 | 008814350 | $1,961.60 |
| NICHOLS, WESLEY B | 0004224551441 | 24 | 12/19/2003 | Z5439 | | 0504281202274 | 008814350 | $195.12 |
| NORRIS, KATRINA A | 0008472106670 | 35 | 4/12/2004 | E1220 | | 0504153206026 | 008814350 | $1,973.60 |
| OSBORNE, CELENA L | 0004194693317 | 26 | 5/10/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0604247203070 | 008814350 | $4,417.60 |
| OSBORNE, CELENA L | 0004194693317 | 26 | 5/10/2004 | E1399 | | 0505000423716 | 008814350 | $390.31 |
| OSBORN, TAYLOR M | 0004244547721 | 41 | 12/19/2003 | Z5439 | | 0504113203005 | 008814350 | $1,283.89 |
| PACE, BRANDI L | 0002588815338 | 57 | 2/4/2004 | E1220 | | 0504124211629 | 008814350 | $4,652.80 |
| PARKS, CURTIS A | 0009027224186 | 31 | 11/24/2003 | E1399 | | 0504342216015 | 008814350 | $68.44 |
| PARKS, MAURICE B | 0004234742288 | 24 | 10/24/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 0503336217224 | 008814350 | $4,765.20 |
| PARKS, MAURICE B | 0004234742288 | 24 | 1/13/2004 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 0504132213100 | 008814350 | $1,185.60 |
| PARRISH, JAMES T | 0008021668618 | 41 | 5/28/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247201407 | 008814350 | $5,193.60 |
| PASLEY, DARRYAN J | 0002653931372 | 51 | 4/2/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504156221980 | 008814350 | $438.40 |
| PASLEY, DARRYAN J | 0002653931372 | 51 | 8/16/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247202031 | 008814350 | $589.60 |
| PATTERSON, COREY L | 0004552286690 | 51 | 10/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504364223676 | 008814350 | $4,668.00 |
| POLLARD, ZANE W | 0002576851459 | 51 | 1/6/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504071205659 | 008814350 | $2,303.20 |
| PORTER, TIMOTHY D | 0004213163882 | 55 | 12/31/2003 | E1399 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504007208707 | 008814350 | $137.56 |
| POSS, COLEMAN H | 0004214693008 | 09 | 10/1/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0505027200249 | 008814350 | $3,143.20 |
| PROCTOR, BOBBY J | 0004171410299 | 23 | 12/31/2003 | Z5439 | | 0504113203006 | 008814350 | $8,890.33 |
| PRYOR, LOREN R | 0003269683685 | 51 | 12/16/2003 | Z5439 | | 0504141206702 | 008814350 | $2,458.40 |
| RAMSEY, CALLIE R | 0004184722385 | 11 | 9/23/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504308201647 | 008814350 | $6,577.00 |
| RELF, RONALD E | 0004195103300 | 51 | 10/21/2003 | E0146 | | 9804082285040 | 008814350 | $59.60 |
| REYNOLDS, CHRISTINA S | 0008001714458 | 55 | 11/14/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504364226099 | 008814350 | $4,596.00 |
| SALINAS, JOSE E | 0008002996168 | 35 | 9/29/2004 | E1399 | | 0504364226102 | 008814350 | $1,374.84 |
| SANDERS, KERSTIN W | 0004225582889 | 43 | 5/6/2004 | | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 9804355267037 | 008814350 | $622.00 |
| SCOTT, AARON V | 0008010028138 | 35 | 12/31/2003 | Z5439 | | 0504139236012 | 008814350 | $552.29 |
| SCOTT, JOSEPH G | 0009102739119 | 03 | 8/27/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504303204070 | 008814350 | $550.40 |
| SCOTT, JOSEPH G | 0008029584448 | 03 | 8/30/2004 | E1399 | | 0504302002125 | 008814350 | $525.55 |
| SENN, TARAH M | 0008016637838 | 21 | 12/27/2003 | E1220 | | 0504051264036 | 008814350 | $356.00 |
| SENN, TARAH M | 0008016637838 | 21 | 12/30/2003 | E1399 | | 9804051264034 | 008814350 | $472.90 |
| SESSIONS, JAYSON T | 0008029584448 | 55 | 12/4/2003 | Z5439 | | 0504113203004 | 008814350 | $17,223.11 |
| SETZER, FISHER L | 0008025536868 | 51 | 1/16/2004 | E1399 | | 0504100230303 | 008814350 | $1,042.80 |
| SHUFORD, DECORRY J | 0009579988640 | 43 | 12/2/2003 | Z5439 | | 5004113203022 | 008814350 | $4,176.00 |

| Name | ID | Age | Date | Code | Description | Ref | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| SIMS, JASON R | 0004214716987 | 16 | 7/30/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043392104947 | 009814350 | $4,656.80 |
| SIMS, SHAKETHIA L | 0009729586670 | 53 | 10/20/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 050436420678 | 009814350 | $1,252.00 |
| SINGLETON, HEATHER L | 0004174743067 | 26 | 8/11/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042452017182 | 009814350 | $3,791.20 |
| SMITH, MICHAEL T | 0005797500807 | 66 | 7/9/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043662103634 | 009814350 | $2,180.00 |
| SMITH, RASHAD H | 0008038511880 | 51 | 8/2/2004 | E1399 | | 0504226201492 | 009814350 | $1,374.84 |
| SMITH, TRAVIS C | 0004166314714 | 35 | 9/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043092010900 | 009814350 | $3,175.20 |
| SMITH, TRAVIS C | 0004166314714 | 35 | 9/29/2004 | E1399 | | 05043092010645 | 009814350 | $1,185.60 |
| SORRELL, ALLYSON L | 0004164179847 | 61 | 2/5/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504356267033 | 009814350 | $682.60 |
| SPEARS, JARVIS M | 0005963778973 | 35 | 11/19/2003 | Z5439 | | 9804299210440 | 009814350 | $3,279.40 |
| SPENCER, DEENA M | 0002527252192 | 57 | 12/12/2003 | E0630 | | 05033572209653 | 009814350 | $751.00 |
| SPENCER, DEENA M | 0002527252192 | 57 | 12/12/2003 | Z5439 | | 5004113203009 | 009814350 | $7,289.58 |
| STENSLAND, JAMES C | 0004243916651 | 03 | 7/28/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 9804323236036 | 009814350 | $451.38 |
| STRICKLIN, JEREMY M | 0009181986601 | 51 | 12/8/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05043653103363 | 009814350 | $4,760.20 |
| STUDYMIRE, SHAYLA M | 0005963333340 | 51 | 1/17/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 9B04271276034 | 009814350 | $476.18 |
| TADAYON, FATEMEH | 0002524983556 | 51 | 8/16/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247201402 | 009814350 | $408.82 |
| TAYLOR, KEDDRICK L | 0008063541700 | 24 | 10/20/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 05042010200133 | 009814350 | $2,174.40 |
| TEAGUE, DESTINY S | 0009072725381 | 26 | 8/26/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504267201067 | 009814350 | $1,231.20 |
| TELLIS, QUANTRAVI L | 0004194986837 | 51 | 12/20/2003 | E1399 | | 05042080200356 | 009814350 | $235.78 |
| TELLIS, QUANTRAVI L | 0004194986837 | 51 | 12/10/2004 | E1399 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504012103053 | 009814350 | $2,358.40 |
| THOMPSON, JERMAINE D | 0008033325418 | 26 | 10/5/2004 | E1399 | | 0505027200220 | 009814350 | $1,231.20 |
| TIMMONS, JASON C | 0004202184406 | 51 | 10/6/2004 | Z5439 | | 0504113203010 | 009814350 | $4,424.00 |
| TOLBERT, JEFFERY J | 0004183389574 | 51 | 11/13/2003 | E1399 | | 0504013133653 | 009814350 | $3,327.40 |
| TRUELOVE, ZACHARY K | 0025969535689 | 51 | 8/16/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504247203073 | 009814350 | $5,163.20 |
| TURNER, JASON A | 0008032918988 | 55 | 10/31/2003 | E0146 | | 0504113203010 | 009814350 | $26.50 |
| WADE, DEAUDRE M | 0009608334430 | 57 | 7/29/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504279201342 | 009814350 | $3,285.36 |
| WALKER, ZARIUS O | 0008004791610 | 51 | 12/29/2003 | Z5439 | | 5004113203007 | 009814350 | $1,422.40 |
| WASHINGTON, MARQUETTI | 0004212189239 | 51 | 4/8/2004 | E1399 | DURABLE MEDICAL EQUIPMENT MISCELLANEOUS | 0504364200802 | 009814350 | $228.90 |
| WATTS, JEREMY J | 0004162719848 | 51 | 12/3/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504358201377 | 009814350 | $9,811.75 |
| WHITE, JAJIE A | 0004214143474 | 09 | 1/23/2004 | E1220 | WHEELCHAIR, SPECIALLY SIZED OR CONSTRUCTE | 0504079222324 | 009814350 | $4,936.00 |
| WHITE, JESSICAL | 0004222181698 | 57 | 12/12/2003 | E1399 | | 0504117203742 | 009814350 | $531.32 |
| WHITE, JESSICAL | 0004222181698 | 57 | 12/12/2003 | Z5439 | | 5004113203008 | 009814350 | $4,006.40 |
| WILBURN, MARKEVIOUS V | 0008031961618 | 09 | 12/24/2003 | Z5439 | | 5204113203114 | 009814350 | $2,232.00 |
| WILLIAMS, ESTRACIA N | 0004183377867 | 34 | 12/31/2003 | Z5439 | | 5004235200011 | 009814350 | $255.87 |

