# EXHIBIT J

*Alabama SJIS CC/DC Case Detail*

[ Settings ] [ Disposition ] [ Sentence ] [ Case Action Summary ] [ Witness List ] [ Financial ] [ Enforcement ] [ Imag ]

### Case

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| County | 03 MONTGOMERY | Case Number | DC 2005 002380 00 | JID | LUM | DEF Status | B  BOND ESTS: N |
| Name | HORTON ELIZABETH WALTON | Alias | HORTON BETH | | | | |
| Address 1 | 2600 VAUGHN LAKES APTS | Alias | | | | | |
| Address 2 | #914 | SID | AL 000000000 | | | YDate | |
| Zip | 36117 0000 MONTGOMERY AL US | AS | | | | PR | 0000 000000 00 |
| DLNO | AL | DOB | 06181963 | SSN | 432378397 | Race/Sex | B/F |
| Height | 5 05 | Weight | 125 | Eyes | BRO | Hair | BLK |
| Filed | 08082005 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 08052005 | OffDT | 04152005 | ORI | 0030000 | OFFC | OLIVER |
| Indict | | Grand Jury | | Atty 1 | GOG001 R | Tkt# | |
| Bond | 0000150000 | Type | S | Bond Co | RBB001 JJ'S RAPID BAIL BON | REL | 08062005 |
| Sure | S 001 | CWIT | | JDMD | | APPL | |
| Tracking No's | WR 2005 000444 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 09262005 | Que | 001 | Time | 0800 A | Desc | BTRL |
| Charge 1 | FRPO | FALSE REPORTING TO L | | 13A-010-009 | M GP | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | M | Case Cat | GP |
| Comment | | | | | | | |

### Settings

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Date 1 | 09262005 | Que | 001 | Time | 0800 A | Desc | BTRL BENCH TRIAL |
| Date 2 | | Que | 000 | Time | 0000 | Desc | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | LIEBERMAN BRUCE M | Atty 1 | GOGGANS THOMAS M | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

### Disposition

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| CRT ACT | A AQUITTED/NOT GUILTY | CADATE | 09262005 | Jury | Y | More | N |
| Charge 1 | FRPO FALSE REPORTING TO 13A-010-009 M G | | | Counts | 001 | CA | A 09262005 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:Y | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:005 | Updated | 10132005 |

### Sentence

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Sent | | Begin | | End | | PRB BEG | |
| IMP CONF | 00 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |

| Monetary: | COST | FINE IMP: 00000000 | SUSP: 00000000 | CVCC | HIST |
|---|---|---|---|---|---|
| | WCCS | MCOS 00000000 | JFEE 00000000 | DRGF 0 | ASUS |
| | WCDA | REMB 00000000 | 3CVC 00000000 | WARR 000 | USFE |
| | PREL | DRUG 00000000 | RCUP 00000000 | SUBP 005 | CRIME |
| | RES1 00000000 | | RES2 00000000 | RES3 00000000 | |
| | RES4 00000000 | | RES5 00000000 | RES6 00000000 | |
| Confine: | PENT  LIFE  LWOP  DEATH  SPLIT  BOOT 000  EMON 00 | | | | |
| | JAIL  CCUR  CSEC  CTERM  RVSPL  GANG 000 | | | | |
| Programs: | JDVR  IPROB  AASCH  DUI  DDC  CSV 0000  SAPP | | | | |
| | PTRL  BCSCH  MNTL  CRO  ASCH  ANGER  DRCT | | | | |
| Enhanced: | PROJ  CNOT  SCH  VDOB 00000000  HOOF 000 | | | | |
| | DRUG  CODE:  MEAS:  VOL: 00000000 | | | | |
| SEC/CUR: | 00  000000000000  00  00  000000000000  00  000000000000 | | | | |
| Comment: | | | | | |
| BAL DUE | | DUE | | CRO | Updated 10132005 |

