IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 02:06-CV-00526-MHT-DRB |
| | ) |
| DON WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT SHOCKLEY'S MOTION FOR SUMMARY JUDGEMENT

Comes now Defendant Gerald Shockley, by and through counsel, Troy King, Attorney General of Alabama, and Jack Wallace, Jr., Assistant Attorney to file this motion for summary judgement pursuant to F.R.Civ.P 56. As grounds, the Defendant states that there is no genuine issue as to any material fact and the Defendant is entitled to a judgement as a matter of law. The Defendant relies upon the pleadings, evidentiary submissions and his brief in support of this motion.

Respectfully submitted on this the 19th day of February, 2008.

TROY KING
ATTORNEY GENERAL


/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General

Address of Counsel:
Office of the Attorney General
11 South Union Street
Montgomery, AL  36130
334.353.8671
334.242.2433 - fax
JWallace@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 19th day of May, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF. The Clerk of Court using the CM/ECF system will send notification of this filing to the following:

Deborah M. Nickson
Attorney at Law

Charles Stewart, III
Laura Domm Taaffe
Quindal C Evans
Elizabeth Brislin Mitchell
Bradley, Arant, Rose & White, LLP

William O. Butler, III
Alabama Medicaid Agency

Dorman Walker
Kelly F. Pate
Balch & Bingham LLP

Courtney Tarver
Tamara Pharrams
Alabama Department of Mental Health
and Mental Retardation

/s/ *Jack Wallace, Jr.*

2