IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON,** )<br>)<br>    Plaintiff, )<br>) <br>v. )<br>)<br>**DON WILLIAMS, etc., et al.,** )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:06cv526-MHT |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 67) is set for submission, without oral argument, on March 13, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 20th day of February, 2008.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**