# EXHIBIT A

| A | Deposition of Elizabeth Horton, w/ exhibits |
|---|---|
| B | Deposition of Felicia Barrow, w/ exhibits |
| C | Deposition of Cliff Johnson, w/ exhibits |
| D | Deposition of Anthony Green, w/ exhibits |
| F | First affidavit of Gerald G. Shockley |
| G | Second affidavit of Gerald Shockley |
| H | Affidavit of Michael Roeder |
| I | Affidavit of Don Williams |
| J | Affidavit of Danielle Pirkle |
| K |  |