EXHIBIT B

| A | Deposition of Elizabeth Horton, w/ exhibits:<br>6/13/06 Adverse Action Notice from Baptist Health<br>Notice of Deposition Duces Tecum<br>3/22/06 termination letter from Hyundai<br>NSM client database with notations by Horton<br>1/24/05 Application to Hyundai<br>Horton resume<br>Plaintiff's Response to Defendant Don Williams' Interrogatories and Request for Production |
|---|---|
| B | Deposition of Felicia Barrow, w/ exhibits:<br>   6.   2/16/05 Memorandum from Barrow to McIntyre<br>   7.   Medicaid Policy Section - Durable Medical Equipment<br>   8.   8/2/04 Confidential Medicaid Complaint<br>   9.   7/9/04 Memorandum from Barrow re: NSM<br>   10.  5/9/05 transcript of interview with Don Williams<br>   11.  6/23/05 transcript of interview with Felicia Barrow |
| C | Deposition of Cliff Johnson, w/ exhibit:<br>   5.   6/14/05 and 7/12/04 Memoranda from Johnson re: NSM |
| D | Deposition of Anthony Green, w/ exhibits:<br>   1.   Confidential Medicaid Complaint<br>   2.   NSM client database with notations by Horton<br>   3.   2/16/05 Memorandum from Barrow to McIntyre<br>   4.   8/12/05 Summary Report of Investigation by Shockley |
| E | First affidavit of Gerald G. Shockley w/ attachments:<br>   1.   7/9/04 referral memorandum<br>   2.   6/1/05 transcript of interview with Michael Roeder<br>   3.   NSM client database with notations by Horton<br>   4.   Affidavit and Warrant |
| F | Second affidavit of Gerald Shockley w/ attachment:<br>   A.   8/12/05 Summary Report of Investigation by Shockley |
| G | Affidavit of Michael Roeder |
| H | Affidavit of Don Williams |
| I | Declaration of Danielle Pirkle w/ exhibit:<br>   A.   6/28/05 transcript of interview with Danielle Pirkle |
| J | Docket sheet, *State of Alabama v. Elizabeth Walton Horton*, Crim. No. – DC-2005-2380 (Montgomery Co. District Court) |