IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ELIZABETH HORTON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv526-MHT |
| | ) | |
| DON WILLIAMS, etc., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion for leave to substitute corrected brief (Doc. No. 74) is granted.

DONE, this the 22nd day of February, 2008.

                  /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE