IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELIZABETH HORTON,<br>    Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | CASE NO. 02:06-CV-00526-MHT |
| DON WILLIAMS, et al.,<br>    Defendants. | )<br>) | |

SETTLEMENT CONFERENCE REPORT

The undersigned counsel for Plaintiff in the above proceeding reports to the Court as follows:

    A. The parties conducted a settlement conference on March 11, 2008.

    B. The conference resulted in the following:

    The parties reached an impasse.

    The parties settled the following issues: None.

    The parties and counsel in attendance were:

    For Plaintiff Horton:   Deborah Moore Nickson, Esquire.

    For Defendant Williams: Dorman Walker, Esquire.

    For Defendant NSM: Quindal C. Evans, Esquire.

    For Defendant Shockley: Jack Wallace, Esquire.

    Parties or counsel who failed to appear were: None.

    C. All attorneys for Defendants indicated that their clients have not given them settlement authority.

Respectfully submitted on this the 17th day of March, 2008.

                                              /s/Deborah M. Nickson
                                              Attorney for Plaintiff Horton

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CERTIFICATE OF SERVICE

    I, Deborah M. Nickson, do hereby certify that a true and correct copy of the foregoing Settlement Conference Report has been served on all counsel and parties of record, by electronically filing this document through the Middle District's electronic filing system which will send notification of such filing to the following on this 17th day of March, 2008.

                                                      /s/ Deborah M. Nickson
                                                      Deborah M. Nickson
                                                      OF COUNSEL
                                                     2820 Fairlane Dr. Ste. A-10
                                                     Montgomery, Al 36116
                                                     334-213-1233

Hon. Charles A. Stewart, III
Bradley, Arant , Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Ste. 780
Montgomery, AL. 36104
Cstewart@bradleyarant.com

Hon. Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL. 36130
JWallace@ago.state.al.us

Hon. Kelly Pate,
Hon. Dorman Walker
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL. 36101
DWALKER@balch.com
kpate@balch.com

Hon. Quindal C. Evans
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Ave., Suite 780
Montgomery, Al 36104
qevans@bradleyarant.com