IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. |
| **v.** ) | 2:06cv526-MHT |
| ) | |
| **DON WILLIAMS, etc., et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

### ORDER

It is ORDERED that the motions to strike (Doc. Nos. 80 & 81) are set for submission, without oral argument, on April 4, 2008, with all briefs due by said date.

DONE, this the 20th day of March, 2008.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**