**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH HORTON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DON WILLIAMS, individually and in his capacity as the Manager of National Seating and Mobility, Inc., NATIONAL SEATING AND MOBILITY, INC., GERALD SHOCKLEY, individually,** | ) ) ) ) ) ) | **CIVIL ACTION NUMBER:
2:06-cv-526-MHT-TFM** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## DEFENDANTS NATIONAL SEATING AND MOBILITY AND DON WILLIAMS' WITNESS LIST

Defendants National Seating and Mobility and Don Williams pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3) of the Federal Rules of Civil Procedure, designate the following will-call witnesses:

1. Elizabeth Horton (Plaintiff)

2. Don Williams
   c/o Balch & Bingham LLP
   P.O. Box 78
   Montgomery, AL 36101
   (334) 269-3138

3. Gerald Shockley
   c/o Office of the Attorney General
   11 South Union Street
   Montgomery, AL 36130
   (334) 242-7300

4.     Representative of National Seating and Mobility
       National Seating and Mobility
       377 Riverside Drive
       Franklin, Tennessee 37064-5393
       (615) 495-1115

5.     Emily Williams
       c/o Balch & Bingham LLP
       P.O. Box 78
       Montgomery, AL 36101
       (334) 269-3138

6.     Representative of Attorney General's Medical Fraud Unit
       c/o Office of the Attorney General
       11 South Union Street
       Montgomery, AL 36130
       (334) 242-7300

7.     Anthony Green
       c/o Alabama Medicaid Agency
       501 Dexter Avenue
       Montgomery, AL 36103
       (334) 242-5000

8.     Clifford Johnson
       c/o Alabama Medicaid Agency
       501 Dexter Avenue
       Montgomery, AL 36103
       (334) 242-5000

9.     Felicia Barrow
       c/o Montgomery Area Community Wellness Coalition
       3060 Mobile Highway
       Montgomery, AL 36108
       (251) 947-1083

In addition to the aforementioned witnesses, Defendants National Seating and Mobility and Don Williams designate the following may-call witnesses:

1.     Representative of Kelly Services
       4142 Carmichael Rd # B
       Montgomery, AL 36106
       (334) 272-6522

2. Hyundai Records Custodian
   c/o Hyundai Motor Manufacturing Alabama
   HMMA Legal Department
   700 Hyundai Blvd.
   Montgomery, AL  36105
   (334) 387-8000

3. Michael Roeder
   c/o Office of the Attorney General
   11 South Union Street
   Montgomery, AL 36130
   (334) 242-7300

4. Tommy Certain
   c/o Hyundai Motor Manufacturing Alabama
   HMMA Legal Department
   700 Hyundai Blvd.
   Montgomery, AL  36105
   (334) 387-8000

5. Representative of Hyundai
   c/o Hyundai Motor Manufacturing Alabama
   HMMA Legal Department
   700 Hyundai Blvd.
   Montgomery, AL  36105
   (334) 387-8000

6. Daniele Perkle
   National Seating and Mobility
   377 Riverside Drive
   Franklin, Tennessee 37064-5393
   (615) 495-1115

7. Lois Bodiford
   National Seating and Mobility
   708 5th Ave N
   Birmingham, AL 35203
   (205) 941-9909

3

Respectfully submitted this 14th day of May, 2008.

/s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
**Attorneys for National Seating & Mobility, Inc.**

/s/ Dorman Walker
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
**Attorneys for Don Williams**

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah M. Nickson
Attorney for Petitioner
2820 Fairlane Drive, Suite A-10
Montgomery, AL 36116

Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

/s/ Charles A. Stewart III
Of Counsel