**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH HORTON**<br><br>  **Plaintiff,**<br><br>**v.**<br><br>**DON WILLIAMS, individually and in his capacity as the Manager of National Seating and Mobility, Inc., NATIONAL SEATING AND MOBILITY, INC., GERALD SHOCKLEY, individually,**<br><br>  **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NUMBER:**<br>**2:06-cv-526-MHT-TFM** |

**DEFENDANTS NATIONAL SEATING AND MOBILITY AND DON WILLIAMS'**
**DESIGNATION OF DEPOSITION EXCERPTS**

Defendants National Seating and Mobility and Don Williams pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3) of the Federal Rules of Civil Procedure, designate the following exhibits:

| | |
|---|---|
| **A** | Deposition of Elizabeth Horton:<br>119:2-120:10<br>123:7-126:5<br>164:8-170:22<br>227:3-12<br>229:6-13<br>229:14-17<br>229:22-230:4<br>168:11-169:20<br>232:4-8<br>233:3-7<br>233:13-233:16<br>233:17-21<br>302:14-304:1<br>343:17-344:5 |

| B | Deposition of Felicia Barrow: |
|---|---|
| | 8:15-9:22 |
| | 9:23-10:13 |
| | 22:16-23:6 |
| | 24:3-11 |
| | 48:23-49:7 |
| | 50:10-52:12 |
| | 54:11-55:2 |
| | 55:15-22 |
| | 58:10-59:7 |
| | 60:23-61:9 |
| | 62:14-65:2 |
| | 65:10-68:11 |
| | 69:9-21 |
| | 70:6-71:14 |
| | 72:3-72:14 |
| | 72:22-73:7 |
| | 76:3-77:19 |
| | 79:21-80:2 |
| | 81:7 |
| | 83:11 |
| | 84:17 |
| | 85:2-20 |
| | 86:6-23 |
| | 92:5-93:8 |
| | 93:20-97:5 |
| | 98:10-99:15 |
| | 100:13-100:16 |
| | 106:16-107:2 |
| | 108:6-11 |
| | 109:15-110:18 |
| | 111:10-112:1 |
| | 112:2-113:2 |
| | 113:23-116:10 |
| | 117:7-118:10 |
| | 119:7-9 |
| | 120:9-16 |
| | 120:21-122:16 |
| | 124:9-20 |
| | 124:22-125:5 |
| | 129:22-130:2 |
| C | Deposition of Cliff Johnson: |
| | 13:14-18 |
| | 16:5-18:6 |

| | |
|---|---|
| **D** | Deposition of Anthony Green:<br>7:6-8:22<br>10:8-12:1<br>14:13-15:6<br>16:8-17:7<br>19:20-20:11<br>26:19-27:18<br>33:13-22<br>35:16-36:13<br>44:16-45:8<br>49:12-19<br>49:16-50:20<br>55:6-58:20<br>63:2-23<br>64:6-13<br>65:15-66:16<br>68:8-69:14<br>69:22-72:23<br>74:6-74:9<br>74:20-75:1<br>75:9-13<br>77:17-78:4<br>82:2-6<br>89:22-90:7<br>94:10-97:7 |
| | Any portion of any deposition cited by Defendants National Seating and Mobility and Don Williams in support of their Motion for Summary Judgment. |
| | Defendants National Seating and Mobility and Don Williams reserve the right to use all or any portion of the deposition of any witness taken in this matter, if the witness is unavailable for trial. |
| | Defendants National Seating and Mobility and Don Williams reserve the right to use any and all parts of Plaintiff's deposition for any and all purposes permitted under the Federal Rules of Civil Procedure. |

Defendants National Seating and Mobility and Don Williams reserve the right to supplement this list.

Respectfully submitted this 14th day of May, 2008.

s/Dorman Walker
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
**Attorneys for Defendant Don Williams**

s/Charles A. Stewart III
Charles A. Stewart III (STE067)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
**Attorneys for National Seating & Mobility, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah M. Nickson
Attorney for Petitioner
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116

Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

s/Charles A. Stewart III
Of Counsel