IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:06-CV-00526-MHT-DRB |
| ) | |
| DON WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT SHOCKLEY'S WITNESS LIST

COMES NOW the Defendant Gerald Shockley pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3) of the Federal Rules of Civil Procedure, designate the following witnesses which may be called at trial:

1. Elizabeth Horton
   c/o Deborah M. Nickson
   2820 Fairlane Dr. Ste. A-10
   Montgomery, AL 36116
   (334) 213-1233

2. Gerald Shockley
   c/o Office of the Attorney General
   11 South Union Street
   Montgomery, AL 36130
   (334) 242-7300

3. Don Williams
   c/o Balch & Bingham LLP
   P.O. Box 78
   Montgomery, AL 36101
   (334) 269-3138

4  Bruce Lieberman
   Attorney General's Medical Fraud Unit
   11 South Union Street
   Montgomery, AL 36130
   (334) 242-7300

5.  Michael Roeder
   c/o Office of the Attorney General
   11 South Union Street
   Montgomery, AL 36130
   (334) 242-7300

4.  Representative of National Seating and Mobility
   National Seating and Mobility
   377 Riverside Drive
   Franklin, Tennessee 37064-5393
   (615) 495-1115

5.  Emily Williams
   c/o Balch & Bingham LLP
   P.O. Box 78
   Montgomery, AL 36101
   (334) 269-3138

6.  Anthony Green
   c/o Alabama Medicaid Agency
   501 Dexter Avenue
   Montgomery, AL 36103
   (334) 242-5000

7.  Clifford Johnson
   c/o Alabama Medicaid Agency
   501 Dexter Avenue
   Montgomery, AL 36103
   (334) 242-5000

8.  Felicia Barrow
   c/o Montgomery Area Community Wellness Coalition
   3060 Mobile Highway
   Montgomery, AL 36108
   (251) 947-1083

9.  Representative of Kelly Services
   4142 Carmichael Rd # B
   Montgomery, AL 36106
   (334) 272-6522

10. Hyundai Records Custodian
    c/o Hyundai Motor Manufacturing Alabama
    HMMA Legal Department
    700 Hyundai Blvd.
    Montgomery, AL 36105
    (334) 387-8000

11. Tommy Certain
    c/o Hyundai Motor Manufacturing Alabama
    HMMA Legal Department
    700 Hyundai Blvd.
    Montgomery, AL 36105
    (334) 387-8000

12. Representative of Hyundai
    c/o Hyundai Motor Manufacturing Alabama
    HMMA Legal Department
    700 Hyundai Blvd.
    Montgomery, AL 36105
    (334) 387-8000

13. Daniele Perkle
    National Seating and Mobility
    377 Riverside Drive
    Franklin, Tennessee 37064-5393
    (615) 495-1115

14. Lois Bodiford
    National Seating and Mobility
    708 5th Ave N
    Birmingham, AL 35203
    (205) 941-9909

15. Any witness identified on the Plaintiff's witness list.

16. Any witness identified on any other Defendants' witness list.

17. Defendant Shockley reserves the right to call any witness needed for impeachment or rebuttal purposes.

Respectfully submitted on this the 14th day of May, 2008.

TROY KING
ATTORNEY GENERAL

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General

Address of Counsel:
Office of the Attorney General
11 South Union Street
Montgomery, AL  36130
334.353.8671
334.242.2433 - fax
JWallace@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 14th day of May, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF. The Clerk of Court using the CM/ECF system will send notification of this filing to the following:

| | |
|---|---|
| Deborah M. Nickson<br>Attorney at Law | William O. Butler, III<br>Alabama Medicaid Agency |
| Charles Stewart, III<br>Laura Domm Taaffe<br>Quindal C Evans<br>Elizabeth Brislin Mitchell<br>Bradley, Arant, Rose & White, LLP | Dorman Walker<br>Kelly F. Pate<br>Balch & Bingham LLP<br><br>Courtney Tarver<br>Tamara Pharrams<br>Alabama Department of Mental Health<br>and Mental Retardation |

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General
