IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELIZABETH HORTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:06-CV-00526-MHT-DRB |
| | ) | |
| DON WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SHOCKLEY'S DESIGNATION OF DEPOSITION EXCERPTS**

COMES NOW the Defendant Gerald Shockley pursuant to the Court's Scheduling Order in this matter and Rule 26(a)(3) of the Federal Rules of Civil Procedure, designate the deposition excerpts which may be used at trial:

| A | Deposition of Elizabeth Horton:<br>119:2-120:10<br>123:7-126:5<br>164:8-170:22<br>227:3-12<br>229:6-13<br>229:14-17<br>229:22-230:4<br>168:11-169:20<br>232:4-8<br>233:3-7<br>233:13-233:16<br>233:17-21<br>302:14-304:1<br>343:17-344:5 |
|---|---|
| B | Deposition of Felicia Barrow:<br>8:15-9:22<br>9:23-10:13<br>22:16-23:6<br>24:3-11<br>48:23-49:7<br>50:10-52:12 |

1

| | |
|---|---|
| | 54:11-55:2<br>55:15-22<br>58:10-59:7<br>60:23-61:9<br>62:14-65:2<br>65:10-68:11<br>69:9-21<br>70:6-71:14<br>72:3-72:14<br>72:22-73:7<br>76:3-77:19<br>79:21-80:2<br>81:7<br>83:11<br>84:17<br>85:2-20<br>86:6-23<br>92:5-93:8<br>93:20-97:5<br>98:10-99:15<br>100:13-100:16<br>106:16-107:2<br>108:6-11<br>109:15-110:18<br>111:10-112:1<br>112:2-113:2<br>113:23-116:10<br>117:7-118:10<br>119:7-9<br>120:9-16<br>120:21-122:16<br>124:9-20<br>124:22-125:5<br>129:22-130:2 |
| C | Deposition of Cliff Johnson:<br>13:14-18<br>16:5-18:6 |
| D | Deposition of Anthony Green:<br>7:6-8:22<br>10:8-12:1<br>14:13-15:6<br>16:8-17:7<br>19:20-20:11<br>26:19-27:18 |

2

|  | |
|---|---|
|  | 33:13-22<br>35:16-36:13<br>44:16-45:8<br>49:12-19<br>49:16-50:20<br>55:6-58:20<br>63:2-23<br>64:6-13<br>65:15-66:16<br>68:8-69:14<br>69:22-72:23<br>74:6-74:9<br>74:20-75:1<br>75:9-13<br>77:17-78:4<br>82:2-6<br>89:22-90:7<br>94:10-97:7 |
|  | Any portion of any deposition cited by Defendant Shockley's Motion for Summary Judgment. |
|  | Defendant Shockley reserves the right to use all or any portion of the deposition of any witness taken in this matter, if the witness is unavailable for trial. |
|  | Defendant Shockley reserves the right to use any and all parts of Plaintiff's deposition for any and all purposes permitted under the Federal Rules of Civil Procedure. |

Defendant Shockley reserves the right to supplement this list.

Respectfully submitted on this the 14th day of May, 2008.

> TROY KING
> ATTORNEY GENERAL
>
> /s/ *Jack Wallace, Jr.*
> Jack Wallace, Jr.
> Assistant Attorney General

Address of Counsel:
Office of the Attorney General
11 South Union Street
Montgomery, AL  36130
334.353.8671
334.242.2433 - fax
JWallace@ago.state.al.us

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 14th day of May, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF. The Clerk of Court using the CM/ECF system will send notification of this filing to the following:

| | |
|---|---|
| Deborah M. Nickson<br>Attorney at Law | William O. Butler, III<br>Alabama Medicaid Agency |
| Charles Stewart, III<br>Laura Domm Taaffe<br>Quindal C Evans<br>Elizabeth Brislin Mitchell<br>Bradley, Arant, Rose & White, LLP | Dorman Walker<br>Kelly F. Pate<br>Balch & Bingham LLP<br><br>Courtney Tarver<br>Tamara Pharrams<br>Alabama Department of Mental Health<br>and Mental Retardation |

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General

4