IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 02:06-CV-00526-MHT-TFM |
| ) | |
| DON WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF HORTON'S EXHIBIT LIST

**Plaintiff** Horton pursuant to the Court's Scheduling Order in this matter and Rule 26 (a) (3) of the Federal Rules of Civil Procedure, designate the following exhibits:

1. Alabama Medicaid Agency
   Report Of Investigation
   Case Number: 8-04-0150
   Date Of Report: 7-6-2006
   Investigator: Anthony Green

2. Risk Mitigation Services, Inc.
   Public Record Search of Elizabeth Horton
   Dated: 4-20-2006

3. Baptist Health
   Adverse Action Notice
   Dated: June 13, 2006

4. Alabama Medicaid Agency
   Printout for National Seating and Mobility
   Referenced by Investigation Anthony Green
   during his deposition on January 30, 2008.

5. Alabama Medicaid Agency
   Memorandum
   Dated: June 14, 2005
   From Cliff Johnson, Chief Investigator

6. Tax Records and W-2 Form for Elizabeth Horton

7. Alabama Attorney General's Office
   Medicaid Fraud Division
   Interview Report Form
   Summary Report Of Investigation
   Dated: August 11, 2005
   Transcription Dated: August 12, 2005

8. Taped interview with Felecia Barrow
   Dated: 6-15-05
   By Gerald Shockley

9. Deposition Of Felecia Barrow, with Plaintiff's Exhibit #s:
   Exhibits: 6, 7, 9, and 11.

10. Deposition Of Anthony Green with all exhibits:

11. Deposition Of Cliff Johnson.

12. Alabama Judicial Information System, Case Action Summary, District Criminal, Case DC: 05-00238.00

13. EDS Display Data Specifications
    For Elizabeth Horton

Attorney Nickson reserves the right (a) to supplement this list, (b) not to offer and/or to object to the use of all or any portion of the foregoing by any other party, (c) to offer as a separate exhibit any portion of or any summary of any of the foregoing, (d) to offer an enlargement of any of the foregoing, (e) to use any document identified in subsequent discovery, (f) to use any exhibit listed by any other party if Defendant's objection thereto is waived or overruled, (g) to use any document marked as an exhibit during any deposition in this matter, (h) to use other documents for rebuttal and/or impeachment, (i) to use any documents which have been requested or produced during whether the same has been produced, (j) to use any

document produced by any non-party, and (k) to use any document requested of any non-party, regardless whether the same has been produced.

Respectfully submitted on this the 14th day of May, 2008.

*Deborah M. Nickson*
Deborah M. Nickson
Attorney for Plaintiff Horton
2820 Fairlane Drive, Ste A-10
Montgomery, AL 36116
334-213-1233

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CERTIFICATE OF SERVICE

I, Deborah M. Nickson, do hereby certify that a true and correct copy of the foregoing Plaintiff Horton Exhibit List has been served on all counsel and parties of record, by mailing a copy of the same in the U.S. Mail, envelope properly addressed and postage prepaid on this 14th day of May, 2008.

/s/ Deborah M. Nickson
Deborah M. Nickson
Attorney for Plaintiff
2820 Fairlane Dr. Ste A-10
Montgomery, AL 36116
334-213-1233

Hon. Charles A. Stewart, III
Bradley, Arant, Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Ste. 780
Montgomery, AL. 36104

Hon. Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL. 36130

Hon. Kelly Pate,
Hon. Dorman Walker
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL. 36101

Hon. Quindal C. Evans
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Ave., Suite 780
Montgomery, Al 36104