IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 02:06-CV-00526-MHT-TFM |
| DON WILLIAMS, et al., | ) |
| Defendants. | ) |

## PLAINTIFF'S WITNESS LIST

COMES NOW Plaintiff Elizabeth Horton pursuant to the Court's Scheduling Order in the above styled matter and in compliance to Rule 26(a)(3) of the Federal Rules of Civil Procedure, respectfully cite the following witness which may be called at trial:

1. Elizabeth Horton, Plaintiff
   c/o Deborah M. Nickson., Esquire 2820 Fairlane Dr. Suite A-10,
   Montgomery, AL. 36116
   334-213-1233

2. Felicia Barrow,
   c/o Montgomery Area Community Wellness Coalition
   3060 Mobile Highway
   Montgomery, AL 36108
   334-293-6487

3. Defendant Don Williams
   c/o Jordan Walker, Jr. Esquire
   P.O. Box 78,
   Montgomery, Al 36101
   334-269-3138

4. Gerald Shockley, Defendant
   c/o Jack W. Wallace, Jr.
   Office of the Attorney General
   11 South Union Street
   Montgomery, AL 36130
   334-242-7391

5.  Clifford Johnson
    Alabama Attorney General Office
    Montgomery, AL 36103
    334-242-5534

6.  Anthony Green
    Alabama Medicaid Agency
    11 South Union Street
    Montgomery, AL 36130
    334-242-5000

7.  Michael Roeder
    Alabama Attorney General Office
    11 South Union Street
    Montgomery, Al 36130
    334-242-7300

8.  Custodian Of Records
    Kelly Services
    4142-B Carmichael Road
    Montgomery, Al 36106
    334-272-6522

9.  Troy King
    Alabama Attorney General Office
    11 South Union Street
    Montgomery, Al 36130
    334-242-7300

10. Custodian Of Records
    Risk Mitigation Services, Inc.
    101 Euclid Avenue
    Muscle Shoals, Al 35661
    866-383-1180

11. Clerk Of District Court Of Montgomery County, Alabama
    Holly Faens
    251 South Lawrence Street
    Montgomery, Al 36104

12. Custodian Of Records
    Baptist Health
    2105 East South Boulevard
    Montgomery, Al 36116
    334-286-2445

    13. Any Witness identified on the Defendants NSM, Williams and Shockley's witness list.

    14. Attorney Nickson reserves the right to call any witness needed for impeachment or rebuttal purposes.

The witnesses named below may-be called:
1. Emily Williams
   9532 Wynlake Place
   Montgomery, Al 36117
   334-269-3138

2. Chaseley Elizabeth Everage (Weeks)
   1303 Pine Ridge Road
   Montgomery, Al 36109
   334-202-5999

RESPECTFULLY SUBMITTED on this the 14th of May, 2008.

_/s/ Deborah M.N._
Deborah M. Nickson
Attorney for Plaintiff
2820 Fairlane Drive, Ste. A-10
Montgomery, AL 36116
(334) 213-1233

3

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Deborah M. Nickson, do hereby certify that a true and correct copy of the foregoing Plaintiff Horton Witness List has been served on all counsel and parties of record, by mailing a copy of the same in the U.S. Mail, envelope properly addressed and postage prepaid on this 14th  day of May, 2008.

                                            Deborah M. Nickson
                                            Attorney for Plaintiff
                                            2820 Fairlane Dr. Ste A-10
                                            Montgomery, AL  36116
                                            334-213-1233

Hon. Charles A. Stewart, III
Bradley, Arant , Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Ste. 780
Montgomery, AL. 36104

Hon. Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL. 36130

Hon. Kelly Pate,
Hon. Dorman Walker
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL. 36101

Hon. Quindal C. Evans
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Ave., Suite 780
Montgomery, Al 36104