IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAY 14  P 10: 30

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 02:06-CV-00526-MHT-TFM |
| | ) |
| DON WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF HORTON'S DESIGNATION OF DEPOSITION EXCERPTS

Plaintiff Horton pursuant to the Court's Scheduling Order in this matter and Rule 26 (a)

(3) of the Federal Rules of Civil Procedure, designate the following exhibits:

**A. Deposition of Anthony Green:**
Pages:
7: 6-:9:23
10:3-12:9
13:14-15:6
17:8-19:5
20:12-23
21:5-22:9
23:20-22
24:4-27:19
27: 23-28:1
28:4-16
31:13-32:9
32:13-33:3
38:7-12
42:10-21
43:21-48:1
48:5-10
48:15-49:5
49:10-51:4

**B. Deposition of Felecia Barrows**

Pages

7:21-11:23
12:6-13:7
13:12-14:21
15:4-15:20
16:22-17:8
17:11-18:4
18:9
18:13-18:20
19:2-13
20:3-7
20:12-21:8
21:11-22:14
23:4-24:5
24:8-14
24:21-25:7
25:12
27:1-2
27:20-28:21
29:1-4
29:9-30:4
31:11-14
31:19-20
32:1-9
32:15-33:6
33:9
33:14-34:15
34:18-34:23
35:5-35:8
35:11-35:14
35:17-36:3
36:22-37:1
37:6-37:14
37:17-38:13
38:16-17
38:20-39:8
39:11-23
40:11
40:16-18
40:23-44:3
44:6-13
43:18-19
45:1
47:11-21

| Deposition of Felecia Barrows, cont. |
|---|
| 48:1 <br> 48:23-13 <br> 50:16-51:4 <br> 51:18-19 <br> 51:22-52:3 <br> 52:6-55:2 <br> 55:5-10 |

| C. Deposition of Cliff Johnson |
|---|
| 8:13-21 <br> 9:4-10:23 <br> 14:7-15:13 <br> 18:7-21 <br> 34:18-35:1 <br> 35:6-16 <br> 35:19-20 <br> 35:23-36:6 <br> 36:9 <br> 36:16-37:15 <br> 37:19-23 <br> 38:1-21 <br> 39:2-10 <br> 39:14-16 <br> 39:20-40:7 <br> 40:11-12 <br> 40:19-20 <br> 41:3 <br> 41:7-9 <br> 41:14-42:19 <br> 43:2 <br> 43:7-11 <br> 43:14 <br> 43:17-18 <br> 43:21 <br> 44:1-4 <br> 44:9-12 <br> 44:17 <br> 44:21-23 <br> 45:3-6 <br> 45:14-20 & 45:23-48:2 & 57:23-58:18 |

> Any portion of any deposition cited by Defendants NSM, Williams, and Shockley in their deposition designations, exhibits attached to all Defendants Briefs in Support of Defendants Summary Judgment.

> Plaintiff Horton reserves the right to use relevant parts or all of the deposition of any witness taken in this Matter should the witness is unavailable for trial.

> Plaintiff Horton reserves the right to supplement this list.

Respectfully submitted this 14th day of May, 2008.

*/s/ Deborah M. Nickson*
Deborah M. Nickson
Attorney for Petitioner
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CERTIFICATE OF SERVICE

I, Deborah M. Nickson, do hereby certify that a true and correct copy of the foregoing Plaintiff Horton Designation of Deposition Excerpts has been served on all counsel and parties of record, by mailing a copy of the same in the U.S. Mail, envelope properly addressed and postage prepaid on this 14th__ day of May, 2008.

                                        Deborah M. Nickson
                                        Attorney for Plaintiff
                                        2820 Fairlane Dr. Ste A-10
                                        Montgomery, AL  36116
                                        334-213-1233

Hon. Charles A. Stewart, III
Bradley, Arant , Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Ste. 780
Montgomery, AL. 36104
Cstewart@bradleyarant.com

Hon. Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL. 36130
JWallace@ago.state.al.us

Hon. Kelly Pate,
Hon. Dorman Walker
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL. 36101
DWALKER@balch.com
kpate@balch.com

Hon. Quindal C. Evans
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Ave., Suite 780
Montgomery, Al 36104
qevans@bradleyarant.com