IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 02:06-CV-00526-MHT-TFM |
| | ) |
| DON WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF HORTON'S RESPONSE TO DEFENDANTS NATIONAL SEATING AND MOBILILITY, DON WILLIAMS, AND GERALD SHOCKLEY'S DESIGNATION OF DEPOSITION EXCERPTS**

| |
|---|
| A. Deposition of Felecia Barrows |
| Pages |
| 9:23-13:7 |
| 13:7-14:21 |
| 15:4-16:2 |
| 16:18-17:8 |
| 17:11-18:4 |
| 18:9 |
| 18:13-18:20 |
| 19:1-19-13 |
| 19:16 |
| 19:19 |
| 20:3-20:7 |
| 20:12-21:8 |
| 21:11 |
| 21:12-24:5 |
| 24:8-24:20 |
| 53:22-54:10 |
| 56:17-23 |
| 57:3-57:16 |
| 61:13-23 |
| 73:12-74:18 |
| 76:8-78:9 |

| Deposition of Felecia Barrows, cont. |
|---|
| 89:2-89:15 |
| 94:9-96:18 |
| 113:7-114:17 |

| B. Deposition of Cliff Johnson |
|---|
| 18:7-21 |

| C. Deposition Anthony Green |
|---|
| 17:8-19:9 |
| 19:10-20:10 |
| 21:5-22:12 |
| 38:7-12 |
| 43:21-44:15 |
| 60:4-63:1 |
| 82:11-83:17 |

Plaintiff Horton reserves the right to use relevant parts or all of the deposition of any witness taken in this Matter should the witness is unavailable for trial.

Plaintiff Horton reserves the right to supplement this list.

Respectfully submitted this 21th day of May, 2008.

Deborah M. Nickson
Attorney for Petitioner
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CERTIFICATE OF SERVICE

I, Deborah M. Nickson, do hereby certify that a true and correct copy of the foregoing Plaintiff Horton Response To Defendants National Seating and Mobility, Don Williams and Gerald Shockley's Designation of Deposition Excerpts has been served on all counsel and parties of record, by mailing a copy of the same in the U.S. Mail, envelope properly addressed and postage prepaid on this 21th day of May, 2008.

                                                Deborah M. Nickson
                                                Attorney for Plaintiff
                                                2820 Fairlane Dr. Ste A-10
                                                Montgomery, AL 36116
                                                334-213-1233

Hon. Charles A. Stewart, III
Bradley, Arant, Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Ste. 780
Montgomery, AL. 36104

Hon. Jack W. Wallace, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL. 36130

Hon. Kelly Pate,
Hon. Dorman Walker
Balch & Bingham LLP
P.O. Box 78
Montgomery, AL. 36101

Hon. Quindal C. Evans
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Ave., Suite 780
Montgomery, Al 36104