IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| Ms. Horton, | ) ) ) |
| vs. | ) CASE NO. 2:06-CV-00526-MHT-DRB |
| DON WILLIAMS, et al., | ) ) ) |
| Williams. | ) |

### AFFIDAVIT OF MICHAEL ROEDER IN SUPPORT OF MOTION TO SUBSTITUTE CORRECTED AFFIDAVIT

1. Pursuant to 28 U.S.C. § 1746, I, Michael Roeder, certify that the following declaration is based upon my personal knowledge, upon business records kept in the ordinary course of business under my custody and control as well as upon a review of Documents 69 Exhibits E and G as filed with this Honorable Court in this case.

2. I am Michael Roeder, formerly employed as a Special Agent with the Medicaid Fraud Control Unit of the Alabama Attorney General's Office and make the following declaration regarding an affidavit dated and signed by me on February 18, 2008 regarding *Elizabeth Horton v. Williams, et al.*, 2:06-CV-00526-MHT-DRB.

3. Prior to signing the affidavit, I briefly scanned the document and did not realize the document contained a misstatement of fact. Paragraph 7, sentence 3 reads, "She placed a check mark next to 37 names, which she recognized but could not say had been fraudulently billed." This statement is incorrect and should not have been included in the affidavit.


EXHIBIT A

4. I met with the Plaintiff on April 15, 2005 during the course of investigating the allegations of fraudulent billing by National Seating & Mobility, Inc. that were made by the Plaintiff. The Plaintiff stated to me that while working as a billing clerk or office worker at National Seating & Mobility during the period of March to June 2004, she became aware of numerous occasions when Medicaid was billed for wheelchairs and other items that were not delivered by National Seating & Mobility. She stated that she learned this because several patients or sponsors called her to inquire about where their equipment was.

5. I asked the Plaintiff during the meeting to review a detailed listing of billings to Medicaid from National Seating & Mobility Company for October 1, 2003 through December 31, 2004 which is referenced in Paragraph 7 of my affidavit, Document 69, Exhibit G. She reviewed the list and placed checkmarks by the names of the individuals that she said that she knew did not receive their wheelchair and that Medicaid had been billed by National Seating & Mobility.

6. Prior to my retirement on May 1, 2005, I provided Senior Special Agent Gerald Shockley (my immediate supervisor) with a Record of Interview of Ms. Elizabeth Horton dated April 15, 2005. This document is based on the interview I conducted of Ms. Horton and is true and correct. A copy of said Record of Interview is attached to this affidavit as Attachment 1.

7. Upon my retirement, the investigation was continued by Senior Special Agent Gerald Shockley of the Medicaid Fraud Control Unit. On June 1, 2005, I met with Agent Shockley at his office in Montgomery, Alabama. Agent Shockley prepared a summary of my Record of Interview with Elizabeth Horton and my investigation up to the

time of my retirement which I read and signed. A copy of said summary is attached as Attachment 2 and is true and correct. In my original affidavit (Doc. 69, Ex. G) I noted in paragraph 5 that Gerald Shockley's notes, which are filed with the Court as Document 69, Exhibit E, pages 5 and 6 of 15, are true and correct.

8. A corrected copy of my affidavit is attached as Exhibit B to the Motion to Substitute Corrected Affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of August, 2008.

                                                          _____
                                                          Michael Roeder

RECORD OF INTERVIEW

April 15, 2005

Re; Matter # 77282-001

National Seating and Mobility

S/A Michael R. Roeder

This office received a complaint from the Alabama Medicaid Agency alleging that National Seating and Mobility was billing for DME (Durable Medical Equipment) that was not being delivered, falsifying records and holding outdated prescriptions for equipment. This information was provided by Ms. Elizabeth Horton, a former employee of National Seating and Mobility. This writer met with Ms. Horton on the above date and she provided the following information regarding her duties at Nation Seating. She worked at National Seating from March 2004 – June 2004. She was hired as a billing clerk/office worker and as such, did all the Medicaid, Medicare and private insurance billing. Ms. Horton stated that during the time she worked for National Seating, she was aware, on numerous occasions that Medicaid was billed for wheel chairs and other items that were not delivered by National Seating. She knew this because several of the patients or their sponsors called her and wanted to know where their equipment was. Ms. Horton started she kept a record of the patients who called her and has that at her residence. She advised that she would be willing to provide this office with a copy of her notes backing up her complaint. Ms. Horton stated she questioned one of the owners, Emily (last name unknown) about this problem and was told to not worry about it. Ms. Horton stated Don and Emily were responsible for making the delivery of items billed and would falsify the delivery tickets.

