IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH HORTON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv526-MHT |
| | ) | |
| **DON WILLIAMS, etc., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) The joint for continuance (Doc. No. 99) is granted.

(2) The jury selection and trial of this cause are continued to December 1, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 22nd day of August, 2008.

                                                  /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**