# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH HORTON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **DON WILLIAMS, individually and in his** ) | **2:06-cv-526-MHT-TFM** |
| **capacity as the Manager of National** ) | |
| **Seating and Mobility, Inc., NATIONAL** ) | |
| **SEATING AND MOBILITY, INC.,** ) | |
| **GERALD SHOCKLEY, individually,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR LEAVE TO BE EXCUSED FROM MEDIATION

**National Seating and Mobility, Inc.** ("NSM") and **Don Williams** ("Williams"), two of the Defendants in this case, respectfully request leave to be excused from mediation based upon the following grounds:

1. Neither NSM nor Williams intend to pay any money to settle this matter.

2. Preparing for mediation, traveling from out of state, and attending the mediation would cause these Defendants to undergo unnecessary expense in light of their position on settlement.

3. NSM's and William's presence at the mediation may hinder settlement.

WHEREFORE, premises considered, NSM and Williams respectfully urge the Court to permit it to be excused from the mediation in this case.

Respectfully submitted this the 25th day of August, 2008.

/s/ Charles A. Stewart III
Charles A. Stewart III (asb-4955-a56c)
Quindal C. Evans (EVA040)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701


/s/ Dorman Walker
Dorman Walker
Kelly F. Pate
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101
Telephone: (334) 369-3138
Facsimile: (866) 736-3854

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Deborah M. Nickson
>Attorney for Petitioner
>2820 Fairlane Drive, Suite A-10
>Montgomery, Alabama 36116
>
>Jack W. Wallace, Jr.
>Office of the Attorney General
>11 South Union Street
>Montgomery, AL 36130

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

>      s/ Charles A. Stewart III
>      Of Counsel