IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv526-MHT |
| | ) |
| DON WILLIAMS, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER ON MOTION

Upon consideration of Defendants National Seating and Mobility, Inc.'s and Don Williams' Joint Motion (Doc. #106) for Leave to be Excused from Mediation, filed on August 25, 2008, and for good cause, it is

ORDERED that the Motion (Doc. #106) is DENIED.

DONE this 25th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE