IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv526-MHT |
| | ) |
| DON WILLIAMS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

It is

ORDERED that a telephone conference concerning the mediation in this matter will be held on August 28, 2008, at 10:30 a.m. Plaintiff shall coordinate the conference call with all parties and call the undersigned's Chambers.

DONE this 26th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE