IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH HORTON,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | CIVIL ACTION NO. |
|    **v.** | ) | 2:06cv526-MHT |
| | ) | |
| **DON WILLIAMS, etc., et al.,** | ) | |
| | ) | |
|    **Defendants.** | ) | |

### ORDER

It is ORDERED that the motions to strike (Doc. Nos. 80 & 81) and the motion to substitute (Doc. No. 101) are denied.

DONE, this the 26th day of August, 2008.

                   /s/ Myron H. Thompson
              **UNITED STATES DISTRICT JUDGE**