IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ELIZABETH HORTON,              )
                               )
    Plaintiff,                 )
                               )
                               )    CIVIL ACTION NO.
    v.                         )    2:06cv526-MHT
                               )        (WO)
DON WILLIAMS, NATIONAL ,       )
SEATING AND MOBILITY, INC.,    )
and GERALD SHOCKLEY in his     )
individual capacity.           )
                               )
    Defendants.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Don Williams and National Seating and Mobility, Inc.'s and defendant Gerald Shockley's motions for summary judgment (Doc. Nos. 67 & 70) are granted.

(2) Judgment is entered in favor of defendants Don Williams, National Seating and Mobility, Inc., and Gerald

Shockley and against plaintiff Elizabeth Horton, with plaintiff Horton taking nothing as to her complaint.

It is further ORDERED that costs are taxed against plaintiff Horton, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of August, 2008

                           /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE