IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv526-MHT |
| | ) |
| DON WILLIAMS, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

This case was previously set for a mediation conference on 4 September 2008 and a telephone conference on 28 August 2008. (Docs. #100 & 108). On 27 August 2008, the District Court entered a final judgment in this case. (Doc. #111). Accordingly, it is

ORDERED that the mediation conference and the telephone conference are CANCELLED.

DONE this 27th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE