# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH HORTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 2:06-cv-526-MHT |
| DON WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DORMAN WALKER

Pursuant to 28 U.S.C. § 1746, I, Dorman Walker, certify that the following declaration is based upon my personal knowledge:

1. I am an attorney with the law firm of Balch & Bingham LLP, counsel for defendant Don Williams ("Williams") in the above-styled action.

2. On August 27, 2008, the United States District Court for the Middle District of Alabama entered judgment against plaintiff Elizabeth Horton in favor of defendants Don Williams, National Seating & Mobility, and Gerald Shockley

3. For that portion of his defense in the Middle District of Alabama, defendant Williams incurred the following costs:

    A. Williams incurred $950.85 in court reporter fees for transcribing and producing copies of transcripts of the necessary depositions conducted in this case. *See* Exhibit A.

    B. Williams also incurred $79.20 in costs and fees and disbursements for printing (Motion for Summary Judgment, and Evidentiary Submission in Support of Motion for Summary Judgment (528 pages @ .15)).

195137.1

4. Under my direction, Balch & Bingham's Accounting Department and my legal assistant, Debbie Harris, assembled the documents and information underlying the above costs Williams incurred. I have reviewed this information, and I have personal knowledge of the items claimed therein. The attachments hereto are true and correct itemizations of the costs claimed.

5. To the best of my knowledge, each item described above is correct and is an actual amount incurred or expended by Williams in defending this case. Each of these costs was absolutely and necessarily required and was reasonably incurred in the representation of Williams.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of September, 2008.

_____
Dorman Walker

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

2100 Third Avenue North, Suite 960  
Birmingham, AL 35203  
Phone: (205) 251-4200  
Fax: (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11058439 | 12/10/2007 | 1101-56448 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/20/2007 | PAULNI | 206CV526 |

| CASE CAPTION |
|---|
| Elizabeth Horton vs. Don Williams |
| TERMS |
| Immediate, sold Merrill FOB facility |

Dorman Walker  
Balch & Bingham  
105 Tallapoosa Street  
Suite 200  
Montgomery, AL 36104

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Elizabeth Horton                                          950.85
          Word Index

                                  TOTAL  DUE  >>>>            950.85

Thank you, we appreciate your business!
```

TAX ID NO.: 20-2665382     (334) 834-6500     Fax (205) 488-5783

*Please detach bottom portion and return with payment.*

Dorman Walker  
Balch & Bingham  
105 Tallapoosa Street  
Suite 200  
Montgomery, AL 36104

Invoice No.: 11058439  
Date        : 12/10/2007  
**TOTAL DUE** :    950.85

Job No.  : 1101-56448  
Case No. : 206CV526  
Elizabeth Horton vs. Don Williams

Remit To:   LegaLink, Inc.  
PO Box 277951  
Atlanta, GA 30384

12/17 sent to acctmc/

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELIZABETH HORTON | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NUMBER:** |
| | ) | 2:06-cv-526-MHT-TFM |
| DON WILLIAMS, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

---

528 pages @ 15¢ per page for motion for summary judgment and      $79.20

evidentiary submission

195128.1