| Name | ID | Age | Date | Code | Description | Claim # | Amount |
|---|---|---|---|---|---|---|---|
| WILLIAMS, ESTRACIA N | 0004183377786 | 34 | 8/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504267200054 | $3,306.40 |
| WILLIAMS, IRVIN C | 0004238232249 | 44 | 12/12/2003 | Z5439 | | 5004113203021 | $1,134.40 |
| WILLIAMS, JALESSIA L | 0004175142224 | 07 | 12/19/2003 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 0504117203218 | $199.45 |
| WILLIAMS, JAMIA L | 0004185714342 | 51 | 6/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504281234019 | $461.89 |
| WILLIAMS, JEWEL G | 0008032267888 | 34 | 8/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504267200052 | $4,604.00 |
| WILLIAMS, KATARRA C | 0004243332285 | 44 | 4/22/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504132221089 | $229.00 |
| WILLIAMS, NATEAVEONE T | 0008064454400 | 06 | 12/16/2003 | Z5439 | | 0504117208673 | $2,088.00 |
| WILLIAMS, PAMELA L | 0008031372218 | 55 | 10/20/2003 | Z5439 | | 0504114350 | $2,291.20 |
| WILSON, RAVEN E | 0008003937728 | 51 | 8/11/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504324201695 | $4,991.20 |
| WILSON, TYLYN C | 0008029863498 | 24 | 10/24/2003 | Z5439 | | 0504028208354 | $4,098.40 |
| WINSTON, DERRICK T | 0009216077710 | 24 | 12/31/2003 | Z5439 | | 0504230201551 | $4,360.00 |
| WOFFORD, JESSICA D | 0008004933508 | 35 | 5/13/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247200603 | $3,421.60 |
| WOMBLES, MARY C | 0006069127886 | 41 | 10/21/2003 | E0146 | FOLDING WALKER, WHEELED, WITH SEAT | 0504007208709 | $148.60 |
| WOOD, EMILY K | 0004223968634 | 41 | 1/23/2004 | E1399 | | 0504139231550 | $50.00 |
| WORTHINGTON, JOSHUA F | 0004203330015 | 26 | 12/20/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0506032200125 | $3,549.60 |
| WRIGHT, JEREMIAH D | 0004224476361 | 51 | 7/22/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504230200830 | $4,860.40 |
| WYNN, JAVARES M | 0008023413388 | 41 | 8/9/2004 | E1399 | | 0504338210496 | $1,374.84 |
| WYNN, JAVARES M | 0008023413388 | 41 | 8/23/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504267201069 | $4,556.00 |

591,009.14

7

11

# ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
## INTERVIEW REPORT FORM

<u>June 1, 2005</u>
**TRANSCRIPTION DATE**

### Interview with Michael R. Roeder
### Montgomery, AL
### Matter ID #77282-001

Michael R. Roeder, former Special Agent Investigator, with the Medicaid Fraud Control Unit of the Alabama Attorney General's Office was contacted concerning an interview he did with Ms. Elizabeth Horton on April 15, 2005. Mr. Roeder was made available the content of the interview he conducted of Ms. Elizabeth Horton on April 15, 2005 and thereafter furnished the following information.

Ms. Elizabeth Horton advised Special Agent Roeder she worked at National Seating & Mobility from March 2004 to June 2004 and she was hired as a billing clerk/office worker and as such did all the Medicaid, Medicare, and private insurance billing. Ms. Horton stated that during the time she worked for National Seating, she was aware on numerous occasions that Medicaid was billed for wheelchairs and other items that were not delivered by National Seating & Mobility. Ms. Horton knew this because several of the patients or their sponsors called her and wanted to know where their equipment was. Ms. Horton stated she kept a record of the patients who called her and has that information at her residence. She advised that she was willing to provide the Attorney General's Office with a copy of her notes backing up her allegation. She stated she questioned one of the owners, Emily Williams, about the problem of not delivering wheelchairs as billed and Ms. Williams told her not to worry about it. Ms. Horton stated that Don Williams and Emily Williams were the two responsible parties for making the delivery of the items billed and that they would falsify delivery tickets.

Ms. Horton advised that in addition to failing to deliver wheelchairs as certified, National Seating would often swap parts back and forth with National Seating in Birmingham such as batteries and would still bill Medicaid for those parts.

Ms. Horton advised that she worked for Kelly Services who placed her at National Seating & Mobility and her services were terminated by National Seating & Mobility because she was too friendly with Felecia Barrows, Associate Director Prior Approval Unit, Medicaid Agency. Mr. Roeder advised that he showed a detailed report of billings

---

DATE OF INTERVIEW <u>June 1, 2005</u> AT <u>Montgomery, AL</u>

BY <u>Gerald G. Shockley</u>    SPECIAL AGENT

FILE #<u>77282-001</u>

**Page 2**

conducted by National Seating & Mobility to Ms. Elizabeth Horton and Ms. Horton reviewed the list and checked the names of the individuals she knew did not receive their equipment. The report covered the period of 10/1/03 – 12/31/04. Ms. Horton advised that the individuals whose names she checked on the billing list set forth above contacted her when she employed at National Seating and wanted to know about the delivery of the wheelchair. In addition, Ms. Horton identified two recipients that National Seating received payment from Medicaid and Blue Cross Blue Shield for the same equipment and never refunded Medicaid.

Ms. Horton advised that she could be contacted at Apt. 914, 2600 Vaughn Lakes Apartments, Montgomery, AL and that she has a telephone number of 334-279-7960 and a work phone of 334-387-8571. She works at the Hyundai Plant from 6:30 a.m. to 3:15 p.m. and is usually home around 3:45 to 4:00 p.m. Ms. Horton has drivers license # 7654783 in Alabama. She has a date of birth of June 18, 1963 with a social security #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.

Ms. Horton advised that she is willing to provide any and all documentation regarding the above matter to the Attorney General's Office.

The Alabama Provider Eligibility list shown to Ms. Horton with names checked by her as recipients who did not receive their wheelchairs is attached and made a part of this interview report.

10/1/03 - 12/31/04

P101                          ALABAMA PROVIDER ELIGIBILITY                    PAGE 1

System Action P1      Message  PRESS PF4 TO PAGE FORWARD OR PF5 TO PAGE BACKWARD

Help

Prov Num  009814350   Record Action 1      LChg 51 20021015 55 20021011
Name  NATIONAL SEATIN   G & MOBILITY     Title      UNIQUE ID

Print

**Physical Address**
Addr #1  646 OLIVER ROAD                          Phone  3342731112
Addr #2                                           Toll Free  8000000000     Enter
City  MONTGOMERY        State AL  Zip 361170000   Fax  3342731148
Contact  WILLIAM M BALLARD                        Name Type 4
PF1

County 51  Rural/Urban 1   Med/Cross       Group Provider      Num of Groups 000    PF4

**Indicators**                           Type 91
                                              DME
ABC   DEF   GHI   JKL   MNO
 1                                  | Spec | Eff Date | Stop Date |     PF6
                                    |------|----------|-----------|
                                    | V4   | 19980901 | DME       |

XIX Eff Date  19981027
Cert Num          Date          Tax ID Name  NATIONAL BEATING & MOBILITY IN

| FEIN | SSN | FSYR | DEA Num | Date | License Num | Date |
|------|-----|------|---------|------|-------------|------|
| 621400785 | 000000000 | 12 | | | | |

1.4

3/3/2005

*(handwritten annotation)* Code E1399 under DME Repair falls as Miscellaneous DME

## National Seating & Mobility  10/01/2003 - 12/31/2004

| Full Recipient Name | Recipient Base IC | County | Detail First Date | Procedure | Procedure Code Description | ICN | Performing Prov Dtl | Paid Amount |
|---|---|---|---|---|---|---|---|---|
| ALEXANDER, APRIL N | 51 | | 5/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720035 | 009814350 | $4,464.80 |
| ALEXANDER, TABRELL S | 51 | | 9/27/2004 | E1399 | | 050432820509 | 009814350 | $334.15 |
| AMOR, ZACHARY | 51 | | 8/4/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424520286 | 009814350 | $4,550.40 |
| AUSTIN, OCTAVIOUS D | 57 | | 10/31/2003 | E1399 | | 050404214169 | 009814350 | $100.61 |
| AUSTIN, OCTAVIOUS D | 57 | | 10/28/2004 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 050436422098 | 009814350 | $131.84 |
| BAILES, TYLER B | 35 | | 11/14/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050503822813 | 009814350 | $4,958.40 |
| BAILEY, TIARA M | 51 | | 2/16/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050407922357 | 009814350 | $4,496.00 |
| BAKER, KRISTAL L | 51 | | 7/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423124976 | 009814350 | $3,661.60 |
| BARBER, CODY R | 51 | | 5/14/2004 | E1399 | | 050424720140 | 009814350 | $587.10 |
| BARBER, LASHUANTAN D | 09 | | 5/14/2004 | E1399 | | 500411320301 | 009814350 | $727.20 |
| BARBER, LASHUANTAN D | 51 | | 12/30/2003 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423124976 | 009814350 | $2,973.60 |
| BILLINGSLEY, DUSTIN V | 51 | | 7/29/2004 | E1220 | | 050323213076 | 009814350 | $2,243.20 |
| BILLINGSLEY, DUSTIN V | 11 | | 10/20/2003 | Z5439 | | 050434320176 | 009814350 | $494.40 |
| BILLINGSLEY, DUSTIN V | 11 | | 9/10/2004 | E1399 | | 050503822281 | 009814350 | $5,028.80 |
| ...INS, DEMARIUS | 24 | | 9/3/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050422520721 | 009814350 | $427.08 |
| BRADLEY, JESSICA L | 51 | | 12/9/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 050423125123 | 009814350 | $3,892.00 |
| BROOKS, OCTAVIA D | 09 | | 6/25/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050335220103 | 009814350 | $751.00 |
| BROOKS, TIMOTHY J | 41 | | 10/24/2003 | E0630 | Patient Lift adjustable w/ seat w/sling *(handwritten)* | 050416922114 | 009814350 | $866.80 |
| BROOKS, TIMOTHY J | 41 | | 10/24/2003 | Z5439 | | 050503822281 | 009814350 | $7,975.35 |
| BRYANT, LAKEVEYA T | 55 | | 10/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050435220026 | 009814350 | $1,749.60 |
| BRYANT, LATONDRA N | 51 | | 11/15/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050422620055 | 009814350 | $4,509.00 |
| BURNETTE, ELIZABETH D | 51 | | 8/3/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050413923226 | 009814350 | $4,347.20 |
| BURRELL, MARCUS M | 66 | | 10/30/2003 | E1399 | | 050423020062 | 009814350 | $351.00 |
| BURRELL, MARCUS M | 66 | | 7/9/2004 | E1399 | | 050423124976 | 009814350 | $424.80 |
| BUTLER, JOEANDREW J | 51 | | 8/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050436422610 | 009814350 | $1,231.20 |
| CALDWELL, DEQUARIOUS | 51 | | 10/11/2004 | E1399 | | 500411320301 | 009814350 | $870.00 |
| CALDWELL, JACOB W | 51 | | 12/12/2003 | Z5439 | | 050413220882 | 009814350 | $941.20 |
| CALDWELL, JASON W | 51 | | 12/12/2003 | Z5439 | | 050403421942 | 009814350 | $492.76 |
| CANNON, LEKESHA L | 26 | | 11/5/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | | | |

| Name | | Number | Date | Code | Description | ID | Amount |
|---|---|---|---|---|---|---|---|
| CARTER, Jerr E. | | 24 | 7/29/2004 | E1399 | | 05042420111104 | 009814350 | 748.00 |
| CHAMBERS, VICTORIA B | | 51 | 10/24/2003 | Z5439 | | 05033362101789 | 009814350 | 878.40 |
| CHAMBERS, VICTORIA B | | 61 | 12/12/2003 | E1399 | | 05040152040924 | 009814350 | $1,376.40 |
| CHAVERS, JOSHUA T | ✓ | 24 | 3/8/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05043212101063 | 009814350 | $4,568.80 |
| CLACK, DONNA N | | 41 | 10/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05043092000903 | 009814350 | $4,868.80 |
| CLARK, DRYDEN A | | 57 | 10/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05043092000901 | 009814350 | $2,096.00 |
| COLE, NADINE | | 35 | 12/31/2003 | K0014 | | 05041392274395 | 009814350 | $7,767.61 |
| CONNER, MIRANDA L | | 16 | 12/24/2003 | Z5439 | | 05041402290276 | 009814350 | $1,334.40 |
| COOKS, RICARDO O | | 23 | 12/29/2004 | E1220 | | 05052720101127 | 009814350 | $4,943.20 |
| COOK, TYLER D | ✓ | 23 | 8/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05042592000043 | 009814350 | $5,103.60 |
| COPELAND, RONALD A | | 26 | 4/1/2004 | E1399 | | 05041462003461 | 009814350 | $311.86 |
| CORSAW, ANGELA G | | 26 | 12/31/2003 | E1240 | | 05041242039806 | 009814350 | $1,012.40 |
| CUBA, LOLA S | | 57 | 11/21/2003 | Z5439 | | 05041013213354 | 009814350 | $7,767.35 |
| DASHER, JOSHUA A | | 62 | 1/22/2004 | E1220 | | 05041322107052 | 009814350 | $2,317.00 |
| DAVIS, DAVID W | | 23 | 10/21/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05050382233331 | 009814350 | $1,756.80 |
| DAVIS, JORDAN C | | 55 | 12/21/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05050352134415 | 009814350 | $5,088.00 |
| DAVIS, TAMEKA D | | 35 | 12/11/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 50041132030018 | 009814350 | $2,621.60 |
| DEARDEN, KIMBERLY N | | 07 | 8/4/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05042232359982 | 009814350 | $5,213.60 |
| DEARDEN, KIMBERLY N | ✓ | 07 | 9/9/2004 | E1399 | | 05042732010060 | 009814350 | $440.40 |
| DEBRUNNER, KATHERINE M | | 41 | 12/12/2003 | E1399 | | 05040152040925 | 009814350 | $1,186.80 |
| DEBRUNNER, KATHERINE M | ✓ | 41 | 8/27/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05042672000053 | 009814350 | $4,658.40 |
| DEMOSS, JEROME L | | 59 | 2/9/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 98041552330043 | 009814350 | $303.20 |
| DENNIS, AUSTIN T | | 62 | 4/9/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05041532040055 | 009814350 | $7,724.87 |
| DIX, CANDACE L | ✓ | 41 | 8/23/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05042672010066 | 009814350 | $4,889.60 |
| DOMINGUEZ, GISELLA M | | 51 | 2/17/2004 | E1220 | | 05041002320028 | 009814350 | $2,169.00 |
| DOTSON, MARY J | | 23 | 4/6/2004 | K0014 | OTHER MOTORIZED/POWER WHEELCHAIR BASE | 05050272226668 | 009814350 | $4,563.11 |
| DUDLEY, ISHMIAL K | | 51 | 12/9/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 05040092121866 | 009814350 | $3,652.80 |
| DULKIEWICZ, JONATHAN M | | .03 | 8/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 98050382760033 | 009814350 | $86.48 |
| EBERHARDT, KATRINA K | | 51 | 8/25/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05043522002266 | 009814350 | $3,419.20 |
| EDWARDS, VASHAWN D | | 24 | 12/31/2003 | Z5439 | | 05043452143879 | 009814350 | $4,205.60 |
| FARROW, KEVONYE D | | 41 | 3/18/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05041132072221 | 009814350 | $2,088.00 |
| FEARS, KENYA L | | 57 | 11/14/2003 | Z5439 | | 05040092121886 | 009814350 | $4,326.40 |
| FLOURNOY, SHANAE A | ✓ | 16 | 9/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05043092000902 | 009814350 | $1,483.20 |

2

| Name | | Date | Code | Description | | | Amount |
|---|---|---|---|---|---|---|---|
| FRAZIER, | 41 | 1/6/2004 | E0110 | ...ECIALLY SIZED OR CONSTRUCTE | 050402203626 | 009814350 | $56.00 |
| GIBSON, FORREST E | 51 | 8/16/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720599 | 009814350 | $395.20 |
| GREENE, KYLE D | 62 | 10/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050500423528 | 009814350 | $2,575.20 |
| HARPER, JESSICA M | 23 | 11/5/2004 | Z5439 | | 980402236022 | 009814350 | $2,860.00 |
| HARRIS, LAJESSA D | 41 | 12/30/2003 | E1399 | | 050416320505 | 009814350 | $228.80 |
| HATCHER, CORNEILUS O | 24 | 10/2/2003 | K0004 | | 980412602009 | 009814350 | $4.85 |
| HAYES, ARIEL Z | 51 | 5/10/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050425322706 | 009814350 | $217.57 |
| HAYES, CURTAZARIU T | 51 | 4/22/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050413221090 | 009814350 | $3,230.40 |
| HIGGINS, MARCUS A | 35 | 5/6/2004 | E1399 | | 050424720369 | 009814350 | $1,374.84 |
| HIGGINS, MARCUS A | 35 | 8/5/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423124768 | 009814350 | $4,501.60 |
| HIGHTOWER, MICHAEL C | 51 | 8/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050426720106 | 009814350 | $4,969.60 |
| HILL, BRANDON M | 51 | 1/23/2004 | E1399 | | 050410721181 | 009814350 | $376.27 |
| HILL, BRANDON M | 51 | 7/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423125123 | 009814350 | $4,742.40 |
| HILL, LISA C | 51 | 11/13/2003 | Z5439 | | 500406720100 | 009814350 | $4,000.80 |
| HILL, SABRINA N | 01 | 8/2/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423125123 | 009814350 | $2,700.00 |
| HILL, TRAVIS L | 62 | 4/10/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050413923501 | 009814350 | $441.80 |
| HILL, TRAVIS L | 62 | 7/9/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050500423717 | 009814350 | $2,427.40 |
| HINES, EMMANUEL J | 56 | 10/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050430920164 | 009814350 | $2,162.40 |
| HOVEY, JOHN M | 26 | 10/8/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050433520142 | 009814350 | $8,792.81 |
| HOVEY, JOHN M | 26 | 10/8/2004 | E1399 | | 050433921049 | 009814350 | $376.27 |
| HUGHES, SHIANNE M | 35 | 7/21/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720306 | 009814350 | $3,312.80 |
| IVERSON, MORRIS O | 35 | 12/10/2003 | Z5439 | | 050413922653 | 009814350 | $2,966.40 |
| IVEY, ERIKA E | 56 | 11/14/2003 | Z5439 | | 050400920819 | 009814350 | $1,946.40 |
| JERKINS, WILLIAM E | 35 | 9/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050435220402 | 009814350 | $11,891.01 |
| JERKINS, WILLIAM D | 35 | 12/24/2004 | E1399 | | 050503220012 | 009814350 | $525.65 |
| JOHNSON, EDWARD D | 51 | 5/11/2004 | E1399 | | 980500623504 | 009814350 | $124.17 |
| JOHNSON, GREGORY D | 24 | 11/5/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050436422367 | 009814350 | $2,513.60 |
| JOHNSON, GREGORY T | 24 | 11/5/2004 | E1399 | | 050436422367 | 009814350 | $292.03 |
| JOHNSON, JAMES D | 55 | 5/13/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720059 | 009814350 | $3,089.80 |
| JOHNSON, REBECCA M | 35 | 10/30/2003 | Z5439 | | 050402020870 | 009814350 | $1,035.87 |
| JOHNSON, TIFFANY A | 51 | 8/30/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050427920126 | 009814350 | $502.28 |
| JOINER, SHAWN G | 35 | 11/5/2003 | Z5439 | | 500411320301 | 009814350 | $4,495.75 |
| JONES, DEANDRE L | 57 | 11/19/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050435620151 | 009814350 | $4,646.40 |