EXHIBIT J

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 08082005 | 1300 | JUDG | ASSIGNED TO: (LUM) (AR01) | VIL |
| 08082005 | 1300 | ARRS | DEFENDANT ARRESTED ON: 08/05/2005 (AR01) | VIL |
| 08082005 | 1300 | STAT | INITIAL STATUS SET TO: "B" - BOND (AR01) | VIL |
| 08082005 | 1300 | FILE | FILED ON: 08/08/2005 (AR01) | VIL |
| 08082005 | 1300 | S001 | SURETY ADDED: JJ'S RAPID BAIL BONDS (AR01) | VIL |
| 08082005 | 1300 | BOND | BOND SET AT: $1500.00 (AR01) | VIL |
| 08082005 | 1300 | REDT | DEFENDANT RELEASED FROM JAIL: 08/06/2005 (AR01) | VIL |
| 08082005 | 1300 | DAT1 | SET FOR: PLEA DOCKET ON 08/15/2005 AT 0800A (AR01) | VIL |
| 08082005 | 1300 | FILE | CHARGE 01: FALSE REPORTING TO L/#CNTS: 001 (AR01) | VIL |
| 08082005 | 1301 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | VIL |
| 08082005 | 1301 | DOC1 | DOCKET DATE NOTICE SENT TO S001 (AR09) | VIL |
| 08152005 | 1256 | TEXT | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT FLD | VIL |
| 08152005 | 1256 | TEXT | BY THOMAS M GOGGINS ATTY FOR DEFT. | VIL |
| 08152005 | 1256 | TEXT | MOTION TO CONTINUE FOR TRIAL SETTING | VIL |
| 08152005 | 1257 | DAT1 | SET FOR: BENCH TRIAL ON 09/12/2005 AT 0800A (AR01) | VIL |
| 08152005 | 1259 | DOC1 | DOCKET DATE NOTICE SENT TO S001 (AR09) | VIL |
| 08232005 | 1258 | SUBP | WITNESS SUBPOENA ISSUED AWP24 | VIL |
| 08292005 | 1556 | DAT1 | SET FOR: BENCH TRIAL ON 09/26/2005 AT 0800A (AR01) | VIL |
| 08292005 | 1557 | COMM | MOTION TO CONTINUE FLD BY DEFT ATTY GOGGANS | VIL |
| 08302005 | 0756 | ATY1 | ATTORNEY FOR DEFENDANT: GOGGANS THOMAS M (AR10) | VIL |
| 08302005 | 0827 | DOC1 | DOCKET DATE NOTICE SENT TO PROSECUTOR (AR09) | VIL |
| 08302005 | 1055 | DOC1 | DOCKET DATE NOTICE SENT TO DEF ATTY 1 (AR09) | VIL |
| 08302005 | 1058 | TEXT | MOTION TO CONTINUE GRANTED | VIL |
| 08302005 | 1058 | DOC1 | DOCKET DATE NOTICE SENT TO S001 (AR09) | VIL |
| 09012005 | 1356 | TEXT | REQUEST FOR PRODUCTION | VIL |
| 09012005 | 1356 | COMM | JO 9-1 (AR01) | VIL |
| 09072005 | 1413 | TEXT | MOTION TO CONTINUE FLD BY STATE OF ALA | VIL |
| 09152005 | 1520 | PAD1 | PARTY W001 ADD1 CHANGED FROM: 11 SO UNION ST(AW21) | VIL |
| 09152005 | 1530 | PRTY | PARTY ADDED W002 FELICIA BARROW (AW21) | VIL |
| 09152005 | 1531 | PRTY | PARTY ADDED W003 DON WILLIAMS (AW21) | VIL |
| 09152005 | 1533 | PRTY | PARTY ADDED W004 MICHAEL ROEDER (AW21) | VIL |
| 09152005 | 1534 | SUBP | WITNESS SUBPOENA ISSUED AWP24 | VIL |
| 09262005 | 1319 | TEXT | BENCH TRIAL HELD THIS DATE JUDGMENT ACQUITTAL LUM | VIL |
| 10132005 | 1523 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: LUM | VIL |
| 10132005 | 1523 | DISP | CHARGE 01 DISPOSED BY: AQUITTED ON: 09/26/2005 | VIL |
| 10132005 | 1523 | DISP | CHARGE 01: FALSE REPORTING TO /#CNTS: 001 (AR10) | VIL |
| 10132005 | 1523 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | VIL |