Ms. Horton advised that National Seating usually received their wheel chairs from three (3) different suppliers and the only one she could remember at this time was Sunrise Medical, Nashville, Tn (she has the names of the other suppliers at home). She stated that National Seating in Montgomery would often swap parts back and forth with National Seating and Mobility in Birmingham, i.e., batteries etc and still bill Medicaid for the parts. Horton advised she actually work for Kelly Services who placed her at National Seating, and was terminated because she was too friendly with certain individuals at Medicaid, specifically Felecia Barrows, Associate Director, Prior Approval Unit. I showed Ms. Horton a Detail Report of the billing conducted by National Seating and Mobility for the period 10/01/03 – 12/31/04 generated by this office. Ms. Horton reviewed this list and checked the names of individuals she knew did not receive their equipment. These individuals contacted her at National Seating and wanted to know where the equipment was. In addition, Horton identified two (2) recipients that National Seating received payment from Medicaid and Blue Cross/Blue Shield for the same equipment and never refunded Medicaid. Horton advised she would be will to submit to a polygraph test and would also be willing to testify in court.

Ms. Horton provided the following personal information;

Residence:  2600 Vaughn Lakes Apartments # 914
            Montgomery, Al

Telephone:  Home – 334-279-7960
            Work – 334-387-8571

Drivers License # ▮▮▮▮▮▮▮
DOB: ▮▮▮
SSN: ▮▮▮▮
Black Female

Works at Hyundai Plant 6:30 a.m. – 3:15 p.m. She is usually home around 3:45 p.m. – 4:00 p.m.

**NOTE:** This writer instructed her to put in writing, the series of events as they transpired at National Seating and Mobility, and someone from this office would be in touch with her to obtain that information. She agreed to provide any and all documentation regarding this matter to this office.

**ALABAMA ATTORNEY GENERAL'S OFFICE**
**MEDICAID FRAUD DIVISION**
**INTERVIEW REPORT FORM**

June 1, 2005
TRANSCRIPTION DATE

Interview with Michael R. Roeder
Montgomery, AL
Matter ID #77282-001

Michael R. Roeder, former Special Agent Investigator, with the Medicaid Fraud Control Unit of the Alabama Attorney General's Office was contacted concerning an interview he did with Ms. Elizabeth Horton on April 15, 2005. Mr. Roeder was made available the content of the interview he conducted of Ms. Elizabeth Horton on April 15, 2005 and thereafter furnished the following information.

Ms. Elizabeth Horton advised Special Agent Roeder she worked at National Seating & Mobility from March 2004 to June 2004 and she was hired as a billing clerk/office worker and as such did all the Medicaid, Medicare, and private insurance billing. Ms. Horton stated that during the time she worked for National Seating, she was aware on numerous occasions that Medicaid was billed for wheelchairs and other items that were not delivered by National Seating & Mobility. Ms. Horton knew this because several of the patients or their sponsors called her and wanted to know where their equipment was. Ms. Horton stated she kept a record of the patients who called her and has that information at her residence. She advised that she was willing to provide the Attorney General's Office with a copy of her notes backing up her allegation. She stated she questioned one of the owners, Emily Williams, about the problem of not delivering wheelchairs as billed and Ms. Williams told her not to worry about it. Ms. Horton stated that Don Williams and Emily Williams were the two responsible parties for making the delivery of the items billed and that they would falsify delivery tickets.

Ms. Horton advised that in addition to failing to deliver wheelchairs as certified, National Seating would often swap parts back and forth with National Seating in Birmingham such as batteries and would still bill Medicaid for those parts.

Ms. Horton advised that she worked for Kelly Services who placed her at National Seating & Mobility and her services were terminated by National Seating & Mobility because she was too friendly with Felecia Barrows, Associate Director Prior Approval Unit, Medicaid Agency. Mr. Roeder advised that he showed a detailed report of billings

---

DATE OF INTERVIEW June 1, 2005 AT Montgomery, AL

BY Gerald G. Shockley    SPECIAL AGENT

FILE #77282-001

**Attachment 2**

**Page 2**                                                                  File #77282-001

conducted by National Seating & Mobility to Ms. Elizabeth Horton and Ms. Horton reviewed the list and checked the names of the individuals she knew did not receive their equipment. The report covered the period of 10/1/03 – 12/31/04. Ms. Horton advised that the individuals whose names she checked on the billing list set forth above contacted her when she employed at National Seating and wanted to know about the delivery of the wheelchair. In addition, Ms. Horton identified two recipients that National Seating received payment from Medicaid and Blue Cross Blue Shield for the same equipment and never refunded Medicaid.

Ms. Horton advised that she could be contacted at Apt. 914, 2600 Vaughn Lakes Apartments, Montgomery, AL and that she has a telephone number of 334-279-7960 and a work phone of 334-387-8571. She works at the Hyundai Plant from 6:30 a.m. to 3:15 p.m. and is usually home around 3:45 to 4:00 p.m. Ms. Horton has drivers license # ▮▮▮▮ in Alabama. She has a date of birth of ▮▮▮▮ with a social security ▮▮▮▮.

Ms. Horton advised that she is willing to provide any and all documentation regarding the above matter to the Attorney General's Office.

The Alabama Provider Eligibility list shown to Ms. Horton with names checked by her as recipients who did not receive their wheelchairs is attached and made a part of this interview report.