3

| B | | | | | | | |
|---|---|---|---|---|---|---|---|
| JONES, D... | 51 | 12/8/2003 | E1399 | | 0504015211252 | 009814350 | $384.70 |
| JONES, DYLAN | 23 | 2/4/2004 | E1399 | | 050404121318183 | 009814350 | $31.90 |
| JONES, KENJI G | 09 | 12/12/2003 | Z5439 | | 5004113203019 | 009814350 | $359.20 |
| JONES, KENJI G | 09 | 8/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423420101102 | 009814350 | $8,080.96 |
| JONES, QUINTON E | 51 | 8/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050436422610 | 009814350 | $2,456.40 |
| JORDAN, MARIEL A | 41 | 12/8/2003 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 050401521251 | 009814350 | $460.40 |
| LANE, CRYSTAL G | 34 | 3/22/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050414122161 | 009814350 | $1,587.79 |
| LEDBETTER, EMILY P | 62 | 5/17/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 05042472009593 | 009814350 | $4,652.00 |
| LEWIS, JEFFERY | 24 | 8/9/2004 | E1399 | | 050423420010 | 009814350 | $1,248.00 |
| LOCKHART, CLARENCIA M | 41 | 10/3/2003 | Z5439 | | 050332320183 | 009814350 | $1,232.00 |
| LOWERY, JEREMY T | 16 | 8/10/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423420101 | 009814350 | $19,285.84 |
| MACK, GERMANICE S | 51 | 5/27/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720060 | 009814350 | $4,476.80 |
| MADDEN, NIGEL E | 41 | 12/29/2003 | Z5439 | | 5004113203002 | 009814350 | $4,411.20 |
| MADDOX, JESSICA N | 31 | 3/8/2004 | E1399 | | 0504139230423 | 009814350 | $433.77 |
| MADDOX, JESSICA N | 31 | 7/15/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504238201075 | 009814350 | $8,637.66 |
| MARLOWE, KIMBERLY E | 51 | 7/28/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504230201650 | 009814350 | $4,643.20 |
| MATTHEWS, HILLARY I | 51 | 5/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247201406 | 009814350 | $4,757.60 |
| MCBRIDE, MATTHEW W | 51 | 10/2/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 0504076205466 | 009814350 | $433.25 |
| MCCORMACK, MICHAEL J | 26 | 5/12/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247202037 | 009814350 | $2,060.00 |
| MCCURDY, BRITTNEY L | 51 | 8/4/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504234200100 | 009814350 | $2,794.60 |
| MCGUIRE, MAGGIE N | 51 | 7/8/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504230200628 | 009814350 | $9,565.73 |
| MCLEAN, ERICA N | 01 | 3/10/2004 | E1399 | | 0504118207127 | 009814350 | $978.12 |
| MCLENDON, ASHTON B | 23 | 8/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 8805038276031 | 009814350 | $2,347.60 |
| MCLEOD, SHERITA M | 23 | 12/29/2004 | E1220 | | 0505027201128 | 009814350 | $5,752.16 |
| MCMULLAN, SHOOTER A | 41 | 7/9/2004 | E1220 | | 9804245240037 | 009814350 | $2,168.00 |
| MILLS, DONALD W | 16 | 10/15/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504310208132 | 009814350 | $1,576.00 |
| MITCHELL, ANTORIO T | 37 | 12/31/2003 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 0504009209321 | 009814350 | $250.00 |
| MITCHELL, ANTORIO T | 37 | 5/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247202034 | 009814350 | $4,416.80 |
| MITCHELL, BRYSON T | 16 | 5/13/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247200598 | 009814350 | $4,613.60 |
| MITCHUM, DARYL R | 43 | 11/5/2003 | E1399 | | 0504061219108 | 009814350 | $184.78 |
| MORRIS, JEFFERY W | 44 | 11/14/2003 | Z5439 | | 0504009200319 | 009814350 | $2,026.40 |
| NEAL, CAMBRE L | 51 | 12/31/2004 | E1399 | | 0505038223330 | 009814350 | $1,374.84 |
| NEAL, TRUMAINE R | 37 | 7/30/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504230200629 | 009814350 | $2,343.40 |

4

| Name | | No. | Date | Code | Description | ID | | Amount |
|---|---|---|---|---|---|---|---|---|
| NELSON, ...W | | 51 | 7/29/2004 | E1220 | WHEE "PECIALLY SIZED OR CONSTRUCTE | 050423249766 | 009814350 | 712.00 |
| NEVIN, TYLER | | 24 | 10/24/2003 | Z5439 | | 9804008231015 | 009814350 | 961.60 |
| NICHOLS, WESLEY B | | 24 | 12/19/2003 | Z5439 | | 0504281202274 | 009814350 | $195.12 |
| NORRIS, KATRINA A | | 35 | 4/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504163206028 | 009814350 | $1,973.60 |
| OSBORNE, CELENA L | | 26 | 5/10/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247203070 | 009814350 | $4,417.60 |
| OSBORNE, CELENA L | | 26 | 5/10/2004 | E1399 | | 0505004237116 | 009814350 | $390.31 |
| OSBORN, TAYLOR M | | 41 | 12/19/2003 | Z5439 | | 5004113203005 | 009814350 | $1,283.89 |
| PACE, BRANDI L | | 57 | 2/4/2004 | E1220 | | 05041242111629 | 009814350 | $4,652.80 |
| PARKS, CURTIS A | | 31 | 11/24/2003 | E1399 | | 0503342216015 | 009814350 | $68.44 |
| PARKS, MAURICE B | | 24 | 10/24/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 0503336217224 | 009814350 | $4,755.20 |
| PARKS, MAURICE B | | 24 | 1/13/2004 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 0504132213100 | 009814350 | $1,185.60 |
| PARRISH, JAMES T | | 41 | 5/28/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247201407 | 009814350 | $5,193.60 |
| PASLEY, DARRYAN J | | 51 | 4/2/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504166221980 | 009814350 | $438.40 |
| PASLEY, DARRYAN J | | 51 | 8/16/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247202031 | 009814350 | $589.60 |
| PATTERSON, COREY L | | 51 | 10/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504364223676 | 009814350 | $4,666.00 |
| POLLARD, ZANE W | | 51 | 1/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504071205559 | 009814350 | $2,303.20 |
| PORTER, TIMOTHY D | | 55 | 12/31/2003 | E1399 | | 0504007208707 | 009814350 | $137.56 |
| POSS, COLEMAN H | | 09 | 10/1/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0505027200249 | 009814350 | $3,143.20 |
| PROCTOR, BOBBY J | | 23 | 12/31/2003 | Z5439 | | 5004113203006 | 009814350 | $8,890.33 |
| PRYOR, LOREN R | | 51 | 12/16/2003 | E1220 | | 0504141206702 | 009814350 | $2,458.40 |
| RAMSEY, CALLIE R | | 11 | 9/23/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504309201647 | 009814350 | $5,577.00 |
| RELF, RONALD E | | 51 | 10/21/2003 | E0146 | | 9804082285040 | 009814350 | $59.80 |
| REYNOLDS, CHRISTINA S | | 55 | 1/14/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504364226089 | 009814350 | $4,596.00 |
| SALINAS, JOSE E | | 35 | 9/29/2004 | E1399 | | 0504364226102 | 009814350 | $1,374.84 |
| SANDERS, KERSTIN W | | 43 | 5/6/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 9804355257037 | 009814350 | $522.00 |
| SCOTT, AARON V | | 35 | 12/31/2003 | Z5439 | | 0504139236012 | 009814350 | $552.29 |
| SCOTT, JOSEPH G | | 03 | 8/27/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504303204070 | 009814350 | $550.40 |
| SCOTT, JOSEPH G | | 03 | 8/30/2004 | E1399 | | 0504303202125 | 009814350 | $625.55 |
| SENN, TARAH M | | 21 | 12/27/2003 | E1220 | | 9804051284036 | 009814350 | $356.00 |
| SENN, TARAH M | | 21 | 12/30/2003 | E1399 | | 9804051264034 | 009814350 | $472.90 |
| SESSIONS, JAYSON T | | 55 | 12/4/2003 | Z5439 | | 5004113203004 | 009814350 | $17,223.11 |
| SETZER, FISHER L | | 51 | 1/16/2004 | E1399 | | 0504100230303 | 009814350 | $1,042.80 |
| SHUFORD, DECORRY J | | 43 | 12/2/2003 | Z5439 | | 500411320302 | 009814350 | $4,176.00 |

5

| Name | | Date | Code | Description | Number | Amount |
|---|---|---|---|---|---|---|
| SIMS, JASON | 16 | 7/30/2004 | E1220 | ..PECIALLY SIZED OR CONSTRUCTE | 0504339210494 | 1,656.80 |
| SIMS, SHAKETHIA I | 53 | 10/20/2004 | E1220 | WHEELCHA..; SPECIALLY SIZED OR CONSTRUCTE | 0504364223678 | 252.00 |
| SINGLETON, HEATHER L | 26 | 8/11/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504245201782 | 3,791.20 |
| SMITH, MICHAEL T | 66 | 7/9/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504231249764 | 2,180.00 |
| SMITH, RASHAD H | 51 | 8/2/2004 | E1399 | | 0504226201492 | 1,374.84 |
| SMITH, TRAVIS C | 35 | 9/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504309200800 | 3,175.20 |
| SMITH, TRAVIS C | 35 | 9/29/2004 | E1399 | | 0504309201646 | 1,185.60 |
| SORRELL, ALLYSON L | 51 | 2/5/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 9804355267033 | 682.60 |
| SPEARS, JARVIS M | 35 | 11/19/2003 | Z5439 | | 9804299210040 | 3,279.40 |
| SPENCER, DEENA M | 57 | 12/12/2003 | E0630 | | 0503357209653 | 751.00 |
| SPENCER, DEENA M | 57 | 12/12/2003 | Z5439 | | 5004113203009 | 7,289.58 |
| STENSLAND, JAMES C | 03 | 7/28/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 9804323236036 | 451.38 |
| STRICKLIN, JEREMY M | 51 | 12/8/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504366210363 | 4,760.20 |
| STUDYMIRE, SHAYLA M | 51 | 1/17/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 9804271276034 | 476.18 |
| TADAYON, FATEMEH | 51 | 8/16/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247201402 | 408.92 |
| TAYLOR, KEDDRICK L | 24 | 10/20/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504310208133 | 2,174.40 |
| TEAGUE, DESTINY S | 35 | 8/26/2004 | E1399 | | 0504267201067 | 1,231.20 |
| TELLIS, QUANTRAIV L | 51 | 12/30/2003 | E1399 | | 0504026203356 | 235.78 |
| TELLIS, QUANTRAIV L | 51 | 12/10/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0505011201066 | 2,358.40 |
| THOMPSON, JERMAINE D | 26 | 10/5/2004 | E1399 | | 0506027200250 | 1,231.20 |
| TIMMONS, JASON C | 51 | 10/6/2003 | Z5439 | | 5004113203010 | 4,424.00 |
| TOLBERT, JEFFERY J | 51 | 11/13/2004 | Z5439 | | 0504013213353 | 3,327.40 |
| TRUELOVE, ZACHARY K | 51 | 8/16/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504247203073 | 5,163.20 |
| TURNER, JASON A | 55 | 10/31/2003 | E0146 | | 0504034222111 | 26.60 |
| WADE, DEAUDRE M | 51 | 7/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 5204279201342 | 3,285.36 |
| WALKER, ZARIUS O | 51 | 12/29/2003 | Z5439 | | 5004113203007 | 1,422.40 |
| WASHINGTON, MARQUETTI | 51 | 4/8/2004 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 0504345200362 | 228.80 |
| WATTS, JEREMY J | 51 | 12/3/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 0504358201377 | 9,811.75 |
| WHITE, JAJIE A | 09 | 1/23/2004 | E1220 | | 0504079222324 | 4,936.00 |
| WHITE, JESSICA L | 57 | 12/12/2003 | E1399 | | 0504117203742 | 531.32 |
| WHITE, JESSICA L | 57 | 12/12/2003 | Z5439 | | 5004113203008 | 4,006.40 |
| WILBURN, MARKEVIOUS V. | 09 | 12/24/2003 | Z5439 | | 5204133208114 | 2,232.00 |
| WILLIAMS, ESTRACIA N | 34 | 12/31/2003 | Z5439 | | 5004236200011 | 253.87 |

6

| Name | | Date | Code | Description | Number | | Amount |
|---|---|---|---|---|---|---|---|
| WILLIAM... IAN | 34 | 8/26/2004 | E1220 | WHE... PECIALLY SIZED OR CONSTRUCTE | 050426720054 | 009814350 | ,306.40 |
| WILLIAMS, IRVIN... | 44 | 12/12/2003 | Z5439 | | 5004113203021 | 009814350 | ,134.40 |
| WILLIAMS, JALESSIA L | 07 | 12/19/2003 | E1399 | DURABLE MEDICAL EQUIPMENT, MISCELLANEOUS | 050417420321B | 009814350 | $199.45 |
| WILLIAMS, JAMIAS L | 51 | 6/29/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 98042812340219 | 009814350 | $451.89 |
| WILLIAMS, JEWEL G | 34 | 8/26/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050426720052 | 009814350 | $4,504.00 |
| WILLIAMS, KATARRA C | 44 | 4/22/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050413222108 | 009814350 | $229.00 |
| WILLIAMS, NATEAVEONE T | 06 | 12/16/2003 | Z5439 | | 050411720867 | 009814350 | $2,088.00 |
| WILLIAMS, PAMELA L | 55 | 10/20/2003 | Z5439 | | 050333220298 | 009814350 | $2,291.20 |
| WILSON, RAVEN E | 51 | 8/11/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050432420169 | 009814350 | $4,991.20 |
| WILSON, TYLYN G | 24 | 10/24/2003 | Z5439 | | 050402920835 | 009814350 | $4,098.40 |
| WINSTON, DERRICK T | 24 | 12/31/2003 | Z5439 | CUSTOMIZED WHEEL CHAIR | 050423020155 | 009814350 | $4,360.00 |
| WOFFORD, JESSICA D | 35 | 5/13/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050424720060 | 009814350 | $3,421.60 |
| WOMBLES, MARY C | 41 | 10/21/2003 | E0146 | FOLDING WALKER, WHEELED, WITH SEAT | 050400720870 | 009814350 | $148.60 |
| WOOD, EMILY K | 41 | 1/23/2004 | E1399 | | 050418923165 | 009814350 | $50.00 |
| WORTHINGTON, JOSHUA F | 26 | 12/20/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050503220012 | 009814350 | $3,549.60 |
| WRIGHT, JEREMIAH D | 51 | 7/22/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050423020063 | 009814350 | $4,860.40 |
| WYNN, JAVARES M | 41 | 8/9/2004 | E1399 | | 050433921049 | 009814350 | $1,374.84 |
| WYNN, JAVARES M | 41 | 8/23/2004 | E1220 | WHEELCHAIR; SPECIALLY SIZED OR CONSTRUCTE | 050426720106 | 009814350 | $4,556.00 |
| | | | | | | | 591,009.14 |

7

## ALABAMA ATTORNEY GENERAL'S OFFICE
### MEDICAID FRAUD DIVISION
### INTERVIEW REPORT FORM

<u>July 7, 2005</u>
**TRANSCRIPTION DATE**

### Interview of Jeral Alexander
### 530 Hardon Street
### Eclectic, AL
### June 10, 2005
### Matter ID#77282-001

Ms. Jeral Alexander, grandmother to Joshua Worthington, 530 Hardon Street, Eclectic, AL; telephone #334-541-4505, after being advised of the identify of interviewing investigator, and that the nature of the interview pertained to a wheelchair for her grandson Joshua Worthington, Ms. Alexander furnished the following information.

Ms. Alexander advised that she is the guardian of Joshua and that Joshua did in fact receive a wheelchair from National Seating and Mobility. She did not experience any difficulties in receiving the wheelchair. She has never called and complained to anyone regarding the receipt of her wheelchair.

DATE OF INTERVIEW <u>June 10, 2005</u> AT <u>Eclectic, AL</u>

BY <u>Gerald G. Shockley</u> SPECIAL AGENT

FILE #<u>77282-001</u>

22

### ALABAMA ATTORNEY GENERAL'S OFFICE
### MEDICAID FRAUD DIVISION
### INTERVIEW REPORT FORM

<u>May 9, 2005</u>
**TRANSCRIPTION DATE**

Interview of LC Alexander
Matter ID #77282-001

Mr. LC Alexander, 2197 Beverly Drive, Montgomery, AL 36111, after being advised of the identity of the interviewing investigator and that the nature of the interview pertained to a verification as to whether his daughter April had received a wheelchair from National Seating and Mobility, Mr. Alexander furnished the following information.

Mr. Alexander advised that his daughter April who is a victim of cerebral palsy received a wheelchair during the year 2004 from National Seating and Mobility. He advised that he has had no problems with National Seating and Mobility concerning the wheelchair.

DATE OF INTERVIEW  May 4, 2005  AT Montgomery, AL

BY  Gerald G. Shockley  SPECIAL AGENT

FILE # 77282-001

23

# ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
## INTERVIEW REPORT FORM

**May 9, 2005**
**TRANSCRIPTION DATE**

Interview of Alpha Baker
Matter ID #77282-001

Ms. Alpha Baker, 129 Capri Drive, Montgomery, AL 36117, home telephone # 271-4378. After being advised of the identity of the interviewing investigator and that the nature of the interview pertained to verification as to whether her daughter Kristal Baker had received a wheelchair from National Seating and Mobility, Ms. Baker advised that Kristal has received a wheelchair from National Seating and Mobility and that she recalls that the wheelchair was ordered in November of 2003 and recalls delivery was in July of 2004. She advised that she has had no problem with National Seating and Mobility in delivery of the wheelchair.

DATE OF INTERVIEW  May 4, 2005  AT Montgomery, AL

BY  Gerald G. Shockley  SPECIAL AGENT

FILE # 77282-001

24

# ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
## INTERVIEW REPORT FORM

**July 7, 2005**
**TRANSCRIPTION DATE**

### Interview of Melissa Burrell
### 1420 County Road 8
### Route 1, Box 185
### Coy, AL
### June 13, 2005
### Matter ID #77282-001

Ms. Melissa Burrell, mother to Marcus Burrell, 1420 County Road 8, Route 1, Box 185, Coy, AL; 334-337-4513, after being advised of the identity of the investigator and the nature of the interview pertained to whether or not her son Marcus received a wheelchair, Ms. Burrell furnished the following information.

Ms. Burrell advised that she received a wheelchair from National Seating and Mobility for her son Marcus. She did not experience any difficulties in getting the chair. She advised that there was a delay; however, she in fact did receive the wheelchair. When questioned as to who she dealt with at National Seating and Mobility, she recalled the name of Emily and Don Williams. She advised she never contacted anyone with the Alabama Medicaid Agency to discuss anything regarding the wheelchair.

DATE OF INTERVIEW___June 13, 2005___AT Coy, AL

BY___Gerald G. Shockey___SPECIAL AGENT

FILE #77282-001

25

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

<u>July 6, 2005</u>
**TRANSCRIPTION DATE**

**Interview of Joe Caldwell**
**105 Brookway Drive**
**Montgomery, AL 36110**
**June 14, 2005**
**Matter ID #77282-001**

Mr. Joe Caldwell, father to Jacob and Jason Caldwell, both Medicaid recipients, 105 Brookway Drive, Montgomery, AL 36110; telephone #334-263-4821 was advised of the identity of the interviewing investigator and that the nature of the interview pertained to whether or not Jacob and Jason Caldwell had received wheelchairs paid for by the Medicaid Agency delivered by National Seating and Mobility.

Mr. Caldwell advised that both of his sons, Jacob and Jason received wheelchairs from National Seating and Mobility and advised that he had no difficulties in receiving the wheelchairs from National Seating and Mobility. He advised that he did recall making a call to National Seating and Mobility about getting parts for the wheelchair. He advised that he has never complained to the Alabama Medicaid Agency concerning the wheelchair.

DATE OF INTERVIEW  <u>June 14, 2005</u>  AT <u>Montgomery, AL</u>

BY  <u>Gerald G. Shockley</u> SPECIAL AGENT

FILE #<u>77282-001</u>

26

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

<u>July 7, 2005</u>
**TRANSCRIPTION DATE**

**Interview of Vera Darby**
**2402 County Road 268**
**Five Points, AL 36855**
**June 10, 2005**
**Matter ID #77282-001**

Ms. Vera Darby, mother of Octavia Brooks, 2402 County Road 268, Five Points, AL 36855; telephone #706-773-1228, after being advised of the identity of the interviewing investigator and that the nature of the interview pertained to her daughter Octavia receiving a wheelchair; Ms. Darby furnished the following information.

Ms. Darby advised that Octavia did in fact receive a wheelchair; however, she could not recall the name of the provider. She advised that she had no difficulties in receiving the wheelchair and that she has certainly not complained to anyone about not receiving the wheelchair.

DATE OF INTERVIEW <u>June 10, 2005</u> AT <u>Five Points, AL</u>

BY <u>Gerald G. Shockley</u> SPECIAL AGENT

FILE #<u>77282-002</u>

**ALABAMA ATTORNEY GENERAL'S OFFICE
MEDICAID FRAUD DIVISION
INTERVIEW REPORT FORM**

<u>July 7, 2005</u>
**TRANSCRIPTION DATE**

**Interview of Tina Dearden
1901 Norrell Avenue
Georgiana, AL 36053
June 13, 2005
Matter ID #77282-001**

Ms. Tina Dearden, mother to Kimberly Dearden, a Medicaid recipient 1901 Norrell Avenue, Georgiana, AL 36053; home telephone #334-376-2340 was advised of the identity of the interviewing agent and that the nature of the interview pertained to whether or not her daughter Kimberly Dearden had received a wheelchair from National Seating and Mobility.

Ms. Dearden advised that her daughter Kimberly did in fact receive a wheelchair from National Seating and Mobility. She advised that she had no difficulties in receiving the chair. She recalls that the only people she ever dealt with at National Seating and Mobility was a Don and Emily. She may have talked to a receptionist only to get to Don or Emily.

When asked as to whether she had any complaints, whatsoever with receiving the wheelchair from National Seating and Mobility, she advised that she did not have any complaints and believes National Seating and Mobility went out of their way to help her out in getting Medicaid to approve the purchase of the wheelchair. She advised that she requested the wheelchair in January and Medicaid approved it in July and National Seating and Mobility delivered the chair in August of 2004. She advised that she did contact the Alabama Medicaid Agency and her purpose for doing so was for asking them to please approve the purchase of the wheelchair for her daughter Kimberly. She does not recall who she discussed this matter with at the Medicaid Agency.

DATE OF INTERVIEW <u>June 13, 2005</u> AT <u>Georgiana, AL</u>

BY <u>Gerald G. Shockley</u> SPECIAL AGENT

FILE # <u>77282-001</u>

# ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
## INTERVIEW REPORT FORM

<u>July 7, 2005</u>
**TRANSCRIPTION DATE**

### Interview of Mae DeBrunner
### 1439 South Gaye Street
### Auburn, AL 36830
### June 10, 2005
### Matter ID #77282-001

Ms. Mae DeBrunner, grandmother to Kathrine DeBrunner, 1439 South Gaye Street, Auburn, AL 36830; telephone #334-887-6940, after being advised of the identity of the interviewing investigator and that the nature of the interview pertained to a wheelchair for her granddaughter Katherine, Ms. DeBrunner furnished the following information.

Ms. DeBrunner advised that Katherine did in fact receive a wheelchair from National Seating and Mobility and that she did not have any problems in receiving a wheelchair. She advised that she received the wheelchair faster than expected.

DATE OF INTERVIEW <u>June 13, 2005</u> AT <u>Auburn, AL</u>

BY <u>Gerald G. Shockley</u> SPECIAL AGENT

FILE #<u>77282-001</u>

29

## ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
## INTERVIEW REPORT FORM

<u>July 7, 2005</u>
**TRANSCRIPTION DATE**

**Interview of Annie Dix**
**27 South Wende Road**
**Hurtsboro, AL 36860**
**June 10, 2005**
**Matter ID #77282-001**

Ms. Annie Dix, grandmother to Candace Dix, 27 South Wende Road, Hurtsboro, AL 36860; telephone #334-667-6409, after being advised of the identity of the interviewing investigator and the nature of the interview pertained to her granddaughter Candace Dix receiving a wheelchair, Ms. Dix furnished the following information.

She advised that Candace did receive a wheelchair; however, she could not recall who the provider of the wheelchair was. She recalls there was no difficulties in receiving the chair and she did not need to call and complain to anyone about the wheelchair and as much as there was no difficulties in getting it.

DATE OF INTERVIEW  June 10, 2005  AT  Hurtsboro, AL

BY  Gerald G. Shockley  SPECIAL AGENT

FILE #77282-001

30

# ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
### INTERVIEW REPORT FORM

**May 9, 2005**
**TRANSCRIPTION DATE**

Interview of Bernice D. Guilford
Montgomery, AL
Matter ID #77282-001

Ms. Bernice D. Guilford, Social Services, Father Walters Child Care Center, 2815 Forbes Drive, Montgomery, AL, telephone #334-262-6421. After being advised of the identity of the interviewing investigator and that the nature of the interview pertained to verification as to whether Tiara M. Bailey, a resident of Father Walters Child Care Center had received a wheelchair from National Seating and Mobility of Montgomery, AL. Ms. Guilford advised that the wheelchair for Tiara Bailey has been delivered by National Seating and Mobility and was delivered during the year 2004. She advised that National Seating and Mobility has supplied a number of different children at Father Walters Child Care Center wheelchairs over the past few years and she advised that recipient Zachary Amor, as well as, Brittany McCurdy and Tadayon Fatemeh as well as Zachary Truelove has received wheelchairs from National Seating and Mobility. She advised that they have never had a problem with delivery of wheelchairs by National Seating and Mobility.

DATE OF INTERVIEW  May 3, 2005  AT Montgomery, AL

BY Gerald G. Shockley  SPECIAL AGENT

FILE #77282-001

# ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
## INTERVIEW REPORT FORM

**July 6, 2005**
**TRANSCRIPTION DATE**

### Interview of Bernice Guilford
### Father Walters Child Care
### 2805 Forbes Road
### Montgomery, AL 36111
### June 14, 2005
### Matter ID #77282-001

Ms. Bernice Guilford, Father Walters Child Care, 2805 Forbes Road, Montgomery, AL 36111; telephone #334-262-6421 was contacted and advised of the identity of the interviewing agent and that the interview pertained to rather a Medicaid recipient, Joshua Chavers had received a wheelchair paid for by Medicaid and delivered by National Seating and Mobility.

Ms. Guilford advised that Joshua Chavers did receive a wheelchair supplied by National Seating and Mobility. She advised there was no difficulties in receiving the chair and that she has not lodged any complaints to anyone concerning the wheelchair for Joshua Chavers.

DATE OF INTERVIEW_June 14, 2005_ AT_Montgomery, AL_

BY_Gerald G. Shockley_SPECIAL AGENT

FILE #_77282-001_

32

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

<u>July 7, 2005</u>
**TRANSCRIPTION DATE**

**Interview of Christina Higgins**
**409 Mona Drive, Apt. 4**
**Dothan, AL 36303**
**June 10, 2005**
**Matter 77282-001**

Ms. Christina Higgins, mother to Marcus Higgins, 409 Mona Drive, Apt. 4, Dothan, AL 36303; telephone #334-673-0520 advised as follows.

Ms. Higgins advised that her son Marcus did receive a wheelchair from National Seating and Mobility and that she had no difficulties in receiving the chair and that she did not complain to anyone concerning the wheelchair.

DATE OF INTERVIEW  <u>June 10, 2005</u> AT <u>Dothan, AL</u>

BY <u>Gerald G. Shockley</u> SPECIAL AGENT

FILE # <u>77282-001</u>

*33*

## ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
## INTERVIEW REPORT FORM

**July 7, 2005**
**TRANSCRIPTION DATE**

**Interview of Crystal Hill**
**1410 Autauga Heights**
**Prattville, AL**
**June 10, 2005**
**Matter 77282-001**

Ms. Crystal Hill, mother to Sabrina Hill, 1410 Autauga Heights, Prattville, AL; 334-365-9851, after being advised of the identity of the interviewing investigator and the nature of the interview pertained to whether or not her daughter Sabrina had received a wheelchair, Ms. Hill furnished the following information.

She advised they did not receive a wheelchair; however, they did not order a wheelchair that they only ordered parts and that there was some difficulty in getting the right parts; however, they eventually received the parts for their wheelchair. She advised there was no real problem just a mix-up of a wrong part. She advised the only person she's ever talked to at National Seating and Mobility was Emily Williams.

DATE OF INTERVIEW  June 10, 2005  AT Prattville, AL

BY  Gerald G. Shockley  SPECIAL AGENT

FILE # 77282-001

34

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

**August 11, 2005**
**TRANSCRIPTION DATE**

**Telephonic Interview of**
**Michael Hill**
**22 Pickett Street**
**Montgomery, AL 36110**
**Matter ID #77282-001**

Mr. Michael Hill, father to Brandon Hill, 22 Pickett Street, Montgomery, AL 36110, after being contacted by the interviewing investigator and advised that the nature of the interview pertained to whether Brandon Hill had received a wheelchair, Michael Hill furnished the following information.

His child did receive a wheelchair and he experienced no problems in receipt of the wheelchair. He advised that he has not called and complained to anyone about the receipt of the wheelchair for his son, Brandon Hill.

DATE OF INTERVIEW  June 10, 2005  AT  Montgomery, AL

BY  Gerald G. Shockley  SPECIAL AGENT

FILE #77282-001

35

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

**August 11, 2005**
**TRANSCRIPTION DATE**

**Telephonic Interview of**
**Girtha Mae Hill**
**394 Roger Street**
**Camp Hill, AL 36850**
**Matter ID #77282-001**

Ms. Girtha Mae Hill, grandmother to Travis Hill, 394 Roger Street, Camp Hill, AL 36850; telephone #256-896-4752, after being advised of the identity of the interviewing investigator and that the nature of the interview pertained to whether her grandson Travis received a wheelchair paid for by Medicaid, Ms. Hill furnished the following information.

Ms. Hill advised that her grandson Travis Hill did receive a wheelchair paid for by Medicaid and that it was received from National Seating and Mobility of Montgomery, AL. She advised that she did not experience any difficulties in receiving the chair and she did not call National Seating and Mobility complaining about not receiving a wheelchair in as much as she had no problems in the receipt of the chair.

DATE OF INTERVIEW  June 10, 2005  AT  Camp Hill, AL

BY  Gerald G. Shockley  SPECIAL AGENT

FILE #  77282-001

36

### ALABAMA ATTORNEY GENERAL'S OFFICE
### MEDICAID FRAUD DIVISION
### INTERVIEW REPORT FORM

<u>August 11, 2005</u>
**TRANSCRIPTION DATE**

**Telephonic Interview of
Donna Hovey
1253 Shady Trails
Wetumpka, AL 36092
Matter ID #77282-001**

Ms. Donna Hovey, mother to John Hovey, 1253 Shady Trails, Wetumpka, AL 36092; telephone #567-0474, after being advised of the identity of the interviewing invesigator and the nature of the interview pertained to whether or not her son, John Hovey, received a wheelchair paid for by Medicaid, Ms. Hovey furnished the following information.

Ms. Hovey acknowledged that she did receive a wheelchair for her son, John, and that it was received from National Seating and Mobility in Montgomery, AL. She did not experience any difficulties in receiving the chair and she never called National Seating and Mobility or anyone else complaining about not receiving the wheelchair.

---

DATE OF INTERVIEW <u>June 10, 2005</u> AT <u>Wetumpka, AL</u>

BY <u>Gerald G. Shockley</u> SPECIAL AGENT

FILE #<u>77282-002</u>

*37*

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

<u>**August 11, 2005**</u>
**TRANSCRIPTION DATE**

**Telephonic Interview of**
**Ammie Lewis**
**819 Meridian Street**
**Dothan, AL**
**Matter ID #77282-001**

Ms. Ammie Lewis, future stepmother to Sheanne Hughes, 819 Meridian Street, Dothan, AL; telephone #334-794-0940, after being advised of the identity of the interviewing investigator, furnished the following information.

Sheanne Hughes did receive a wheelchair paid for by Medicaid. She does not know who the supplier of the wheelchair was; however, she does know that she did not experience any difficulties in receiving the chair for Sheanne. She did not call the supplier of the wheelchair and complain at any time about slow delivery.

DATE OF INTERVIEW  June 10, 2005  AT  Dothan, AL

BY  Gerald G. Shockley  SPECIAL AGENT

FILE #77282-001

38

**ALABAMA ATTORNEY GENERAL'S OFFICE
MEDICAID FRAUD DIVISION
INTERVIEW REPORT FORM**

<u>July 7, 2005</u>
**TRANSCRIPTION DATE**

**Interview of Melon Peterson
2821 Peabody Road
Montgomery, AL 36116
June 10, 2005
Matter ID #77282-001**

Ms. Melon Peterson, foster parent to Curtazarius Hayes, 2821 Peabody Road, Montgomery, AL 36116, after being advised of the identity of the interviewing investigator and that the nature of the interview pertained to Curtazarius receiving a wheelchair, Ms. Peterson furnished the following information.

Ms. Peterson advised that Curtazarius did receive a wheelchair from the National Seating and Mobility paid for by the Medicaid Agency. She advised that she did have some difficulties because of the wrong size wheels on the chair; however, it was not a matter of not receiving the wheelchair but was a matter getting it straightened out. As to the wheels on the chair, Curtazarius had trouble handling the wheelchair because the wheels were too small. However, those wheels were corrected and the proper ones obtained and she has had no difficulty with the wheelchair. She advised that the only person she recalls talking to at National Seating and Mobility was Emily Williams. She also recalls there was a problem with Medicaid being behind in the paperwork to approve of the wheelchair.

DATE OF INTERVIEW  <u>June 10, 2005</u> AT Montgomery, AL

BY <u>Gerald G. Shockley</u> SPECIAL AGENT

FILE #<u>77282-001</u>

39

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

<u>July 7, 2005</u>
**TRANSCRIPTION DATE**

**Interview of Courtney Sims**
**1168 County Road 223**
**Jack, AL 36346**
**June 13, 2005**
**Matter ID #77282-001**

Ms. Courtney Sims, mother to Jason Sims, 1168 County Road 223, Jack, AL 36346; telephone #334-897-8919, after being advised of the identity of the investigator and the nature of the interview, Ms. Courtney Sims furnished the following information. Ms. Sims is the mother to Jason Sims and she advised Jason did receive a wheelchair paid for by Medicaid. The wheelchair was received from National Seating and Mobility in Montgomery and she did not experience any problems in getting the chair. She has never called and complained to anyone concerning any difficulties with receiving the wheelchair. She advised that she does not know any one at National Seating and Mobility by the name of Elizabeth, that the only ones that she ever talked with was Emily or Don.

DATE OF INTERVIEW  <u>June 13, 2005</u> AT <u>Jack, AL</u>

BY <u>Gerald G. Shockley</u> SPECIAL AGENT

FILE #<u>77282-001</u>

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

<u>July 6, 2005</u>
**TRANSCRIPTION DATE**

**Interview of Nellie Sims**
**125 Lincoln Heights**
**Marion, AL**
**June 14, 2005**
**Matter ID #77282-001**

Ms. Nellie Sims, grandmother to Shakethia Sims, a Medicaid recipient, 125 Lincoln Heights, Marion, AL; telephone #334-683-4275 was telephonically contacted at the above telephone and after advising Ms. Sims as to the nature of the interview and that it pertained to whether Shakethia Sims received a wheelchair, Ms. Sims furnished the following information.

Shakethia received a wheelchair from National Seating and Mobility. She did not experience any difficulties in receiving the chair and she never complained to anyone saying that she did not receive a wheelchair. She has never called the Medicaid Agency complaining about not receiving a wheelchair.

DATE OF INTERVIEW   June 14, 2005  AT Marion, AL

BY  Gerald G. Shockley  SPECIAL AGENT

FILE #77282-001

*41*

## ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
## INTERVIEW REPORT FORM

**May 9, 2005**
**TRANSCRIPTION DATE**

Interview of Jan Wilson
Matter ID #77282-001

Ms. Jan Wilson, Director of Nursing, Father Purcell Childcare Center 2840 West Fairview Avenue, Montgomery, AL, telephone #834-5590. After being advised of the identity of the interviewing agent, furnished the following information.

Ms. Wilson was advised that a compliance review was being conducted to verify that certain wheelchairs had been delivered as documents indicated, having been delivered by National Seating and Mobility. She was questioned as to whether Kimberly E. Marlow, as well as, Michael C. Hightower had received a wheelchair from National Seating and Mobility. She advised that these wheelchairs had been received and after consulting with her fiscal manager, Don-ena Fort advised that Kimberly Marlow's wheelchair was delivered on 7/28/04 and that Michael Hightower's was delivered on 8/25/04. Ms. Wilson advised that they have never had any problems with delivery of wheelchairs from National Seating and Mobility.

DATE OF INTERVIEW  May 3, 2005  AT Montgomery, AL

BY  Gerald G. Shockley  SPECIAL AGENT

FILE # 77282-001

42

## ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
## INTERVIEW REPORT FORM

**May 9, 2005**
**TRANSCRIPTION DATE**

Interview of Don Williams
Matter ID #77282-001

Mr. Don Williams, Office Manager, National Seating and Mobility, 646 Oliver Road Montgomery, AL 36117, telephone phone #334-273-1112. After being advised of the identity of the interviewing investigator, and that the nature of the interview was to verify that certain Medicaid recipients had received wheelchairs which had been billed to Medicaid by National Seating and Mobility, Mr. Williams furnished the following information. Mr. Williams stated empathically that he nor any of his staff has ever billed anyone for wheelchairs not delivered.

At random, I selected four Medicaid recipients who had, according to documentation, received wheelchairs from National Seating and Mobility. Those four names are as follows: Travis Smith, Candace Dix, Tyler Bailes, and Austin Dennis.

After a review of his records, Mr. Williams made available delivery tickets bearing the name of the sponsor signature acknowledging receipt of the wheelchairs in each of the above four named cases. There is a delivery ticket signed by the sponsor to the recipient.

Mr. Williams was very adamant that National Seating and Mobility has never submitted a false document claiming delivery of a wheelchair; that on each document submitted to Medicaid for payment, there was the delivery of a wheelchair. Mr. Williams speculated that a previous employee of National Seating and Mobility had falsely made allegations against him and his business. He advised he suspects Elizabeth Horton had made the allegation that he had fraudulently billed medicaid for wheelchairs not delivered. He advised that the reason he suspects Elizabeth Horton is because it was necessary for him to terminate her from National Seating and Mobility. He advised that she worked at National Seating and Mobility for a short period of time, approximately two to three months during 2004. He said one of the reasons he had to discontinue her services was that she was associating a lot of time with a Felicia Barrows of the Medicaid Agency. He advised that he cautioned her on a number of occasions that a contractor such as National Seating and Mobility had to be very careful when dealing

---

DATE OF INTERVIEW _May 5, 2005_ AT _Montgomery, AL_

BY_ Gerald G. Shockley_ SPECIAL AGENT

FILE #_77282-001_

43

**Page 2**                                                    **File #77282-001**

with the contracting state agency so as not to violate the ethics laws.  He advised that due to her work ethics and the uncomfortable relationship she had with Felicia Barrows, he called Kelly Services, Elizabeth Horton's employer, and requested Mrs. Horton not be sent back to National Seating and Mobility.  It is his understanding that Kelly Services thereafter terminated Elizabeth Horton.

Richard Keeshan, Alabama Attorney General's Office, was present during the above interview.

## ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
## INTERVIEW REPORT FORM

**June 28, 2005**
**TRANSCRIPTION DATE**

Interview of Don Williams
June 23, 2005
Matter ID #77282-001

Mr. Don Williams, Manager, National Seating and Mobility, Montgomery, AL, telephone #334-273-1112 advised that Emily Horton was employed through Kelly Services on a temporary basis from April 9, 2004 until she was terminated on a Friday, June 25, 2004. It is his recollection that it was the following Monday morning 6-28-04 that Felicia Barrow contacted Lois Bodiford of National Seating and Mobility in Birmingham and attempted to contact Danielle Pirkle in Tennessee.

Don Williams advised that Danielle Pirkle could be contacted at telephone #615-495-1115 or her cell phone #423-400-6746. He also advised that Lois Bodiford could be contacted at 205-941-9909.

DATE OF INTERVIEW June 23, 2005 AT Montgomery, AL

BY Gerald G. Shockley SPECIAL AGENT

FILE #77282-001

45

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

**June 28, 2005**
**TRANSCRIPTION DATE**

Interview of Danielle Pirkle
June 23, 2005
Matter ID #77282-001

Ms. Danielle Pirkle, Marketing Assistant, National Seating and Mobility Corporate Headquarters, Franklin, TN, telephone #615-495-1115. After being advised of the identity of the interviewing investigator and that the nature of the interview pertained to an allegation made by a former, temporary employee of National Seating and Mobility in Montgomery, AL., Ms. Pirkle furnished the following information.

Ms. Pirkle is aware of Elizabeth Horton and that she was terminated in June of 2004. She advised that Elizabeth Horton was terminated for her problems in her work, and she recalls that the Monday following the termination of Elizabeth Horton's employment with National Seating and Mobility in Montgomery, Felicia Barrow, Prior Approval Unit Alabama Medicaid Agency, Montgomery, AL called and left and left a voice message wherein Felecia Barrow made such statements on the recorded voice mail that she "couldn't believe National Seating and Mobility would let Elizabeth Horton go in as much as she was doing such a good job for National Seating and Mobility." She made other comments about Elizabeth Horton being such a quote "great person" and she could not "understand why Elizabeth Horton had been terminated."

Ms. Pirkle advised that it was inappropriate that Felicia Barrow telephonically contact her, as the firings and hirings of anyone at National Seating and Mobility was not within Barrow's prerogative.

Ms. Pirkle believes the reason Barrows called her was that there had been previous contacts between them regarding business between National Seating and Mobility and the Medicaid Agency. She advised Felicia Barrow could have believed that she, Pirkle supervised Emily Williams, National Seating and Mobility, Montgomery.

Ms. Pirkle advised that she did attempt to return the phone call to Felicia Barrow and recalls she left three different voice messages; however, Barrow never returned her call.

___

DATE OF INTERVIEW June 23, 2005 AT Montgomery, AL

BY Gerald G. Shockley SPECIAL AGENT

FILE #77282-001

*46*

## ALABAMA ATTORNEY GENERAL'S OFFICE
## MEDICAID FRAUD DIVISION
## INTERVIEW REPORT FORM

**June 28, 2005**
**TRANSCRIPTION DATE**

Interview of Lois Bodiford
June 23, 2005
Matter ID #77282-001

Ms. Lois Bodiford, National Seating and Mobility Branch Office, Birmingham, AL, telephone #205-941-9901 or 9909, after being advised of the identity of interviewing investigator and that the nature of the interview pertained to an investigation involving an allegation of billing for wheelchairs that were not delivered, Ms. Bodiford furnished the following information.

Ms. Bodiford recalls Elizabeth Horton being a temporary employee at the National Seating and Mobility office in Montgomery, AL and recalls that in June of 2004, Emily Williams, the Office Manager of the Montgomery office, terminated Elizabeth Horton. She recalls that on the following Monday and it was probably June 28, 2004, Felicia Barrow, Prior Approval Unit, Medicaid Agency, State of AL, Montgomery, AL telephonically contacted her and spoke with her (Bodiford) about Elizabeth Horton being terminated from the office in Montgomery. Ms. Barrow made a statement that Elizabeth was doing such a good job for National Seating and Mobility and could not believe National Seating and Mobility had terminated her employment. Felicia went on to state that Gerry Sanders of the Medicaid Agency had noticed that Elizabeth Horton was doing such a good job, he was going to write a letter to National Seating and Mobility concerning what great work she was doing and her knowledge of the Medicaid policies.

Felicia Barrow did tell Lois Bodiford how knowledgeable Elizabeth Horton was of the Medicaid Agency and Ms. Bodiford responded by stating that she had talked with Elizabeth Horton and Elizabeth Horton did not know much about Medicaid policy.

Ms. Bodiford told Felicia Barrow that she did not supervise the Montgomery office and there was nothing she could do about Elizabeth Horton being terminated. Felicia responded by inquiring as to who she could call that had supervision over Montgomery and inquired as to whether she should call Danielle Pirkle. Ms. Bodiford responded by stating that each branch office had the responsibility of hiring and terminating employees within their respective branch office and that Emily Williams had that

---

DATE OF INTERVIEW  June 23, 2005  AT  Montgomery, AL

BY  Gerald G. Shockley  SPECIAL AGENT

FILE #  77282-001

47

responsibility in Montgomery.  Ms. Bodiford advised that Felicia Barrow was upset and just could not understand why Elizabeth Horton had been terminated.

She advised that she believed that Felicia Barrow's call to her was  inappropriate in that it was not the responsibility of Felicia Barrow to be calling and making any recommendations whatsoever with regard to employees at National Seating and Mobility.

I questioned her as to whether she was aware of a relationship other than professional relationship between Felicia Barrow and Elizabeth Horton.  She advised that she is unaware of any relationship between the two of them other than the official professional relationship; however, because Felicia went out of her way to make a call in an effort to try do something for Elizabeth, it appeared that she was a close friend and a relationship of more than just professional.

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

<u>June 23, 2005</u>
**TRANSCRIPTION DATE**

Interview with Felecia Barrow
Employee of the Medicaid Agency

**SHOCKLEY:** This is Gerald Shockley, I'm with the Alabama Attorney General's Office. Today's date is June 15, 2005. It's approximately 2:05 p.m. and I'm in the office of Mr. Cliff Johnson, Investigator with Medicaid Agency. Also present is Felecia Barrow and Mr. Richard Keeshan of the Alabama Attorney General's Office. I'm here for the purpose of talking with Felecia concerning....(phone rings) OK, I just turned the tape recorder off briefly for Mr. Johnson to take a phone call. We are back on tape now. As I was stating, we're here to talk with Ms. Barrow concerning the case that has been referred to us concerning National Seating and Mobility of a durable medical equipment supplier of wheelchairs for Medicaid recipients and we've been talking for the past few minutes and Felecia what I would like to do at this point is just ask you what information you have concerning an allegation that was made that National Seating and Mobility was billing for wheelchairs not delivered. Did you receive the initial complaint or how did it come to you?

**BARROW:** Well, the complaint came to me, as a result of, a former employee, the person who was employed with the company at the time, Elizabeth had contacted the agency once she had been terminated from employment. The termination came about as a result of a visit that I made to the fielding, since they were in Montgomery, I thought that it would be wise for us to kind of go out there and see what their operations looked like. We don't get an opportunity to do that much, so I went ahead and took the liberty of going out there and, informed Elizabeth that I would be coming, she introduced me to one of the employees there, I think his name was Don, I believe at the

DATE OF INTERVIEW <u>June 15, 2005</u> AT <u>Montgomery, AL</u>

BY <u>Gerald G. Shockley</u> SPECIAL AGENT

FILE #<u>77282-002</u>

49

time when I met him, he just went about his way, I told him that I was from Medicaid and after I left I just noticed the things in the building and their files, how they kept their files, once I left, I understand that they had told her the very next day that she, her services were no longer required and because she was too friendly with Medicaid and they could not have that so I didn't understand any of that. I didn't understand their hiring practices one way or another. She was a temporary employee so it really, you know, didn't there was no reason that I should even get involved in any of that. However, she did call us to tell us at Medicaid that there had been several requests that she had been privy to that were submitted to Medicaid requesting parts for repairs to wheelchairs, things of that nature where they had parts already they would get parts from some other store, repair the wheelchair, send the client on their way but they would bill Medicaid as if they were purchasing brand new parts. Uh, she also informed that there were several requests that we had received on clients where the date, the prescription date, because we require that physicians prescribe the equipment before we can even review it. Uh, the prescription date, uh, were missing from the prescription and they would write in or either white it out and write it in, you know, write in a more recent date, uh, because we consider a request to be outdated if the prescription exceeds 60 days.

SHOCKLEY:      Let me slow you down just a minute.

BARROW:        Sure.

SHOCKLEY:      Let me go back and make sure I understand....

BARROW:        Uhmm.

SHOCKLEY:      What you're saying. The Elizabeth that you're talking about is Elizabeth Horton?

BARROW:        Elizabeth Horton.

SHOCKLEY:      And, and you say the prescription dates had been whited out? Was that part of the allegation or is that part of the evidence that you saw?

BARROW:        Well now that was part of the allegation.

SHOCKLEY:      Okay so you didn't....

BARROW:            This is what she was telling us.

SHOCKLEY:          Okay so she didn't show you any documentation.  She was just telling you about it?

BARROW:            Exactly.

SHOCKLEY:          Have you seen any documentation that would support that?

BARROW:            No, I haven't seen any documentation; however, there was, uh, an assessment uh, a wheelchair assessment that was completed by one of the physical therapists and he informed one of my staff, Teresa Sorrells, that they do not date the assessment. And they, she asked why, they don't date them.

SHOCKLEY:          You say they don't date them.  Who?

BARROW:            The PT, the physical therapists when they complete an assessment on a client for a wheelchair or for any specialized equipment, uh, they conduct an assessment, they come to clinic, the client will come to clinic on a certain day and they're supposed to document the date that client showed up at clinic because we need to know when the assessment was done and make sure that the DME Company in turn will order that equipment timely send in a prior approval request before that condition changes for that client.

SHOCKLEY:          Okay, let me slow you down one more time.

BARROW:            Uhmm.

SHOCKLEY:          You say a clinic, uh, explain to me what a clinic is.  They come to a clinic, who sets this clinic up, who establishes and what happens at a clinic?

BARROW:            Well, uh, the primary care doctor for the client will normally refer them to a physical therapist, uh, the clinic that we deal with most of the time with Medicaid is Children's Rehab Services, uh, they have clinics in several different parts of the state but there all under one umbrella of Alabama Department of Rehab Services.

SHOCKLEY:          Uhmm.

**BARROW:**      Uh, we call it the CRS Clinic. The client wherever they are located will be referred to, let's say CRS Clinic. Uh, physical therapist there will do an evaluation of the child. They normally see the child quite often because of other things, uh, that the child would need. So they would go to the clinic, they would have an assessment done. They would say okay this is the type wheelchair you need and these are the accessories you need on the wheelchair. They will write up their assessment and 9 times out of 10, sign it, you know with their name and they put a date on it. That, uh, client or the caregiver for that client will take that assessment and sometimes CRS will even fax it. (phone ringing)

**SHOCKLEY:**    Okay, we just turned the tape recorder off one more time for a phone call and we're back on tape now. And Felicia forgive me for where we were but I think we were into the prior approval and the assessments that a clinic, on a certain day, and that you had some people that were doing assessments and/or therapists not putting an assessment date on there and that was being used and you do that. You need an assessment date because you want it in close proximity to the time the wheelchairs are ordered so the child doesn't change I guess by growth and have different needs and if it's out of date then the wheelchair may not be very good for a very long period of time.

**BARROW:**      Exactly.

**SHOCKLEY:**    And that's the reason you need that kind of date. Is that correct?

**BARROW:**      That's correct.

**SHOCKLEY:**    Okay go ahead with what the problem is then.

**BARROW:**      Okay. Uh, on this particular assessment that we received on a child there was no date and uh, we, one of my staff contacted the physical therapist. She brought the information to me and thought that it was a little strange and I said well, let's go ahead and call. Let's contact the physical therapist and find out, you know, what happened and why they didn't date it. Uh, she was told by that physical therapist who sends in several requests on behalf of National Seating, uh, and he informed her that he was told not put a date on it, ever because it would mess up the vendor and she asked him what do you mean by